Jay Edelson*
Rafey Balabanian*
KAMBEREDELSON LLC
350 North LaSalle Street
Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
jedelson@kamberedelson.com
rbalabanian@kamberedelson.com

James E. Smyth, II
KUMMER KAEMPFER BONNER RENSHAW & FERRARIO
3800 Howard Hughes Parkway, Seventh Floor
Las Vegas, Nevada 89169
Tel: (702) 792-7000
Fax: (702) 796-7181
jsmyth@kkbrf.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB; SKY TOP VENDING, INC., a Nevada Corporation d/b/a CAN CAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAH'S; C.P. FOOD AND BEVERAGE, INC., a Nevada corporation d/b/a CLUB PARADISE; DÉJÀ VU SHOWGIRLS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a DÉJÀ VU SHOWGIRLS; PALOMINO CLUB, INC., a Nevada corporation d/b/a PALOMINO CLUB; SHAC, LLC, a Nevada limited liability company d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D.2801 WESTWOOD, INC., a Nevada corporation d/b/a TREASURES; LITTLE DARLINGS OF | Case No. 2:09-cv-00995 LDG-GWF<br><br>**CLASS ACTION**<br><br>**ACCEPTANCE OF SERVICE**<br>**LITTLE DARLINGS OF LAS VEGAS,**<br>**LLC DBA LITTLE DARLINGS** |

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
800 Howard Hughes Parkway
Las Vegas, Nevada 89169

786794_1.DOC [Client-Matter]

Page 1 of 3

Dockets.Justia.com

| | |
|---|---|
| 1 | LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; O.G. |
| 2 | ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC |
| 3 | GARDENS; LAS VEGAS ENTERTAINMENT, LLC, a Nevada limited |
| 4 | liability company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL A. SALTMAN |
| 5 | d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited |
| 6 | liability company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS |
| 7 | CAB; WESTERN CAB COMPANY, a Nevada corporation d/b/a WESTERN CAB |
| 8 | COMPANY and WESTERN LIMOUSINE; NEVADA CHECKER CAB |
| 9 | CORPORATION, a Nevada corporation d/b/a CHECKER CAB COMPANY; NEVADA |
| 10 | STAR CAB CORPORATION, a Nevada corporation d/b/a STAR CAB COMPANY; |
| 11 | NEVADA YELLOW CAB CORPORATION, a Nevada corporation d/b/a YELLOW CAB |
| 12 | COMPANY; LUCKY CAB COMPANY OF NEVADA, a Nevada corporation d/b/a |
| 13 | LUCKY TRANS; SUN CAB, INC., a Nevada corporation d/b/a NELLIS CAB COMPANY; |
| 14 | CLS NEVADA, LLC, a Nevada limited liability company d/b/a CLS |
| 15 | TRANSPORTATION LAS VEGAS; ON DEMAND SEDAN SERVICES, LLC, a |
| 16 | Nevada limited liability company d/b/a ODS LIMOUSINE and ODS CHAUFFEURED |
| 17 | TRANSPORTATION; BLS LIMOUSINE SERVICE OF LAS VEGAS, INC., a Nevada |
| 18 | corporation d/b/a BLS LIMOUSINE SERVICE OF LAS VEGAS; DESERT CAB, |
| 19 | INC., a Nevada corporation d/b/a DESERT CAB COMPANY and ODYSSEY |
| 20 | LIMOUSINE; BELL TRANS A NEVADA CORPORATION, a Nevada corporation d/b/a |
| 21 | BELL TRANS; TONY CHONG, an individual; and DOE EMPLOYEES 1-1000; |
| 22 | |
| | Defendants. |
| 23 | |
| 24 | /././/. |

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
800 Howard Hughes Parkway
Las Vegas, Nevada 89169

786794_1.DOC [Client-Matter]

The undersigned attorney hereby accepts service of the following documents on behalf of Defendant LITTLE DARLINGS OF LAS VEGAS, LLC dba LITTLE DARLINGS:

1. Summons to Little Darlings of Las Vegas, LLC dba Little Darlings; and
2. Class Action Complaint.

DATED this 5 day of June, 2009.

NEIL J. BELLER, LTD.

_____
NEIL J. BELLER, ESQ.
7408 West Sahara Avenue
Las Vegas, Nevada 89117
**Attorney for Defendants
DEJA VU SHOWGIRLS OF LAS VEGAS, LLC dba DEJA VU SHOWGIRLS; LITTLE DARLINGS OF LAS VEGAS, LLC dba LITTLE DARLINGS; and LAS VEGAS ENTERTAINMENT, LLC dba LARRY FLYNT'S HUSTLER CLUB**

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
800 Howard Hughes Parkway
Las Vegas, Nevada 89169

786794_1.DOC [Client-Matter]