Jay Edelson*
Rafey Balabanian*
KAMBEREDELSON LLC
350 North LaSalle Street
Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
jedelson@kamberedelson.com
rbalabanian@kamberedelson.com

James E. Smyth, II
KUMMER KAEMPFER BONNER RENSHAW & FERRARIO
3800 Howard Hughes Parkway, Seventh Floor
Las Vegas, Nevada 89169
Tel: (702) 792-7000
Fax: (702) 796-7181
jsmyth@kkbrf.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB; SKY TOP VENDING, INC., a Nevada Corporation d/b/a CAN CAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAH'S; C.P. FOOD AND BEVERAGE, INC., a Nevada corporation d/b/a CLUB PARADISE; DÉJÀ VU SHOWGIRLS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a DÉJÀ VU SHOWGIRLS; PALOMINO CLUB, INC., a Nevada corporation d/b/a PALOMINO CLUB; SHAC, LLC, a Nevada limited liability company d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D.2801 WESTWOOD, INC., a Nevada corporation d/b/a TREASURES; LITTLE DARLINGS OF | Case No. 2:09-cv-00995 LDG-GWF<br><br>**CLASS ACTION**<br><br><u>**ACCEPTANCE OF SERVICE**</u><br>**SHAC, LLC dba SAPPHIRE** |

KUMMER KAEMPFER BONNER RENSHAW & FERRARIO
Seventh Floor
800 Howard Hughes Parkway
Las Vegas, Nevada 89169

788335_1.DOC [Client-Matter]

Page 1 of 3

Dockets.Justia.com

| | |
|---|---|
| 1 | LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT, LLC, a Nevada limited liability company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS CAB; WESTERN CAB COMPANY, a Nevada corporation d/b/a WESTERN CAB COMPANY and WESTERN LIMOUSINE; NEVADA CHECKER CAB CORPORATION, a Nevada corporation d/b/a CHECKER CAB COMPANY; NEVADA STAR CAB CORPORATION, a Nevada corporation d/b/a STAR CAB COMPANY; NEVADA YELLOW CAB CORPORATION, a Nevada corporation d/b/a YELLOW CAB COMPANY; LUCKY CAB COMPANY OF NEVADA, a Nevada corporation d/b/a LUCKY TRANS; SUN CAB, INC., a Nevada corporation d/b/a NELLIS CAB COMPANY; CLS NEVADA, LLC, a Nevada limited liability company d/b/a CLS TRANSPORTATION LAS VEGAS; ON DEMAND SEDAN SERVICES, LLC, a Nevada limited liability company d/b/a ODS LIMOUSINE and ODS CHAUFFEURED TRANSPORTATION; BLS LIMOUSINE SERVICE OF LAS VEGAS, INC., a Nevada corporation d/b/a BLS LIMOUSINE SERVICE OF LAS VEGAS; DESERT CAB, INC., a Nevada corporation d/b/a DESERT CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS A NEVADA CORPORATION, a Nevada corporation d/b/a BELL TRANS; TONY CHONG, an individual; and DOE EMPLOYEES 1-1000; |
| 22 | |
| | Defendants. |
| 23 | |
| 24 | / . / . / . / |

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
800 Howard Hughes Parkway
Las Vegas, Nevada 89169

788335_1.DOC [Client-Matter]

1   The undersigned attorney hereby accepts service of the following documents on behalf
2   of Defendant SHAC, LLC dba SAPPHIRE:
3       1.  Summons to SHAC, LLC dba Sapphire; and
4       2.  Class Action Complaint.
5   DATED this 11th day of June, 2009.

GREENBERG TRAURIG, LLP

_____
MARK E. FERRARIO, ESQ.
BRANDON E. ROOS, ESQ.
3773 Howard Hughes Parkway, Suite 500 North
Las Vegas, Nevada 89169
**Attorney for Defendant**
**SHAC, LLC dba SAPPHIRE**

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
800 Howard Hughes Parkway
Las Vegas, Nevada 89169

788335_1.DOC [Client-Matter]

Page 3 of 3