**UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA**

CASE NO.: 09−00995

**AFFIDAVIT OF SERVICE**

**Theodore Trapp and others**
**similarly situated**

      Plaintiff/Petitioner,

vs.

**Big Poppa's, LLC, et al.**

      Defendant/Respondent.

_____/

SUMMONS; COMPLAINT received by **Paradigm Attorney Service, Inc.** on **06/05/2009** to be served upon:

**BLS Limousine Service of Las Vegas, Inc. dba BLS Limousine Service of Las Vegas c/o Registered Agent, American Corporate Register, Inc.**

I, **Lauren Cox**, being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceeding in which this affidavit is made.

I am authorized to serve this process in the circuit/county it was served in.

On **06/09/2009** at **12:50 PM**, I served the within **SUMMONS; COMPLAINT** on **BLS Limousine Service of Las Vegas, Inc. dba BLS Limousine Service of Las Vegas c/o Registered Agent, American Corporate Register, Inc.** at **711 South Carson Street, Suite 4, Carson City, NV 89701** in the manner indicated below:

**CORPORATE SERVICE:** By delivering a true copy of this process to **Linda Paradis, Authorized Employee**, pursuant to NRS 14.020 as a person of suitable age and discretion at the above address, which is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State.

Comments/Prev. Attempts: **American Corporate Register, INC is also know as Resident Agents of Nevada, INC. They were at the same address, but located in ste. 4**

MELISSA STAFFORD
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 04-93404-2 - Expires March 27, 2013

x _Lauren Cox_
Lauren Cox
Paradigm Attorney Service, Inc. − Lic#: 1361
525 S. 6th Street
Las Vegas, NV 89101
702.385.7874
Atty File#: **1000.10 (Trapp)** − Our File# **29477**

SUBSCRIBED AND SWORN TO before me
this _9th_ day of _June_, 20_09_.

_Melissa Stafford_
Notary Public in and for said
County and State.