# UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA

CASE NO.: 09-00995

## AFFIDAVIT OF SERVICE

**Theodore Trapp and others similarly situated**

    Plaintiff/Petitioner,

vs.

**Big Poppa's, LLC, et al.**

    Defendant/Respondent.

_____/

SUMMONS; COMPLAINT received by **Paradigm Attorney Service, Inc.** on **06/05/2009** to be served upon:

**Frias Management, LLC dba Ace Cab Company and A-North Las Vegas Cab c/o Registered Agent, The Corporation Trust Company of Nevada**

I, **Amelia Sallaberry**, being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceeding in which this affidavit is made.

I am authorized to serve this process in the county/circuit in which it was served.

On **06/09/2009** at **02:20 PM**, I served the within **SUMMONS; COMPLAINT** on **Frias Management, LLC dba Ace Cab Company and A-North Las Vegas Cab c/o Registered Agent, The Corporation Trust Company of Nevada** at **6100 Neil Road, Suite 500, Reno, NV 89511** in the manner indicated below:

**CORPORATE SERVICE:** By delivering a true copy of this process to **Faye Martin**, of the above named corporation and informing him/her of the contents.

[Notary Seal: MELISSA STAFFORD, Notary Public - State of Nevada, Appointment Recorded in Washoe County, No: 04-93404-2 - Expires March 27, 2013]

SUBSCRIBED AND SWORN TO before me this _9th_ day of _June_, 20_09_.

_Melissa Stafford_
Notary Public in and for said
County and State.

X _Amelia Sallaberry_
Amelia Sallaberry
Paradigm Attorney Service, Inc. - Lic#: 1361
525 S. 6th Street
Las Vegas, NV 89101
702.385.7874
Atty File#: **1000.10 (Trapp)** - Our File# **29466**