```
 1  ASSC
    WILL KEMP, ESQ.
 2  Nevada Bar No.: 1205
    KEMP, JONES & COULTHARD LLP
 3  3800 Howard Hughes Pkwy., 17th Floor
    Las Vegas, Nevada 89169
 4  Tel. (702) 385-6000

 5  D. NEAL TOMLINSON, ESQ.
    Nevada Bar No.: 6851
 6  WAYNE GROSS, ESQ. (Will Comply with
    LR IA 10-2 withing 30 days)
 7  MICHAEL D. STEIN, ESQ.
    Nevada Bar No. 4760
 8  BRIAN R. REEVE, ESQ.
    Nevada Bar No. 10197
 9  SNELL & WILMER, LLP
    3883 Howard Hughes Parkway, Suite 1100
10  Las Vegas, Nevada 89169

11  Attorneys for DEFENDANTS
    Frias Management, LLC d/b/a Ace Cab
12  Company and A-North Las Vegas
    Cab
```

*(Left margin: KEMP, JONES & COULTHARD, LLP / 3800 Howard Hughes Parkway / Seventeenth Floor / Las Vegas, Nevada 89169 / (702) 385-6000 / Fax (702) 385-6001)*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated, | Case No. 2:09-CV-00995-LDG-GWF |
| Plaintiff, | |
| v. | **DEFENDANT FRIAS MANAGEMENT, LLC'S ASSOCIATION OF COUNSEL** |
| BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB; SKY TOP VENDING, INC., a Nevada Corporation d/b/a CAN CAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAH'S; C.P. FOOD AND BEVERAGE, INC., a Nevada corporation d/b/a CLUB PARADISE; DEJA VU SHOWGIRLS OF LAS VEGAS; PALOMINO CLUB, INC., a Nevada corporation d/b/a PALOMINO CLUB; SHAC, LLC, a Nevada limited liability company d/b/a SAPPHIRE K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D.2801 WESTWOOD, INC., a Nevada corporation d/b/a TREASURES; | |

| | |
|---|---|
| 1 | LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT, LLC, a Nevada limited liability company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS CAB; WESTERN CAB COMPANY, a Nevada corporation d/b/a WESTERN CAB COMPANY and WESTERN LIMOUSINE; NEVADA CHECKER CAB CORPORATION, a Nevada corporation d/b/a CHECKER CAB COMPANY; NEVADA STAR CAB CORPORATION, a Nevada corporation d/b/a STAR CAB COMPANY; NEVADA YELLOW CAB CORPORATION, a Nevada corporation d/b/a YELLOW CAB COMPANY; LUCKY CAB COMPANY OF NEVADA, a Nevada corporation d/b/a LUCKY TRANS; SUN CAB, INC., a Nevada corporation d/b/a NELLIS CAB COMPANY; CLS NEVADA, LLC, a Nevada limited liability company d/b/a CLS TRANSPORTATION LAS VEGAS; ON DEMAND SEDAN SERVICES, LLC a Nevada limited liability company d/b/a ODS LIMOUSINE and ODS CHAUFFEURED TRANSPORTATION; BLS LIMOUSINE SERVICE OF LAS VEGAS, INC., a Nevada corporation d/b/a BLS LIMOUSINE SERVICE OF LAS VEGAS; DESERT CAB, INC., a Nevada corporation d/b/a DESERT CAB COMPANY AND ODYSSEY LIMOUSINE; BELL TRANS A NEVADA CORPORATION, a Nevada corporation d/b/a BELL TRANS; TONY CHONG, an individual; and DOE EMPLOYEES 1-1000; |
| 23 | Defendants. |

### DEFENDANT FRIAS MANAGEMENT, LLC'S ASSOCIATION OF COUNSEL

YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE that Defendants Frias Management, LLC does hereby associate the law firm of KEMP, JONES & COULTHARD, LLP

with the law firm of SNELL & WILMER, LLP, as its counsel in the above-entitled action.

DATED this 22nd day of June, 2009.

| KEMP JONES & COULTHARD LLP | SNELL & WILMER, LLP |
|---|---|
| /s/ Will Kemp | /s/ D. Neal Tomlinson |
| WILL KEMP, ESQ. | D. NEAL TOMLINSON, ESQ. |
| Nevada Bar No. 1205 | Nevada Bar No. 6851 |
| 3800 Howard Hughes Parkway | MICHAEL D. STEIN, ESQ. |
| 17th Floor | Nevada Bar No. 4760 |
| Las Vegas, Nevada 89169 | BRIAN R. REEVE, ESQ. |
| | Nevada Bar No. 10197 |
| | 3883 Howard Hughes Parkway, Suite 1100 |
| | Las Vegas, Nevada 89169 |

## CERTIFICATE OF SERVICE

I certify that on the 22 day of June, 2009, I electronically transmitted the **DEFENDANT FRIAS MANAGEMENT, LLC'S ASSOCIATION OF COUNSEL** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the counsel who have registered to receive Electronic Filing:

_____
An employee of Kemp, Jones & Coulthard, LLP