KIMBERLY MAXSON-RUSHTON
Nevada Bar #005065
COOPER LEVENSON APRIL
  NIEDELMAN & WAGENHEIM, P.A.
900 South Fourth Street
Las Vegas, Nevada 89101
(702) 366-1125
FAX: (702) 366-1857
Attorneys for Defendant
DESERT CAB, INC. dba DESERT CAB
COMPANY and ODYSSEY LIMOUSINE

# UNITED STATED DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB; SKY TOP VENDING, INC., a Nevada Corporation d/b/a CAN CAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAS'S; C.P. FOOD AND BEVERAGE, INC., a Nevada corporation d/b/a CLUB PARADISE; DÉJÀ VU SHOWGIRLS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a DÉJÀ VU SHOWGIRLS; PALOMINO CLUB, INC., a Nevada corporation d/b/a PALOMINO CLUB; SHAC, LLC, a Nevada limited liability company d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D2801 WESTWOOD, INC., a Nevada corporation d/b/a TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT, a Nevada limited liability company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS CAB; WESTERN CAB COMPANY, a | CASE NO. 2:09-cv-00995<br>DEPT NO.:<br><br>**DEMAND FOR SECURITY OF COSTS**<br><br>Date of Hearing: <u>N/A</u><br>Time of Hearing: <u>N/A</u> |

CLAC; 348903.1

| | |
|---|---|
| 1 | Nevada corporation d/b/a WESTERN CAB COMPANY and WESTERN LIMOUSINE; |
| 2 | NEVADA CHECKER CAB CORPORATION, a Nevada corporation d/b/a |
| 3 | CHECKER CAB COMPANY; NEVADA STAR CAB CORPORATION, a Nevada |
| 4 | corporation d/b/a STAR CAB COMPANY; NEVADA YELLOW CAB CORPORATION, |
| 5 | a Nevada corporation d/b/a YELLOW CAB COMPANY; LUCKY CAB COMPANY OF |
| 6 | NEVADA, a Nevada corporation d/b/a LUCKY TRANS; SUN CAB, INC., a Nevada |
| 7 | corporation d/b/a NELLIS CAB COMPANY; CLS NEVADA, LLC, a Nevada limited |
| 8 | liability company d/b/a CLS TRANSPORTATION LAS VEGAS; ON |
| 9 | DEMAND SEDAN SERVICES, LLC, a Nevada limited liability company d/b/a ODS |
| 10 | LIMOUSINE and ODS CHAUFFEURED TRANSPORTATION; BLS LIMOUSINE |
| 11 | SERVE OF LAS VEGAS; DESERT CAB, INC. a Nevada corporation d/b/a DESERT |
| 12 | CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS A NEVADA |
| 13 | CORPORATION, a Nevada corporation d/b/a BELL TRANS; TONY CHONG, and |
| 14 | individual; and DOE EMPLOYEES 1-1000; |
| 15 | Defendants. |

TO: THEODORE TRAPP, Plaintiff; and

TO: JAY EDELSON, ESQ., RAFEY S. BALABANIAN, ESQ., and JAMES E. SMYTH,

ESQ., Attorneys for Plaintiff;

Pursuant to NRS 18.130, DESERT CAB, INC. dba DESERT CAB COMPANY and ODYSSEY LIMOUSINE hereby makes demand upon Plaintiff, who resides out of State, for security in the amount of Five Hundred and No/100 Dollars ($500.00) for costs and charges which may be awarded herein against Plaintiff. The requirements of NRS 18.130 apply to actions in the United States

///

///

///

///

District Court, District of Nevada. <u>Truck Ins. Exchange</u>, 683 F. Supp. 223, 227-28 (D. Nev. 1988); <u>Hamar v. Hyatt Corp.</u>, 98 F.R.D. 305, 305-06 (D. Nev. 1983).

Dated this 27 day of June, 2009.

        COOPER LEVENSON APRIL
        NIEDELMAN & WAGENHEIM, P.A.

By _____
        Kimberly Maxson-Rushton
        Nevada Bar No. 005065
        900 South Fourth Street
        Las Vegas, Nevada 89101
        Attorneys for Defendant
        DESERT CAB, INC dba DESERT CAB
        COPANY and ODYSSEY LIMOUSINE

CLAC; 348903.1

3

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5 (b), I certify that I am an employee of COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM P.A. and that on this 24th day of June, 2009, I did cause a true copy of the foregoing **DEMAND FOR SECURITY OF COSTS** to be served via CM/ECF electronic filing upon the following person(s).

**Jay Edelson**
Kamber Edelson LLC
350 N LaSalle St, Ste 1300
Chicago, IL 60654
312-589-6370

**Rafey S. Balabanian**
KamberEdelson LLC
350 North LaSalle Street
Suite 1300
Chicago, IL 60654
(312) 589-6370
Fax: (312) 589-6378
Email: rafey@kamberedelson.com

**James E Smyth**
Kummer Kaempfer Bonner Renshaw & Ferrario
3800 Howard Hughes Parkway
7th Floor
Las Vegas, NV 89109
(702) 792-7000
Fax: (702) 796-7181
Email: jsmyth@kkbrf.com

By _____
An Employee of
COOPER LEVENSON APRIL
NIEDELMAN & WAGENHEIM, P.A.

CLAC; 348903.1

4