# UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA

CASE NO.: 09−00995

## AFFIDAVIT OF SERVICE

**Theodore Trapp and others
similarly situated**

      Plaintiff/Petitioner,

vs.

**Big Poppa's, LLC, et al.**

      Defendant/Respondent.
_____/

SUMMONS; COMPLAINT received by **Paradigm Attorney Service, Inc.** on **06/05/2009** to be served upon:

**Palomino Club, Inc. dba Palomino Club c/o Registered Agent, Gordon &Silver, Ltd.**

I, **Scott Austin**, being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceeding in which this affidavit is made.

I am authorized to serve this process in the circuit/county it was served in.

On **06/11/2009** at **02:21 PM**, I served the within **SUMMONS; COMPLAINT** on **Palomino Club, Inc. dba Palomino Club c/o Registered Agent, Gordon &Silver, Ltd.** at **3960 Howard Hughes Parkway, 9th Floor , Las Vegas, NV 89169** in the manner indicated below:

**CORPORATE SERVICE:** By delivering a true copy of this process to **Dominic Gentile, Authorized to Accept**, pursuant to NRS 14.020 as a person of suitable age and discretion at the above address, which is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State.

X_____
Scott Austin
Paradigm Attorney Service, Inc. − Lic#: 1361
525 S. 6th Street
Las Vegas, NV 89101
702.385.7874
Atty File#: **1000.10 (Trapp)** − Our File# **29461**

SUBSCRIBED AND SWORN TO before me
this 16th day of June, 2009.

_____
Notary Public in and for said
County and State.



NOTARY PUBLIC
STATE OF NEVADA
County of Clark
KATHY C. WILSON
Appt. No. 07-4399-1
My Appt Exp. Aug 15, 2011