Mark E. Trafton, Esq.
Nevada State Bar No. 6525
1900 Industrial Road
Las Vegas, Nevada 89102
Telephone: (702) 385-1813
Facsimile: (702) 382-9633

Attorney for Defendant,
BELL TRANS

## U.S. DISTRICT COURT

## DISTRICT OF NEVADA

THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated.

        Plaintiff,

vs.

BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB; SKY TOP VENDING, INC., a Nevada corporation d/b/a CAN CAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAH'S; C.P. FOOD AND BEVERAGE, INC., a Nevada corporation d/b/a CLUB PARADISE; DÉJÀ VU SHOWGIRLS; PALOMINO CLUB, INC., a Nevada corporation d/b/a PALOMINO CLUB; SHAC, LLC, a Nevada corporation d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D.2801WESTWOOD INC., a Nevada corporation d/b/a TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT, LLC, a Nevada limited liability company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS CAB; WESTERN CAB COMPANY, a Nevada corporation d/b/a WESTERN CAB COMPANY and WESTERN LIMOUSINE; NEVADA CHECKER CAB CORPORATION, a Nevada corporation d/b/a NEVADA CHECKER CAB COMPANY; NEVADA STAR CAB CORPORATION, a Nevada corporation d/b/a STAR CAB COMPANY; NEVADA YELLOW CAB CORPORATION, a Nevada corporation

CASE NO. 2:09-CV-00995-KJD-GWF

**DEFENDANT, BELL TRANS', DEMAND FOR SECURITY OF COSTS**

| | |
|---|---|
| 1 | d/b/a YELLOW CAB COMPANY; LUCKY CAB COMPANY OF NEVADA, a Nevada corporation d/b/a LUCKY TRANS; SUN CAB, INC., a Nevada corporation d/b/a NELLIS CAB COMPANY; CLS NEVADA, LLC, a Nevada limited liability company d/b/a CLS TRANSPORTATION LAS VEGAS; ON DEMAND SEDAN SERVICES, LLC, a Nevada limited liability company d/b/a ODS LIMOUSINES and ODS CHAUFFEURED TRANSPORTATION; BLS LIMOUSINE SERVICE OF LAS VEGAS, INC.; DESERT CAB, INC., a Nevada corporation d/b/a DESERT CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS A NEVADA CORPORATION, a Nevada corporation d/b/a BELL TRANS; TONY CHONG, an individual; and DOE EMPLOYEES 1-1000; |
| | Defendants. |

TO: THEODORE TRAPP, Plaintiff; and

TO: JAY EDELSON, RAFEY BALABANIAN, and JAMES SMYTH, his attorneys.

NOTICE IS HEREBY GIVEN pursuant to NRS 18.130, that Defendant, BELL TRANS, in the above-entitled cause hereby demand and request security from Plaintiff, THEODORE TRAPP, non-residents of this state, for Defendant's costs and charges which may be awarded herein against the Plaintiff in the sum of $500.00. The requirements of NRS 18.130 apply to actions in the United States District Court, District of Nevada. Truck Ins. Exchange, 683 F.Supp. 223, 227-28 (D. Nevada. 1988); Hamar v. Hyatt Corp., 98 F.R.D. 305, 305-06 (D. Nev. 1983).

Dated this 25 day of June, 2009.

_____
Mark E. Trafton, Esq.
Nevada State Bar No. 6525
1900 Industrial Road
Las Vegas, Nevada 89102

Attorney for Defendant,
BELL TRANS

# CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 25 day of June, 2009, I electronically transmitted the **"DEFENDANT, BELL TRANS', DEMAND FOR SECURITY OF COSTS"** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the counsel listed below, who have registered to receive Electronic Filing:

Jay Edelson, Esq.
Rafey Balabania, Esq.,
Kamber Edelson, LLC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Attorneys for Plaintiff

James E. Smyth, II, Esq.
Kummer Kaempfer Bonner
Renshaw & Ferrario
3800 Howard Hughes Pkwy., 7th Floor
Las Vegas, Nevada 89169
Attorneys for Plaintiff

D. Neal Tomlinson, Esq.
Wayne, Gross, Esq.
Michael D. Stein, Esq.
Brain R. Reve, Esq.
Snell & Wilmer, L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Attorneys for Defendant
     Frias Management, LLC

William S. Kemp, Esq.
Kemp, Jones & Coulthard, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Attorneys for Defendant
     Frias Management, LLC

Neil J. Beller, Esq.
Neil J. Beller, Ltd.
7408 West Sahara Avenue
Las Vegas, Nevada 89117
Attorneys for Deja Vu Showgirls
     of Las Vegas, LLC

Mark E. Ferrario, Esq.
Kummer Kaempfer Bonner Rensha & Ferrario
3800 Howard Hughes Pkwy., 7th Floor
Las Vegas, Nevada 89169
Attorneys for Defendant, SHAC, LLC

Brandon E. Roos, Esq.
Greenberg Traurig, LLP
3773 Howard Hughes Parkway,
Suite 400 North
Las Vegas, Nevada 89169
Attorneys for Defendant, SHAC, LLC

_/s/ Karen Walker_
Karen Walker

- 3 -