| | |
|---|---|
| 1 | Neil J. Beller, Esq.<br>Nevada Bar No. 002360 |
| 2 | NEIL J. BELLER, LTD.<br>7408 West Sahara Avenue |
| 3 | Las Vegas, NV 89117<br>(702) 368-7767 |
| 4 | nbeller@njbltd.com<br>Attorney for Defendants |
| 5 | DEJA VU SHOWGIRLS OF LAS VEGAS, LLC<br>LITTLE DARLINGS OF LAS VEGAS, LLC |
| 6 | LAS VEGAS ENTERTAINMENT, LLC |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF, NEVADA**

| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated, | |
|---|---|
| Plaintiff, | |
| vs. | CASE NO.    2:09-cv-00995 |
| BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BINGMEN'S CLUB; SKY TOP VENDING, INC., a Nevada Corporation d/b/a CAN CAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAH'S; C.P. FOOD AND BEVERAGE, INC., a Nevada corporation d/b/a CLUB PARADISE; DEJA VU SHOWGIRLS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a DEJA VU SHOWGIRLS; PALOMINO CLUB, INC., a Nevada corporation d/b/a PALOMINO CLUB; SHAC, LLC, a Nevada limited liability company d/b/a SAPPHIRE;  d/b/a STAR CAB COMPANY; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D. 2801 WESTWOOD, INC., a Nevada corporation d/b/a TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; | **[PROPOSED]**<br>**STIPULATION AND ORDER BETWEEN PLAINTIFF AND DEFENDANT**<br>**DEJA VU SHOWGIRLS OF LAS VEGAS, LLC, d/b/a DEJA VU SHOWGIRLS, LITTLE DARLINGS OF LAS VEGAS, LLC, d/b/a LITTLE DARLINGS AND LAS VEGAS ENTERTAINMENT, LLC, d/b/a LARRY FLYNT'S HUSTLER CLUB TO EXTEND THE DEADLINE TO FILE AND SERVE RESPONSE TO COMPLAINT** |

1

| | |
|---|---|
| 1 | O.G. ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT, LLC, a Nevada limited liability company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS CAB; WESTERN CAB COMPANY, a Nevada corporation d/b/a WESTERN CAB COMPANY and WESTERN LIMOUSINE; NEVADA CHECKER CAB CORPORATION, a Nevada corporation d/b/a CHECKER CAB COMPANY; NEVADA STAR CAB CORPORATION, a Nevada corporation d/b/a STAR CAB COMPANY; NEVADA YELLOW CAB CORPORATION, a Nevada corporation d/b/a YELLOW CAB COMPANY; LUCKY CAB COMPANY OF NEVADA, a Nevada corporation d/b/a LUCKY TRANS; SUN CAB, INC., a Nevada corporation d/b/a NELLIS CAB COMPANY; CLS NEVADA, LLC, a Nevada limited liability company d/b/a CLS TRANSPORTATION LAS VEGAS; ON DEMAND SEDAN SERVICES, LLC, a Nevada limited liability company d/b/a ODS LIMOUSINE and ODS CHAUFFEURED TRANSPORTATION; BLS LIMOUSINE SERVICE OF LAS VEGAS, INC., a Nevada corporation d/b/a BLS LIMOUSINE SERVICE OF LAS VEGAS; DESERT CAB, INC., a Nevada corporation d/b/a DESERT CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS A NEVADA CORPORATION, a Nevada corporation d/b/a BELL TRANS; TONY CHONG, an individual; and DOE EMPLOYEES 1-1000;<br><br>                          Defendants. |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel, that the Defendants, Deja Vu Showgirls of Las Vegas, LLC, Little Darlings of Las Vegas, LLC. And Las Vegas Entertainment, LLC. shall have until Monday, June 29, 2009 to file their Response to Plaintiff, Theodore Trapp's Class Action Complaint.

**IT IS SO ORDERED**.

Dated this \_\_\_\_ day of _____, 2009.

_____
PEGGY A. LEEN
United States Magistrate Judge

Respectfully submitted,

NEIL J. BELLER, LTD.

By: /s/ Neil J. Beller
Neil J. Beller, Esq.
Bar No. 002360
7408 West Sahara Avenue
Las Vegas, NV 89117
(702) 368-7767
Attorney for Defendants
DEJA VU SHOWGIRLS OF LAS VEGAS, LLC
LITTLE DARLINGS OF LAS VEGAS, LLC
LAS VEGAS ENTERTAINMENT, LLC


KUMMER, KAEMPFER, BONNER,
RENSHAW & FERRARIO


By: /s/ James E. Smyth
James E. Smyth, Esq.
Bar No. 6506
3800 Howard Hughes Parkway, Seventh Floor
Las Vegas, NV 89169
(702) 792-7000

Jay Edelson, Esq.
Rafey Balabanian, Esq.
KAMBER EDELSON, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654

Attorneys for Plaintiff THEODORE TRAPP