| | |
|---|---|
| 1 | C.A. (Cathie) Olendorff, Esq. |
| | Nevada Bar #3554 |
| 2 | 5225 W. Post Road |
| | Las Vegas, NV 89118 |
| 3 | Telephone: (702) 873-8012 |
| | Facsimile: (702) 365-7864 |
| 4 | legal@ycstrans.com |
| 5 | *Counsel for Defendants* |
| | *Nevada Yellow Cab Corporation* |
| 6 | *Nevada Checker Cab Corporation* |
| | *Nevada Star Cab Corporation* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated.

Plaintiff,

vs.

BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB; SKY TOP VENDING, INC., a Nevada corporation d/b/a CAN CAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAH'S; C.P. FOOD AND BEVERAGE, INC., a Nevada corporation d/b/a/ CLUB PARADISE; DEJA VU SHOWGIRLS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a DEJA VU SHOWGIRLS; PALOMINO CLUB, INC., a Nevada corporation d/b/a/ PALOMINO CLUB; SHAC, LLC, a Nevada limited liability company d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D.2801 WESTWOOD, INC., a Nevada corporation d/b/a TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT, LLC, a Nevada limited liability company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE

CASE NO. 2:09-cv-00995-LDB-GWF

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES REQUIRED BY LR 7.1-1.**

| | |
|---|---|
| CAB COMPANY and A-NORTH LAS VEGAS CAB; WESTERN CAB COMPANY, a Nevada corporation d/b/a WESTERN CAB COMPANY and WESTERN LIMOUSINE; NEVADA CHECKER CAB CORPORATION, a Nevada corporation d/b/a NEVADA CHECKER CAB COMPANY; NEVADA STAR CAB CORPORATION, a Nevada corporation d/b/a STAR CAB COMPANY; NEVADA YELLOW CAB CORPORATION, a Nevada corporation d/b/a YELLOW CAB COMPANY; LUCKY CAB COMPANY OF NEVADA, a Nevada corporation d/b/a LUCKY TRANS; SUN CAB, INC., a Nevada corporation d/b/a NELLIS CAB COMPANY; CLS NEVADA, LLC, a Nevada limited liability company d/b/a CLS TRANSPORTATION LAS VEGAS; ON DEMAND SEDAN SERVICES, LLC, a Nevada limited liability company d/b/a ODS LIMOUSINE and ODS CHAUFFEURED TRANSPORTATION; BLS LIMOUSINE SERVICE OF LAS VEGAS INC., a Nevada corporation d/b/a BLS LIMOUSINE SERVICE OF LAS VEGAS; DESERT CAB, INC., a Nevada corporation d/b/a DESERT CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS, a Nevada corporation d/b/a BELLS TRANS; TONY CHONG, an individual; and DOE EMPLOYEES 1-1000;<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The undersigned, C.A. (Cathie) Olendorff, as counsel of record for Defendants Nevada Yellow Cab Corporation, Nevada Checker Cab Corporation and Nevada Star Cab Corporation (collectively "YCS"), certifies that the above-mentioned parties to this action are the only parties that hold an interest in this action.

Dated: June 25, 2009

                                                  Respectfully Submitted,

                                                  /s/_____
                                                  C.A. (Cathie) Olendorff, Esq.
                                                  5225 W. Post Road
                                                  Las Vegas, NV 89118
                                                  (702) 873-8012

# CERTIFICATE OF MAILING

I hereby certify that I am an employee of Nevada Yellow Checker Star Cab Corporations, and that on the 25th day of June, 2009, I electronically transmitted the **DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the counsel listed below, who have registered to receive Electronic Filing:

| | |
|---|---|
| Jay Edelson, Esq.<br>Rafey Balabanian, Esq.<br>KAMBER EDELSON LLC<br>350 N. LaSalle Street, Ste. 1300<br>Chicago, IL 60654<br><br>*Attorneys for Plaintiff* | James E. Smyth, II, Esq.<br>KUMMER KAEMPFER BONNER<br>RENSHAW & FERRARIO<br>3800 Howard Hughes Pkwy., 7th Floor<br>Las Vegas, NV 89169<br><br>*Attorneys for Plaintiff* |
| D. Neal Tomlinson, Esq.    and<br>Wayne Gross, Esq.<br>Michael D. Stein, Esq.<br>Brian R. Reeve<br>SNELL & WILMER, L.L.P.<br>3883 Howard Hughes Pkwy, Ste. 1100<br>Las Vegas, NV 89169 | William S. Kemp, Esq.<br>KEMP, JONES & COULTHARD, LLP<br>3800 Howard Hughes Pkwy, 17th Floor<br>Las Vegas, NV 89169 |

*Attorneys for Defendant Frias Management, LLC*


      /s/ Sheila Robertson
      An employee of YCS