1  KIMBERLY MAXSON-RUSHTON
   Nevada Bar #005065
2  COOPER LEVENSON APRIL
3    NIEDELMAN & WAGENHEIM, P.A.
   900 South Fourth Street
4  Las Vegas, Nevada 89101
   (702) 366-1125
5  FAX: (702) 366-1857
   Attorneys for Defendant
6  LUCKY CAB COMPANY OF NEVADA,
   A Nevada Corporation d/b/a LUCKY TRANS
7
                    UNITED STATED DISTRICT COURT
8
                          DISTRICT OF NEVADA
9

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated, | CASE NO. 2:09-cv-00995 |
| Plaintiff, | **DEMAND FOR SECURITY OF COSTS** |
| vs. | Date of Hearing: N/A<br>Time of Hearing: N/A |
| BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB; SKY TOP VENDING, INC., a Nevada Corporation d/b/a CAN CAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAS'S; C.P. FOOD AND BEVERAGE, INC., a Nevada corporation d/b/a CLUB PARADISE; DÉJÀ VU SHOWGIRLS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a DÉJÀ VU SHOWGIRLS; PALOMINO CLUB, INC., a Nevada corporation d/b/a PALOMINO CLUB; SHAC, LLC, a Nevada limited liability company d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D2801 WESTWOOD, INC., a Nevada corporation d/b/a TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT, a Nevada limited liability company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS CAB; WESTERN CAB COMPANY, a | |

CLAC; 350412.1

| | |
|---|---|
| 1 | Nevada corporation d/b/a WESTERN CAB COMPANY and WESTERN LIMOUSINE; |
| 2 | NEVADA CHECKER CAB CORPORATION, a Nevada corporation d/b/a |
| 3 | CHECKER CAB COMPANY; NEVADA STAR CAB CORPORATION, a Nevada |
| 4 | corporation d/b/a STAR CAB COMPANY; NEVADA YELLOW CAB CORPORATION, |
| 5 | a Nevada corporation d/b/a YELLOW CAB COMPANY; LUCKY CAB COMPANY OF |
| 6 | NEVADA, a Nevada corporation d/b/a LUCKY TRANS; SUN CAB, INC., a Nevada |
| 7 | corporation d/b/a NELLIS CAB COMPANY; CLS NEVADA, LLC, a Nevada limited |
| 8 | liability company d/b/a CLS TRANSPORTATION LAS VEGAS; ON |
| 9 | DEMAND SEDAN SERVICES, LLC, a Nevada limited liability company d/b/a ODS |
| 10 | LIMOUSINE and ODS CHAUFFEURED TRANSPORTATION; BLS LIMOUSINE |
| 11 | SERVE OF LAS VEGAS; DESERT CAB, INC. a Nevada corporation d/b/a DESERT |
| 12 | CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS A NEVADA |
| 13 | CORPORATION, a Nevada corporation d/b/a BELL TRANS; TONY CHONG, and |
| 14 | individual; and DOE EMPLOYEES 1-1000; |
| 15 | Defendants. |

TO: THEODORE TRAPP, Plaintiff; and

TO: JAY EDELSON, ESQ., RAFEY S. BALABANIAN, ESQ., and JAMES E. SMYTH,

ESQ., Attorneys for Plaintiff;

Pursuant to NRS 18.130, LUCKY CAB COMPANY OF NEVADA, a Nevada corporation d/b/a LUCKY TRANS hereby makes demand upon Plaintiff, who resides out of State, for security in the amount of Five Hundred and No/100 Dollars ($500.00) for costs and charges which may be awarded herein against Plaintiff. The requirements of NRS 18.130 apply to actions in the United States District Court,

/ / /

/ / /

/ / /

2

CLAC; 350412.1

District of Nevada. Truck Ins. Exchange, 683 F. Supp. 223, 227-28 (D. Nev. 1988); Hamar v. Hyatt Corp., 98 F.R.D. 305, 305-06 (D. Nev. 1983).

Dated this 16 day of June, 2009.

          COOPER LEVENSON APRIL
          NIEDELMAN & WAGENHEIM, P.A.

By /s/ Kimberly Maxson-Rushton
Kimberly Maxson-Rushton
Nevada Bar No. 005065
900 South Fourth Street
Las Vegas, Nevada 89101
Attorneys for Defendant
LUCKY CAB COMPANY OF NEVADA, a
Nevada corporation d/b/a LUCKY TRANS

CLAC; 350412.1

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5 (b), I certify that I am an employee of COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM P.A. and that on this 26th day of June, 2009, I did cause a true copy of the foregoing **DEMAND FOR SECURITY OF COSTS** to be served via CM/ECF electronic filing upon the following person(s).

**Jay Edelson**
Kamber Edelson LLC
350 N LaSalle St, Ste 1300
Chicago, IL 60654
312-589-6370

**Rafey S. Balabanian**
KamberEdelson LLC
350 North LaSalle Street
Suite 1300
Chicago, IL 60654
(312) 589-6370
Fax: (312) 589-6378
Email: rafey@kamberedelson.com

**James E Smyth**
Kummer Kaempfer Bonner Renshaw & Ferrario
3800 Howard Hughes Parkway
7th Floor
Las Vegas, NV 89109
(702) 792-7000
Fax: (702) 796-7181
Email: jsmyth@kkbrf.com

By /s/ Ashley Evokem
An Employee of
COOPER LEVENSON APRIL
NIEDELMAN & WAGENHEIM, P.A.