| | |
|---|---|
| 1 | C.A. (Cathie) Olendorff, Esq. |
| | Nevada Bar #3554 |
| 2 | 5225 W. Post Road |
| | Las Vegas, NV 89118 |
| 3 | Telephone: (702) 873-8012 |
| | Facsimile: (702) 365-7864 |
| 4 | legal@ycstrans.com |
| 5 | *Counsel for Defendants* |
| | Nevada Yellow Cab Corporation |
| 6 | Nevada Checker Cab Corporation |
| | Nevada Star Cab Corporation |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated. | ) | CASE NO. 2:09-cv-00995-LDB-GWF |
| Plaintiff, | ) ) | **DEFENDANT NEVADA YELLOW CAB CORPORATION'S DEMAND FOR SECURITY OF COSTS** |
| vs. | ) | |
| BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB; SKY TOP VENDING, INC., a Nevada corporation d/b/a CAN CAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAH'S; C.P. FOOD AND BEVERAGE, INC., a Nevada corporation d/b/a/ CLUB PARADISE; DEJA VU SHOWGIRLS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a DEJA VU SHOWGIRLS; PALOMINO CLUB, INC., a Nevada corporation d/b/a/ PALOMINO CLUB; SHAC, LLC, a Nevada limited liability company d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D.2801 WESTWOOD, INC., a Nevada corporation d/b/a TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT, LLC, a Nevada limited liability company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS | ) | |

| | |
|---|---|
| VEGAS CAB; WESTERN CAB COMPANY, a Nevada corporation d/b/a WESTERN CAB COMPANY and WESTERN LIMOUSINE; NEVADA CHECKER CAB CORPORATION, a Nevada corporation d/b/a NEVADA CHECKER CAB COMPANY; NEVADA STAR CAB CORPORATION, a Nevada corporation d/b/a STAR CAB COMPANY; NEVADA YELLOW CAB CORPORATION, a Nevada corporation d/b/a YELLOW CAB COMPANY; LUCKY CAB COMPANY OF NEVADA, a Nevada corporation d/b/a LUCKY TRANS; SUN CAB, INC., a Nevada corporation d/b/a NELLIS CAB COMPANY; CLS NEVADA, LLC, a Nevada limited liability company d/b/a CLS TRANSPORTATION LAS VEGAS; ON DEMAND SEDAN SERVICES, LLC, a Nevada limited liability company d/b/a ODS LIMOUSINE and ODS CHAUFFEURED TRANSPORTATION; BLS LIMOUSINE SERVICE OF LAS VEGAS INC., a Nevada corporation d/b/a BLS LIMOUSINE SERVICE OF LAS VEGAS; DESERT CAB, INC., a Nevada corporation d/b/a DESERT CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS, a Nevada corporation d/b/a BELLS TRANS; TONY CHONG, an individual; and DOE EMPLOYEES 1-1000;  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**To:** **THEODORE TRAPP, Plaintiff; and**

**To:** **JAY EDELSON, RAFEY BALABANIAN, and JAMES SMYTH his attorneys.**

Pursuant to NRS 18,130, Nevada Yellow Cab Corporation, hereby demands upon Plaintiff, who resides out of State, for security in the amount of Five Hundred and No/100 Dollars ($500.00) for costs and charges which may be awarded herein against Plaintiff.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

The requirements of NRS 18.130 apply to actions in the United States District Court, District of Nevada. Truck Ins. Exchange, 683 F. Supp. 223, 227028 (D. Nev. 1988); Hamar v. Hyatt Corp., 98 F.R.D. 305, 305-06 (D.Nev. 1983).

DATED this 29th day of June, 2009

          Respectfully Submitted,

          /s/_____
          C.A. (Cathie) Olendorff, Esq.
          5225 W. Post Road
          Las Vegas, NV 89118
          (702) 873-8012

# CERTIFICATE OF MAILING

I hereby certify that I am an employee of Nevada Yellow Cab Corporation, and that on the 29th day of June, 2009, I electronically transmitted the **DEFENDANT NEVADA YELLOW CAB CORPORATION'S DEMAND FOR SECURITY OF COSTS** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the counsel listed below, who have registered to receive Electronic Filing:

| | |
|---|---|
| **Jay Edelson, Esq.**<br>**Rafey Balabanian, Esq.**<br>KAMBER EDELSON LLC<br>350 N. LaSalle Street, Ste. 1300<br>Chicago, IL 60654<br><br>*Attorneys for Plaintiff* | **James E. Smyth, II, Esq.**<br>KUMMER KAEMPFER BONNER<br>RENSHAW & FERRARIO<br>3800 Howard Hughes Pkwy., 7th Floor<br>Las Vegas, NV 89169<br><br>*Attorneys for Plaintiff* |
| **John T. Moran, Jr., Esq.**<br>Moran Law Firm, LLC<br>630 S. 4th St., Ste. 400<br>Las Vegas, NV 89101<br><br>*Attorney for Western Cab Company* | **Mark E. Trafton, Esq.**<br>1900 Industrial Road<br>Las Vegas, NV 89102<br><br>*Attorney for Bell Trans* |

**D. Neal Tomlinson, Esq.**
**Wayne Gross, Esq.**
**Michael D. Stein, Esq.**
**Brian R. Reeve**
SNELL & WILMER, L.L.P.
3883 Howard Hughes Pkwy, Ste. 1100
Las Vegas, NV 89169

**William S. Kemp, Esq.**
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Pkwy, 17th Floor
Las Vegas, NV 89169

*Attorneys for Defendant Frias Management, LLC*

**Ross C. Goodman, Esq.**
Goodman Law Group
520 S. Fourth Street, 2nd, Floor
Las Vegas, NV 89101

*Attorney for Tony Chong & D.2801 Westwood, Inc.*

| | |
|---|---|
| 1 | |
| 2 | **Mark E. Ferrario, Esq.**<br>**Brandon E. Roos, Esq.** |
| 3 | Greenberg Traurig<br>3773 Howard Huges Pkwy, Ste. 400 North |
| 4 | Las Vegas, NV 89169 |
| 5 | *Attorneys for Palomino Club, Inc.; Rick's Las Vegas; SHAC, LLC* |
| 6 | |
| 7 | **Neil J. Beller, Esq.**<br>Neil J. Beller, LTD<br>7408 W. Sahara Avenue |
| 8 | Las Vegas, NV 89117 |
| 9 | *Attorney for Deja Vu Showgirls of Las Vegas, LLC; K-Kel, Inc.; La Fuente, Inc.; Las Vegas Entertainment, LLC; Little Darlings of Las Vegas, LLC;* |
| 10 | |
| 11 | **Kimberly Maxon-Rushton**<br>Cooper Levenson April Niedelman & Wagenheim, PA |
| 12 | 900 S. 4th Street<br>Las Vegas, NV 89101 |
| 13 | |
| 14 | *Attorney for Big Poppa's, LLC; C.P. Food and Beverage, Inc.; CLS Nevada, LLC; Desert Cab, Inc.; Lucky Cab Company of Nevada; O.G. Eliades, A.D. LLC; On Demand Sedan Services, LLC; Michael A,. Saltman; Sky Top Vending, Inc.; Sun Cab, Inc.* |
| 15 | |
| 16 | |
| 17 | /s/ Sheila Robertson<br>An employee of Yellow Cab Company |