| | |
|---|---|
| 1 | Neil J. Beller, Esq.<br>Nevada Bar No. 002360 |
| 2 | NEIL J. BELLER, LTD.<br>7408 West Sahara Avenue |
| 3 | Las Vegas, NV 89117<br>(702) 368-7767 |
| 4 | nbeller@njbltd.com<br>Attorney for Defendants |
| 5 | DEJA VU SHOWGIRLS OF LAS VEGAS, LLC<br>LITTLE DARLINGS OF LAS VEGAS, LLC |
| 6 | LAS VEGAS ENTERTAINMENT, LLC |

UNITED STATES DISTRICT COURT

DISTRICT OF, NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BINGMEN'S CLUB; SKY TOP VENDING, INC., a Nevada Corporation d/b/a CAN CAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAH'S; C.P. FOOD AND BEVERAGE, INC., a Nevada corporation d/b/a CLUB PARADISE; DEJA VU SHOWGIRLS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a DEJA VU SHOWGIRLS; PALOMINO CLUB, INC., a Nevada corporation d/b/a PALOMINO CLUB; SHAC, LLC, a Nevada limited liability company d/b/a SAPPHIRE; d/b/a STAR CAB COMPANY; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D. 2801 WESTWOOD, INC., a Nevada corporation d/b/a TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; | CASE NO.   2:09-cv-00995<br><br>**DEFENDANTS DEJA VU SHOWGIRLS OF LAS VEGAS, LLC, LITTLE DARLINGS OF LAS VEGAS, LLC'S, AND LAS VEGAS ENTERTAINMENT, LLC D/B/A LARRY FLYNT'S HUSTLER CLUB'S DEMAND FOR SECURITY OF COSTS** |

1

Dockets.Justia.com

| | |
|---|---|
| 1 | O.G. ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT, LLC, a Nevada limited liability company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS CAB; WESTERN CAB COMPANY, a Nevada corporation d/b/a WESTERN CAB COMPANY and WESTERN LIMOUSINE; NEVADA CHECKER CAB CORPORATION, a Nevada corporation d/b/a CHECKER CAB COMPANY; NEVADA STAR CAB CORPORATION, a Nevada corporation d/b/a STAR CAB COMPANY; NEVADA YELLOW CAB CORPORATION, a Nevada corporation d/b/a YELLOW CAB COMPANY; LUCKY CAB COMPANY OF NEVADA, a Nevada corporation d/b/a LUCKY TRANS; SUN CAB, INC., a Nevada corporation d/b/a NELLIS CAB COMPANY; CLS NEVADA, LLC, a Nevada limited liability company d/b/a CLS TRANSPORTATION LAS VEGAS; ON DEMAND SEDAN SERVICES, LLC, a Nevada limited liability company d/b/a ODS LIMOUSINE and ODS CHAUFFEURED TRANSPORTATION; BLS LIMOUSINE SERVICE OF LAS VEGAS, INC., a Nevada corporation d/b/a BLS LIMOUSINE SERVICE OF LAS VEGAS; DESERT CAB, INC., a Nevada corporation d/b/a DESERT CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS A NEVADA CORPORATION, a Nevada corporation d/b/a BELL TRANS; TONY CHONG, an individual; and DOE EMPLOYEES 1-1000;<br><br>Defendants. |

**DEFENDANTS DEJA VU SHOWGIRLS OF LAS VEGAS, LLC, LITTLE DARLINGS OF LAS VEGAS, LLC'S, AND LAS VEGAS ENTERTAINMENT, LLC D/B/A LARRY FLYNT'S HUSTLER CLUB'S DEMAND FOR SECURITY OF COSTS**

TO: THEODORE TRAPP, Plaintiff, and

TO: JAY EDELSON, ESQ., RAFEY BALABANIAN, ESQ., JAMES SMYTH, ESQ., his attorneys.

Pursuant to NRS 18.130, Defendants Deja Vu Showgirls of Las Vegas, LLC, Little Darlings of Las Vegas, LLC and Las Vegas Entertainment, LLC hereby makes demand upon Plaintiff, who resides out of State, for security in the amount of Five Hundred Dollars ($500.00) for costs and charges which may be awarded against Plaintiff.

The requirements of NRS 18.130 apply to actions in the United States District Court, District of Nevada. See, Truck Ins. Exchange v. Tetzlaff, 685 F.Supp.223, 227 (D.Nev. 1988).

Dated this 29 day of June, 2009.

Neil J. Beller, Esq.
Nevada Bar No. 002360
NEIL J. BELLER, LTD.
7408 West Sahara Avenue
Las Vegas, NV 89117
(702) 368-7767
Attorney for Defendants
DEJA VU SHOWGIRLS OF LAS VEGAS, LLC
LITTLE DARLINGS OF LAS VEGAS, LLC
LAS VEGAS ENTERTAINMENT, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the law firm of NEIL J. BELLER, LTD. and on the 29 of June, 2009, service of the foregoing **DEFENDANTS DEJA VU SHOWGIRLS OF LAS VEGAS, LLC, LITTLE DARLINGS OF LAS VEGAS, LLC'S, AND LAS VEGAS ENTERTAINMENT, LLC D/B/A LARRY FLYNT'S HUSTLER CLUB'S DEMAND FOR SECURITY OF COSTS** was made, by depositing a true and correct copy of the same in the United States mail, postage prepaid, addressed to the following:

James E. Smyth, Esq.
Bar No. 6506
3800 Howard Hughes Parkway, Seventh Floor
Las Vegas, NV 89169
(702) 792-7000

Jay Edelson, Esq.
Rafey Balabanian, Esq.
KAMBER EDELSON, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654

Attorneys for Plaintiff THEODORE TRAPP

/s/ Janie Kennedy
An Employee of Neil J. Beller, Ltd.