1 Mark E. Trafton, Esq.
Nevada State Bar No. 6525
2 1900 Industrial Road
Las Vegas, Nevada 89102
3 Telephone: (702) 385-1813
Facsimile: (702) 382-9633
4
Attorney for Defendant,
5 BELL TRANS

6

7 U.S. DISTRICT COURT

8 DISTRICT OF NEVADA

9

10 THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated. ) CASE NO. 2:09-CV-00995-KJD-GWF
)
11 Plaintiff, )
)
12 vs. ) **DEFENDANT, BELL TRANS',**
) **CERTIFICATE OF**
) **INTERESTED PARTIES**
13 BIG POPPA'S, LLC, a Nevada limited liability ) **REQUESTED BY LR 7.1-1**
company d/b/a BADDA BING MEN'S CLUB; )
14 SKY TOP VENDING, INC., a Nevada corporation )
d/b/a CAN CAN ROOM; LA FUENTE, INC., a )
15 Nevada corporation d/b/a CHEETAH'S; C.P. )
FOOD AND BEVERAGE, INC., a Nevada )
16 corporation d/b/a CLUB PARADISE; DÉJÀ VU )
SHOWGIRLS; PALOMINO CLUB, INC., a )
17 Nevada corporation d/b/a PALOMINO CLUB; )
SHAC, LLC, a Nevada corporation d/b/a )
18 SAPPHIRE; K-KEL, INC., a Nevada corporation )
d/b/a SPEARMINT RHINO; D.2801WESTWOOD )
19 INC., a Nevada corporation d/b/a TREASURES; )
LITTLE DARLINGS OF LAS VEGAS, LLC, a )
20 Nevada limited liability company d/b/a LITTLE )
DARLINGS; O.G. ELIADES, A.D., LLC, a )
21 Nevada limited liability company d/b/a OLYMPIC )
GARDENS; LAS VEGAS ENTERTAINMENT, )
22 LLC, a Nevada limited liability company d/b/a )
LARRY FLYNT'S HUSTLER CLUB; MICHAEL )
23 A. SALTMAN d/b/a MINXX; RICK'S LAS )
VEGAS; FRIAS MANAGEMENT, LLC, a )
24 Nevada limited liability company d/b/a ACE CAB )
COMPANY and A-NORTH LAS VEGAS )
25 CAB; WESTERN CAB COMPANY, a Nevada )
corporation d/b/a WESTERN CAB COMPANY )
26 and WESTERN LIMOUSINE; NEVADA )
CHECKER CAB CORPORATION, a Nevada )
27 corporation d/b/a NEVADA CHECKER CAB )
COMPANY; NEVADA STAR CAB )
28 CORPORATION, a Nevada corporation d/b/a )
STAR CAB COMPANY; NEVADA YELLOW )
CAB CORPORATION, a Nevada corporation )

| | |
|---|---|
| 1 | d/b/a YELLOW CAB COMPANY; LUCKY CAB COMPANY OF NEVADA, a Nevada corporation d/b/a LUCKY TRANS; SUN CAB, INC., a Nevada corporation d/b/a NELLIS CAB COMPANY; CLS NEVADA, LLC, a Nevada limited liability company d/b/a CLS TRANSPORTATION LAS VEGAS; ON DEMAND SEDAN SERVICES, LLC, a Nevada limited liability company d/b/a ODS LIMOUSINES and ODS CHAUFFEURED TRANSPORTATION; BLS LIMOUSINE SERVICE OF LAS VEGAS, INC.; DESERT CAB, INC., a Nevada corporation d/b/a DESERT CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS A NEVADA CORPORATION, a Nevada corporation d/b/a BELL TRANS; TONY CHONG, an individual; and DOE EMPLOYEES 1-1000;  Defendants. |

The undersigned, Mark E. Trafton, as counsel of record for Defendant Bell Trans, certifies that the above-mentioned parties to this action are the only parties that hold an interest in this action.

Dated this 29 day of June, 2009.

Mark E. Trafton, Esq.
Nevada State Bar No. 6525
1900 Industrial Road
Las Vegas, Nevada 89102

Attorney for Defendant,
BELL TRANS

# CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 30 day of June, 2009, I electronically transmitted the **"DEFENDANT, BELL TRANS', CERTIFICATE OF INTERESTED PARTIES REQUIRED BY LR 7.1-1"** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the counsel listed below, who have registered to receive Electronic Filing:

| | |
|---|---|
| Jay Edelson, Esq.<br>Rafey Balabania, Esq.,<br>Kamber Edelson, LLC<br>350 North LaSalle Street, Suite 1300<br>Chicago, IL 60654<br>Attorneys for Plaintiff | James E. Smyth, II, Esq.<br>Kummer Kaempfer Bonner<br>Renshaw & Ferrario<br>3800 Howard Hughes Pkwy., 7th Floor<br>Las Vegas, Nevada 89169<br>Attorneys for Plaintiff |
| D. Neal Tomlinson, Esq.<br>Wayne, Gross, Esq.<br>Michael D. Stein, Esq.<br>Brain R. Reve, Esq.<br>Snell & Wilmer, L.L.P.<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Attorneys for Defendant<br>    Frias Management, LLC | William S. Kemp, Esq.<br>Kemp, Jones & Coulthard, LLP<br>3800 Howard Hughes Parkway, 17th Floor<br>Las Vegas, Nevada 89169<br>Attorneys for Defendant<br>    Frias Management, LLC |
| Neil J. Beller, Esq.<br>Neil J. Beller, Ltd.<br>7408 West Sahara Avenue<br>Las Vegas, Nevada 89117<br>Attorneys for Deja Vu Showgirls<br>    of Las Vegas, LLC | Mark E. Ferrario, Esq.<br>Kummer Kaempfer Bonner Rensha & Ferrario<br>3800 Howard Hughes Pkwy., 7th Floor<br>Las Vegas, Nevada 89169<br>Attorneys for Defendant, SHAC, LLC |
| Brandon E. Roos, Esq.<br>Greenberg Traurig, LLP<br>3773 Howard Hughes Parkway,<br>Suite 400 North<br>Las Vegas, Nevada 89169<br>Attorneys for Defendant, SHAC, LLC | Ross C Goodman, Esq.<br>Goodman Law Group<br>520 S Fourth Street<br>2nd Floor<br>Las Vegas, NV 89101<br>Attorneys for Defendant, D.2801 Westwood |
| Kimberly Maxson-Rushton<br>Cooper Levenson April Niedelman<br>    & Wagenheim, PA<br>900 South 4th Street<br>Las Vegas, NV 89101<br>Attorneys for Defendant,<br>    Lucky Cab Company of Nevada | John T. Moran, Jr.<br>Moran Law Firm, LLC<br>630 S. 4th Street<br>Suite 400<br>Las Vegas, NV 89101<br>Attorneys for Defendant, Western Cab Co. |

| | |
|---|---|
| 1 | Catherine A Olendorff, Esq.<br>5225 W. Post Road |
| 2 | Las Vegas, NV 89118<br>Attorney for Defendant, Nevada Yellow |
| 3 | Checker Star Cab Corporations |
| 4 | |
| 5 | |
| 6 | *Karen Walker* (signature)<br>Karen Walker |
| 7 | |

- 4 -