| | |
|---|---|
| 1 | Ross C. Goodman (Bar No. 7722) |
| 2 | GOODMAN LAW GROUP |
|   | 520 S. Fourth St., 2nd Floor |
| 3 | Las Vegas, Nevada 89101 |
|   | Telephone: (702) 383-5088 |
| 4 | Facsimile: (702) 385-5088 |

*Attorneys for Defendant*
*D.2801 Westwood, Inc. d/b/a Treasures*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,

Plaintiff,

v.

BIG POPPA'S, LLC, A Nevada limited liability company d/b/a BADDA BING MEN'S CLUB; SKY TOP VENDING, INC., a Nevada Corporation d/b/a CAN CAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAH's; C.P. FOOD AND BEVERAGE, INC., a Nevada corporation d/b/a CLUB PARADISE; DÉJÀ VU SHOWGIRLS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a DÉJÀ VU SHOWGIRLS; PALOMINO CLUB, INC.; SHAC, LLC, a Nevada limited liability company d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D.2801 WESTWOOD, INC., a Nevada corporation d/b/a TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT, LLC, a Nevada limited liability company d/b/a LARRY FLYNT's HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS CAB; WESTERN CAB COMPANY, a

Case No.: 2:09-cv-00995

**DEFENDANT D.2801 WESTWOOD, INC. d/b/a TREASURES CERTIFICATE AS TO INTERESTED PARTIES**

Dockets.Justia.com

GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 383-5088

Nevada corporation d/b/a WESTERN CAB COMPANY and WESTERN LIMOUSINE, NEVADA CHECKER CAB CORPORATION, a Nevada corporation d/b/a CHECKER CAB COMPANY,; NEVADA STAR CABCORPORATION, a Nevada corporation d/b/a STAR CAB COMPANY; NEVADA YELLOW CAB CORPORATION, a Nevada corporation d/b/a YELLOW CAB COMPANY; LUCKY CAB COMPANY OF NEVADA, a Nevada corporation d/b/a LUCKY TRANS; SUN CAB, INC., a Nevada limited liability company d/b/a CLS TRANSPORATION LAS VEGAS; ON DEMAND SEDAN SERVICES, LLC, a Nevada limited liability company d/b/a ODS LIMOUSINE and ODS CHAUFFEURED TRANSPORTATION; BLS LIMOUSINE SERVICE OF LAS VEGAS, INC., a Nevada corporation d/b/a BLS LIMOUSINE SERVICE OF LAS VEGAS; DESERT CAB, INC., a Nevada corporation d/b/a DESERT CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS A NEVADA CORPORATION, a Nevada corporation d/b/a BELL TRANS; TONY CHONG, an individual; and DOE EMPLOYEES 1-1000;

Defendants.

Pursuant to Fed. R. Civ. Proc. 7.1 and LR 7.1-1, the undersigned, ROSS C. GOODMAN, ESQ., of the Goodman Law Group, attorney of record for Defendant D.2801 WESTWOOD, INC., d/b/a TREASURES, hereby certifies that the above-named parties are the only parties that have an interest in this case.

Dated this 30th day of June, 2009.

GOODMAN LAW GROUP

By: /s/ Ross C. Goodman
Ross C. Goodman, Esq. (Bar No. 7722)
520 south Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*D.2801 Westwood, Inc. d/b/a Treasures*

## CERTIFICATE OF MAILING

I hereby certify that I am an employee of the GOODMAN LAW GROUP, and that on the 30th day of June, 2009, I electronically transmitted the foregoing **DEFENDANT D.2801 WESTWOOD, INC. d/b/a TREASURES CERTIFICATE AS TO INTERESTED PARTIES** to the Clerk's Office using CM/ECF System for filing and transmittal of a Notice of Electronic Fling to the counsel listed below, who have registered to receive Electronic Filing:

| | |
|---|---|
| Jay Edelson, Esq.<br>Rafey Balabanian, Esq.<br>KAMBER EDELSON, LLC<br>350 N. LaSalle Street, suite 1300<br>Chicago, IL 60654<br>*Attorneys for Plaintiff* | James E. Smyth, II, Esq.<br>KUMMER KAEMPFER BONNER<br>RENSHAW & FERRARIO<br>3800 Howard Hughes Parkway, 7th Floor<br>Las Vegas, Nevada 89169<br>*Attorneys for Plaintiff* |
| John T. Moran, Jr., Esq.<br>MORAN LAW FIRM, LLC<br>630 S. 4th Street, Suite 400<br>Las Vegas, Nevada 89101<br>*Attorneys Western Cab Company* | Mark E. Trafton, Esq.<br>1900 Industrial Road<br>Las Vegas, Nevada 89102<br>*Attorneys Bell Trans* |
| D. Teal Tomlinson, Esq.<br>Wayne Gross, Esq.<br>Michael D. Stein, Esq.<br>Brian R. Reeve<br>SNELL & WILMER, LLP<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>*Attorneys for Frias Management, LLC* | William S. Kemp, Esq.<br>KEMP, JONES, & COULTHARD, LLP<br>3800 Howard Hughes Parkway, 17th Floor<br>Las Vegas, Nevada 89169<br>*Attorneys for Frias Management, LLC* |
| C.A. (Cathie) Olendorff, Esq.<br>5225 W. Post Road<br>Las Vegas, Nevada 89118<br>*Attorneys for Nevada Yellow Cab Corporation, Nevada Checker Cab Corporation and Nevada Star Cab Corporation* | Kimberly Maxson-Rushton, Esq.<br>COOPER LEVENSON APRIL NEIDELMAN & WAGENHEIM, P.A.<br>900 South Fourth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Lucky Cab Company of Nevada d/b/a Lucky Trans* |
| Neil J. Beller, Esq.<br>NEIL J. BELLER, LTD.<br>7408 West Sahara Avenue<br>Las Vegas, Nevada 89117<br>*Attorneys for Déjà vu Showgirls of Las Vegas, LLC, Little Darlings of Las Vegas, LLC, Las Vegas Entertainment, LLC* | Mark E. Ferrario, Esq.<br>Brandon E. Roos, Esq.<br>GREENBERG TRAURIG, LLP<br>3773 Howard Hughes Parkway, Ste 400 North<br>Las Vegas, Nevada 89169<br>*Attorneys for SHAC, LLC* |

GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 383-5088

1 John H. Weston, Esq.
G. Randall Garrou, Esq.
2 WESTER, GARROU, WALTERS &
MOONEY
3 12121 Wilshire Boulevard, suite 900
Los Angeles, California 90025-1176
4 *Attorneys for Defendant K-Kel, Inc.*

/s/ Mary A. Guido
An Employee of the GOODMAN LAW GROUP

GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 383-5088