Ross C. Goodman (Bar No. 7722)
GOODMAN LAW GROUP
520 S. Fourth St., 2nd Floor
Las Vegas, Nevada 89101
Telephone: (702) 383-5088
Facsimile: (702) 385-5088

*Attorneys for Defendant*
*D.2801 Westwood, Inc. d/b/a Treasures*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>BIG POPPA'S, LLC, A Nevada limited liability company d/b/a BADDA BING MEN'S CLUB; SKY TOP VENDING, INC., a Nevada Corporation d/b/a CAN CAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAH's; C.P.FOOD AND BEVERAGE, INC., a Nevada corporation d/b/a CLUB PARADISE; DÉJÀ VU SHOWGIRLS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a DÉJÀ VU SHOWGIRLS; PALOMINO CLUB, INC.; SHAC, LLC, a Nevada limited liability company d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D.2801 WESTWOOD, INC., a Nevada corporation d/b/a TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT, LLC, a Nevada limited liability company d/b/a LARRY FLYNT's HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS CAB; WESTERN CAB COMPANY, a | Case No.: 2:09-cv-00995<br><br>**DEFENDANT D.2801 WESTWOOD, INC. d/b/a TREASURES DEMAND FOR SECURITY OF COSTS** |

Dockets.Justia.com

GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 383-5088

| | |
|---|---|
| 1 | Nevada corporation d/b/a WESTERN CAB COMPANY and WESTERN LIMOUSINE, NEVADA CHECKER CAB CORPORATION, a Nevada corporation d/b/a CHECKER CAB COMPANY,; NEVADA STAR CABCORPORATION, a Nevada corporation d/b/a STAR CAB COMPANY; NEVADA YELLOW CAB CORPORATION, a Nevada corporation d/b/a YELLOW CAB COMPANY; LUCKY CAB COMPANY OF NEVADA, a Nevada corporation d/b/a LUCKY TRANS; SUN CAB, INC., a Nevada limited liability company d/b/a CLS TRANSPORATION LAS VEGAS; ON DEMAND SEDAN SERVICES, LLC, a Nevada limited liability company d/b/a ODS LIMOUSINE and ODS CHAUFFEURED TRANSPORTATION; BLS LIMOUSINE SERVICE OF LAS VEGAS, INC., a Nevada corporation d/b/a BLS LIMOUSINE SERVICE OF LAS VEGAS; DESERT CAB, INC., a Nevada corporation d/b/a DESERT CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS A NEVADA CORPORATION, a Nevada corporation d/b/a BELL TRANS; TONY CHONG, an individual; and DOE EMPLOYEES 1-1000; |
| | Defendants. |

**TO:** THEODORE TRAPP, Plaintiff; and

**TO:** JAY EDELSON, ESQ., and RAFEY BALABANIAN, ESQ. of Kamber Edelson, LLC, and JAMES SMYTH, ESQ., of Kummer Kaempfer Bonner Renshaw & Ferrario, his attorneys.

Pursuant to NRS 18.130, Defendant D.2801 WESTWOOD, INC. d/b/a TREASURES, hereby demands upon Plaintiff, who resides out of State, for security in the amount of Five Hundred Dollars and 00/100 ($500.00) for costs and charges which may be awarded herein against Plaintiff. The requirements of NRS 18.130 apply to actions in the United States District Court, District of Nevada. Truck Ins. Exchange, 683 F. Supp. 223, 227-28 (D. Nev. 1988);

Hamar v. Hyatt Corp., 98 F.R.D. 305, 305-06 (D. Nev. 1983).

Dated this 30th day of June, 2009.

> GOODMAN LAW GROUP
>
> By: /s/ Ross C. Goodman
> Ross C. Goodman, Esq. (Bar No. 7722)
> 520 south Fourth Street, 2nd Floor
> Las Vegas, Nevada 89101
>
> *Attorneys for Defendant*
> *D.2801 Westwood, Inc. d/b/a Treasures*

## CERTIFICATE OF MAILING

I hereby certify that I am and employee of the GOODMAN LAW GROUP, and that on the 30th day of June, 2009, I electronically transmitted the foregoing **DEFENDANT D.2801 WESTWOOD'S DEMAND FOR SECURITY OF COSTS** to the Clerk's Office using CM/ECF System for filing and transmittal of a Notice of Electronic Fling to the counsel listed below, who have registered to receive Electronic Filing:

Jay Edelson, Esq.
Rafey Balabanian, Esq.
KAMBER EDELSON, LLC
350 N. LaSalle Street, suite 1300
Chicago, IL 60654
*Attorneys for Plaintiff*

James E. Smyth, II, Esq.
KUMMER KAEMPFER BONNER RENSHAW & FERRARIO
3800 Howard Hughes Parkway, 7th Floor
Las Vegas, Nevada 89169
*Attorneys for Plaintiff*

John T. Moran, Jr., Esq.
MORAN LAW FIRM, LLC
630 S. 4th Street, Suite 400
Las Vegas, Nevada 89101
*Attorneys Western Cab Company*

Mark E. Trafton, Esq.
1900 Industrial Road
Las Vegas, Nevada 89102
*Attorneys Bell Trans*

D. Teal Tomlinson, Esq.
Wayne Gross, Esq.
Michael D. Stein, Esq.
Brian R. Reeve
SNELL & WILMER, LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
*Attorneys for Frias Management, LLC*

William S. Kemp, Esq.
KEMP, JONES, & COULTHARD, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
*Attorneys for Frias Management, LLC*

C.A. (Cathie) Olendorff, Esq.
5225 W. Post Road
Las Vegas, Nevada 89118
*Attorneys for Nevada Yellow Cab Corporation, Nevada Checker Cab Corporation and Nevada Star Cab Corporation*

Kimberly Maxson-Rushton, Esq.
COOPER LEVENSON APRIL NEIDELMAN & WAGENHEIM, P.A.
900 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Lucky Cab Company of Nevada d/b/a Lucky Trans*

Neil J. Beller, Esq.
NEIL J. BELLER, LTD.
7408 West Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Déjà vu Showgirls of Las Vegas, LLC, Little Darlings of Las Vegas, LLC, Las Vegas Entertainment, LLC*

Mark E. Ferrario, Esq.
Brandon E. Roos, Esq.
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Ste 400 North
Las Vegas, Nevada 89169
*Attorneys for SHAC, LLC*

| | |
|---|---|
| 1 | John H. Weston, Esq.<br>G. Randall Garrou, Esq. |
| 2 | WESTER, GARROU, WALTERS & MOONEY |
| 3 | 12121 Wilshire Boulevard, suite 900<br>Los Angeles, California 90025-1176 |
| 4 | *Attorneys for Defendant K-Kel, Inc.* |

                                          /s/ Mary A. Guido
                                    An Employee of the GOODMAN LAW GROUP

GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 383-5088