**JOHN T. MORAN, JR., ESQ.**
Nevada Bar No. 2271
**JEFFERY A. BENDAVID, ESQ.**
Nevada Bar No. 6220
**JUSTIN W. SMERBER, ESQ.**
Nevada Bar No. 10761
**MORAN LAW FIRM, LLC**
630 South Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
Attorney for Defendants,
*BLS Limousine Service of Las Vegas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

THEODORE TRAPP, on his own behalf and on behalf of all other similarly situated,

Plaintiff,

vs.

BIG POPPA'S, LLC a Nevada Limited Liability Company d/b/a BADDA BING MEN'S CLUB; SKY TOP VENDING, INC., a Nevada Corporation d/b/a CAN CAN ROOM; LA FUENTE, INC., a Nevada Corporation d/b/a CHEETAS'S; C.P. FOOD AND BEVERAGE, INC., a Nevada Corporation d/b/a CLUB PARADISE; DÉJÀ VU SHOWGIRLS OF LAS VEGAS, LLC, a Nevada Limited Liability Company d/b/a DÉJÀ VU SHOWGIRLS; PALOMINO CLUB, INC., A Nevada Corporation d/b/a PALOMINO CLUB; SHAC, LLC, a Nevada Limited Liability Company d/b/a SAPPHIRE; K-KEL, INC., a Nevada Corporation d/b/a SPEARMINT RHINO; D2801 WESTWOOD, INC. a Nevada Corporation d/b/a TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada Limited Liability Company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada Limited Liability Company d/b/a OLYMPIC GARDENS; LAS VEGAS

Case No. 2:09-CV-00995
Dept. No.:

**DEMAND FOR SECURITY OF COSTS**

DATE OF HEARING: N/A
TIME OF HEARING: N/A

MORAN LAW FIRM LLC
MORAN BRANDON BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE: (702) 384-8424
FAX: (702) 384-6568

ENTERTAINMENT, a Nevada Limited Liability Company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC., a Nevada Limited Liability Company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS CAB; WESTERN CAB COMPANY, a Nevada Corporation d/b/a WESTERN CAB COMPANY AND WESTERN LIMOUSINE; NEVADA CHECKER CAB CORPORATION, NEVADA STAR CAB CORPORATION, a Nevada Corporation d/b/a STAR CAB COMPNAY; NEVADA YELLOW CAB COMPANY, a Nevada Corporation d/b/a YELLOW CAB COMPANY; LUCKY CAB COMPANY OF NEVADA, a Nevada Corporation d/b/a LUCKY TRANS; SUN CAB, INC., a Nevada Corporation d/b/a NELLIS CAB COMPANY; CLS NEVADA, LLC, a Nevada Limited Liability Company d/b/a CLS TRANSPORTATION; BLS LIMOUSINE SERVICE OF LAS VEGAS; DESERT CAB, INC., a Nevada Corporation d/b/a DESERT CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS A NEVADA CORPORATION, a Nevada Corporation d/b/a BELL TRANS; TONY CHONG, an individual; and DOE EMPLOYEES 1-1000;

Defendants.

TO: THEODORE TRAPP, Plaintiff; and

TO: JAY EDELSON, RAFFEY BALABANIAN, and JAMES SMYTH, his attorneys.

Pursuant to NRS 18.130, Defendant, BLS LIMOUSINE SERIVCE OF LAS VEGAS hereby makes demand upon Plaintiff, who resides out of State, for

MORAN LAW FIRM LLC
MORAN BRANDON BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE: (702) 384-8424
FAX: (702) 384-6568



security in the amount of Five Hundred and No/100 Dollars ($500.00) for costs and charges which may be awarded herein against Plaintiff. The requirements of NRS 18.130 apply to actions in the United States District Court, District of Nevada. *Truck Ins.* Exchange, 683 F. Supp. 223, 227-28 (D. Nev. 1988); *Hamar v. Hyatt* Corp, 98 F.R.D.

305, 305-306 (D. Nev. 1983).

Dated this 29th day of June, 2009.

**MORAN LAW FIRM, LLC**

/s/: Jeffery A. Bendavid, Esq.
**JOHN T. MORAN, JR., ESQ.**
Nevada Bar No.: 2271
**JEFFERY A. BENDAVID, ESQ**
Nevada Bar No.: 6220
**JUSTIN W. SMERBER, Esq.**
Nevada Bar No.: 10761
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
Attorney for Defendant,
*BLS Limousine Service of Las Vegas*

MORAN LAW FIRM LLC
MORAN BRANDON BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE: (702) 384-8424
FAX: (702) 384-6568



**CERTIFICATE OF MAILING**

I hereby certify that on the 25th day of June, 2009, I served the foregoing DEFENDANT, WESTERN CAB COMPANY'S DEMAND FOR SECURITY OF COSTS to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the counsel listed below, who have registered to receive Electronic Filing:

Jay Edelson, Esq.
Rafey Balabania , Esq.
Kamber Edelson, Esq.
350 N. LaSalle Street
Suite 1300
Chicago, IL 60654

William S. Kemp, Esq.
Kemp Jones & Coulthard, LLP
3800 Howard Hughes Pkwy.
17th Floor
Las Vegas, NV 89169

D. Neal Tomlinson, Esq.
Wayne Gross, Esq.
Michael D. Stein, Esq.
Snell & Wilmer, LLP
3883 Howard Hughes Pkwy.
Suite 1100
Las Vegas, NV 89169

Brandon E. Roos
Greenberg Traurig, LLP
3773 Howard Hughes Pkwy
Ste 400 North
Las Vegas, NV 89169

Neil Beller, Esq.
7408 W. Sahara Ave
Las Vegas, NV 89117

Catherine A Olendorff
Nevada Yellow Checker Star Cab Corporations
5225 W. Post Road
Las Vegas, NV 89118

James E. Smyth II, Esq.
Mark E. Ferrario, Esq.
Kummer Kaempfer Bonner Renshaw & Ferrario
3800 Howard Hughes Pkwy.
7th Floor
Las Vegas, NV 89169

Mark E. Trafton
1900 Industrial Road
Las Vegas, NV 89102

David T. Brown
Goodman Brown & Premsrirut
520 S 4th Street
Suite 320
Las Vegas, NV 89101

Ross C Goodman
Goodman Law Group
520 S Fourth Street
2nd Floor
Las Vegas, NV 89101

MORAN LAW FIRM LLC
MORAN BRANDON BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE: (702) 384-8424
FAX: (702) 384-6568