John H. Weston
(Verified Petition to be Filed Shortly)
johnhweston@wgdlaw.com
G. Randall Garrou
(Verified Petition to be Filed Shortly)
randygarrou@wgdlaw.com
WESTON, GARROU, WALTERS & MOONEY
12121 Wilshire Boulevard, Suite 900
Los Angeles, California 90025-1176
Telephone: (310) 442-0072
Facsimile: (310) 442-0899
*Attorneys for Defendant, K-Kel, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB, *et al.*<br><br>Defendants. | Case No: CV:2:09-995-LDG-PAL<br><br>**DEFENDANT K-KEL, INC.'S CERTIFICATE OF INTERESTED PARTIES REQUIRED BY FRCP 7.1 AND LR 7.1-1** |

The undersigned, as counsel of record for Defendant K-Kel, Inc., a Nevada Corporation d/b/a Spearmint Rhino, certifies his belief that: (1) it has no parent corporation: (2) there is no publicly held corporation owning 10 % or more of its stock; (3) the already-named parties to this action are the only parties that hold an interest in this action; and (4) these representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

Dated: June 30, 2009

John H. Weston
G. Randall Garrou
**WESTON, GARROU, WALTERS & MOONEY**

By: ___s/_____
**John H. Weston**
Attorneys for Defendant, K-Kel, Inc.

PRG7326.DOC

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | Pursuant to Rule IV-B of this Court's Electronic Filing Procedures (revised as of August 24, 2006), service of this document was accomplished by its filing on the electronic case filing system and the consequent issuance of a "Notice of Electronic Filing" on all registered attorneys in this case. I have checked the Court's attorney listings in this case and at least one lawyer with each law firm in this case is registered to receive electronic filings with the Court's ECF system. |

Dated: June 30, 2009

                                              s/ G. Randall Garrou
                                              **G. RANDALL GARROU**
                                              California Bar No. 74442
                                              Weston, Garrou, Walters & Mooney
                                              12121 Wilshire Blvd., #900
                                              Los Angeles, CA 90025
                                              Telephone: (310) 442-0072
                                              Fax: (310) 442-0899
                                              E-mail: randygarrou@wgdlaw.com