John T. Moran, Jr., Esq.
Nevada Bar No. 2271
Justin W. Smerber, Esq.
Nevada Bar No. 10761
**MORAN LAW FIRM, LLC**
630 S. Fourth St.
Las Vegas, Nevada 89101
(702) 384-8424
Attorney for Defendant,
WESTERN CAB COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THEODORE TRAPP, on his own behalf And on behalf of all others similarly situated,

        Plaintiff,

vs.

BIG POPPA'S, LLC, a Nevada limited Liability company d/b/a BADDA BING MEN'S CLUB; SKY TOP VENDING, INC., a Nevada Corporation d/b/a CAN CAN ROOM; LA FUENTE, INC., a Nevada Corporation d/b/a CHEETAH'S; C.P. FOOD AND BEVERAGE, INC., a Nevada Corporation d/b/a CLUB PARADISE; DÉJÀ VU SHOWGIRLS OF LAS VEGAS, LLC, a Nevada Limited Liability Company d/b/a DÉJÀ VU SHOWGIRLS; PALOMINO CLUB, INC., A Nevada Corporation d/b/a PALOMINO CLUB; SHAC, LLC, a Nevada Limited Liability Company d/b/a SAPPHIRE; K-KEL, INC., a Nevada Corporation d/b/a SPEARMINT RHINO; D.2801 WESTWOOD, INC., a Nevada Corporation d/b/a TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada Limited Liability Company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, A Nevada Limited Liability Company d/b/a

Case No: 2:09-CV-00995

**DEFENDANT, WESTERN CAB COMPANY'S CERTIFICATE OF INTERESTED PARTIES AS REQUIRED BY FRCP 7.1 AND LR 7.1-1**

1

| | |
|---|---|
| 1 | OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT, LLC, a Nevada Limited Liability Company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL A SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada Limited Liability Company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS CAB; WESTERN CAB COMPANY, a Nevada Corporation d/b/a WESTERN CAB COMPANY and WESTERN LIMOUSINE; NEVADA CHECKER CAB CORPORATION, a Nevada Corporation d/b/a CHECKER CAB COMPANY; NEVADA STAR CAB CORPORATION, a Nevada Corporation d/b/a STAR CAB COMPANY; NEVADA YELLOW CAB CORPORATION, a Nevada Corporation d/b/a YELLOW CAB COMPANY; LUCKY CAB COMPANY OF NEVADA, a Nevada Corporation d/b/a LUCKY TRANS; SUN CAB, INC., a Nevada Corporation d/b/a NELLIS CAB COMPANY; CLS NEVADA, LLC, a Nevada Limited Liability Company d/b/a CLS TRANSPORTATION LAS VEGAS; ON DEMAND SEDAN SERVICES, LLC, A Nevada Limited Liability Company d/b/a ODS LIMOUSINE and ODS CHAUFFEURED TRANSPORTATION; BLS LIMOUSINE SERVICE OF LAS VEGAS, INC., a Nevada Corporation d/b/a BLS LIMOUSINE SERVICE OF LAS VEGAS; DESERT CAB, INC., a Nevada Corporation d/b/a DESERT CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS A NEVADA CORPORATION, a Nevada Corporation d/b/a BELL TRANS; TONY CHONG, an individual; and DOE EMPLOYEES 1-1000;<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

### DEFENDANT, WESTERN CAB COMPANY'S CERTIFICATE OF INTERESTED PARTIES AS REQUIRED BY FED. R. CIV. P 7.1 AND LR 7.1-1

Pursuant to Fed. R. Civ. P. 7.1 and LR 7.1-1, the undersigned, counsel of record for Defendant, WESTERN CAB COMPANY certifies the following have an interest in the outcome of this case: WESTERN CAB COMPANY and WESTERN LIMOUSINE. These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED this 30TH day of June, 2009.

**MORAN LAW FIRM, LLC**

/s/ John T. Moran III, Esq.
John T. Moran III, Esq.
Nevada Bar No. 7453
Justin W. Smerber, Esq.
Nevada Bar No. 10761
630 S. Fourth St.
Las Vegas, Nevada 89101
Attorneys for Defendant.
WESTERN CAB COMPANY

# CERTIFICATE OF MAILING

I hereby certify that on the 30th day of June, 2009, I served the foregoing DEFENDANT, WESTERN CAB COMPANY'S CERTIFICATE OF INTERESTED PARTIES to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the counsel listed below, who have registered to receive Electronic Filing:

| | |
|---|---|
| Jay Edelson, Esq.<br>Rafey Balabania, Esq.<br>Kamber Edelson, LLC<br>350 N. LaSalle Street, Suite 1300<br>Chicago, IL 60654<br>Attorneys for Plaintiff | James E. Smyth, II, Esq.<br>Kummer Kaempfer Bonner<br>Renshaw & Ferrario<br>3800 Howard Huges Pkwy.,<br>7th Floor<br>Las Vegas, NV 89169<br>Attorneys for Plaintiff |
| D. Neal Tomlinson, Esq.<br>Wayne Gross, Esq.<br>Michael D. Stein, Esq.<br>Brian R. Reve, Esq.<br>Snell & Wilmer, LLP<br>3883 Howard Hughes Pkwy,<br>Suite 1100<br>Las Vegas, NV 89169<br>Attorney for Defendnat,<br>Frias Management, LLC | William S. Kemp, Esq.<br>Kemp, Jones &<br>Coulthard, LLP<br>3800 Howard Hughes Pkwy.,<br>17th Floor<br>Las Vegas, NV 89169<br>Attorney for Defendant,<br>Frias Management, LLC |
| Neil J. Beller, Esq.<br>Neil J. Beller, Ltd.<br>7408 W. Sahara Avenue<br>Las Vegas, NV 89117<br>Attorneys for Defendant,<br>Déjà vu Showgirls of Las Vegas, LLC | Mark E. Ferrario, Esq.<br>Kummer Kaempfer Bonner<br>Rensha & Ferrario<br>3800 Howard Hughes Pkwy.,<br>7th Floor<br>Las Vegas, NV 89169<br>Attorneys for Defendant,<br>SHAC, LLC |

| | |
|---|---|
| Brandon E. Roos, Esq.<br>Greenberg Traurig, LLP<br>3773 Howard Hughes Pkwy<br>Suite 400 North<br>Las Vegas, NV 89169<br>Attorney for Defendant,<br>SHAC, LLC | Ross C. Goodman<br>Goodman Law Group<br>520 S. 4th Street<br>2nd Floor<br>Las Vegas, NV 89101<br>Attorney for Defendant,<br>D.2801 WESTWOOD |
| Kimberly Maxson-Rushton, Esq.<br>Cooper Levenson April Niedelman<br>    & Wagenheim<br>900 S. 4th Street<br>Las Vegas, NV 89101<br>Attorney for Defendant,<br>LUCKY CAB COMPANY OF<br>    NEVADA | Mark E. Trafton, Esq.<br>1900 Industrial Road<br>Las Vegas, NV 89102<br>Attorney for Defendant,<br>BELL TRANS |
| C.A. (Cathy) Olendorff, Esq.<br>5225 W. Post Road<br>Las Vegas, NV 89118<br>Attorney for Defendant,<br>CHECKER STAR CAB CORP. | |

Dated this 30th day of June, 2009.

                                          **MORAN LAW FIRM, LLC**

                                          /s/ John T. Moran, Jr._____
                                        **JOHN T. MORAN, JR., ESQ.**
                                        Nevada Bar No.: 2271
                                        **JUSTIN W. SMERBER, Esq.**
                                        Nevada Bar No.: 10761
                                        630 S. Fourth Street
                                        Las Vegas, Nevada 89101
                                        (702) 384-8424
                                        Attorney for Defendant,
                                        WESTERN CAB COMPANY