UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA

CASE NO.: 09-00995

AFFIDAVIT OF SERVICE

**Theodore Trapp and others
similarly situated**

       Plaintiff/Petitioner,

vs.

**Big Poppa's, LLC, et al.**

       Defendant/Respondent.
_____/

SUMMONS; COMPLAINT received by **Paradigm Attorney Service, Inc.** on **06/05/2009** to be served upon:

**CLS Nevada, LLC dba CLS Transportation Las Vegas c/o Registered Agent, CLS Transportation, Las Vegas**

I, **Zachary A. Van Dette**, being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceeding in which this affidavit is made.

I am authorized to serve this process in the circuit/county it was served in.

On **06/10/2009** at **01:10 PM**, I served the within **SUMMONS; COMPLAINT** on CLS Nevada, LLC dba CLS Transportation Las Vegas c/o Registered Agent, CLS Transportation, Las Vegas at **6430 South Procyon Street, Las Vegas, NV 89118** in the manner indicated below:

**CORPORATE SERVICE:** By delivering a true copy of this process to **Michael Burchett, Authorized to Accept**, pursuant to NRS 14.020 as a person of suitable age and discretion at the above address, which is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State.

X _____
Zachary A. Van Dette
Paradigm Attorney Service, Inc. – Lic#: 1361
525 S. 6th Street
Las Vegas, NV 89101
702.385.7874
Atty File#: **1000.10 (Trapp)** – Our File# **29475**

SUBSCRIBED AND SWORN TO before me
this ____ day of ___June___, 20 09.

_____
Notary Public in and for said
County and State.

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
KATHY C. WILSON
Appt. No. 07-4399-1
My Appt. Expires Aug. 16, 2011