Ross C. Goodman (Bar No. 7722)
GOODMAN LAW GROUP
520 S. Fourth St., 2nd Floor
Las Vegas, Nevada 89101
Telephone: (702) 383-5088
Facsimile: (702) 385-5088

*Attorneys for Defendant*
*D.2801 Westwood, Inc. d/b/a Treasures*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIG POPPA'S, LLC, A Nevada limited liability company d/b/a BADDA BING MEN'S CLUB; SKY TOP VENDING, INC., a Nevada Corporation d/b/a CAN CAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAH's; C.P.FOOD AND BEVERAGE, INC., a Nevada corporation d/b/a CLUB PARADISE; DÉJÀ VU SHOWGIRLS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a DÉJÀ VU SHOWGIRLS; PALOMINO CLUB, INC.; SHAC, LLC, a Nevada limited liability company d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D.2801 WESTWOOD, INC., a Nevada corporation d/b/a TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT, LLC, a Nevada limited liability company d/b/a LARRY FLYNT's HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS CAB; WESTERN CAB COMPANY, a | Case No.: 2:09-cv-00995<br><br>**STIPULATION AND ORDER BETWEEN PLAINTIFF AND DEFENDANT D.2801 WESTWOOD, INC. d/b/a TREASURES TO EXTEND THE DEADLINE TO FILE AND SERVE ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

Dockets.Justia.com

GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 383-5088

| | |
|---|---|
| 1 | Nevada corporation d/b/a WESTERN CAB COMPANY and WESTERN LIMOUSINE, NEVADA CHECKER CAB CORPORATION, a Nevada corporation d/b/a CHECKER CAB COMPANY,; NEVADA STAR CABCORPORATION, a Nevada corporation d/b/a STAR CAB COMPANY; NEVADA YELLOW CAB CORPORATION, a Nevada corporation d/b/a YELLOW CAB COMPANY; LUCKY CAB COMPANY OF NEVADA, a Nevada corporation d/b/a LUCKY TRANS; SUN CAB, INC., a Nevada limited liability company d/b/a CLS TRANSPORATION LAS VEGAS; ON DEMAND SEDAN SERVICES, LLC, a Nevada limited liability company d/b/a ODS LIMOUSINE and ODS CHAUFFEURED TRANSPORTATION; BLS LIMOUSINE SERVICE OF LAS VEGAS, INC., a Nevada corporation d/b/a BLS LIMOUSINE SERVICE OF LAS VEGAS; DESERT CAB, INC., a Nevada corporation d/b/a DESERT CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS A NEVADA CORPORATION, a Nevada corporation d/b/a BELL TRANS; TONY CHONG, an individual; and DOE EMPLOYEES 1-1000; |
| | Defendants. |

Plaintiff THEODORE TRAPP ("Plaintiff"), by and through his attorneys, JAMES E. SMYTH, II, ESQ., of Kummer, Kaempfer, Bonner, Renshaw & Ferrario and Defendant D.2801 WESTWOOD, INC., d/b/a TREASURES ("Defendant"), by and through its attorney, ROSS C. GOODMAN, ESQ. of the Goodman Law Group, hereby file this stipulation for an order to extend the deadline to file and serve an answer or otherwise respond to Plaintiff's Class Action Complaint.

1. On June 2, 2009 Plaintiff filed a Class Action Complaint ("Complaint") against Defendant seeking damages. An Answer or other responsive pleading is due on June 29, 2009.

2. The Goodman Law Group has been retained by Defendant to represent its interests in connection with this matter.

3. On June 23, 2009 counsel for Plaintiff and Defendant conferred and an agreement was reached to extend the deadline to file and serve an answer or other pleading in response to the Complaint as set forth in this Order.

**NOW THEREFORE,** in consideration of the foregoing, the parties, through their respective counsel, stipulate and agree and/or request of the Court as follows:

1. That the deadline to file and serve an answer or other responsive pleading to the Complaint be set for July 20, 2009.

2. That this existence of this Stipulation does not constitute a waiver of Defendant's rights or prejudice any affirmative defenses Defendant may assert as to the underlying action, including any and all jurisdictional defenses. The existence of this Stipulation does not constitute a waiver of Plaintiff's allegation that it has been irreparably injured by Defendant's conduct, and Defendant shall not argue that Plaintiff's willingness to enter into this Stipulation waives Plaintiff's right to argue irreparable harm or affects that right in any way.

**IT IS SO ORDERED.**

_____
PEGGY A. LEEN
United States Magistrate Judge
DATED: June 30. 2009

Respectfully submitted,

| GOODMAN LAW GROUP | KUMMER, KAEMPFER, BONNER, RENSHAW & FERRARIO |
|---|---|
| By: /s/ Ross C. Goodman | By: /s/ James E. Smyth |
| Ross C. Goodman, Esq. (Bar No. 7722) | James E. Smyth, II, Esq. (Bar No. 6506) |
| 520 south Fourth Street, 2nd Floor | 3800 Howard Hughes Parkway, 7th Floor |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89169 |
| *Attorneys for Defendant* | Jay Edelson, Esq. |
| *D.2801 Westwood, Inc. d/b/a Treasures* | Rafey Balabanian, Esq. |
| | KAMBER EDELSON, LLC |
| | 350 North LaSalle Street, Suite 1300 |
| | Chicago, Illinois 60654 |
| | *Attorneys for Plaintiff Theodore Trapp* |