KIMBERLY MAXSON-RUSHTON
Nevada Bar #005065
COOPER LEVENSON APRIL
  NIEDELMAN & WAGENHEIM, P.A.
900 South Fourth Street
Las Vegas, Nevada 89101
(702) 366-1125
FAX: (702) 366-1857
Attorneys for Defendant
CLS NEVADA, LLC, d/b/a
CLS TRANSPORTATION LAS VEGAS

# UNITED STATED DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB; SKY TOP VENDING, INC., a Nevada Corporation d/b/a CAN CAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAS'S; C.P. FOOD AND BEVERAGE, INC., a Nevada corporation d/b/a CLUB PARADISE; DÉJÀ VU SHOWGIRLS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a DÉJÀ VU SHOWGIRLS; PALOMINO CLUB, INC., a Nevada corporation d/b/a PALOMINO CLUB; SHAC, LLC, a Nevada limited liability company d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D2801 WESTWOOD, INC., a Nevada corporation d/b/a TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT, a Nevada limited liability company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS CAB; WESTERN CAB COMPANY, a | CASE NO. 2:09-cv-00995<br><br>**SUBSTITUTION OF ATTORNEYS**<br><br>Date of Hearing: N/A<br>Time of Hearing: N/A |

CLAC: 350429.1

| | |
|---|---|
| 1 | Nevada corporation d/b/a WESTERN CAB COMPANY and WESTERN LIMOUSINE; |
| 2 | NEVADA CHECKER CAB CORPORATION, a Nevada corporation d/b/a |
| 3 | CHECKER CAB COMPANY; NEVADA STAR CAB CORPORATION, a Nevada |
| 4 | corporation d/b/a STAR CAB COMPANY; NEVADA YELLOW CAB CORPORATION, |
| 5 | a Nevada corporation d/b/a YELLOW CAB COMPANY; LUCKY CAB COMPANY OF |
| 6 | NEVADA, a Nevada corporation d/b/a LUCKY TRANS; SUN CAB, INC., a Nevada |
| 7 | corporation d/b/a NELLIS CAB COMPANY; CLS NEVADA, LLC, a Nevada limited |
| 8 | liability company d/b/a CLS TRANSPORTATION LAS VEGAS; ON |
| 9 | DEMAND SEDAN SERVICES, LLC, a Nevada limited liability company d/b/a ODS |
| 10 | LIMOUSINE and ODS CHAUFFEURED TRANSPORTATION; BLS LIMOUSINE |
| 11 | SERVE OF LAS VEGAS; DESERT CAB, INC. a Nevada corporation d/b/a DESERT |
| 12 | CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS A NEVADA |
| 13 | CORPORATION, a Nevada corporation d/b/a BELL TRANS; TONY CHONG, and |
| 14 | individual; and DOE EMPLOYEES 1-1000; |
| 15 | Defendants. |

Defendant, CLS NEVADA, LLC, d/b/a CLS TRANSPORTATION LAS VEGAS, hereby substitutes NORMAN H. KIRSHMAN, as its attorneys of record in place, and instead of COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A. in this matter.

Dated this 30 day of June, 2009.

_____
Authorized Representative on behalf of
CLS NEVADA, LLC, d/b/a CLS
TRANSPORTATION LAS VEGAS

COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A. hereby agrees and consents to the substitution of NORMAN H. KIRSHMAN, as the attorneys of record for

///

2

CLAC; 350429.1

Defendant, CLS NEVADA, LLC, d/b/a CLS TRANSPORTATION LAS VEGAS, in this matter.

COOPER LEVENSON APRIL
NIEDELMAN & WAGENHEIM, P.A.

_____
KIMBERLY MAXSON-RUSHTON
Nevada Bar No. 005065
900 South Fourth Street
Las Vegas, NV 89101
(702) 366-1125

Attorney NORMAN H. KIRSHMAN hereby accepts substitution of attorney of record for Defendant, CLS NEVADA, LLC, d/b/a CLS TRANSPORTATION LAS VEGAS, in this matter.

_____
NORMAN H. KIRSHMAN
Nevada Bar No. 002733
3800 Howard Hughes Pkwy., #500
Las Vegas, NV 89109
(702) 699-5918

CLAC; 350429.1

3

CLAC; 350429.1

# CERTIFICATE OF MAILING

I hereby certify that on the ___1st___ day of ___July___, 2009, I served a true and correct copy of **SUBSTITUTION OF ATTORNEYS** by depositing same in the United States mail, first class postage fully prepaid to the persons and addresses listed below:

James E. Smyth
Kummer Kaempfer Bonner Renshaw & Ferrario
3800 Howard Hughes Parkway, 7th Floor
Las Vegas, NV 89169

Jay Edelson
Kamber Edelson LLC
350 N. LaSalle St., Ste 1300
Chicago, IL 60654

_/s/ Lynn A. Vlahos_
An Employee of Norman H. Kirshman P.C.