| | |
|---|---|
| 1 | MARK E. FERRARIO |
| | Nevada Bar No. 1625 |
| 2 | BRANDON E. ROOS |
| 3 | Nevada Bar No. 7888 |
| | GREENBERG TRAURIG, LLP |
| 4 | 3773 Howard Hughes Parkway |
| | Suite 400 North |
| 5 | Las Vegas, Nevada 89169 |
| | Telephone: (702) 792-3773 |
| 6 | Facsimile: (702) 792-9002 |
| 7 | |
| | ferrariom@gtlaw.com |
| 8 | roosb@gtlaw.com |
| 9 | *Counsel for Defendant* |
| | *SHAC, LLC d/b/a SAPPHIRE* |
| 10 | |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| 12 | THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated, | Case No.: 2:09-cv-00995-LDG-PAL |
| 13 | | |
| 14 | Plaintiff, | [PROPOSED] STIPULATION AND ORDER BETWEEN THEODORE TRAPP AND SHAC, LLC d/b/a SAPPHIRE TO EXTEND THE DEADLINE TO FILE AND SERVE ANSWER OR OTHERWISE RESPOND TO COMPLAINT |
| 15 | vs. | |
| 16 | BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB; SKY TOP VENDING, INC., a Nevada Corporation d/b/a CAN CAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAH'S; C.P. FOOD AND BEVERAGE, INC., a Nevada corporation d/b/a CLUB PARADISE; DÉJÀ VU SHOWGIRLS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a DÉJÀ VU SHOWGIRLS; PALOMINO CLUB, INC., a Nevada corporation d/b/a PALOMINO CLUB; SHAC, LLC, a Nevada limited liability company d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D.2801 WESTWOOD, INC., a Nevada | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

LV 418,801,826v1 6-29-09

| | |
|---|---|
| 1 | corporation d/b/a TREASURES; LITTLE DARLINGS OF LAS VEGAS, |
| 2 | LLC, a Nevada limited liability |
| 3 | company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada |
| 4 | limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS |
| 5 | ENTERTAINMENT, LLC, a Nevada limited liability company d/b/a LARRY |
| 6 | FLYNT'S HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a |
| 7 | MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada |
| 8 | limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS |
| 9 | VEGAS CAB; WESTERN CAB COMPANY, a Nevada corporation d/b/a |
| 10 | WESTERN CAB COMPANY and WESTERN LIMOUSINE; |
| 11 | NEVADA CHECKER CAB CORPORATION, a Nevada corporation |
| 12 | d/b/a CHECKER CAB COMPANY; NEVADA STAR CAB |
| 13 | CORPORATION, a Nevada corporation d/b/a STAR CAB COMPANY; |
| 14 | NEVADA YELLOW CAB CORPORATION, a Nevada corporation |
| 15 | d/b/a YELLOW CAB COMPANY; LUCKY CAB COMPANY OF |
| 16 | NEVADA, a Nevada corporation d/b/a LUCKY TRANS; SUN CAB, INC., a |
| 17 | Nevada corporation d/b/a NELLIS CAB COMPANY; |
| 18 | CLS NEVADA, LLC, a Nevada limited liability company d/b/a CLS |
| 19 | TRANSPORTATION LAS VEGAS; ON DEMAND SEDAN SERVICES, |
| 20 | LLC, a Nevada limited liability company d/b/a ODS LIMOUSINE and |
| 21 | ODS CHAUFFEURED TRANSPORTATION; BLS |
| 22 | LIMOUSINE SERVICE OF LAS VEGAS, INC., a Nevada corporation |
| 23 | d/b/a BLS LIMOUSINE SERVICE OF LAS VEGAS; DESERT CAB, INC., a |
| 24 | Nevada corporation d/b/a DESERT |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

| | |
|---|---|
| 1 | CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS A |
| 2 | NEVADA CORPORATION, a Nevada corporation d/b/a BELL TRANS; |
| 3 | TONY CHONG, an individual; and |
| 4 | DOE EMPLOYEES 1-1000; |
| 5 | Defendants. |

Plaintiff THEODORE TRAPP ("Plaintiff"), by and through his attorneys, James E. Smyth, of Kummer Kaempfer Bonner Renshaw & Ferrario and Defendant SHAC, LLC d/b/a SAPPHIRE ("Defendant"), by and through its attorney, Brandon E. Roos, of Greenberg Traurig, hereby file this stipulation for an order to extend the deadline to file and serve an answer or otherwise respond to Plaintiff's Class Action Complaint.

1. On June 2, 2009 Plaintiff filed a Class Action Complaint. ("Complaint") against Defendant seeking damages. An Answer or other responsive pleading is due on July 1, 2009.

2. Greenberg Traurig has been retained by Defendant to represent its interests in connection with this matter;

3. On June 29, 2009, counsel for Plaintiff and Defendant conferred and an agreement was reached to extend the deadline to file and serve an answer or other pleading in response to the Complaint as set forth in this Order.

**NOW THEREFORE**, in consideration of the foregoing, the parties, through their respective counsel, stipulate and agree and/or request of the Court as follows:

1. That the deadline to file and serve an answer or other responsive pleading to the Complaint be set for July 6, 2009.

2. That this existence of this Stipulation does not constitute a waiver of Defendant's rights or prejudice any affirmative defenses Defendant may assert as to the underlying action, including any and all jurisdictional defenses. The existence of this Stipulation does not constitute a waiver of plaintiff's allegation that it has been irreparable injured by Defendant's conduct, and

/././

Defendant shall not argue that Plaintiff's willingness to enter into this Stipulation waives Plaintiff's right to argue irreparable harm or affects that right in any way.

**IT IS SO ORDERED.**

_____
PEGGY A. LEEN
United States Magistrate Judge

DATED: _____

Respectfully submitted,

| GREENBERG TRAURIG, LLP | KUMMER KAEMPFER BONNER RENSHAW & FERRARIO |
|---|---|
| By: /s/ signature<br>MARK E. FERRARIO (NVBN 1625)<br>BRANDON E. ROOS (NVBN 7888)<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, Nevada 89169<br>Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002<br><br>*Counsel for Defendant*<br>*SHAC, LLC d/b/a SAPPHIRE* | By: /s/ James E. Smyth<br>JAMES E. SMYTH (NVBN 6506)<br>3800 Howard Hughes Pkwy 7th Floor<br>Las Vegas, NV 89169<br><br>KAMBER EDELSON, LLC<br>JAY EDELSON,<br>RAFEY BALABANIAN<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br><br>*Counsel for Plaintiff Theodore Trapp* |

LV 418,801,826v1 6-29-09