John H. Weston
(Verified Petition to be Filed Shortly)
johnhweston@wgdlaw.com
G. Randall Garrou
(Verified Petition to be Filed Shortly)
randygarrou@wgdlaw.com
WESTON, GARROU, WALTERS & MOONEY
12121 Wilshire Boulevard, Suite 900
Los Angeles, California 90025-1176
Telephone: (310) 442-0072
Facsimile: (310) 442-0899
*Attorneys for Defendant K-Kel, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB, *et al.*<br><br>Defendants. | Case No: CV:2:09-995-LDG-PAL<br><br>**DEFENDANT K-KEL, INC'S DEMAND UNDER NRS § 18.130 FOR POSTING OF SECURITY FOR COSTS** |

TO:   THEODORE TRAPP, Plaintiff; and

TO:   JAY EDELSON, ESQ., and RAFEY BALABANIAN, ESQ. of
       Kamber Edelson, LLC, and JAMES SMYTH, ESQ. of Kummer,
       Kaempfer Bonner Renshaw & Ferrario, his attorneys.

Pursuant to NRS § 18.130, defendant K-KEL, INC., d/b/a SPEARMINT RHINO, hereby demands upon plaintiff, who resides out of State, the posting of a security or undertaking in the amount of Five Hundred Dollars for costs and charges which may be awarded herein against plaintiff. The requirements of NRS § 18.130 apply to actions in the United States District Court, District of Nevada. *Truck Ins. Exchange*, 683 F. Supp. 223, 227-28 (D. Nev. 1988); *Hamar v.*

PRG7332.DOC

1 *Hyatt Corp.*, 98 F.R.D. 305, 305-06 (D. Nev. 1983).

Dated this 7th day of July, 2009

        John H. Weston
        G. Randall Garrou
        WESTON, GARROU, WALTERS & MOONEY

                    s/
        ———————————————
        G. Randall Garrou
        *Attorneys for Defendant, K-KEL, INC.*

# CERTIFICATE OF SERVICE

    Pursuant to Rule IV-B of this Court's Electronic Filing Procedures (revised as of August 24, 2006), service of this document was accomplished by its filing on the electronic case filing system and the consequent issuance of a "Notice of Electronic Filing" on all registered attorneys in this case. I have checked the Court's attorney listings in this case and at least one lawyer with each law firm in this case is registered to receive electronic filings with the Court's ECF system.

Dated: July 7, 2009

                                  s/ G. Randall Garrou
                                  **G. RANDALL GARROU**
                                  Weston, Garrou, Walters & Mooney
                                  12121 Wilshire Blvd., #900
                                  Los Angeles, CA 90025
                                  Telephone: (310) 442-0072
                                  Fax: (310) 442-0899
                                  E-mail: randygarrou@wgdlaw.com