1 | KIMBERLY MAXSON-RUSHTON
2 | Nevada Bar #005065
    | COOPER LEVENSON APRIL
3 |   NIEDELMAN & WAGENHEIM, P.A.
    | 900 South Fourth Street
4 | Las Vegas, Nevada 89101
    | (702) 366-1125
5 | FAX: (702) 366-1857
    | Attorneys for Defendant
6 | DESERT CAB, INC. dba DESERT CAB
    | COMPANY and ODYSSEY LIMOUSINE
7 |
    |                    **UNITED STATED DISTRICT COURT**
8 |
    |                        **DISTRICT OF NEVADA**
9 |

10 | THEODORE TRAPP, on his own behalf and          | CASE NO. 2:09-cv-00995
     | on behalf of all others similarly situated,    | DEPT NO.:

11 |                Plaintiff,

12 | vs.

13 | BIG POPPA'S, LLC, a Nevada limited             | **SUBSTITUTION OF ATTORNEYS**
     | liability company d/b/a BADDA BING
14 | MEN'S CLUB; SKY TOP VENDING, INC.,             | Date of Hearing:  N/A
     | a Nevada Corporation d/b/a CAN CAN             | Time of Hearing:  N/A
15 | ROOM; LA FUENTE, INC., a Nevada
     | corporation d/b/a CHEETAS'S; C.P. FOOD
16 | AND BEVERAGE, INC., a Nevada
     | corporation d/b/a CLUB PARADISE; DÉJÀ
17 | VU SHOWGIRLS OF LAS VEGAS, LLC, a
     | Nevada limited liability company d/b/a DÉJÀ
18 | VU SHOWGIRLS; PALOMINO CLUB,
     | INC., a Nevada corporation d/b/a PALOMINO
19 | CLUB; SHAC, LLC, a Nevada limited
     | liability company d/b/a SAPPHIRE; K-KEL,
20 | INC., a Nevada corporation d/b/a
     | SPEARMINT RHINO; D2801 WESTWOOD,
21 | INC., a Nevada corporation d/b/a
     | TREASURES; LITTLE DARLINGS OF LAS
22 | VEGAS, LLC, a Nevada limited liability
     | company d/b/a LITTLE DARLINGS; O.G.
23 | ELIADES, A.D., LLC, a Nevada limited
     | liability company d/b/a OLYMPIC
24 | GARDENS; LAS VEGAS
     | ENTERTAINMENT, a Nevada limited
25 | liability company d/b/a LARRY FLYNT'S
     | HUSTLER CLUB; MICHAEL A. SALTMAN
26 | d/b/a MINXX; RICK'S LAS VEGAS; FRIAS
     | MANAGEMENT, LLC, a Nevada limited
27 | liability company d/b/a ACE CAB
     | COMPANY and A-NORTH LAS VEGAS
28 | CAB; WESTERN CAB COMPANY, a

CLAC; 348903.1

1  Nevada corporation d/b/a WESTERN CAB
   COMPANY and WESTERN LIMOUSINE;
2  NEVADA CHECKER CAB
   CORPORATION, a Nevada corporation d/b/a
3  CHECKER CAB COMPANY; NEVADA
   STAR CAB CORPORATION, a Nevada
4  corporation d/b/a STAR CAB COMPANY;
   NEVADA YELLOW CAB CORPORATION,
5  a Nevada corporation d/b/a YELLOW CAB
   COMPANY; LUCKY CAB COMPANY OF
6  NEVADA, a Nevada corporation d/b/a
   LUCKY TRANS; SUN CAB, INC., a Nevada
7  corporation d/b/a NELLIS CAB COMPANY;
   CLS NEVADA, LLC, a Nevada limited
8  liability company d/b/a CLS
   TRANSPORTATION LAS VEGAS; ON
9  DEMAND SEDAN SERVICES, LLC, a
   Nevada limited liability company d/b/a ODS
10 LIMOUSINE and ODS CHAUFFEURED
   TRANSPORTATION; BLS LIMOUSINE
11 SERVE OF LAS VEGAS; DESERT CAB,
   INC. a Nevada corporation d/b/a DESERT
12 CAB COMPANY and ODYSSEY
   LIMOUSINE; BELL TRANS A NEVADA
13 CORPORATION, a Nevada corporation d/b/a
   BELL TRANS; TONY CHONG, and
14 individual; and DOE EMPLOYEES 1-1000;

15        Defendants.

16

17     Defendant, DESERT CAB, INC. dba DESERT CAB COMPANY and ODYSSEY

18 LIMOUSINE, hereby substitutes MORAN LAW FIRM, LLC, as its attorneys of record in place,

19 and instead of COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A. in this

20 matter.

       Dated this 29th day of June, 2009.

21

22

23                                    Authorized Representative on behalf of
                                      DESERT CAB, INC. dba DESERT CAB
24                                    COMPANY and ODYSSEY LIMOUSINE

25

26     COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A. hereby agrees and

27 consents to the substitution of MORAN LAW FIRM, LLC, as the attorneys of record for

28 / / /

                                          2

1    Defendant, DESERT CAB, INC. dba DESERT CAB COMPANY and ODYSSEY LIMOUSINE,

2    in this matter.

3                                    COOPER LEVENSON APRIL
                                   NIEDELMAN & WAGENHEIM, P.A.

4

5                        _____

                                 KIMBERLY MAXSON-RUSHTON

6                                  Nevada Bar No. 005065
                                 900 South Fourth Street

7                                  Las Vegas, NV 89101
                                 (702) 366-1125

8

9

10          Attorney JOHN T. MORAN, Jr. of MORAN LAW FIRM, LLC hereby accepts

11    substitution of attorney of record for Defendant, DESERT CAB, INC. dba DESERT CAB

12    COMPANY and ODYSSEY LIMOUSINE, in this matter.

13                                      MORAN LAW FIRM, LLC

14                        _____

15                                  JOHN T. MORAN, Jr.
                                 Nevada Bar No. 002271

16                                  JEFFREY BENDAVID, ESQ.
                                 Nevada Bar No. 006220

17                                  JUSTIN W. SMERBER, ESQ.
                                 Nevada Bar No. 010761

18                                  630 South Fourth St.
                                 Las Vegas, NV 89101

19                                  (702) 384-8424

20    CLAC; 350448.1

21

22

23

24

25

26

27

28

3