| | |
|---|---|
| 1 | KIMBERLY MAXSON-RUSHTON |
| 2 | Nevada Bar #005065<br>COOPER LEVENSON APRIL |
| 3 |   NIEDELMAN & WAGENHEIM, P.A.<br>900 South Fourth Street |
| 4 | Las Vegas, Nevada 89101<br>(702) 366-1125 |
| 5 | FAX: (702) 366-1857<br>Attorneys for Defendant |
| 6 | ON DEMAND SEDAN SERVICES, LLC dba<br>ODS LIMOUSINE and ODS CHAUFFEURED |
| 7 | TRANSPORTATION |

## UNITED STATED DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| 10 | THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated, | CASE NO. 2:09-cv-00995 |
| 11 | | |
| 12 | Plaintiff, | **SUBSTITUTION OF ATTORNEYS** |
| 13 | vs. | Date of Hearing: N/A<br>Time of Hearing: N/A |
| 14 | BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB; SKY TOP VENDING, INC., a Nevada Corporation d/b/a CAN CAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAS'S; C.P. FOOD AND BEVERAGE, INC., a Nevada corporation d/b/a CLUB PARADISE; DÉJÀ VU SHOWGIRLS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a DÉJÀ VU SHOWGIRLS; PALOMINO CLUB, INC., a Nevada corporation d/b/a PALOMINO CLUB; SHAC, LLC, a Nevada limited liability company d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D2801 WESTWOOD, INC., a Nevada corporation d/b/a TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT, a Nevada limited liability company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS | |

CLAC; 350428.1

| | |
|---|---|
| 1 | CAB; WESTERN CAB COMPANY, a Nevada corporation d/b/a WESTERN CAB |
| 2 | COMPANY and WESTERN LIMOUSINE; NEVADA CHECKER CAB |
| 3 | CORPORATION, a Nevada corporation d/b/a CHECKER CAB COMPANY; NEVADA |
| 4 | STAR CAB CORPORATION, a Nevada corporation d/b/a STAR CAB COMPANY; |
| 5 | NEVADA YELLOW CAB CORPORATION, a Nevada corporation d/b/a YELLOW CAB |
| 6 | COMPANY; LUCKY CAB COMPANY OF NEVADA, a Nevada corporation d/b/a |
| 7 | LUCKY TRANS; SUN CAB, INC., a Nevada corporation d/b/a NELLIS CAB COMPANY; |
| 8 | CLS NEVADA, LLC, a Nevada limited liability company d/b/a CLS |
| 9 | TRANSPORTATION LAS VEGAS; ON DEMAND SEDAN SERVICES, LLC, a |
| 10 | Nevada limited liability company d/b/a ODS LIMOUSINE and ODS CHAUFFEURED |
| 11 | TRANSPORTATION; BLS LIMOUSINE SERVE OF LAS VEGAS; DESERT CAB, |
| 12 | INC. a Nevada corporation d/b/a DESERT CAB COMPANY and ODYSSEY |
| 13 | LIMOUSINE; BELL TRANS A NEVADA CORPORATION, a Nevada corporation d/b/a |
| 14 | BELL TRANS; TONY CHONG, and individual; and DOE EMPLOYEES 1-1000; |
| 15 | |
| | Defendants. |

Defendant, ON DEMAND SEDAN SERVICES, LLC dba ODS LIMOUSINE and ODS CHAUFFEURED TRANSPORTATION, hereby substitutes MORAN LAW FIRM, LLC, as its attorneys of record in place, and instead of COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A. in this matter.

Dated this 29 day of June, 2009.

_____
Authorized Representative on behalf of
ON DEMAND SEDAN SERVICES, LLC dba
ODS LIMOUSINE and ODS CHAUFFEURED
TRANSPORTATION

COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A. hereby agrees and consents to the substitution of MORAN LAW FIRM, LLC, as the attorneys of record for

/ / /

2

CLAC; 350428.1

1 | Defendant, ON DEMAND SEDAN SERVICES, LLC dba ODS LIMOUSINE and ODS
2 | CHAUFFEURED TRANSPORTATION, in this matter.

          COOPER LEVENSON APRIL
          NIEDELMAN & WAGENHEIM, P.A.

          /s/ K. M. Rushton
          KIMBERLY MAXSON-RUSHTON
          Nevada Bar No. 005065
          900 South Fourth Street
          Las Vegas, NV 89101
          (702) 366-1125

   Attorney JOHN T. MORAN, Jr. of MORAN LAW FIRM, LLC hereby accepts substitution of attorney of record for Defendant, ON DEMAND SEDAN SERVICES, LLC dba ODS LIMOUSINE and ODS CHAUFFEURED TRANSPORTATION, in this matter.

          MORAN LAW FIRM, LLC

          /s/ John T. Moran, Jr.
          JOHN T. MORAN, Jr.
          Nevada Bar No. 002271
          JEFFREY BENDAVID, ESQ.
          Nevada Bar No. 006220
          JUSTIN W. SMERBER, ESQ.
          Nevada Bar No. 010761
          630 South Fourth St.
          Las Vegas, NV 89101
          (702) 384-8424

CLAC; 350428.1