1

2

3

4                          **UNITED STATES DISTRICT COURT**

5                              **DISTRICT OF NEVADA**

6

7   THEODORE TRAPP,                          )

8                              Plaintiff,    )        Case No. 2:09-cv-00995-LDG-PAL
                                             )
9   vs.                                      )
                                             )        **ORDER**
10  BIG POPPA'S, LLC, et al.,                )
                                             )        (Substitution of Counsel - Dkt. #90)
11                           Defendants.     )
    _____)

12

13          This matter is before the court on a Substitution of Attorneys (Dkt. #90) filed July 1, 2009.  It

14  seeks to substitute Norman H. Kirshman in the place and stead of Cooper Levenson April Niedelman &

15  Wagenhein, P.A. as attorney for Defendant CLS Nevada, LLC d/b/a CLS Transportation Las Vegas

16  ("Defendant") in this matter.  LR IA 10-6(c) requires that any stipulation to substitute attorneys shall be

17  by leave of court and shall bear the signature of the attorneys and the client represented.  It provides that

18  the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates

19  then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order."

20  LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of

21  pretrial proceedings, discovery, the trial, or any hearing in this case."  This case was filed on June 2,

22  2009.  Accordingly,

23          **IT IS ORDERED** that Defendant's request to substitute Norman H. Kirshman in the place and

24  stead of Cooper Levenson April Niedelman & Wagenhein, P.A. is GRANTED, subject to the

25  provisions of LR IA 10-6(c) and (d).

26          Dated this 7th day of July, 2009.

27

28                                          _____
                                            PEGGY A. LEEN
                                            UNITED STATES MAGISTRATE JUDGE