| | |
|---|---|
| 1 | John H. Weston |
|   | (Verified Petition to be Filed Shortly) |
| 2 | johnhweston@wgdlaw.com |
|   | G. Randall Garrou |
| 3 | (Verified Petition to be Filed Shortly) |
|   | randygarrou@wgdlaw.com |
| 4 | WESTON, GARROU, WALTERS & MOONEY |
|   | 12121 Wilshire Boulevard, Suite 900 |
| 5 | Los Angeles, California 90025-1176 |
|   | Telephone: (310) 442-0072 |
| 6 | Facsimile: (310) 442-0899 |
|   | *Attorneys for Defendant K-Kel, Inc.* |

Jay Edelson
jedelson@kamberedelson.com
Rafey Balabanian
rbalabanian@kamberedelson.com
KAMBER EDELSON LLC
350 N. LaSalle St., Suite 1300
Chicago, IL 60654
Tel. (312) 589-6370
Fax: (312) 589-6378
James E. Smyth II (SBN: 6506)
jsmyth@kkbrf.com
KUMMER KAEMPFER BONNER RENSHAW & FERRARIO
3800 Howard Hughes Parkway, Seventh Floor
Las Vegas, Nevada 89169
Tel. (702) 792-7000
Fax (702) 796-7181
*Attorneys for Plaintiff Theodore Trapp*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB, *et al.*<br><br>Defendants. | Case No: CV:2:09-995-LDG-PAL<br><br>**[PROPOSED] STIPULATION AND ORDER TO EXTEND DATE FOR DEFENDANT K-KEL, INC. TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**<br><br>**(FIRST REQUEST)** |

PRG7322.DOC

| | |
|---|---|
| 1 | **IT IS HERBY STIPULATED AND AGREED** by and between the parties hereto, through |
| 2 | their respective counsel, that Defendant K-Kel, Inc., a Nevada corporation d/b/a Spearmint Rhino, |
| 3 | shall have until Monday, August 3, 2009 to file their response to plaintiff Theodore Trapp's Class |
| 4 | Action Complaint. |

Dated: June 30, 2009

John H. Weston
G. Randall Garrou
WESTON, GARROU, WALTERS & MOONEY

_____s/_____
G. Randall Garrou
*Attorneys for Defendant, K-KEL, INC.*

Dated: June 30, 2009

Jay Edelson
Rafey S. Balabanian, Esq.
KAMBER EDELSON LLC

James E. Smyth, II
KUMMER KAEMPFER BONNER RENSHAW & FERRARIO

_____s/_____
JAMES E. SMYTH, II
*Attorneys for Plaintiff THEODORE TRAPP*

**IT IS SO ORDERED:**

DATED: July 1, 2009

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

Pursuant to Rule IV-B of this Court's Electronic Filing Procedures (revised as of August 24, 2006), service of this document was accomplished by its filing on the electronic case filing system and the consequent issuance of a "Notice of Electronic Filing" on all registered attorneys in this case. I have checked the docket and, with the sole exception of the attorneys from the one law firm listed below, all attorneys currently appearing in this case are shown as having done so through electronic registration with the Court's ECF system. As to the attorneys below, a copy of this document was mailed today to those attorneys, First Class mail, addressed as follows:

Jay Edelson
Rafey Balabanian
KAMBER EDELSON LLC
350 N. LaSalle St., Suite 1300
Chicago, IL 60654

Dated: June 30, 2009           s/ G. Randall Garrou
                               **G. RANDALL GARROU**
                               Weston, Garrou, Walters & Mooney
                               12121 Wilshire Blvd., #900
                               Los Angeles, CA 90025
                               Telephone: (310) 442-0072
                               Fax: (310) 442-0899
                               E-mail: randygarrou@wgdlaw.com