1 | KIMBERLY MAXSON-RUSHTON
2 | Nevada Bar #005065
    COOPER LEVENSON APRIL
3 |   NIEDELMAN & WAGENHEIM, P.A.
    900 South Fourth Street
4 | Las Vegas, Nevada 89101
    (702) 366-1125
5 | FAX: (702) 366-1857
    Attorneys for Defendant
6 | LUCKY CAB COMPANY OF NEVADA,
    A Nevada Corporation d/b/a LUCKY TRANS
7

8 | ## UNITED STATED DISTRICT COURT

## DISTRICT OF NEVADA

9

THEODORE TRAPP, on his own behalf and
10 | on behalf of all others similarly situated,

CASE NO. 2:09-cv-00995

11 | Plaintiff,

12 | vs.

**SUBSTITUTION OF ATTORNEYS**

13 | BIG POPPA'S, LLC, a Nevada limited
liability company d/b/a BADDA BING
14 | MEN'S CLUB; SKY TOP VENDING, INC.,
a Nevada Corporation d/b/a CAN CAN
15 | ROOM; LA FUENTE, INC., a Nevada
corporation d/b/a CHEETAS'S; C.P. FOOD
16 | AND BEVERAGE, INC., a Nevada
corporation d/b/a CLUB PARADISE; DÉJÀ
17 | VU SHOWGIRLS OF LAS VEGAS, LLC, a
Nevada limited liability company d/b/a DÉJÀ
18 | VU SHOWGIRLS; PALOMINO CLUB,
INC., a Nevada corporation d/b/a PALOMINO
19 | CLUB; SHAC, LLC, a Nevada limited
liability company d/b/a SAPPHIRE; K-KEL,
20 | INC., a Nevada corporation d/b/a
SPEARMINT RHINO; D2801 WESTWOOD,
21 | INC., a Nevada corporation d/b/a
TREASURES; LITTLE DARLINGS OF LAS
22 | VEGAS, LLC, a Nevada limited liability
company d/b/a LITTLE DARLINGS; O.G.
23 | ELIADES, A.D., LLC, a Nevada limited
liability company d/b/a OLYMPIC
24 | GARDENS; LAS VEGAS
ENTERTAINMENT, a Nevada limited
25 | liability company d/b/a LARRY FLYNT'S
HUSTLER CLUB; MICHAEL A. SALTMAN
26 | d/b/a MINXX; RICK'S LAS VEGAS; FRIAS
MANAGEMENT, LLC, a Nevada limited
27 | liability company d/b/a ACE CAB
COMPANY and A-NORTH LAS VEGAS
28 | CAB; WESTERN CAB COMPANY, a

Date of Hearing: <u>N/A</u>
Time of Hearing: <u>N/A</u>

CLAC; 350421.1

Dockets.Justia.com

1 | Nevada corporation d/b/a WESTERN CAB
COMPANY and WESTERN LIMOUSINE;
2 | NEVADA CHECKER CAB
CORPORATION, a Nevada corporation d/b/a
3 | CHECKER CAB COMPANY; NEVADA
STAR CAB CORPORATION, a Nevada
4 | corporation d/b/a STAR CAB COMPANY;
NEVADA YELLOW CAB CORPORATION,
5 | a Nevada corporation d/b/a YELLOW CAB
COMPANY; LUCKY CAB COMPANY OF
6 | NEVADA, a Nevada corporation d/b/a
LUCKY TRANS; SUN CAB, INC., a Nevada
7 | corporation d/b/a NELLIS CAB COMPANY;
CLS NEVADA, LLC, a Nevada limited
8 | liability company d/b/a CLS
TRANSPORTATION LAS VEGAS; ON
9 | DEMAND SEDAN SERVICES, LLC, a
Nevada limited liability company d/b/a ODS
10 | LIMOUSINE and ODS CHAUFFEURED
TRANSPORTATION; BLS LIMOUSINE
11 | SERVE OF LAS VEGAS; DESERT CAB,
INC. a Nevada corporation d/b/a DESERT
12 | CAB COMPANY and ODYSSEY
LIMOUSINE; BELL TRANS A NEVADA
13 | CORPORATION, a Nevada corporation d/b/a
BELL TRANS; TONY CHONG, and
14 | individual; and DOE EMPLOYEES 1-1000;

15 | Defendants.

16

17     Defendant, LUCKY CAB COMPANY OF NEVADA, a Nevada corporation d/b/a

18 LUCKY TRANS, hereby substitutes MORAN LAW FIRM, LLC, as its attorneys of record in

19 place, and instead of COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A. in

this matter.
20
    Dated this _30th_ day of June, 2009.
21

22

23                                       Authorized Representative on behalf of
24                                       LUCKY CAB COMPANY OF NEVADA, a Nevada
                                      corporation d/b/a LUCKY TRANS

25

26     COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A. hereby agrees and

27 consents to the substitution of MORAN LAW FIRM, LLC, as the attorneys of record for

28 ///

Defendant, LUCKY CAB COMPANY OF NEVADA, a Nevada corporation d/b/a LUCKY

TRANS, in this matter.

COOPER LEVENSON APRIL
NIEDELMAN & WAGENHEIM, P.A.

_(signature)_

KIMBERLY MAXSON-RUSHTON
Nevada Bar No. 005065
900 South Fourth Street
Las Vegas, NV 89101
(702) 366-1125

Attorney JOHN T. MORAN, Jr. of MORAN LAW FIRM, LLC hereby accepts

substitution of attorney of record for Defendant, LUCKY CAB COMPANY OF NEVADA, a

Nevada corporation d/b/a LUCKY TRANS, in this matter.

MORAN LAW FIRM, LLC

_(signature)_

JOHN T. MORAN, Jr.
Nevada Bar No. 002271
JEFFREY BENDAVID, ESQ.
Nevada Bar No. 006220
JUSTIN W. SMERBER, ESQ.
Nevada Bar No. 010761
630 South Fourth St.
Las Vegas, NV 89101
(702) 384-8424

CLAC: 350421.1

CLAC: 350421.1