| | |
|---|---|
| 1 | DAVID T. BROWN, ESQ. |
| | Nevada Bar No. 006914 |
| 2 | BROWN, BROWN & PREMSRIRUT |
| | 520 S. Fourth St., 2nd Fl. |
| 3 | Las Vegas, Nevada 89101 |
| | Telephone: (702) 384-5563 |
| 4 | Fax: (702) 385-1023 |
| | *Attorneys for Defendants* |
| 5 | *BIG POPPA'S, LLC* |
| | O.G. ELIADES, A.D., LLC |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) | CASE NO. 2:09-cv-00995 |
| vs. | ) ) ) | |
| BIG POPPA'S, LLC, a Nevada Limited Liability Company dba BADDA BINDMEN'S CLUB; SKY TOP VENDING, INC., a Nevada Corporation d/b/a CAN CANA ROOM; LA FUENTE, INC., A Nevada Corporation dba CHEETAH'S; C.P. FOOD & BEVERAGE, INC., a Nevada Corporation d/b/a CLUB PARADISE; DEJA VU SHOWGIRLS OF LAS VEGAS, LLC, a Nevada Limited Liability Company dba DEJA VU SHOWGIRLS; PALOMINO CLUB, INC., a Nevada corporation d/b/a PALOMINO CLUB; SHAC, LLC, a Nevada Limited Liability Company, d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D.2801 WESTWOOD, INC., a Nevada corporation, d/b/a TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company dba LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada Limited Liability Company dba OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT, LLC, a Nevada Limited Liability dba LARRY FLYNT'S HUSTLER CLUB; MICHAEL A. SALTMAN dba MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada Limited Liability Company dba ACE CAB COMPANY and A-NORTH LAS VEGAS CAB; WESTERN CAB COMPANY, a Nevada Corporation dba WESTERN CAB COMPANY and WESTERN LIMOUSINE; NEVADA CHECKER CAB CORPORATION, a Nevada Corporation dba CHECKER CAB COMPANY; NEVADA STAR CAB CORPORATION, a Nevada Corporation dba STAR CAB COMPANY; NEVADA YELLOW CAB CORPORATION, a Nevada Corporation dba | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **STIPULATION AND ORDER BETWEEN PLAINTIFF AND DEFENDANT BIG POPPA'S, LLC AND O.G. ELIADES, A.D., LLC TO EXTEND THE DEADLINE TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** |

| | |
|---|---|
| 1 | YELLOW CAB COMPANY; LUCK CAB COMPANY OF NEVADA, a Nevada Corporation dba LUCKY TRANS; SUN CAB, INC., a Nevada Corporation dba NELLIS CAB COMPANY; CLS NEVADA, LLC, a Nevada Limited Liability Company dba CLS TRANSPORTATION LAS VEGAS; ON DEMAND SEDAN SERVICES, LLC a Nevada Limited Liability Company dba ODS LIMOUSINE andODS CHAUFFEURED TRANSPORTATION ; BLS LIMOUSINE SERVICE OF LAS VEGAS, INC., a Nevada Corporation dba BLS LIMOUSINE SERVICE OF LAS VEGAS; DESERT CAB, INC., a Nevada Corporation dba DESERT CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS A NEVADA CORPORATION, a Nevada Corporation dba BELLS TRANS; TONY CHONG, an individual; and DOE EMPLOYEES 1-1000;<br><br>Defendants. |

**IT IS HEREBY STIPULATED AND AGREED,** by and between James E. Smyth, II, counsel for the Plaintiff, and David T. Brown, counsel for defendants, BIG POPPA'S, LLC and O.G. ELIADES, A.D., LLC that the deadline for filing an Answer to Plaintiff's Complaint be extended to Monday, August 3, 2009.

**IT IS SO ORDERED.**

**DATED** this 9th day of July, 2009.

_____
PEGGY A. LEEN
United States Magistrate Judge

Respectfully submitted,

BROWN, BROWN & PREMSRIRUT

_____/s/_____
DAVID T. BROWN, Esq.
Bar No. 6914
520 S. Fourth St., 2nd Fl.
Las Vegas, NV 89101
(702) 384-5563
*Attorneys for Defendants*
*BIG POPPA'S, LLC*
O.G. ELIADES, A.D., LLC

KUMMER KAEMPFER BONNER RENSHAW & FERRARIO

_____/s/_____
JAMES E. SMYTH, II
Bar No. 6506
3800 Howard Hughes Pkwy, 7th Fl.
Las Vegas, NV 89169
(702) 792-7000
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 9th day of July, 2009, the STIPULATION TO CONTINUE DEADLINE FOR FILING ANSWER TO PLAINTIFF'S COMPLAINT (SECOND REQUEST) was electronically served upon all attorneys of record in this matter.

BY:_____/s/_____
David T. Brown
Nevada Bar No. 6914
520 S. Fourth Street, #320
Las Vegas, Nevada 89101