**JOHN T. MORAN, JR., ESQ.**
Nevada Bar No. 2271
**JEFFERY A. BENDAVID, ESQ.**
Nevada Bar No. 6220
**JUSTIN W. SMERBER, ESQ.**
Nevada Bar No. 10761
*MORAN LAW FIRM, LLC*
630 South Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
Attorney for Defendants,
*BLS Limousine Service of Las Vegas*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all other similarly situated,<br><br>           Plaintiff,<br><br>vs.<br><br>BIG POPPA'S, LLC a Nevada Limited Liability Company d/b/a BADDA BING MEN'S CLUB; SKY TOP VENDING, INC., a Nevada Corporation d/b/a CAN CAN ROOM; LA FUENTE, INC., a Nevada Corporation d/b/a CHEETAS'S; C.P. FOOD AND BEVERAGE, INC., a Nevada Corporation d/b/a CLUB PARADISE; DÉJÀ VU SHOWGIRLS OF LAS VEGAS, LLC, a Nevada Limited Liability Company d/b/a DÉJÀ VU SHOWGIRLS; PALOMINO CLUB, INC., A Nevada Corporation d/b/a PALOMINO CLUB; SHAC, LLC, a Nevada Limited Liability Company d/b/a SAPPHIRE; K-KEL, INC., a Nevada Corporation d/b/a SPEARMINT RHINO; D2801 WESTWOOD, INC. a Nevada Corporation d/b/a TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada Limited Liability Company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada Limited Liability Company d/b/a OLYMPIC GARDENS; LAS VEGAS | Case No. 2:09-CV-00995<br>Dept. No.: |

MORAN LAW FIRM LLC
MORAN BRANDON BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE: (702) 384-8424
FAX: (702) 384-6568

| | |
|---|---|
| ENTERTAINMENT, a Nevada Limited Liability Company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC., a Nevada Limited Liability Company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS CAB; WESTERN CAB COMPANY, a Nevada Corporation d/b/a WESTERN CAB COMPANY AND WESTERN LIMOUSINE; NEVADA CHECKER CAB CORPORATION, NEVADA STAR CAB CORPORATION, a Nevada Corporation d/b/a STAR CAB COMPNAY; NEVADA YELLOW CAB COMPANY, a Nevada Corporation d/b/a YELLOW CAB COMPANY; LUCKY CAB COMPANY OF NEVADA, a Nevada Corporation d/b/a LUCKY TRANS; SUN CAB, INC., a Nevada Corporation d/b/a NELLIS CAB COMPANY; CLS NEVADA, LLC, a Nevada Limited Liability Company d/b/a CLS TRANSPORTATION; BLS LIMOUSINE SERVICE OF LAS VEGAS; DESERT CAB, INC., a Nevada Corporation d/b/a DESERT CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS A NEVADA CORPORATION, a Nevada Corporation d/b/a BELL TRANS; TONY CHONG, an individual; and DOE EMPLOYEES 1-1000;<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **CERTIFICATE OF INTERESTED PARTIES REQUIRED BY LR 7.1-1**

  The undersigned counsel of record for Defendant, BLS LIMOUSINE SERVICE OF LAS VEGAS, certifies that there are no parties known to counsel

MORAN LAW FIRM LLC
MORAN BRANDON BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE: (702) 384-8424
FAX: (702) 384-6568

other than those participating in the case who have an interest in the outcome of this case.

This representation is made to enable the Judges of the Court to evaluate possible recusal.

Dated this 7th day of July, 2009.

**MORAN LAW FIRM, LLC**

/s/: Jeffery A. Bendavid, Esq.
**JOHN T. MORAN, JR., ESQ.**
Nevada Bar No.: 2271
**JEFFERY A. BENDAVID, ESQ**
Nevada Bar No.: 6220
**JUSTIN W. SMERBER, Esq.**
Nevada Bar No.: 10761
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
Attorney for Defendant,
*BLS Limousine Service of Las Vegas*

MORAN LAW FIRM LLC
MORAN BRANDON BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE: (702) 384-8424
FAX: (702) 384-6568