Trapp v. Big Poppa's, LLC et al    Doc. 110

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| THEODORE TRAPP and others similarly situated ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2:09-cv-00995-LDG-PAL |
| BIG POPPA'S, LLC, et al. ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TONY CHONG
1908 Kiwi Grove Court
Las Vegas, Nevada 89142

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| Jay Edelson, Esq. | James E. Smyth, II, Esq. |
| Rafey Balabanian, Esq. | Kummer Kaempfer Bonner Renshaw & Ferrario |
| KamberEdelson LLC | 3800 Howard Hughes Parkway, Seventh Floor |
| 350 North LaSalle Street | Las Vegas, Nevada 89169 |
| Suite 1300 | |
| Chicago, Illinois 60654 | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

July 14, 2009 Las Vegas NV

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

DATE

Dockets.Justia.com

Civil Action No. 2:09-cv-00995-LDG-PAL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: