Mark E. Trafton, Esq.
Nevada State Bar No. 6525
1900 Industrial Road
Las Vegas, Nevada 89102
Telephone: (702) 385-1813
Facsimile: (702) 382-9633

Attorney for Defendant,
BELL TRANS

## U.S. DISTRICT COURT

## DISTRICT OF NEVADA

THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated.

               Plaintiff,

vs.

BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB; SKY TOP VENDING, INC., a Nevada corporation d/b/a CAN CAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAH'S; C.P. FOOD AND BEVERAGE, INC., a Nevada corporation d/b/a CLUB PARADISE; DÉJÀ VU SHOWGIRLS; PALOMINO CLUB, INC., a Nevada corporation d/b/a PALOMINO CLUB; SHAC, LLC, a Nevada corporation d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D.2801WESTWOOD INC., a Nevada corporation d/b/a TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT, LLC, a Nevada limited liability company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS CAB; WESTERN CAB COMPANY, a Nevada corporation d/b/a WESTERN CAB COMPANY and WESTERN LIMOUSINE; NEVADA CHECKER CAB CORPORATION, a Nevada corporation d/b/a NEVADA CHECKER CAB COMPANY; NEVADA STAR CAB CORPORATION, a Nevada corporation d/b/a STAR CAB COMPANY; NEVADA YELLOW CAB CORPORATION, a Nevada corporation

CASE NO. 2:09-CV-00995-KJD-GWF

[PROPOSED] STIPULATION AND ORDER TO EXTEND DATE FOR DEFENDANT BELL TRANS TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT

(FIRST REQUEST)

| | |
|---|---|
| 1 | d/b/a YELLOW CAB COMPANY; LUCKY CAB COMPANY OF NEVADA, a Nevada corporation |
| 2 | d/b/a LUCKY TRANS; SUN CAB, INC., a Nevada corporation d/b/a NELLIS CAB COMPANY; CLS |
| 3 | NEVADA, LLC, a Nevada limited liability company d/b/a CLS TRANSPORTATION |
| 4 | LAS VEGAS; ON DEMAND SEDAN SERVICES, LLC, a Nevada limited liability |
| 5 | company d/b/a ODS LIMOUSINES and ODS CHAUFFEURED TRANSPORTATION; BLS |
| 6 | LIMOUSINE SERVICE OF LAS VEGAS, INC.; DESERT CAB, INC., a Nevada corporation d/b/a |
| 7 | DESERT CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS A NEVADA |
| 8 | CORPORATION, a Nevada corporation d/b/a BELL TRANS; TONY CHONG, an individual; |
| 9 | and DOE EMPLOYEES 1-1000; |
| 10 | Defendants. |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel, that Defendant Bell Trans, A Nevada corporation, shall have until Monday, August 3, 2009 to file their response to Plaintiff Theodore Trapp's Class Action Complaint.

Dated this _____ day of July, 2009.

KUMMER KAEMPFER BONNER RENSHAW
 & FERRARIO

_____/s/ James E. Smyth, II, Esq._____
James E. Smyth, II, Esq.
3800 Howard Hughes Parkway, Seven Floor
Las Vegas, Nevada 89169

Jay Edelson, Esq.
Kamber Edelson, LLC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Attorneys for Plaintiff

_____
Mark E. Trafton, Esq.
1900 Industrial Road
Las Vegas, Nevada 89102

Attorney for Defendant,
BELL TRANS

**IT IS SO ORDERED:**

DATED:_____, 2009

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE