# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

THEODORE TRAPP,

    Plaintiff,

v.

BIG POPPA'S LLC., *et al.*,

    Defendants.

Case No. 2:09-cv-00995-LDG (PAL)

**ORDER**

For good cause shown,

THE COURT **ORDERS** that Defendants' Motions for Demand of Security Costs (## 55, 56, 57, 58, 65, 70, 74, 75, 76, 79, 84, 85) are GRANTED;

THE COURT FURTHER **ORDERS** that Plaintiff Theodore Trapp shall promptly deposit with the Clerk of the Court security in the amount of $500.00 on behalf of each moving defendant, for a total security of $6,000.00.

DATED this _____ day of July, 2009.

_____
Lloyd D. George
United States District Judge