1 Mark E. Trafton, Esq.
Nevada State Bar No. 6525
2 1900 Industrial Road
Las Vegas, Nevada 89102
3 Telephone: (702) 385-1813
Facsimile: (702) 382-9633
4
Attorney for Defendant,
5 BELL TRANS

6

7                            U.S. DISTRICT COURT

8                            DISTRICT OF NEVADA

9
THEODORE TRAPP, on his own behalf and on )
10 behalf of all others similarly situated. ) CASE NO. 2:09-CV-00995-KJD-GWF
)
11                 Plaintiff, )
)
12 vs. ) **DEFENDANT, BELL TRANS',**
) **DEMAND FOR SECURITY**
) **OF COSTS**
13 BIG POPPA'S, LLC, a Nevada limited liability )
company d/b/a BADDA BING MEN'S CLUB; )
14 SKY TOP VENDING, INC., a Nevada corporation )
d/b/a CAN CAN ROOM; LA FUENTE, INC., a )
15 Nevada corporation d/b/a CHEETAH'S; C.P. )
FOOD AND BEVERAGE, INC., a Nevada )
16 corporation d/b/a CLUB PARADISE; DÉJÀ VU )
SHOWGIRLS; PALOMINO CLUB, INC., a )
17 Nevada corporation d/b/a PALOMINO CLUB; )
SHAC, LLC, a Nevada corporation d/b/a )
18 SAPPHIRE; K-KEL, INC., a Nevada corporation )
d/b/a SPEARMINT RHINO; D.2801 WESTWOOD )
19 INC., a Nevada corporation d/b/a TREASURES; )
LITTLE DARLINGS OF LAS VEGAS, LLC, a )
20 Nevada limited liability company d/b/a LITTLE )
DARLINGS; O.G. ELIADES, A.D., LLC, a )
21 Nevada limited liability company d/b/a OLYMPIC )
GARDENS; LAS VEGAS ENTERTAINMENT, )
22 LLC, a Nevada limited liability company d/b/a )
LARRY FLYNT'S HUSTLER CLUB; MICHAEL )
23 A. SALTMAN d/b/a MINXX; RICK'S LAS )
VEGAS; FRIAS MANAGEMENT, LLC, a )
24 Nevada limited liability company d/b/a ACE CAB )
COMPANY and A-NORTH LAS VEGAS )
25 CAB; WESTERN CAB COMPANY, a Nevada )
corporation d/b/a WESTERN CAB COMPANY )
26 and WESTERN LIMOUSINE; NEVADA )
CHECKER CAB CORPORATION, a Nevada )
27 corporation d/b/a NEVADA CHECKER CAB )
COMPANY; NEVADA STAR CAB )
28 CORPORATION, a Nevada corporation d/b/a )
STAR CAB COMPANY; NEVADA YELLOW )
CAB CORPORATION, a Nevada corporation )

| | |
|---|---|
| 1 | d/b/a YELLOW CAB COMPANY; LUCKY CAB COMPANY OF NEVADA, a Nevada corporation d/b/a LUCKY TRANS; SUN CAB, INC., a Nevada corporation d/b/a NELLIS CAB COMPANY; CLS NEVADA, LLC, a Nevada limited liability company d/b/a CLS TRANSPORTATION LAS VEGAS; ON DEMAND SEDAN SERVICES, LLC, a Nevada limited liability company d/b/a ODS LIMOUSINES and ODS CHAUFFEURED TRANSPORTATION; BLS LIMOUSINE SERVICE OF LAS VEGAS, INC.; DESERT CAB, INC., a Nevada corporation d/b/a DESERT CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS A NEVADA CORPORATION, a Nevada corporation d/b/a BELL TRANS; TONY CHONG, an individual; and DOE EMPLOYEES 1-1000; |

Defendants.

TO: THEODORE TRAPP, Plaintiff; and

TO: JAY EDELSON, RAFEY BALABANIAN, and JAMES SMYTH, his attorneys.

NOTICE IS HEREBY GIVEN pursuant to NRS 18.130, that Defendant, BELL TRANS, in the above-entitled cause hereby demand and request security from Plaintiff, THEODORE TRAPP, non-residents of this state, for Defendant's costs and charges which may be awarded herein against the Plaintiff in the sum of $500.00. The requirements of NRS 18.130 apply to actions in the United States District Court, District of Nevada. Truck Ins. Exchange, 683 F.Supp. 223, 227-28 (D. Nevada. 1988); Hamar v. Hyatt Corp., 98 F.R.D. 305, 305-06 (D. Nev. 1983).

Dated this 16 day of July, 2009.

/s/ Mark E. Trafton

Mark E. Trafton, Esq.
Nevada State Bar No. 6525
1900 Industrial Road
Las Vegas, Nevada 89102

Attorney for Defendant,
BELL TRANS

-2-

# CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 16 day of July, 2009, I electronically transmitted the **"DEFENDANT, BELL TRANS', DEMAND FOR SECURITY OF COSTS"** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the counsel listed below, who have registered to receive Electronic Filing:

| | |
|---|---|
| Jay Edelson, Esq.<br>Rafey Balabania, Esq.,<br>Kamber Edelson, LLC<br>350 North LaSalle Street, Suite 1300<br>Chicago, IL 60654<br>Attorneys for Plaintiff | James E. Smyth, II, Esq.<br>Kummer Kaempfer Bonner<br>Renshaw & Ferrario<br>3800 Howard Hughes Pkwy., 7th Floor<br>Las Vegas, Nevada 89169<br>Attorneys for Plaintiff |
| D. Neal Tomlinson, Esq.<br>Wayne, Gross, Esq.<br>Michael D. Stein, Esq.<br>Brain R. Reve, Esq.<br>Snell & Wilmer, L.L.P.<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Attorneys for Defendant<br>    Frias Management, LLC | William S. Kemp, Esq.<br>Kemp, Jones & Coulthard, LLP<br>3800 Howard Hughes Parkway, 17th Floor<br>Las Vegas, Nevada 89169<br>Attorneys for Defendant<br>    Frias Management, LLC |
| Neil J. Beller, Esq.<br>Neil J. Beller, Ltd.<br>7408 West Sahara Avenue<br>Las Vegas, Nevada 89117<br>Attorneys for Deja Vu Showgirls<br>    of Las Vegas, LLC | Mark E. Ferrario, Esq.<br>Kummer Kaempfer Bonner Rensha & Ferrario<br>3800 Howard Hughes Pkwy., 7th Floor<br>Las Vegas, Nevada 89169<br>Attorneys for Defendant, SHAC, LLC |
| Brandon E. Roos, Esq.<br>Greenberg Traurig, LLP<br>3773 Howard Hughes Parkway,<br>Suite 400 North<br>Las Vegas, Nevada 89169<br>Attorneys for Defendant, SHAC, LLC | C.A. (Cathy) Olendorff, Esq.<br>5225 West Post Road<br>Las Vegas, Nevada 89118<br>Attorney for Defendant<br>    CHECKER STAR CAB CORP. |
| John T. Moran, Jr., Esq.<br>Moran Law Firm, LLC<br>630 South Fourth Street<br>Las Vegas, Nevada 89101<br>Attorneys for Defendants,<br>    WESTERN CAB COMPANY;<br>    LUCKY CAB COMPANY OF NV;<br>    DESERT CAB; ON DEMAND SEDAN SERVICES | |

/s/ Karen Walker
Karen Walker