D. NEAL TOMLINSON, ESQ. (Nevada Bar No. 6851)
WAYNE GROSS, ESQ. (Will Comply with LR IA 10-2
   within 30 days)
MICHAEL D. STEIN, ESQ. (Nevada Bar No. 4760)
BRIAN R. REEVE (Nevada Bar No. 10197)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252

WILLIAM S. KEMP, ESQ. (Nevada Bar No. 1205)
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway, 17th floor
Las Vegas, Nevada 89169
Telephone (702) 385-6000
Facsimile (702) 385-6001

*Attorneys for Defendant Frias Management, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated.<br><br>Plaintiff,<br><br>vs.<br><br>BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB; SKY TOP VENDING, INC., a Nevada corporation d/b/a CAN CAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAH'S; C.P. FOOD AND BEVERAGE, INC., a Nevada corporation d/b/a CLUB PARADISE; DÉJÀ VU SHOWGIRLS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a DÉJÀ VU SHOWGIRLS; PALOMINO CLUB, INC., a Nevada corporation d/b/a PALOMINO CLUB; SHAC, LLC, a Nevada corporation d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D.2801 WESTWOOD, INC., a Nevada corporation d/b/a TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT, LLC, a | CASE NO. 2:09-CV-00995-LDG-GWF<br><br>**DEFENDANT FRIAS MANAGEMENT, LLC'S DEMAND FOR SECURITY OF COSTS** |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

| | |
|---|---|
| 1 | Nevada limited liability company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS CAB; WESTERN CAB COMPANY, a Nevada corporation d/b/a WESTERN CAB COMPANY and WESTERN LIMOUSINE; NEVADA CHECKER CAB CORPORATION, a Nevada corporation d/b/a NEVADA CHECKER CAB COMPANY; NEVADA STAR CAB CORPORATION, a Nevada corporation d/b/a STAR CAB COMPANY; NEVADA YELLOW CAB CORPORATION, a Nevada corporation d/b/a YELLOW CAB COMPANY; LUCKY CAB COMPANY OF NEVADA, a Nevada corporation d/b/a LUCKY TRANS; SUN CAB, INC., a Nevada corporation d/b/a NELLIS CAB COMPANY; CLS NEVADA, LLC, a Nevada limited liability company d/b/a CLS TRANSPORTATION LAS VEGAS; ON DEMAND SEDAN SERVICES, LLC, a Nevada limited liability company d/b/a ODS LIMOUSINES and ODS CHAUFFEURED TRANSPORTATION; BLS LIMOUSINE SERVICE OF LAS VEGAS INC.; DESERT CAB, INC., a Nevada corporation d/b/a DESERT CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS A NEVADA CORPORATION, a Nevada corporation d/b/a BELL TRANS; TONY CHONG, an individual; and DOE EMPLOYEES 1-1000;<br><br>Defendants. |

To: **THEODORE TRAPP, Plaintiff; and**

To: **JAY EDELSON, RAFEY BALABANIAN, and JAMES SMYTH his attorneys.**

Pursuant to NRS 18.130, Frias Management, LLC hereby makes demand upon Plaintiff, who resides out of State, for security in the amount of Five Hundred and No/100 Dollars ($500.00) for costs and charges which may be awarded herein against Plaintiff. The requirements of NRS 18.130 apply to actions in the United States District Court, District of Nevada. <u>Truck Ins.</u>

Exchange, 683 F. Supp. 223, 227-28 (D. Nev. 1988); Hamar v. Hyatt Corp., 98 F.R.D. 305, 305-06 (D. Nev. 1983).

DATED this 19th day of June, 2009.

By: /s/
D. NEAL TOMLINSON, ESQ.
WAYNE GROSS, ESQ.
MICHAEL D. STEIN, ESQ.
BRIAN R. REEVE, ESQ.
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Ste. 1100
Las Vegas, Nevada 89169

-and-

WILLIAM S. KEMP, ESQ.
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway, 17th floor
Las Vegas, Nevada 89169

*Attorneys for Defendant Frias Management, LLC*

## CERTIFICATE OF SERVICE

I certify that I am an employee of Snell & Wilmer, L.L.P., and that on the 19th day of June, 2009, I electronically transmitted the **DEFENDANT FRIAS MANAGEMENT, LLC'S DEMAND FOR SECURITY OF COSTS** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the counsel listed below, who have registered to receive Electronic Filing:

Jay Edelson, Esq.
Rafey Balabanian, Esq.
KAMBER EDELSON LLC
350 North LaSalle Street, Ste. 1300
Chicago, IL 60654

*Attorneys for Plaintiff*

James E. Smyth, II, Esq.
KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
3800 Howard Hughes Pkwy., 7th Floor
Las Vegas, NV 89169

*Attorneys for Plaintiff*

_____
An employee of Snell & Wilmer L.L.P.

10178766

- 4 -