1  D. NEAL TOMLINSON, ESQ. (Nevada Bar No. 6851)
2  WAYNE GROSS, ESQ. (Will Comply with LR IA 10-2
       within 30 days)
3  MICHAEL D. STEIN, ESQ. (Nevada Bar No. 4760)
   BRIAN R. REEVE (Nevada Bar No. 10197)
   SNELL & WILMER L.L.P.
4  3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, Nevada 89169
5  Telephone (702) 784-5200
   Facsimile (702) 784-5252
6
   WILLIAM S. KEMP, ESQ. (Nevada Bar No. 1205)
7  KEMP, JONES & COULTHARD, LLP
   3800 Howard Hughes Parkway, 17th floor
8  Las Vegas, Nevada 89169
   Telephone (702) 385-6000
9  Facsimile (702) 385-6001

10  *Attorneys for Defendant Frias Management, LLC*

11              **UNITED STATES DISTRICT COURT**

12                  **DISTRICT OF NEVADA**

13  THEODORE TRAPP, on his own behalf and     CASE NO.  2:09-CV-00995-LDG-GWF
    on behalf of all others similarly situated.
14
                                              **DEFENDANT FRIAS MANAGEMENT,**
15              Plaintiff,                     **LLC'S DEMAND FOR SECURITY**
                                                    **OF COSTS**
16  vs.

17  BIG POPPA'S, LLC, a Nevada limited
    liability company d/b/a BADDA BING
18  MEN'S CLUB; SKY TOP VENDING,
    INC., a Nevada corporation d/b/a CAN
19  CAN ROOM; LA FUENTE, INC., a
    Nevada corporation d/b/a CHEETAH'S;
20  C.P. FOOD AND BEVERAGE, INC., a
    Nevada corporation d/b/a CLUB
21  PARADISE; DÉJÀ VU SHOWGIRLS OF
    LAS VEGAS, LLC, a Nevada limited
22  liability company d/b/a DÉJÀ VU
    SHOWGIRLS; PALOMINO CLUB, INC.,
23  a Nevada corporation d/b/a PALOMINO
    CLUB; SHAC, LLC, a Nevada corporation
24  d/b/a SAPPHIRE; K-KEL, INC., a Nevada
    corporation d/b/a SPEARMINT RHINO;
25  D.2801 WESTWOOD, INC., a Nevada
    corporation d/b/a TREASURES; LITTLE
26  DARLINGS OF LAS VEGAS, LLC, a
    Nevada limited liability company d/b/a
27  LITTLE DARLINGS; O.G. ELIADES,
    A.D., LLC, a Nevada limited liability
    company d/b/a OLYMPIC GARDENS ;
28  LAS VEGAS ENTERTAINMENT, LLC, a

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

1    Nevada limited liability company d/b/a
LARRY FLYNT'S HUSTLER CLUB;
2    MICHAEL A. SALTMAN d/b/a MINXX;
RICK'S LAS VEGAS; FRIAS
3    MANAGEMENT, LLC, a Nevada limited
liability company d/b/a ACE CAB
4    COMPANY and A-NORTH LAS VEGAS
CAB; WESTERN CAB COMPANY, a
5    Nevada corporation d/b/a WESTERN CAB
COMPANY and WESTERN LIMOUSINE;
6    NEVADA CHECKER CAB
CORPORATION, a Nevada corporation
7    d/b/a NEVADA CHECKER CAB
COMPANY; NEVADA STAR CAB
8    CORPORATION, a Nevada corporation
d/b/a STAR CAB COMPANY; NEVADA
9    YELLOW CAB CORPORATION, a
Nevada corporation d/b/a YELLOW CAB
10    COMPANY; LUCKY CAB COMPANY
OF NEVADA, a Nevada corporation d/b/a
11    LUCKY TRANS; SUN CAB, INC., a
Nevada corporation d/b/a NELLIS CAB
12    COMPANY; CLS NEVADA, LLC, a
Nevada limited liability company d/b/a
13    CLS TRANSPORTATION LAS VEGAS;
ON DEMAND SEDAN SERVICES, LLC,
14    a Nevada limited liability company d/b/a
ODS LIMOUSINES and ODS
15    CHAUFFEURED TRANSPORTATION;
BLS LIMOUSINE SERVICE OF LAS
16    VEGAS INC.; DESERT CAB, INC., a
Nevada corporation d/b/a DESERT CAB
17    COMPANY and ODYSSEY LIMOUSINE;
BELL TRANS A NEVADA
18    CORPORATION, a Nevada corporation
d/b/a BELL TRANS; TONY CHONG, an
19    individual; and DOE EMPLOYEES 1-
1000;
20
              Defendants.
21

22

23    **To:**    **THEODORE TRAPP, Plaintiff; and**

24    **To:**    **JAY EDELSON, RAFEY BALABANIAN, and JAMES SMYTH his attorneys.**

25         Pursuant to NRS 18.130, Frias Management, LLC hereby makes demand upon Plaintiff,

26    who resides out of State, for security in the amount of Five Hundred and No/100 Dollars

27    ($500.00) for costs and charges which may be awarded herein against Plaintiff. The requirements

28    of NRS 18.130 apply to actions in the United States District Court, District of Nevada. <u>Truck Ins.</u>

Exchange, 683 F. Supp. 223, 227-28 (D. Nev. 1988); Hamar v. Hyatt Corp., 98 F.R.D. 305, 305-06 (D. Nev. 1983).

DATED this 19th day of June, 2009.

By: _____
D. NEAL TOMLINSON, ESQ.
WAYNE GROSS, ESQ.
MICHAEL D. STEIN, ESQ.
BRIAN R. REEVE, ESQ.
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Ste. 1100
Las Vegas, Nevada 89169

-and-

WILLIAM S. KEMP, ESQ.
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway, 17th floor
Las Vegas, Nevada 89169

*Attorneys for Defendant Frias Management, LLC*

ORDER

IT IS SO ORDERED.

DATED this ___ day of July, 2009.

_____
Lloyd D. George
Sr. U.S. District Judge