Jay Edelson (ARDC No. 6239287) (*Admitted Pro Hac Vice*)
Rafey Balabanian (ARDC No. 6285687) (*Admitted Pro Hac Vice*)
KAMBEREDELSON LLC
350 North LaSalle Street
Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
jedelson@kamberedelson.com
rbalabanian@kamberedelson.com

James E. Smyth II
Kummer Kaempfer Bonner
Renshaw & Ferrario
3800 Howard Hughes Parkway
Seventh Floor
Las Vegas, Nevada 89169
Tel: 702.792.7000
Fax: 702.796.7181
jsmyth@kkbrf.com

*Attorneys for Plaintiff*
THEODORE TRAPP and the putative class

Neil J. Beller (Nevada Bar No. 002360)
NEIL J. BELLER, LTD.
7408 West Sahara Avenue
Las Vegas, Nevada 89117
Tel: 702.368.7767
Fax: 702.368.7720
nbeller@njbltd.com

*Attorneys for Defendants*
DÉJÀ VU SHOWGIRLS OF LAS VEGAS, LLC LITTLE
DARLINGS OF LAS VEGAS, LLC LAS VEGAS ENTERTAINMENT, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB; SKY TOP VENDING, INC., a Nevada Corporation d/b/a CAN CAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAH'S; C.P. FOOD AND BEVERAGE, INC., a Nevada corporation d/b/a CLUB PARADISE; DÉJÀ | Case No. 2:09-cv-00995<br><br>**STIPULATION TO ENLARGE TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**<br><br>**Honorable Lloyd D. George**<br><br>**Magistrate Judge Peggy A. Leen** |

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
800 Howard Hughes Parkway
Las Vegas, Nevada 89169

548671_1.DOC 15329.

| | |
|---|---|
| 1 | VU SHOWGIRLS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a DÉJÀ VU SHOWGIRLS; PALOMINO CLUB, |
| 2 | INC., a Nevada corporation d/b/a PALOMINO CLUB; SHAC, LLC, a Nevada |
| 3 | limited liability company d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D.2801 |
| 4 | WESTWOOD, INC., a Nevada corporation d/b/a TREASURES; LITTLE DARLINGS OF |
| 5 | LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; O.G. |
| 6 | ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS |
| 7 | ENTERTAINMENT, LLC, a Nevada limited liability company d/b/a LARRY FLYNT'S |
| 8 | HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; |
| 9 | FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS |
| 10 | CAB; WESTERN CAB COMPANY, a Nevada corporation d/b/a WESTERN CAB |
| 11 | COMPANY and WESTERN LIMOUSINE; NEVADA CHECKER CAB |
| 12 | CORPORATION, a Nevada corporation d/b/a CHECKER CAB COMPANY; NEVADA STAR CAB CORPORATION, a Nevada |
| 13 | corporation d/b/a STAR CAB COMPANY; NEVADA YELLOW CAB CORPORATION, |
| 14 | a Nevada corporation d/b/a YELLOW CAB COMPANY; LUCKY CAB COMPANY OF NEVADA, a Nevada corporation d/b/a |
| 15 | LUCKY TRANS; SUN CAB, INC., a Nevada corporation d/b/a NELLIS CAB COMPANY; |
| 16 | CLS NEVADA, LLC, a Nevada limited liability company d/b/a CLS TRANSPORTATION LAS VEGAS; |
| 17 | ON DEMAND SEDAN SERVICES, LLC, a Nevada limited liability company d/b/a ODS |
| 18 | LIMOUSINE and ODS CHAUFFEURED TRANSPORTATION; BLS LIMOUSINE |
| 19 | SERVICE OF LAS VEGAS, INC., a Nevada corporation d/b/a BLS LIMOUSINE SERVICE OF LAS VEGAS; DESERT CAB, |
| 20 | INC., a Nevada corporation d/b/a DESERT CAB COMPANY and ODYSSEY |
| 21 | LIMOUSINE; BELL TRANS A NEVADA CORPORATION, a Nevada corporation d/b/a BELL TRANS; TONY CHONG, an |
| 22 | individual; and DOE EMPLOYEES 1-1000; |
| 23 | Defendants. |

Plaintiff Theodore Trapp ("Plaintiff" or "Trapp") and Defendants Déjà Vu Showgirls of Las Vegas, LLC, Little Darlings of Las Vegas, LLC, and Las Vegas Entertainment, LLC

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
800 Howard Hughes Parkway
Las Vegas, Nevada 89169

548671_1.DOC 15329.

(collectively "Defendants") propose the following Stipulation and Proposed Order enlarging the time for Plaintiff to respond to Defendants' Motion to Dismiss. In support, the Parties state as follows:

**WHEREAS**, on June 2, 2009, Plaintiff filed a four-count putative class action complaint ("the Complaint") against the Defendants alleging violations of Nevada's Racketeering Statute;

**WHEREAS**, on June 25, 2009, Plaintiff and Defendants stipulated to enlarge the time for Defendants to answer or otherwise plead to the Complaint until June 29, 2009;

**WHEREAS**, on June 29, 2009, Defendants filed a Motion to Dismiss the Complaint pursuant to Rules 12(b)(6) and 23(a) of the Federal Rules of Civil Procedure;

**WHEREAS**, pursuant to Local Rule 7-2, Plaintiff's response brief is due to be filed with the Court on or before July 15, 2009;

**WHEREAS**, Plaintiff seeks an additional two-week enlargement of time to respond to Defendants' Motion to Dismiss up to and including July 29, 2009;

**WHEREAS**, Plaintiff's counsel has conferred with counsel for Defendants and is authorized to state that Defendants have no objection to the enlargement of time requested herein.

**NOW THEREFORE**, the Parties hereby **STIPULATE** and **AGREE** as follows:

1. Plaintiff's last day to file and serve his opposition to the Motion to Dismiss of Defendants Déjà Vu Showgirls of Las Vegas, LLC, Little Darlings of Las Vegas, LLC and Las Vegas Entertainment, LLC shall be July 29, 2009;

2. Defendants Déjà Vu Showgirls of Las Vegas, LLC, Little Darlings of Las Vegas, LLC and Las Vegas Entertainment, LLC, last day to file and serve their reply briefs in support of the motion to dismiss shall be shall be August 12, 2009.

/./././

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
800 Howard Hughes Parkway
Las Vegas, Nevada 89169

548671_1.DOC 15329.

**IT IS SO STIPULATED.**

| | |
|---|---|
| THEODORE TRAPP, individually and on behalf of all others similarly situated | DÉJÀ VU SHOWGIRLS OF LAS VEGAS, LLC<br>LITTLE DARLINGS OF LAS VEGAS, LLC<br>LAS VEGAS ENTERTAINMENT, LLC |
| By: /s/ James E. Smyth II<br>James E. Smyth II<br>Kummer Kaempfer Bonner<br>Renshaw & Ferrario<br>3800 Howard Hughes Parkway<br>Seventh Floor<br>Las Vegas, Nevada 89169<br>Tel: 702.792.7000<br>Fax: 702.796.7181<br>jsmyth@kkbrf.com<br>*Attorneys for Plaintiff* | By: /s/ Neil J. Beller<br>Neil J. Beller (Nevada Bar No. 002360)<br>NEIL J. BELLER, LTD.<br>7408 West Sahara Avenue<br>Las Vegas, Nevada 89117<br>Tel: 702.368.7767<br>Fax: 702.368.7720<br>nbeller@njbltd.com<br>*Attorneys for Defendants* |

**IT IS SO ORDERED.**

Dated this ___ day of July, 2009

_____
LLOYD D. GEORGE
UNITED STATES DISTRICT JUDGE