**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| THEODORE TRAPP, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:09-cv-00995-LDG-PAL |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| BIG POPPA'S, LLC, et al., | ) | |
| | ) | (Substitution of Counsel - Dkt. #104) |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the court on a Substitution of Attorneys (Dkt. #104) filed July 8, 2009.  It seeks to substitute the Moran Law Firm, LLC in the place and stead of Cooper Levenson April Niedelman & Wagenhein, P.A. as attorney for Defendant Lucky Cab Company of Nevada d/b/a Lucky Trans ("Defendant") in this matter.  LR IA 10-6(c) requires that any stipulation to substitute attorneys shall be by leave of court and shall bear the signature of the attorneys and the client represented.  It provides that the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order."  LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."  This case was filed on June 2, 2009.  Accordingly,

**IT IS ORDERED** that Defendant's request to substitute the Moran Law Firm, LLC in the place and stead of Cooper Levenson April Niedelman & Wagenhein, P.A. is GRANTED, subject to the provisions of LR IA 10-6(c) and (d).

Dated this 21st day of July, 2009.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE