UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA

CASE NO.: YAMAGAWA

AFFIDAVIT OF SERVICE

**THEODORE TRAPP, AND OTHER SIMILARLY SITUATED**

    Plaintiff/Petitioner,

vs.

**BIG POPPA'S, LLC; et al**

    Defendant/Respondent.

_____/

SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET received by **Paradigm Attorney Service, Inc.** on **07/08/2009** to be served upon:

**Michael A. Saltman dba Minxx**

I, **Zachary A. Van Dette**, being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceeding in which this affidavit is made.

I am authorized to serve this process in the circuit/county it was served in.

On **07/10/2009** at **01:27 PM**, I served the within **SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET** on **Michael A. Saltman dba Minxx** at **2295 Renaissance Drive, Ste. A , Las Vegas, NV 89119** in the manner indicated below:

**CORPORATE SERVICE:** By delivering a true copy of this process to **Janet Collins, Authorized Employee** of the above named corporation and informing him/her of the contents.

X _____
Zachary A. Van Dette
Paradigm Attorney Service, Inc. – Lic#: 1361
610 S. 10th Street
Las Vegas, NV 89101
702.385.7874
Atty File#: **15778.1** – Our File# **30485**

SUBSCRIBED AND SWORN TO before me
this 13th day of July, 2009.

_____
Notary Public in and for said
County and State.



NOTARY PUBLIC
STATE OF NEVADA
County of Clark
KATHY C. WILSON
Appt. No. 07-4399-1
My Appt. Expires Aug 16, 2011