IN THE __United States District Court__ COURT FOR

__Clark__ COUNTY, STATE OF NEVADA

'09 JUL 21 P 12: 14

Theodore Trapp

        Plaintiff,

vs.

Case No. 2:09-CV-00995-KJD-GWF
Bell Trans A Nevada Corporation, a Nevada corporation d/b/a Bell Trans

        Defendants.

No. __CV-00995__

UNDERTAKING FOR
SECURITY FOR COSTS
FOR NON-RESIDENT

WHEREAS, the Plaintiff(s) in the above entitled action or special proceeding, reside out of the state or is a foreign corporation and whereas the Defendant(s) in said action or special proceeding, has required from said Plaintiff(s) security for costs and charges in said action which may be awarded against the Plaintiff(s) in the above entitled action:

NOW, THEREFORE, in consideration of the premises, the undersigned, __RLI Insurance Company__, a corporation organized and exisiting under the laws of the State of __Illinois__, and duly authorized and licensed by the laws of the State of Nevada to do a general surety business in the State of Nevada, does hereby undertake that it will pay such costs and charges as may be awarded against the Plaintiff(s) by judgement, or in the process of said action or special proceeding, not exceeding the sum of __Five Hundred and 00/100__ Dollars (__$ 500.00__).

Signed, sealed and dated this __10th__ day of __July__ __2009__.

Bond No. __LSM0129617__

By: __Karla Jean Dunsmoor__
Nevada Resident Agent
Karla Jean Dunsmoor
Nevada Bonding Agency, Inc.
3435 W. Cheyenne Ave. Suite 105
North Las Vegas, Nevada 89032

RLI Insurance Company

By: __Karla Jean Dunsmoor__
Karla Jean Dunsmoor

Surety Phone No. (309) 692-1000

The premium charged for this bond is __$ 100.00__ per annum.

The foregoing undertaking is hereby approved this _____ day of _____, _____.

J2700D07-50.0



RLI Insurance Company
P.O. Box 3967 Peoria IL 61612-3967
Phone: (309)692-1000 Fax: (309)683-1610

# POWER OF ATTORNEY
## RLI Insurance Company

Bond No. __LSM0129617__

## Know All Men by These Presents:

That the __RLI Insurance Company__, a corporation organized and existing under the laws of the State of __Illinois__, and authorized and licensed to do business in all states and the District of Columbia does hereby make, constitute and appoint: __Karla Jean Dunsmoor__ in the City of __North Las Vegas__, State of __Nevada__, as __Attorney In Fact__, with full power and authority hereby conferred upon him/her to sign, execute, acknowledge and deliver for and on its behalf as Surety, in general, any and all bonds, undertakings, and recognizances in an amount not to exceed __Two Hundred Fifty Thousand and 00/100__ Dollars ( __$ 250,000.00__ ) for any single obligation, and specifically for the following described bond.

**Principal:** __Theodore Trapp__
**Obligee:** __Case No. 2:09-CV-00995-KJD-GWF__
**Type Bond:** __Cost Bond__
**Bond Amount:** __$ 500.00__
**Effective Date:** __July 10, 2009__

The __RLI Insurance Company__ further certifies that the following is a true and exact copy of a Resolution adopted by the Board of Directors of __RLI Insurance Company__, and now in force to-wit:

"All bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, any Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys in Fact or Agents who shall have authority to issue bonds, policies or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile."

IN WITNESS WHEREOF, the __RLI Insurance Company__ has caused these presents to be executed by its __Vice President__ with its corporate seal affixed this __10th__ day of __July__, __2009__.

ATTEST: | RLI Insurance Company
--- | ---
Cynthia S. Dohm  Assistant Secretary | Roy C. Die  Vice President

On this __10th__ day of __July__, __2009__ before me, a Notary Public, personally appeared __Roy C. Die__ and __Cynthia S. Dohm__, who being by me duly sworn, acknowledged that they signed the above Power of Attorney as __Vice President__ and __Assistant Secretary__, respectively, of the said __RLI Insurance Company__, and acknowledged said instrument to be the voluntary act and deed of said corporation.

Notary Public

"OFFICIAL SEAL"
JACQUELINE M BOCKLER
NOTARY PUBLIC STATE OF ILLINOIS
COMMISSION EXPIRES 03/01/10

A0006104

| | | | |
|---|---|---|---|
| AO82 SWEDA (Rev. 4/90) | | ORIGINAL RECEIPT FOR PAYMENT UNITED STATES DISTRICT COURT for the DISTRICT OF NEVADA at Las Vegas NV 7-21-09 | № 55292 |

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admissio |
| 086900 | Filing Fees |
| 322340 | Sale of Publicatior |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fee |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (1/2) |
| 510100 | Registry Fee |

Surety Bond LSM0129617 in the amount of $500.00 posted by Karla Jean Dunsmoor, agent of RLI Insurance Co. Bond posted as cost security by Plaintiff Theodore Trapp on behalf of Defendant Bell Trans.
2:09-cv-995-LDG-GWF

NOTE: THIS ORIGINAL RECEIPT MUST BE RETURNED TO THE CLERK OF COURT WHEN THIS BOND / COLLATERAL IS RELEASED.

CASE REFERENCE:

2:09-CV-995-LDG-GWF

RECEIVED FROM

**James E Smyth**
**Kummer Kaempfer Bonner Renshaw & Ferrario**
**3800 Howard Hughes Parkway**
**7th Floor**
**Las Vegas, NV 89109**

DEPUTY CLERK *Cynthia K Jensen*

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn