IN THE ____United States District Court____ COURT FOR

_____Clark_____ COUNTY, STATE OF NEVADA

2009 JUL 21 P 12: 15

Theodore Trapp )
) No. ____CV-00995____
                              Plaintiff, )
vs. )
)
Case No. 2:09-CV-00995-LDG-GWF )
On Demand Sedan Services, LLC, a Nevada limited liability ) UNDERTAKING FOR
company d/b/a ODS Limousines and ODS Chauffeured ) SECURITY FOR COSTS
Transportation ) FOR NON-RESIDENT
)
)
)
)
)
                              Defendants. )

WHEREAS, the Plaintiff(s) in the above entitled action or special proceeding, reside out of the state or is a foreign corporation and whereas the Defendant(s) in said action or special proceeding, has required from said Plaintiff(s) security for costs and charges in said action which may be awarded against the Plaintiff(s) in the above entitled action:

NOW, THEREFORE, in consideration of the premises, the undersigned, _____
_____**RLI Insurance Company**_____, a corporation organized and exisiting under the laws of the State of _____Illinois_____, and duly authorized and licensed by the laws of the State of Nevada to do a general surety business in the State of Nevada, does hereby undertake that it will pay such costs and charges as may be awarded against the Plaintiff(s) by judgement, or in the process of said action or special proceeding, not exceeding the sum of _____Five Hundred and 00/100_____ Dollars ( $ 500.00 ).

Signed, sealed and dated this ___9th___ day of ___July___ 2009.

Bond No. ____LSM0129367____

RLI Insurance Company

By: _Karla Jean Dunsmoor_      By: _Karla Jean Dunsmoor_ Attorney-in-fact
Nevada Resident Agent             Karla Jean Dunsmoor
Karla Jean Dunsmoor
Nevada Bonding Agency             Surety Phone No. (309) 692-1000
3435 W. Cheyenne Ave. Suite 105
North Las Vegas, Nevada 89032

The premium charged for this
bond is ___$ 100.00___ per annum.

The foregoing undertaking is hereby approved this _____ day of _____, _____.

J2700D07-50.0



RLI Insurance Company
P.O. Box 3967 Peoria IL 61612-3967
Phone: (309)692-1000 Fax: (309)683-1610

# POWER OF ATTORNEY
## RLI Insurance Company

Bond No. __LSM0129367__

## Know All Men by These Presents:

That the _____RLI Insurance Company_____, a corporation organized and existing under the laws of the State of _____Illinois_____, and authorized and licensed to do business in all states and the District of Columbia does hereby make, constitute and appoint: _____Karla Jean Dunsmoor_____ in the City of _____North Las Vegas_____, State of _____Nevada_____, as _____Attorney In Fact_____, with full power and authority hereby conferred upon him/her to sign, execute, acknowledge and deliver for and on its behalf as Surety, in general, any and all bonds, undertakings, and recognizances in an amount not to exceed _____Two Hundred Fifty Thousand and 00/100_____ Dollars (_____$ 250,000.00_____) for any single obligation, and specifically for the following described bond.

**Principal:** Theodore Trapp
**Obligee:** Case No. 2:09-CV-00995-LDG-GWF
**Type Bond:** Cost Bond
**Bond Amount:** $ 500.00
**Effective Date:** July 9, 2009

The _____RLI Insurance Company_____ further certifies that the following is a true and exact copy of a Resolution adopted by the Board of Directors of _____RLI Insurance Company_____, and now in force to-wit:

"All bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, any Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys in Fact or Agents who shall have authority to issue bonds, policies or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile."

IN WITNESS WHEREOF, the _____RLI Insurance Company_____ has caused these presents to be executed by its _____Vice President_____ with its corporate seal affixed this ___9th___ day of _____July_____, __2009__.

ATTEST:                                                        RLI Insurance Company

_____                                         _____
Cynthia S. Dohm    Assistant Secretary                          Roy C. Die          Vice President

On this __9th__ day of ____July____, _2009_ before me, a Notary Public, personally appeared _____Roy C. Die_____ and _____Cynthia S. Dohm_____, who being by me duly sworn, acknowledged that they signed the above Power of Attorney as _____Vice President_____ and _____Assistant Secretary_____, respectively, of the said _____RLI Insurance Company_____, and acknowledged said instrument to be the voluntary act and deed of said corporation.

_____
Notary Public

"OFFICIAL SEAL"
JACQUELINE M BOCKLER
STATE OF ILLINOIS
COMMISSION EXPIRES 03/01/10

A0006104

AO82 SWEDA
(Rev. 4/90)

ORIGINAL
RECEIPT FOR PAYMENT
N⁰ 55290
UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEVADA
at Las Vegas NV
7-21-09

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission |
| 086900 | Filing Fees |
| 322340 | Sale of Publication |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fee |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (1/2) |
| 510100 | Registry Fee |

Surety Bond LSM0129367 in the amount of $500.00 posted by Karla Jean Dnnsmoor, agent of RLI Insurance Co. Bond posted as cost security by Plaintiff Theodore Trapp on behalf of Defendant On Demand Sedan Services 2:09-cv-995-LDG-GWF

NOTE: THIS ORIGINAL RECEIPT MUST BE RETURNED TO THE CLERK OF COURT WHEN THIS BOND / COLLATERAL IS RELEASED.

CASE REFERENCE:
2:09-CV-995-LDG-GWF

RECEIVED FROM

James E Smyth
Kummer Kaempfer Bonner Renshaw & Ferrario
3800 Howard Hughes Parkway
7th Floor
Las Vegas, NV 89109

DEPUTY CLERK Cynthia R Jenson

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn