IN THE ____United States District Court____ COURT FOR

_____Clark_____ COUNTY, STATE OF NEVADA

'09 JUL 21 P 12: 16

| | |
|---|---|
| Theodore Trapp<br><br>        Plaintiff,<br>vs.<br>Case No. 2:09-CV-00995-LDG-Gwf<br>Frias Management, LLC, a Nevada limited liablilty company d/b/a<br>Ace Cab Company and A-North Las Vegas Cab<br><br><br><br>        Defendants. | No. ____CV-00995____<br><br>UNDERTAKING FOR<br>SECURITY FOR COSTS<br>FOR NON-RESIDENT |

WHEREAS, the Plaintiff(s) in the above entitled action or special proceeding, reside out of the state or is a foreign corporation and whereas the Defendant(s) in said action or special proceeding, has required from said Plaintiff(s) security for costs and charges in said action which may be awarded against the Plaintiff(s) in the above entitled action:

NOW, THEREFORE, in consideration of the premises, the undersigned, _____
_____**RLI Insurance Company**_____, a corporation organized and exisiting under the laws of the State of _____Illinois_____, and duly authorized and licensed by the laws of the State of Nevada to do a general surety business in the State of Nevada, does hereby undertake that it will pay such costs and charges as may be awarded against the Plaintiff(s) by judgement, or in the process of said action or special proceeding, not exceeding the sum of _____Five Hundred and 00/100_____ Dollars
(____$ 500.00____).

Signed, sealed and dated this __13th__ day of _____July_____ 2009____.

Bond No. _____LSM0129780_____

RLI Insurance Company

By: _Karla Jean Dunsmoor_       By: _Karla Jean Dunsmoor_
Nevada Resident Agent          Karla Jean Dunsmoor
Karla Jean Dunsmoor
Nevada Bonding Agency, Inc.       Surety Phone No. (309) 692-1000
3435 W. Cheyenne Ave, Suite 105
North Las Vegas, Nevada 89032

*(RLI Insurance Company corporate seal — Attorney In Fact, Illinois)*

The premium charged for this
bond is ____$ 100.00____ per annum.


The foregoing undertaking is hereby approved this _____ day of _____, _____.



| RLI Insurance Company | **POWER OF ATTORNEY** |
| P.O. Box 3967 Peoria IL 61612-3967 | **RLI Insurance Company** |
| Phone: (309)692-1000 Fax: (309)683-1610 | |

Bond No. __LSM0129780__

## *Know All Men by These Presents:*

That the _____RLI Insurance Company_____, a corporation organized and existing under the laws of the State of _____Illinois_____, and authorized and licensed to do business in all states and the District of Columbia does hereby make, constitute and appoint: _____Karla Jean Dunsmoor_____ in the City of _____North Las Vegas_____, State of _____Nevada_____, as _____Attorney In Fact_____, with full power and authority hereby conferred upon him/her to sign, execute, acknowledge and deliver for and on its behalf as Surety, in general, any and all bonds, undertakings, and recognizances in an amount not to exceed _____Two Hundred Fifty Thousand and 00/100_____ Dollars (__$ 250,000.00__) for any single obligation, and specifically for the following described bond.

**Principal:** Theodore Trapp
**Obligee:** Case No. 2:09-CV-00995-LDG-Gwf
**Type Bond:** Cost Bond
**Bond Amount:** $ 500.00
**Effective Date:** July 13, 2009

The _____RLI Insurance Company_____ further certifies that the following is a true and exact copy of a Resolution adopted by the Board of Directors of _____RLI Insurance Company_____, and now in force to-wit:

"All bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, any Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys in Fact or Agents who shall have authority to issue bonds, policies or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile."

IN WITNESS WHEREOF, the _____RLI Insurance Company_____ has caused these presents to be executed by its _____Vice President_____ with its corporate seal affixed this __13th__ day of _____July_____, __2009__.

ATTEST:                                                             RLI Insurance Company

_____                    _____
Cynthia S. Dohm          Assistant Secretary            Roy C. Die                Vice President

On this __13th__ day of _____July_____, __2009__ before me, a Notary Public, personally appeared _____Roy C. Die_____ and _____Cynthia S. Dohm_____, who being by me duly sworn, acknowledged that they signed the above Power of Attorney as _____Vice President_____ and _____Assistant Secretary_____, respectively, of the said _____RLI Insurance Company_____, and acknowledged said instrument to be the voluntary act and deed of said corporation.

_____
Notary Public

"OFFICIAL SEAL"
JACQUELINE M BOCKLER
NOTARY PUBLIC STATE OF ILLINOIS
COMMISSION EXPIRES 03/01/10

A0006104

| | | |
|---|---|---|
| AO82 SWEDA (Rev. 4/90) | ORIGINAL RECEIPT FOR PAYMENT UNITED STATES DISTRICT COURT for the DISTRICT OF NEVADA at Las Vegas, NV 7-21-09 | № 55288 |

Fund
6855XX  Deposit Funds
604700  Registry Funds
        General and Spec
508800  Immigration Fees
085000  Attorney Admissio
086900  Filing Fees
322340  Sale of Publication
322350  Copy Fees
322360  Miscellaneous Fee
143500  Interest
322380  Recoveries of Court Costs
322386  Restitution to U.S. Government
121000  Conscience Fund
129900  Gifts
504100  Crime Victims Fund
613300  Unclaimed Monies
510000  Civil Filing Fee (1/2)
510100  Registry Fee

Surety Bond LSM0129780 in the amount of $500.00 posted by Karla Jean Dunsmoor, agent of RLI Insurance Co. Bond posted as cost security by Plaintiff Theodore Trapp on behalf of Defendant Frias Management 2:09-cv-995-LDG-GWF

NOTE: THIS ORIGINAL RECEIPT MUST BE RETURNED TO THE CLERK OF COURT WHEN THIS BOND/COLLATERAL IS RELEASED.

CASE REFERENCE:

2:09-CV-995-LDH-GWF

RECEIVED FROM

James E Smyth
Kummer Kaempfer Bonner Renshaw & Ferrario
3800 Howard Hughes Parkway
7th Floor
Las Vegas, NV 89109

DEPUTY CLERK Cynthia X Jensen

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.