IN THE ____United States District Court____ COURT FOR

_____Clark_____ COUNTY, STATE OF NEVADA

'09 JUL 21 P 12: 17

| | |
|---|---|
| Theodore Trapp<br><br>                     Plaintiff,<br>vs.<br>Case No. 2:09-CV-00995-LDG-GWF<br>Desert Cab, Inc., a Nevada corporation d/b/a Desert Cab Company and Odyssey Limousine<br><br><br><br>                     Defendants. | No. ____CV-00995____<br><br>UNDERTAKING FOR<br>SECURITY FOR COSTS<br>FOR NON-RESIDENT |

WHEREAS, the Plaintiff(s) in the above entitled action or special proceeding, reside out of the state or is a foreign corporation and whereas the Defendant(s) in said action or special proceeding, has required from said Plaintiff(s) security for costs and charges in said action which may be awarded against the Plaintiff(s) in the above entitled action:

NOW, THEREFORE, in consideration of the premises, the undersigned, _____
_____**RLI Insurance Company**_____, a corporation organized and exisiting under the laws of the State of ____Illinois____, and duly authorized and licensed by the laws of the State of Nevada to do a general surety business in the State of Nevada, does hereby undertake that it will pay such costs and charges as may be awarded against the Plaintiff(s) by judgement, or in the process of said action or special proceeding, not exceeding the sum of _____Five Hundred and 00/100_____ Dollars ($ 500.00).

Signed, sealed and dated this ____9th____ day of ____July____ 2009.

Bond No. ____LSM0129383____

By: _Karla Jean Dunsmoor_
Nevada Resident Agent
Karla Jean Dunsmoor
Nevada Bonding Agency
3435 W. Cheyenne Ave. Suite 105
North Las Vegas, Nevada 89032

The premium charged for this
bond is ____$ 100.00____ per annum.

RLI Insurance Company

By: _Karla Jean Dunsmoor_ — Attorney in Fact
Karla Jean Dunsmoor

Surety Phone No. (309) 692-1000

*[SEAL: RLI Insurance Company Corporate Seal, Illinois]*

The foregoing undertaking is hereby approved this _____ day of _____, _____.

J2700D07-50.0



RLI Insurance Company
P.O. Box 3967 Peoria IL 61612-3967
Phone: (309)692-1000 Fax: (309)683-1610

# POWER OF ATTORNEY
## RLI Insurance Company

Bond No. __LSM0129383__

## Know All Men by These Presents:

That the __RLI Insurance Company__, a corporation organized and existing under the laws of the State of __Illinois__, and authorized and licensed to do business in all states and the District of Columbia does hereby make, constitute and appoint: __Karla Jean Dunsmoor__ in the City of __North Las Vegas__, State of __Nevada__, as __Attorney In Fact__, with full power and authority hereby conferred upon him/her to sign, execute, acknowledge and deliver for and on its behalf as Surety, in general, any and all bonds, undertakings, and recognizances in an amount not to exceed __Two Hundred Fifty Thousand and 00/100__ Dollars ( __$ 250,000.00__ ) for any single obligation, and specifically for the following described bond.

**Principal:** __Theodore Trapp__
**Obligee:** Case No. 2:09-CV-00995-LDG-GWF
**Type Bond:** Cost Bond
**Bond Amount:** $ 500.00
**Effective Date:** July 9, 2009

The __RLI Insurance Company__ further certifies that the following is a true and exact copy of a Resolution adopted by the Board of Directors of __RLI Insurance Company__, and now in force to-wit:

> "All bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, any Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys in Fact or Agents who shall have authority to issue bonds, policies or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile."

IN WITNESS WHEREOF, the __RLI Insurance Company__ has caused these presents to be executed by its __Vice President__ with its corporate seal affixed this __9th__ day of __July__, __2009__.

ATTEST:      RLI Insurance Company

_____      _____
Cynthia S. Dohm    Assistant Secretary      Roy C. Die    Vice President

On this __9th__ day of __July__, __2009__ before me, a Notary Public, personally appeared __Roy C. Die__ and __Cynthia S. Dohm__, who being by me duly sworn, acknowledged that they signed the above Power of Attorney as __Vice President__ and __Assistant Secretary__, respectively, of the said __RLI Insurance Company__, and acknowledged said instrument to be the voluntary act and deed of said corporation.

_____
Notary Public

"OFFICIAL SEAL"
JACQUELINE M BOCKLER
NOTARY PUBLIC STATE OF ILLINOIS
COMMISSION EXPIRES 03/01/10

A0006104

| | | | |
|---|---|---|---|
| AO82 SWEDA (Rev. 4/90) | | ORIGINAL RECEIPT FOR PAYMENT UNITED STATES DISTRICT COURT for the DISTRICT OF NEVADA at Las Vegas NV 7-21-09 | N° 55287 |

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admissio |
| 086900 | Filing Fees |
| 322340 | Sale of Publication |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fee |
| 143500 | Interest |
| 322380 | Recoveries of Cou... |
| 322386 | Restitution to U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (1/2) |
| 510100 | Registry Fee |

Surety Bond LSM0129383 in the amount of $500.00 posted by Karla Jean Dinsmoor, agent of RLI Insurance Co. Bond posted as cost security by Plaintiff Theodore Trapp on behalf of Defendant Desert Cab, Inc.
2:09-cv-995-LDG-GWF

NOTE: THIS ORIGINAL RECEIPT MUST BE RETURNED TO THE CLERK OF COURT WHEN THIS BOND / COLLATERAL IS RELEASED.

CASE REFERENCE
2:09-cv-995-LDG-GWF

RECEIVED FROM

James E Smyth
Kummer Kaempfer Bonner Renshaw & Ferrario
3800 Howard Hughes Parkway
7th Floor
Las Vegas , NV 89109

DEPUTY CLERK Cynthia K Jensen

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn