NORMAN H. KIRSHMAN, P.C.
Nevada Bar Number: 2733
3800 Howard Hughes Parkway, Ste. 500
Las Vegas, NV 89169
Telephone: (702) 699-5917
Facsimile: (702) 369-5497
Attorney for *Defendant* CLS NEVADA, LLC
doing business as CLS TRANSPORTATION, Las Vegas

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIG POPPA'S, LLC, a Nevada limited liability company d/ba/ BADDA BING MEN'S CLUB; SKY TOP VENDING, INC., a Nevada corporation d/ba/ CAN CAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAH'S; C.P. FOOD AND BEVERAGE, INC., a Nevada corporation d/b/a CLUB PARADISE; DEJA VU SHOWGIRLS; PALOMINO CLUB, INC., a Nevada corporation d/b/a PALOMINO CLUB; SHAC, LLC, a Nevada corporation d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D.2801 WESTWOOD INC., a Nevada corporation d/b/a TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT LLC, a Nevada limited liability company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS CAB; WESTERN CAB COMPANY, | CASE NO.:2:09-cv-00995-KJD-GWF<br><br>**(Proposed) STIPULATION AND ORDER TO EXTEND DATE FOR DEFENDANT CLS NEVADA, LLC TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT (FIRST REQUEST)** |

NEVADA, a Nevada corporation d/b/a LUCKY

| | |
|---|---|
| 1 | a Nevada corporation d/b/a WESTERN CAB COMPANY and WESTERN LIMOUSINE; NEVADA CHECKER CAB CORPORATION, a Nevada corporation d/b/a NEVADA CHECKER CAB COMPANY; NEVADA STAR CAB CORPORATION, a Nevada corporation d/b/a STAR CAB COMPANY; NEVADA YELLOW CAB CORPORATION, a Nevada corporation d/b/a YELLOW CAB COMPANY; LUCKY CAB COMPANY OF NEVADA, a Nevada corporation d/b/a LUCKY TRANS; SUN CAB, INC., a Nevada corporation d/b/a NELLIS CAB COMPANY; CLS NEVADA, LLC, a Nevada limited liability company d/b/a CLS TRANSPORTATION LAS VEGAS; ON DEMAND SEDAN SERVICES, LLC, a Nevada limited liability company d/b/a ODS LIMOUSINES and ODS CHAUFFEURED TRANSPORTATION; BLS LIMOUSINE SERVICE OF LAS VEGAS, INC.; DESERT CAB, INC., a Nevada corporation d/b/a DESERT CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS, a Nevada corporation d/b/a BELL TRANS; TONY CHONG, an individual, and DOE EMPLOYEES 1-100;<br><br>                    Defendants. |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel, that Defendant CLS Nevada, LLC, a Nevada limited liability company d/b/a CLS Transportation Las Vegas, shall have until Monday, August 3, 2009 to file their response to

//
//
//
//
//

Plaintiff Theodore Trapp's Class Action Complaint.

Dated this 22nd day of July, 2009.

| NORMAN H. KIRSHMAN, P.C. | KUMMER KAEMPFER BONNER RENSHAW & FERRARIO |
|---|---|
| // s // <br> Norman H. Kirshman <br> 3800 Howard Hughes Parkway, Ste 500 <br> Las Vegas, Nevada 89169 <br> *Attorney for Defendant CLS* | // s // <br> James E. Smyth, II. Esq. <br> 3800 Howard Hughes Parkway, 7th Floor <br> Las Vegas, Nevada 89169 <br><br> Jay Edelson, Esq. <br> Kamber Edelson, LLC <br> 350 North LaSalle St., Ste. 1300 <br> Chicago, IL 60650 <br> *Attorneys for Plaintiff* |

**IT IS SO ORDERED:**

DATED: __July 23__, 2009

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF MAILING

I hereby certify that on the 22nd day of July, 2009, the foregoing **(Proposed)** **STIPULATION AND ORDER TO EXTEND DATE FOR DEFENDANT CLS NEVADA, LLC TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT (First Request)** was electronically served upon all attorneys of record in this matter.

*Lynn A Vlahos*
An Employee of Norman H. Kirshman P.C.