JOHN A. CURTAS, ESQ.
Nevada Bar Number 1841
317 South 6th Street
Las Vegas, Nevada 89101
Telephone: (702) 678-5070
Facsimile: (702) 878-9995

Attorneys for Defendant LA FUENTE, INC. dba
CHEETAH'S

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

THEODORE TRAPP, on his own behalf and on
behalf of all others similarly situated,

                        Plaintiff,

              vs.

BIG POPPA'S, LLC, a Nevada Limited Liability
Company d/b/a BADDA BING MEN'S CLUB;
SKYTOP VENDING, INC., A Nevada Corporation
d/b/a CANCAN ROOM; LA FUENTE, INC., a
Nevada corporation d/b/a CHEETAH'S; C.P.
FOOD AND BEVERAGE, INC., A Nevada
corporation d/b/a/ CLUB PARADISE; DEJA VU
SHOWGIRLS OF LAS VEGAS, LLC, a Nevada
limited liability company d/b/a DEJA VU
SHOWGIRLS OF LAS VEGAS; PALOMINO
CLUB, INC., a Nevada corporation d/b/a/
PALOMINO CLUB; SHAC, LLC, a Nevada
limited liability company d/b/a SAPPHIRE; K-
KEL, INC., a Nevada corporation d/b/a
SPEARMINT RHINO; D.2801 WESTWOOD,
INC. a Nevada corporation d/b/a/ TREASURES;
LITTLE DARLINGS OF LAS VEGAS, LLC, a
Nevada limited liability company d/b/a LITTLE
DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada
limited liability company d/b/a OLYMPIC
GARDENS; LAS VEGAS ENTERTAINMENT,
LLC, a Nevada limited liability company d/b/a
LARRY FLYNT'S HUSTLER CLUB; MICHAEL
A. SALTMAN d/b/a MINXX; RICK'S LAS
VEGAS; FRIAS MANAGEMENT, LLC, a Nevada
limited liability company d/b/a ACE CAB
COMPANY and A-NORTH LAS VEGAS CAB;

CASE NO.: 2:09-cv-00995

**STIPULATION AND ORDER
BETWEEN PLAINTIFF AND
DEFENDANT LA FUENTE, INC. DBA
CHEETAH'S TO EXTEND THE
DEADLINE TO FILE A RESPONSIVE
PLEADING TO PLAINTIFF'S
COMPLAINT**

1

1   WESTERN CAB COMPANY a Nevada
    corporation d/b/a WESTERN CAB COMPANY
2   and WESTERN LIMOUSINE; NEVADA
    CHECKER CAB CORPORATION; a Nevada
3   corporation d/b/a CHECKER CAB COMPANY;
    NEVADA STAR CAB CORPORATION, a Nevada
4   corporation d/b/a/ STAR CAB COMPANY;
    NEVADA YELLOW CAB CORPORATION, a
5   Nevada corporation d/b/a YELLOW CAB; LUCKY
    CAB COMPANY OF NEVADA, a Nevada
6   corporation d/b/a/ LUCKY TRANS; SUN CAB,
    INC., a Nevada corporation d/b/a/ NELLIS CAB
7   COMPANY; CLS NEVADA, LLC, a Nevada
    limited liability company d/b/a CLS
8   TRANSPORTATION LAS VEGAS; ON
    DEMAND SEDAN SERVICES, LLC, a Nevada
9   limited liability company d/b/a ODS LIMOUSINE
    and ODS CHAUFFEURED TRANSPORTATION;
10  BLS LIMOUSINE SERVICES OF LAS VEGAS,
    INC., a Nevada corporation d/b/a/ BLS
11  LIMOUSINE SERVICES OF LAS VEGAS;
    DESERT CAB, INC., a Nevada corporation d/b/a/
12  DESERT CAB COMPANY and ODYSSEY
    LIMOUSINE; BELL TRANS, A NEVADA
13  CORPORATION, a Nevada corporation d/b/a
    BELL TRANS; TONY CHONG, an individual; and
14  DOE EMPLOYEES 1-1000,

15                  Defendants.

16          It is hereby stipulated and agreed, by and between James E. Smyth, II, of Kummer Kaempfer

17  Bonner Renshaw & Ferrario, attorneys for Plaintiff, and John A. Curtas, Esq., attorney for Defendant

18  LA FUENTE, INC. d/b/a CHEETAH'S, that the deadline for filing a responsive pleading to

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1  Plaintiff's Complaint be extended to August 24, 2009.

2      **IT IS SO ORDERED.**

3  DATED this _____ day of _____, 2009.

4

5   

6                                    PEGGY A. LEEN
                                  United States Magistrate Judge

7  Respectfully submitted,

8

9

10

11 By:_____/s/_____
      John A. Curtas, #1841

12       317 South 6th Street
      Las Vegas, Nevada 89101

13       Telephone:  (702) 678-5070
      Facsimile:  (702) 878-9995

14       Attorneys for Defendant LA FUENTE, INC.
      d/b/a CHEETAH'S

15

16 KUMMER KAEMPFER BONNER RENSHAW &
FERRARIO

17

18

19 By:_____/s/_____
      James E. Smyth, II, #6506

20       3800 Howard Hughes Pkwy, 7th Fl.
      Las Vegas, Nevada 89169

21       Telephone:  (702) 678-5070
      Facsimile:  (702) 878-9995

22       Attorneys for Plaintiff

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2       The undersigned certifies that on the 24th day of July, 2009, the **STIPULATION AND**

3  **ORDER BETWEEN PLAINTIFF AND DEFENDANT LA FUENTE, INC. dba CHEETAH'S**

4  **TO EXTEND THE DEADLINE TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S**

5  **COMPLAINT** was electronically served upon all attorneys of record in this matter.

6

7

8                                      /s/

                                Jacqueline Delgado

9                                Employee of John A. Curtas, Esq.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28