```
 1  JOHN A. CURTAS, ESQ.
    Nevada Bar Number 1841
 2  317 South 6th Street
    Las Vegas, Nevada 89101
 3  Telephone: (702) 678-5070
    Facsimile: (702) 878-9995
 4
    Attorneys for Defendant LA FUENTE, INC. dba
 5  CHEETAH'S
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>BIG POPPA'S, LLC, a Nevada Limited Liability Company d/b/a BADDA BING MEN'S CLUB; SKYTOP VENDING, INC., A Nevada Corporation d/b/a CANCAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAH'S; C.P. FOOD AND BEVERAGE, INC., A Nevada corporation d/b/a/ CLUB PARADISE; DEJA VU SHOWGIRLS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a DEJA VU SHOWGIRLS OF LAS VEGAS; PALOMINO CLUB, INC., a Nevada corporation d/b/a/ PALOMINO CLUB; SHAC, LLC, a Nevada limited liability company d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D.2801 WESTWOOD, INC. a Nevada corporation d/b/a/ TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT, LLC, a Nevada limited liability company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS CAB; | CASE NO.: 2:09-cv-00995<br><br>**STIPULATION AND ORDER BETWEEN PLAINTIFF AND DEFENDANT LA FUENTE, INC. DBA CHEETAH'S TO EXTEND THE DEADLINE TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |

1

Dockets.Justia.com

| | |
|---|---|
| 1 | WESTERN CAB COMPANY a Nevada corporation d/b/a WESTERN CAB COMPANY |
| 2 | and WESTERN LIMOUSINE; NEVADA CHECKER CAB CORPORATION; a Nevada |
| 3 | corporation d/b/a CHECKER CAB COMPANY; NEVADA STAR CAB CORPORATION, a Nevada |
| 4 | corporation d/b/a/ STAR CAB COMPANY; NEVADA YELLOW CAB CORPORATION, a |
| 5 | Nevada corporation d/b/a YELLOW CAB; LUCKY CAB COMPANY OF NEVADA, a Nevada |
| 6 | corporation d/b/a/ LUCKY TRANS; SUN CAB, INC., a Nevada corporation d/b/a/ NELLIS CAB |
| 7 | COMPANY; CLS NEVADA, LLC, a Nevada limited liability company d/b/a CLS |
| 8 | TRANSPORTATION LAS VEGAS; ON DEMAND SEDAN SERVICES, LLC, a Nevada |
| 9 | limited liability company d/b/a ODS LIMOUSINE and ODS CHAUFFEURED TRANSPORTATION; |
| 10 | BLS LIMOUSINE SERVICES OF LAS VEGAS, INC., a Nevada corporation d/b/a/ BLS |
| 11 | LIMOUSINE SERVICES OF LAS VEGAS; DESERT CAB, INC., a Nevada corporation d/b/a/ |
| 12 | DESERT CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS, A NEVADA |
| 13 | CORPORATION, a Nevada corporation d/b/a BELL TRANS; TONY CHONG, an individual; and |
| 14 | DOE EMPLOYEES 1-1000, |
| 15 | Defendants. |

16  It is hereby stipulated and agreed, by and between James E. Smyth, II, of Kummer Kaempfer

17  Bonner Renshaw & Ferrario, attorneys for Plaintiff, and John A. Curtas, Esq., attorney for Defendant

18  LA FUENTE, INC. d/b/a CHEETAH'S, that the deadline for filing a responsive pleading to

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

2

Plaintiff's Complaint be extended to August 24, 2009.

**IT IS SO ORDERED.**

DATED this 27 day of July, 2009.

_____
PEGGY A. LEEN
United States Magistrate Judge

Respectfully submitted,

By: _____/s/_____
John A. Curtas, #1841
317 South 6th Street
Las Vegas, Nevada 89101
Telephone: (702) 678-5070
Facsimile: (702) 878-9995
Attorneys for Defendant LA FUENTE, INC.
d/b/a CHEETAH'S

KUMMER KAEMPFER BONNER RENSHAW & FERRARIO

By: _____/s/_____
James E. Smyth, II, #6506
3800 Howard Hughes Pkwy, 7th Fl.
Las Vegas, Nevada 89169
Telephone: (702) 678-5070
Facsimile: (702) 878-9995
Attorneys for Plaintiff

3

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 24th day of July, 2009, the **STIPULATION AND ORDER BETWEEN PLAINTIFF AND DEFENDANT LA FUENTE, INC. dba CHEETAH'S TO EXTEND THE DEADLINE TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** was electronically served upon all attorneys of record in this matter.

/s/
Jacqueline Delgado
Employee of John A. Curtas, Esq.