IN THE United States District Court COURT FOR

Clark COUNTY, STATE OF NEVADA

2009 JUL 27 A 11: 39

Theodore Trapp

Plaintiff,

vs.

Case No. 2:09-CV-00995-LDB-GWF
Nevada Checker Cab Corporation, a Nevada corporation d/b/a Nevada Checker Cab Company

Defendants.

No. CV-00995

UNDERTAKING FOR SECURITY FOR COSTS FOR NON-RESIDENT

WHEREAS, the Plaintiff(s) in the above entitled action or special proceeding, reside out of the state or is a foreign corporation and whereas the Defendant(s) in said action or special proceeding, has required from said Plaintiff(s) security for costs and charges in said action which may be awarded against the Plaintiff(s) in the above entitled action:

NOW, THEREFORE, in consideration of the premises, the undersigned, **RLI Insurance Company**, a corporation organized and exisiting under the laws of the State of Illinois, and duly authorized and licensed by the laws of the State of Nevada to do a general surety business in the State of Nevada, does hereby undertake that it will pay such costs and charges as may be awarded against the Plaintiff(s) by judgement, or in the process of said action or special proceeding, not exceeding the sum of Five Hundred and 00/100 Dollars ($ 500.00).

Signed, sealed and dated this 22nd day of July 2009.

Bond No. LSM0131355

By: Karla Jean Dunsmoor
Nevada Resident Agent
Karla Jean Dunsmoor
Nevada Bonding Agency, Inc.
3435 W Cheyenne Ave Suite 105
North Las Vegas, Nevada 89032

**RLI Insurance Company**

By: Karla Jean Dunsmoor Attorney-in-Fact
Karla Jean Dunsmoor

Surety Phone No. (309) 692-1000

RLI INSURANCE COMPANY CORPORATE SEAL ILLINOIS

The premium charged for this bond is $ 100.00 per annum.

The foregoing undertaking is hereby approved this ________ day of ______________, ______.

J2700D07-50.0

Trapp v. Big Poppa's, LLC et al Doc. 141

Dockets.Justia.com



RLI Insurance Company
P.O. Box 3967 Peoria IL 61612-3967
Phone: (309)692-1000 Fax: (309)683-1610

# POWER OF ATTORNEY
## RLI Insurance Company

Bond No. LSM0131355

*Know All Men by These Presents:*

That the RLI Insurance Company, a corporation organized and existing under the laws of the State of Illinois, and authorized and licensed to do business in all states and the District of Columbia does hereby make, constitute and appoint: Karla Jean Dunsmoor in the City of North Las Vegas, State of Nevada, as Attorney In Fact, with full power and authority hereby conferred upon him/her to sign, execute, acknowledge and deliver for and on its behalf as Surety, in general, any and all bonds, undertakings, and recognizances in an amount not to exceed Two Hundred Fifty Thousand and 00/100 Dollars ( $ 250,000.00 ) for any single obligation, and specifically for the following described bond.

**Principal:** Theodore Trapp
**Obligee:** Case No. 2:09-CV-00995-LDB-GWF
**Type Bond:** Cost Bond
**Bond Amount:** $ 500.00
**Effective Date:** July 22, 2009

The RLI Insurance Company further certifies that the following is a true and exact copy of a Resolution adopted by the Board of Directors of RLI Insurance Company, and now in force to-wit:

**"All bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, any Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys in Fact or Agents who shall have authority to issue bonds, policies or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile."**

IN WITNESS WHEREOF, the RLI Insurance Company has caused these presents to be executed by its Vice President with its corporate seal affixed this 22nd day of July, 2009.

ATTEST: **RLI Insurance Company**

Cynthia S. Dohm, Assistant Secretary

Roy C. Die, Vice President

On this 22nd day of July, 2009 before me, a Notary Public, personally appeared Roy C. Die and Cynthia S. Dohm, who being by me duly sworn, acknowledged that they signed the above Power of Attorney as Vice President and Assistant Secretary, respectively, of the said RLI Insurance Company, and acknowledged said instrument to be the voluntary act and deed of said corporation.

Notary Public

"OFFICIAL SEAL"
NOTARY PUBLIC STATE OF ILLINOIS
JACQUELINE M. BOCKLER
COMMISSION EXPIRES 03/01/10

A0006104

AO82 SWEDA
(Rev. 4/90)

ORIGINAL
RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEVADA

№ 55297

at Las Vegas NV
7-3-9-07

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (1/2) |
| 510100 | Registry Fee |

Surety Bond LSM0131355 in the amount of $500.00 posted by Karla Jean Dunsmoor, agent of RLI Insurance Co. Bond posted as cost security by Plaintiff Theodore Trap on behalf of Defendant Nevada Checker Cab Corp.

NOTE: THIS ORIGINAL RECEIPT MUST BE RETURNED TO THE CLERK OF COURT WHEN THIS BOND / COLLATERAL IS RELEASED.

CASE REFERENCE:

2:09-cv-905 [illegible]

RECEIVED FROM

James E. Smiyth
Kummer Kaempfer Bonner Renshaw etc
3800 Howard Hughes Pkwy
7th floor
Las Vegas, NV 89109

DEPUTY CLERK: [signature]

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.