JOHN A. CURTAS, ESQ.
Nevada Bar Number 1841
317 South 6th Street
Las Vegas, Nevada 89101
Telephone: (702) 678-5070
Facsimile: (702) 878-9995

Attorneys for Defendant LA FUENTE, INC. dba
CHEETAH'S

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

THEODORE TRAPP, on his own behalf and on
behalf of all others similarly situated,

        Plaintiff,

      vs.

BIG POPPA'S, LLC, a Nevada Limited Liability
Company d/b/a BADDA BING MEN'S CLUB;
SKYTOP VENDING, INC., A Nevada Corporation
d/b/a CANCAN ROOM; LA FUENTE, INC., a
Nevada corporation d/b/a CHEETAH'S; C.P.
FOOD AND BEVERAGE, INC., A Nevada
corporation d/b/a/ CLUB PARADISE; DEJA VU
SHOWGIRLS OF LAS VEGAS, LLC, a Nevada
limited liability company d/b/a DEJA VU
SHOWGIRLS OF LAS VEGAS; PALOMINO
CLUB, INC., a Nevada corporation d/b/a/
PALOMINO CLUB; SHAC, LLC, a Nevada
limited liability company d/b/a SAPPHIRE; K-
KEL, INC., a Nevada corporation d/b/a
SPEARMINT RHINO; D.2801 WESTWOOD,
INC. a Nevada corporation d/b/a/ TREASURES;
LITTLE DARLINGS OF LAS VEGAS, LLC, a
Nevada limited liability company d/b/a LITTLE
DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada
limited liability company d/b/a OLYMPIC
GARDENS; LAS VEGAS ENTERTAINMENT,
LLC, a Nevada limited liability company d/b/a
LARRY FLYNT'S HUSTLER CLUB; MICHAEL
A. SALTMAN d/b/a MINXX; RICK'S LAS
VEGAS; FRIAS MANAGEMENT, LLC, a Nevada
limited liability company d/b/a ACE CAB
COMPANY and A-NORTH LAS VEGAS CAB;

CASE NO.: 2:09-cv-00995

**DEMAND FOR SECURITY OF
COSTS**

| | |
|---|---|
| 1 | WESTERN CAB COMPANY a Nevada |
| | corporation d/b/a WESTERN CAB COMPANY |
| 2 | and WESTERN LIMOUSINE; NEVADA |
| | CHECKER CAB CORPORATION; a Nevada |
| 3 | corporation d/b/a CHECKER CAB COMPANY; |
| | NEVADA STAR CAB CORPORATION, a Nevada |
| 4 | corporation d/b/a/ STAR CAB COMPANY; |
| | NEVADA YELLOW CAB CORPORATION, a |
| 5 | Nevada corporation d/b/a YELLOW CAB; LUCKY |
| | CAB COMPANY OF NEVADA, a Nevada |
| 6 | corporation d/b/a/ LUCKY TRANS; SUN CAB, |
| | INC., a Nevada corporation d/b/a/ NELLIS CAB |
| 7 | COMPANY; CLS NEVADA, LLC, a Nevada |
| | limited liability company d/b/a CLS |
| 8 | TRANSPORTATION LAS VEGAS; ON |
| | DEMAND SEDAN SERVICES, LLC, a Nevada |
| 9 | limited liability company d/b/a ODS LIMOUSINE |
| | and ODS CHAUFFEURED TRANSPORTATION; |
| 10 | BLS LIMOUSINE SERVICES OF LAS VEGAS, |
| | INC., a Nevada corporation d/b/a/ BLS |
| 11 | LIMOUSINE SERVICES OF LAS VEGAS; |
| | DESERT CAB, INC., a Nevada corporation d/b/a/ |
| 12 | DESERT CAB COMPANY and ODYSSEY |
| | LIMOUSINE; BELL TRANS, A NEVADA |
| 13 | CORPORATION, a Nevada corporation d/b/a |
| | BELL TRANS; TONY CHONG, an individual; and |
| 14 | DOE EMPLOYEES 1-1000, |

15                  Defendants.

16 TO:     Plaintiff, THEODORE TRAPP; and

17 TO:     Jay Edelson and Rafey Balabanian of KAMBEREDELSON LLC, and James E. Smyth, II, of

18          KUMMER KAEMPFER BONNER RENSHAE & FARRARIO, Attorneys for Plaintiff.

19          Pursuant to NRS 18.130, Defendant, LA FUENTE, INC. dba CHEETAH'S hereby makes

20 demand upon Plaintiff, who resides out of State, for security in the amount of Five Hundred and

21 No/100 Dollars ($500.00) for costs and charges which may be awarded herein against Plaintiff. The

22 requirements of NRS 18.130 apply to actions in the United States District Court, District of Nevada.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1   *Truck Ins. Exchange*, 683 F. Supp. 223, 227-28 (D. Nev. 1988); *Hamar v. Hyatt Corp*, 98 F.R.D.

2   305, 305-306 (D. Nev. 1983).

By:_____/s/_____
        John A. Curtas, #1841
        317 South 6th Street
        Las Vegas, Nevada 89101
        Telephone: (702) 678-5070
        Facsimile: (702) 878-9995
        Attorneys for Defendant LA FUENTE, INC.
        d/b/a CHEETAH'S

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 28th day of July, 2009, the **DEMAND FOR SECURITY OF COSTS** was electronically served upon all attorneys of record in this matter.

_____/s/_____
Jacqueline Delgado
Employee of John A. Curtas, Esq.

3