1

2

3

4

5

6            **UNITED STATES DISTRICT COURT**
             **DISTRICT OF NEVADA**
7

8    THEODORE TRAPP, on his own behalf and on          ) Case # 2:09-CV-00995-LDG-GWF
     behalf of all others similarly situated,          )
9                            Plaintiff,                 )
                                                       )
10           vs.                                        )    **VERIFIED PETITION FOR**
                                                       )    **PERMISSION TO PRACTICE**
11   BIG POPPA'S, LLC, a Nevada limited liability      )    **IN THIS CASE ONLY BY**
     company, d/b/a/ BADDA BING MEN'S CLUB, et al.     )    **ATTORNEY NOT ADMITTED**
12                                                     )    **TO THE BAR OF THIS COURT**
                                                       )    **AND DESIGNATION OF**
13                                                     )    **LOCAL COUNSEL**
                     Defendant(s).                     )
14   _____)    EFFECTIVE JUNE 1, 2004
                                                            FILING FEE IS $175.00
15

16       Wayne Robert Gross              , Petitioner, respectfully represents to the Court:

17

18       1.   That Petitioner resides at  Costa Mesa                                        .
                                                              (city)
19
     _____Orange_____,            _____California_____
20            (county)                            (state)

21

22       2.   That Petitioner is an attorney at law and a member of the law firm of

23   Snell & Wilmer LLP                                            with offices at

24   3883 Howard Hughes Parkway, Suite 1100                                        ,
                              (street address)
25   Las Vegas                    ,   89169     ,   702.784.5200                   .
     (city)                           (zip code)    (area code + telephone number)
26
     wgross@swlaw.com                    .
27   *(Email address)*

28

3.     That Petitioner has been retained personally or as a member of the law firm by Frias Management, LLC, Ace Cab, Inc. and A-NLV Cab Co. _____ to provide legal representation in connection with
[client(s)]
the above-entitled case now pending before this Court.

4.     That since December 6, 1988 _____, Petitioner has been and presently is a member
(date)
in good standing of the bar of the highest Court of the State of California
(state)
where Petitioner regularly practices law.

5.     That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|-------|---------------|------------|
| USDC - Central District of California | 12/6/1988 | 138828 |
| USDC - Eastern District of California | 12/4/2008 | 138828 |
| USDC - Northern District of California | 12/19/2008 | 138828 |
| USDC - Southern District of California | 12/5/2008 | 138828 |
| | | |
| | | |
| | | |

6.     That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

1    7.    Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes,
2    give particulars of every denied admission):  No.

6    8.    That Petitioner is a member of good standing in the following Bar Associations:

American Bar Association
California Bar Association

10    9.    Petitioner or any member of Petitioner's firm (or office if firm has offices in more
11    than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel
12    under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

21    10.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the
22    State of Nevada with respect to the law of this state governing the conduct of attorneys to the same
23    extent as a member of the State Bar of Nevada.

24    11.    Petitioner agrees to comply with the standards of professional conduct required of
25    the members of the bar of this court.

26    12.    Petitioner has disclosed in writing to the client that the applicant is not admitted to
27    practice in this jurisdiction and that the client has consented to such representation.

28                                              3

1   That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2   FOR THE PURPOSES OF THIS CASE ONLY.

3

4   _____
                          Petitioner's Signature
5

6   STATE OF _____ )
                                                )
7   COUNTY OF _____ )

8

9   _____, Petitioner, being first duly sworn, deposes and says:

    That the foregoing statements are true.
10

11   _____
                          Petitioner's Signature
12

    Subscribed and sworn to before me this
13

14   _____ day of _____, _____.

15   ___SEE ATTACHED_____
              Notary public or Clerk of Court
16

17

18              **DESIGNATION OF RESIDENT ATTORNEY**
                **ADMITTED TO THE BAR OF THIS COURT**
19                      **AND CONSENT THERETO.**

20      Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

21   believes it to be in the best interests of the client(s) to designate  Neal Tomlinson        ,

22   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

23   above-entitled Court as associate residence counsel in this action.  The address of said designated

24   Nevada counsel is:

25

26   3883 Howard Hughes Parkway, Suite 1100
     Las Vegas, NV 89169
27

            (Street, City, State, Zip Code and Telephone No.)
28

4

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

| | |
|---|---|
| Signature of Document Signer No. 1 | Signature of Document Signer No. 2 (if any) |

State of California

County of _Orange_

Subscribed and sworn to (or affirmed) before me on this
_23_ day of _June_, 20_09_, by
Date          Month          Year

(1) _Wayne Gross_,
Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)

(2)_____,
Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _Sharon Farnus_
Signature of Notary Public

SHARON FARNUS
Commission # 1755495
Notary Public - California
Orange County
My Comm. Expires Aug 2, 2011

Place Notary Seal Above

─── **OPTIONAL** ───

*Though the information below is not required by law, it may prove
valuable to persons relying on the document and could prevent
fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: _Verified Permission to Practice..._

Document Date: _6-23-09_   Number of Pages: _5_

Signer(s) Other Than Named Above: _0_

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints ___Neal Tomlinson___ as his/her/their Designated Resident Nevada Counsel in this case.

_____, Pres.
(Party signature)

_____
(Party signature)

_____
(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

___/s/ Neal Tomlinson___         #6851
Designated Resident Nevada Counsel's Signature      Bar number

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5                          Rev 07/06