1  KIMBERLY MAXSON-RUSHTON
   Nevada Bar #005065
2  COOPER LEVENSON APRIL
3    NIEDELMAN & WAGENHEIM, P.A.
   900 South Fourth Street
4  Las Vegas, Nevada  89101
   (702) 366-1125
5  FAX: (702) 366-1857
   Attorneys for Defendant
6  SUN CAB, INC. dba NELLIS CAB COMPANY

7           UNITED STATED DISTRICT COURT

8                 DISTRICT OF NEVADA

| | |
|---|---|
| 9  THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated, | CASE NO. 2:09-cv-00995-LDG-PAL |
| 10 | |
| 11      Plaintiff, | **SUBSTITUTION OF ATTORNEYS** |
| 12 vs. | Date of Hearing: N/A |
| 13 BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB; SKY TOP VENDING, INC., a Nevada Corporation d/b/a CAN CAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAS'S; C.P. FOOD AND BEVERAGE, INC., a Nevada corporation d/b/a CLUB PARADISE; DÉJÀ VU SHOWGIRLS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a DÉJÀ VU SHOWGIRLS; PALOMINO CLUB, INC., a Nevada corporation d/b/a PALOMINO CLUB; SHAC, LLC, a Nevada limited liability company d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D2801 WESTWOOD, INC., a Nevada corporation d/b/a TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT, a Nevada limited liability company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS CAB; WESTERN CAB COMPANY, a Nevada corporation d/b/a WESTERN CAB | Time of Hearing: N/A |

CLAC; 350432.1

| | |
|---|---|
| 1 | COMPANY and WESTERN LIMOUSINE; NEVADA CHECKER CAB |
| 2 | CORPORATION, a Nevada corporation d/b/a CHECKER CAB COMPANY; NEVADA |
| 3 | STAR CAB CORPORATION, a Nevada corporation d/b/a STAR CAB COMPANY; |
| 4 | NEVADA YELLOW CAB CORPORATION, a Nevada corporation d/b/a YELLOW CAB |
| 5 | COMPANY; LUCKY CAB COMPANY OF NEVADA, a Nevada corporation d/b/a |
| 6 | LUCKY TRANS; SUN CAB, INC., a Nevada corporation d/b/a NELLIS CAB COMPANY; |
| 7 | CLS NEVADA, LLC, a Nevada limited liability company d/b/a CLS |
| 8 | TRANSPORTATION LAS VEGAS; ON DEMAND SEDAN SERVICES, LLC, a |
| 9 | Nevada limited liability company d/b/a ODS LIMOUSINE and ODS CHAUFFEURED |
| 10 | TRANSPORTATION; BLS LIMOUSINE SERVE OF LAS VEGAS; DESERT CAB, |
| 11 | INC. a Nevada corporation d/b/a DESERT CAB COMPANY and ODYSSEY |
| 12 | LIMOUSINE; BELL TRANS A NEVADA CORPORATION, a Nevada corporation d/b/a |
| 13 | BELL TRANS; TONY CHONG, and individual; and DOE EMPLOYEES 1-1000; |
| 14 | |
| 15 | Defendants. |

Defendant, SUN CAB, INC. dba NELLIS CAB COMPANY, hereby substitutes MORAN LAW FIRM, LLC, as its attorneys of record in place, and instead of COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A. in this matter.

Dated this 28 day of July, 2009.

_____
Authorized Representative on behalf of
SUN CAB, INC. dba NELLIS CAB COMPANY

COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A. hereby agrees and consents to the substitution of MORAN LAW FIRM, LLC, as the attorneys of record for

/ / /

/ / /

2

CLAC; 350432.1

| | |
|---|---|
| 1 | Defendant, SUN CAB, INC. dba NELLIS CAB COMPANY, in this matter. |
| 2 | COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A. |

COOPER LEVENSON APRIL
NIEDELMAN & WAGENHEIM, P.A.

_____
KIMBERLY MAXSON-RUSHTON
Nevada Bar No. 005065
900 South Fourth Street
Las Vegas, NV 89101
(702) 366-1125

Attorney JOHN T. MORAN, Jr. of MORAN LAW FIRM, LLC hereby accepts substitution of attorney of record for Defendant, SUN CAB, INC. dba NELLIS CAB COMPANY, in this matter.

MORAN LAW FIRM, LLC

_____
JOHN T. MORAN, Jr.
Nevada Bar No. 002271
JEFFREY BENDAVID, ESQ.
Nevada Bar No. 006220
JUSTIN W. SMERBER, ESQ.
Nevada Bar No. 010761
630 South Fourth St.
Las Vegas, NV 89101
(702) 384-8424

CLAC; 350432.1

3