Jay Edelson (ARDC No. 6239287) (*Admitted Pro Hac Vice*)
Rafey Balabanian (ARDC No. 6285687) (*Admitted Pro Hac Vice*)
KAMBEREDELSON LLC
350 North LaSalle Street
Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
Email: jedelson@kamberedelson.com
Email: rbalabanian@kamberedelson.com

James E. Smyth, II
Kummer Kaempfer Bonner
Renshaw & Ferrario
3800 Howard Hughes Parkway
Seventh Floor
Las Vegas, Nevada 89169
Tel: 702.792.7000
Fax: 702.796.7181
Email: jsmyth@kkbrf.com

*Attorneys for Plaintiff*
THEODORE TRAPP and the putative class

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB; SKY TOP VENDING, INC., a Nevada Corporation d/b/a CAN CAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAH'S; C.P. FOOD AND BEVERAGE, INC., a Nevada corporation d/b/a CLUB PARADISE; DÉJÀ VU SHOWGIRLS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a DÉJÀ VU SHOWGIRLS; PALOMINO CLUB, INC., a Nevada corporation d/b/a PALOMINO CLUB; SHAC, LLC, a Nevada limited liability company d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D.2801 WESTWOOD, INC., a Nevada corporation d/b/a TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; O.G. | Case No. 2:09-cv-00995<br><br>**STIPULATION TO ENLARGE TIME FOR DEFENDANT K-KEL, INC TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**<br><br>**Honorable Lloyd D. George**<br><br>**Magistrate Judge Peggy A. Leen** |

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
800 Howard Hughes Parkway
Las Vegas, Nevada 89169

811127  15778.1

Dockets.Justia.com

| | |
|---|---|
| 1 | ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT, LLC, a Nevada limited liability company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS CAB; WESTERN CAB COMPANY, a Nevada corporation d/b/a WESTERN CAB COMPANY and WESTERN LIMOUSINE; NEVADA CHECKER CAB CORPORATION, a Nevada corporation d/b/a CHECKER CAB COMPANY; NEVADA STAR CAB CORPORATION, a Nevada corporation d/b/a STAR CAB COMPANY; NEVADA YELLOW CAB CORPORATION, a Nevada corporation d/b/a YELLOW CAB COMPANY; LUCKY CAB COMPANY OF NEVADA, a Nevada corporation d/b/a LUCKY TRANS; SUN CAB, INC., a Nevada corporation d/b/a NELLIS CAB COMPANY; CLS NEVADA, LLC, a Nevada limited liability company d/b/a CLS TRANSPORTATION LAS VEGAS; ON DEMAND SEDAN SERVICES, LLC, a Nevada limited liability company d/b/a ODS LIMOUSINE and ODS CHAUFFEURED TRANSPORTATION; BLS LIMOUSINE SERVICE OF LAS VEGAS, INC., a Nevada corporation d/b/a BLS LIMOUSINE SERVICE OF LAS VEGAS; DESERT CAB, INC., a Nevada corporation d/b/a DESERT CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS A NEVADA CORPORATION, a Nevada corporation d/b/a BELL TRANS; TONY CHONG, an individual; and DOE EMPLOYEES 1-1000, |
| | Defendants. |

Plaintiff Theodore Trapp ("Plaintiff" or "Trapp") and Defendant K-Kel, Inc. ("Defendant" or "K-Kel") propose the following Stipulation and Proposed Order enlarging the time for Defendant to answer or otherwise respond to Plaintiff's Complaint. In support, the Parties state as follows:

/././/

/././/

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
800 Howard Hughes Parkway
Las Vegas, Nevada 89169

811127 15778.1

| | |
|---|---|
| 1 | **WHEREAS**, on June 2, 2009, Plaintiff filed a four-count putative class action complaint ("the Complaint") against the Defendant alleging violations of Nevada's Racketeering Statute and Consumer Fraud Statute; |
| 4 | **WHEREAS**, by stipulation dated June 30, 2009, Plaintiff and K-Kel stipulated to enlarge the time for K-Kel to answer or otherwise plead to the Complaint until August 3, 2009; |
| 6 | **WHEREAS**, Defendant has now concluded that there are legal issues it believes would be best addressed by a motion under Rule 12(b)(6) and it requires additional time in order to prepare such motion, such that Defendant seeks an additional three-week enlargement of time to respond to Plaintiff's Complaint up to and including August 24, 2009; |
| 10 | **WHEREAS**, Defense counsel has conferred with Plaintiff's counsel and is authorized to state that Plaintiff has no objection to the enlargement of time requested herein. |
| 12 | **NOW THEREFORE**, the Parties hereby **STIPULATE** and **AGREE** as follows: |
| 13 | 1. Defendant's last day to answer or otherwise plead to Plaintiff's Complaint shall be August 24, 2009. |

**IT IS SO STIPULATED.**

THEODORE TRAPP, individually and on behalf of all others similarly situated

K-KEL, INC. d/b/a SPEARMINT RHINO, a Nevada corporation

By: /s/ James E. Smyth II
James E. Smyth II
Kummer Kaempfer Bonner Renshaw & Ferrario
3800 Howard Hughes Parkway
Seventh Floor
Las Vegas, Nevada 89169
Tel: 702.792.7000
Fax: 702.796.7181
Email: jsmyth@kkbrf.com
*Attorneys for Plaintiff*
THEORDORE TRAPP

By: /s/ John H. Weston
John H. Weston
G. Randall Garrou
Weston, Garrou, Walters & Mooney
12121 Wilshire Blvd.
Los Angeles, CA 90025
Tel: 310.442.0072
Email: randygarrou@wgdlaw.com
*Attorneys for Defendant*
K-KEL, INC., d/b/a SPEARMINT RHINO

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
800 Howard Hughes Parkway
Las Vegas, Nevada 89169

811127  15778.1

**IT IS SO ORDERED.**

Dated this _____ day of _____, 2009

_____
HONORABLE LLOYD D. GEORGE
UNITED STATES DISTRICT JUDGE

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
800 Howard Hughes Parkway
Las Vegas, Nevada 89169

811127   15778.1