| | |
|---|---|
| 1 | MARK E. FERRARIO |
| | Nevada Bar No. 1625 |
| 2 | BRANDON E. ROOS |
| 3 | Nevada Bar No. 7888 |
| | GREENBERG TRAURIG, LLP |
| 4 | 3773 Howard Hughes Parkway |
| | Suite 400 North |
| 5 | Las Vegas, Nevada 89169 |
| 6 | Telephone: (702) 792-3773 |
| | Facsimile: (702) 792-9002 |
| 7 | |
| | ferrariom@gtlaw.com |
| 8 | roosb@gtlaw.com |
| 9 | *Counsel for Defendant* |
| 10 | *SHAC, LLC d/b/a SAPPHIRE* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| 13 | THEODORE TRAPP, on his own behalf | Case No.: 2:09-cv-00995-LDG-PAL |
| 14 | and on behalf of all others similarly situated, | |
| 15 | | |
| 16 | Plaintiff, | |
| | vs. | |
| 17 | | |
| 18 | BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB; SKY TOP VENDING, INC., a Nevada Corporation d/b/a CAN CAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAH'S; C.P. FOOD AND BEVERAGE, INC., a Nevada corporation d/b/a CLUB PARADISE; DÉJÀ VU SHOWGIRLS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a DÉJÀ VU SHOWGIRLS; PALOMINO CLUB, INC., a Nevada corporation d/b/a PALOMINO CLUB; SHAC, LLC, a Nevada limited liability company d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D.2801 WESTWOOD, INC., a Nevada corporation d/b/a TREASURES; | **SHAC, LLC d/b/a SAPPHIRE GENTLEMEN'S CLUB'S CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LR 7.1-1** |

Greenberg Traurig, LLP
3773 Howard Hughes Parkway - Suite 400 North
Las Vegas, Nevada 89109
(702) 792-3773
(702) 792-9002 (fax)

| | |
|---|---|
| 1 | LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; |
| 2 | |
| 3 | O.G. ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT, LLC, a Nevada limited liability company d/b/a LARRY FLYNT'S HUSTLER CLUB; |
| 4 | |
| 5 | |
| 6 | MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS CAB; WESTERN CAB COMPANY, a Nevada corporation d/b/a WESTERN CAB COMPANY and WESTERN LIMOUSINE; NEVADA CHECKER CAB CORPORATION, a Nevada corporation d/b/a CHECKER CAB COMPANY; NEVADA STAR CAB CORPORATION, a Nevada corporation d/b/a STAR CAB COMPANY; NEVADA YELLOW CAB CORPORATION, a Nevada corporation d/b/a YELLOW CAB COMPANY; LUCKY CAB COMPANY OF NEVADA, a Nevada corporation d/b/a LUCKY TRANS; SUN CAB, INC., a Nevada corporation d/b/a NELLIS CAB COMPANY; CLS NEVADA, LLC, a Nevada limited liability company d/b/a CLS TRANSPORTATION LAS VEGAS; ON DEMAND SEDAN SERVICES, LLC, a Nevada limited liability company d/b/a ODS LIMOUSINE and ODS CHAUFFEURED TRANSPORTATION; BLS LIMOUSINE SERVICE OF LAS VEGAS, INC., a Nevada corporation d/b/a BLS LIMOUSINE SERVICE OF LAS VEGAS; DESERT CAB, INC., a Nevada corporation d/b/a DESERT CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS A NEVADA CORPORATION, a Nevada corporation d/b/a BELL TRANS; |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

LV 418,886,996v1 7-29-09

| | |
|---|---|
| 1 | TONY CHONG, an individual; and |
| 2 | DOE EMPLOYEES 1-1000; |
| 3 | Defendants. |

### SHAC, LLC d/b/a SAPPHIRE GENTLEMEN'S CLUB'S
### CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LR 7.1-1

SHAC, LLC d/b/a SAPPHIRE GENTLEMEN'S CLUB, by and though its undersigned attorney of record, hereby certifies that they are the only parties that hold an interest in this action.

DATED this 29th day of July 2009.

GREENBERG TRAURIG, LLP

By: /s/ *signature*
MARK E. FERRARIO
Nevada Bar No. 1625
BRANDON E. ROOS
Nevada Bar No. 7888
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
ferrariom@gtlaw.com
roosb@gtlaw.com

*Counsel for Defendant*
*SHAC, LLC d/b/a SAPPHIRE*

LV 418,886,996v1 7-29-09

Greenberg Traurig, LLP
3773 Howard Hughes Parkway - Suite 400 North
Las Vegas, Nevada 89109
(702) 792-3773
(702) 792-9002 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29 day of July, I filed the foregoing Certificate of Interested Parties by way of the United States District Court's CM/EFS and that service was made to all counsel of record through the same.

*/s/ Valen Larsen*

An Employee of Greenberg Traurig