Jay Edelson (ARDC No. 6239287) (*Admitted Pro Hac Vice*)
Rafey Balabanian (ARDC No. 6285687) (*Admitted Pro Hac Vice*)
KAMBEREDELSON LLC
350 North LaSalle Street
Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
Email: jedelson@kamberedelson.com
Email: rbalabanian@kamberedelson.com

James E. Smyth II
Kummer Kaempfer Bonner
Renshaw & Ferrario
3800 Howard Hughes Parkway
Seventh Floor
Las Vegas, Nevada 89169
Tel: 702.792.7000
Fax: 702.796.7181
Email: jsmyth@kkbrf.com

*Attorneys for Plaintiff*
THEODORE TRAPP and the putative class

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB, *et al.*,<br><br>Defendants. | Case No. 2:09-cv-00995<br><br>**PLAINTIFF'S MOTION FOR AN ENLAREGMENT OF TIME TO RESPOND TO THE MOTION OF DEFENDANTS DÉJÀ VU SHOWGIRLS OF LAS VEGAS, LLC, LITTLE DARLINGS OF LAS VEGAS, LLC, AND LAS VEGAS ENTERTAINMENT, LLC FOR DISMISSAL OF THE COMPLAINT AND FOR LEAVE TO FILE A CONSOLIDATED RESPONSE IN OPPOSITION TO ANY CURRENT AND FUTURE MOTIONS TO DISMISS THE COMPLAINT**<br><br>**Honorable Lloyd D. George**<br><br>**Magistrate Judge Peggy A. Leen** |

Plaintiff Theodore Trapp ("Plaintiff" or "Trapp") respectfully moves the Court for an enlargement of time to respond to the motion of defendants Déjà Vu Showgirls of Las Vegas,

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
800 Howard Hughes Parkway
Las Vegas, Nevada 89169

1

Dockets.Justia.com

LLC, Little Darlings of Las Vegas, LLC, and Las Vegas Entertainment, LLC (collectively, "the Defendants") and for leave to file a consolidated response to any current or future motions to dismiss the Complaint. In support, Plaintiff states as follows:

1. This class action seeks redress for the defendants' alleged involvement in the practice of making illegal cash payments or "kickbacks" to drivers of taxi cabs, limousines, and other car services, for delivering customers to certain adult entertainment clubs (hereinafter referred to as the "Clubs") located in the vicinity of Las Vegas Boulevard or more commonly known as the "Strip." This practice has been taking place for some time, and while the kickbacks originally began as "tips" most often in the amount of five dollars, today kickbacks often times reach and exceed $100 per passenger.

2. The lawsuit names 27 separate defendants who are alleged to have been involved in the foregoing practice and all but two of the defendants—Rick's Las Vegas (an adult entertainment club) and Tony Chong (a natural person)—have been duly served with a copy of the summons and complaint.

3. Of the 27 separate defendants named in this action, to date, only defendant Shac, LLC d/b/a Sapphire's has answered the Complaint. Defendants Déjà Vu Showgirls of Las Vegas, LLC, Little Darlings of Las Vegas, LLC, and Las Vegas Entertainment, LLC have moved for dismissal of the Complaint. Additionally, defendant K-Kel, Inc. d/b/a Spearmint Rhino has indicated that it will be moving for dismissal of the Complaint of the Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure.

4. To date, the following pleading deadlines have been entered in this case:

- July 30, 2009 – Deadline for defendant Michael A. Saltman d/b/a Minxx to answer or otherwise plead to the complaint;
- August 3, 2009 – Deadline for defendants K-Kel, Inc., Big Poppas, LLC, Bell

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
800 Howard Hughes Parkway
Las Vegas, Nevada 89169

Trans, and CLS Nevada, LLC to answer or otherwise plead to the complaint;

- August 10, 2009 – Deadline for defendant D.2801 Westwood, Inc.
- August 24, 2009 – Deadline for defendant La Fuente, Inc., to answer or otherwise plead.

4. While Plaintiff believes that he has sufficiently pleaded each causes of action asserted in the Complaint, Plaintiff nonetheless anticipates that several more defendants will move for dismissal of the Complaint rather than file a responsive pleading.

5. As a result, Plaintiff seeks the following relief: (1) an enlargement of the period of time in which to respond to the motion of defendants Déjà Vu Showgirls of Las Vegas, LLC, Little Darlings of Las Vegas, LLC, and Las Vegas Entertainment, LLC, until thirty (30) days after all of the defendants have responded, or are required to respond, to the Complaint, (2) leave of Court to file a consolidated response brief to any current and future motions to dismiss filed by the defendants.

6. The Court, for good cause shown, may enlarge the time for a party to complete a required act. Fed.R.Civ.P. 6(b)(1)(A).

7. Here, Plaintiff has shown good cause for an enlargement of time to respond to the motion to dismiss of defendants Déjà Vu Showgirls of Las Vegas, LLC, Little Darlings of Las Vegas, LLC, and Las Vegas Entertainment, LLC, and to allow for a consolidated response to any current or future motions to dismiss because an enlargement of time for the purpose of filing a consolidated response will avoid duplication, promote judicial economy, and preserve the resources of the litigants.

8. This is motion is not being brought for purposes of unduly delaying these proceedings or to prejudice defendants. This is Plaintiff's second request for an enlargement of time to respond to the motion to dismiss of the defendants, but is the first request for leave to file

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
800 Howard Hughes Parkway
Las Vegas, Nevada 89169

a consolidated response to any current or future motions to dismiss.

**WHEREFORE**, Plaintiff Theodore Trapp, respectfully requests that this Court (a) grant this motion, (b) enlarge the time in which Plaintiff is required to respond to the motion to dismiss of defendants Déjà Vu Showgirls of Las Vegas, LLC, Little Darlings of Las Vegas, LLC, and Las Vegas Entertainment, LLC and any other motions to dismiss that are brought after the filing of this motion until thirty (30) days after all of the defendants have responded, or are required to respond, to the Complaint, (c) grant Plaintiff leave to file a consolidated response to any current and future motions to dismiss, and (d) and award such other and further relief as is equitable and just.

THEODORE TRAPP, individually and on behalf of all others similarly situated

By: /s/ Rafey Balabanian
Jay Edelson (ARDC No. 6239287)
(*Admitted Pro Hac Vice*)
Rafey Balabanian (ARDC No. 6285687)
(*Admitted Pro Hac Vice*)
KAMBEREDELSON LLC
350 North LaSalle Street
Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
Email: jedelson@kamberedelson.com
Email: rbalabanian@kamberedelson.com
*Attorneys for Plaintiff*
THEORDORE TRAPP

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 29th day of July, 2009, I electronically filed the foregoing **PLAINTIFF'S MOTION FOR AN ENLAREGMENT OF TIME TO RESPOND TO THE MOTION OF DEFENDANTS DÉJÀ VU SHOWGIRLS OF LAS VEGAS, LLC, LITTLE DARLINGS OF LAS VEGAS, LLC, AND LAS VEGAS ENTERTAINMENT, LLC FOR DISMISSAL OF THE COMPLAINT AND FOR LEAVE TO FILE A CONSOLIDATED RESPONSE IN OPPOSITION TO ANY CURRENT AND FUTURE MOTIONS TO DISMISS THE COMPLAINT** using the court's CM/ECF system which will send notification to the parties in this matter.

DATED this 29th day of July, 2009.

an employee of
Kummer Kaempfer Bonner Renshaw & Ferrario

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
800 Howard Hughes Parkway
Las Vegas, Nevada 89169

5