JOHN A. CURTAS, ESQ.
Nevada Bar Number 1841
317 South 6th Street
Las Vegas, Nevada 89101
Telephone: (702) 678-5070
Facsimile: (702) 878-9995

Attorneys for Defendant LA FUENTE, INC. dba CHEETAH'S

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIG POPPA'S, LLC, a Nevada Limited Liability Company d/b/a BADDA BING MEN'S CLUB; SKYTOP VENDING, INC., A Nevada Corporation d/b/a CANCAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAH'S; C.P. FOOD AND BEVERAGE, INC., A Nevada corporation d/b/a/ CLUB PARADISE; DEJA VU SHOWGIRLS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a DEJA VU SHOWGIRLS OF LAS VEGAS; PALOMINO CLUB, INC., a Nevada corporation d/b/a/ PALOMINO CLUB; SHAC, LLC, a Nevada limited liability company d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D.2801 WESTWOOD, INC. a Nevada corporation d/b/a/ TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT, LLC, a Nevada limited liability company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS CAB; | CASE NO.: 2:09-cv-00995<br><br>**DEMAND FOR SECURITY OF COSTS** |

1

| | |
|---|---|
| 1 | WESTERN CAB COMPANY a Nevada corporation d/b/a WESTERN CAB COMPANY and WESTERN LIMOUSINE; NEVADA CHECKER CAB CORPORATION; a Nevada corporation d/b/a CHECKER CAB COMPANY; NEVADA STAR CAB CORPORATION, a Nevada corporation d/b/a/ STAR CAB COMPANY; NEVADA YELLOW CAB CORPORATION, a Nevada corporation d/b/a YELLOW CAB; LUCKY CAB COMPANY OF NEVADA, a Nevada corporation d/b/a/ LUCKY TRANS; SUN CAB, INC., a Nevada corporation d/b/a/ NELLIS CAB COMPANY; CLS NEVADA, LLC, a Nevada limited liability company d/b/a CLS TRANSPORTATION LAS VEGAS; ON DEMAND SEDAN SERVICES, LLC, a Nevada limited liability company d/b/a ODS LIMOUSINE and ODS CHAUFFEURED TRANSPORTATION; BLS LIMOUSINE SERVICES OF LAS VEGAS, INC., a Nevada corporation d/b/a/ BLS LIMOUSINE SERVICES OF LAS VEGAS; DESERT CAB, INC., a Nevada corporation d/b/a/ DESERT CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS, A NEVADA CORPORATION, a Nevada corporation d/b/a BELL TRANS; TONY CHONG, an individual; and DOE EMPLOYEES 1-1000, |
| | Defendants. |

TO: Plaintiff, THEODORE TRAPP; and

TO: Jay Edelson and Rafey Balabanian of KAMBEREDELSON LLC, and James E. Smyth, II, of KUMMER KAEMPFER BONNER RENSHAE & FARRARIO, Attorneys for Plaintiff.

Pursuant to NRS 18.130, Defendant, LA FUENTE, INC. dba CHEETAH'S hereby makes demand upon Plaintiff, who resides out of State, for security in the amount of Five Hundred and No/100 Dollars ($500.00) for costs and charges which may be awarded herein against Plaintiff. The requirements of NRS 18.130 apply to actions in the United States District Court, District of Nevada.

///
///
///
///
///
///

2

C

*Truck Ins. Exchange*, 683 F. Supp. 223, 227-28 (D. Nev. 1988); *Hamar v. Hyatt Corp*, 98 F.R.D. 305, 305-306 (D. Nev. 1983).

By: _____/s/_____
John A. Curtas, #1841
317 South 6th Street
Las Vegas, Nevada 89101
Telephone: (702) 678-5070
Facsimile: (702) 878-9995
Attorneys for Defendant LA FUENTE, INC.
d/b/a CHEETAH'S

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 28th day of July, 2009, the **DEMAND FOR SECURITY OF COSTS** was electronically served upon all attorneys of record in this matter.

_____/s/_____
Jacqueline Delgado
Employee of John A. Curtas, Esq.

ORDER

IT IS SO ORDERED.

DATED this 29 day of July, 2009.

_____
Lloyd D. George
Sr. U.S. District Judge

3