UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated, Plaintiff, vs. BIG POPPA'S, LLC, a Nevada limited liability company, d/b/a/ BADDA BING MEN'S CLUB, et al. Defendant(s). | Case # 2:09-CV-00995-LDG-GWF **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** EFFECTIVE JUNE 1, 2004 FILING FEE IS $175.00 |

Wayne Robert Gross, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at Costa Mesa (city), Orange (county), California (state).

2. That Petitioner is an attorney at law and a member of the law firm of Snell & Wilmer LLP with offices at 3883 Howard Hughes Parkway, Suite 1100 (street address), Las Vegas (city), 89169 (zip code), 702.784.5200 (area code + telephone number). wgross@swlaw.com (*Email address*)

Dockets.Justia.com

3. That Petitioner has been retained personally or as a member of the law firm by Frias Management, LLC, Ace Cab, Inc. and A-NLV Cab Co. [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since December 6, 1988 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | *Bar Number* |
|---|---|---|
| USDC - Central District of California | 12/6/1988 | 138828 |
| USDC - Eastern District of California | 12/4/2008 | 138828 |
| USDC - Northern District of California | 12/19/2008 | 138828 |
| USDC - Southern District of California | 12/5/2008 | 138828 |
| | | |
| | | |
| | | |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

7. Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission): No.

8. That Petitioner is a member of good standing in the following Bar Associations:

American Bar Association
California Bar Association

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

______________________________
Petitioner's Signature

STATE OF ________________ )
)
COUNTY OF ________________ )

______________________, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

______________________________
Petitioner's Signature

Subscribed and sworn to before me this

_______ day of _______________, ___________.

SEE ATTACHED
______________________________
Notary public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Neal Tomlinson, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

(Street, City, State, Zip Code and Telephone No.)

## CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

1 ______________________________________
2 ______________________________________
3 ______________________________________
4 ______________________________________
5 ______________________________________
6 ______________________________________

Signature of Document Signer No. 1      Signature of Document Signer No. 2 (if any)

State of California

County of Orange

Subscribed and sworn to (or affirmed) before me on this 23 (Date) day of June (Month), 20 09 (Year), by

(1) Wayne Gross (Name of Signer),

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)

(and

(2) ~~0~~ (Name of Signer),

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature Sharon Farnus (Signature of Notary Public)

SHARON FARNUS
Commission # 1755495
Notary Public - California
Orange County
My Comm. Expires Aug 2, 2011

Place Notary Seal Above

## OPTIONAL

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: Verified Permission to Practice...

Document Date: 6-23-09    Number of Pages: 5

Signer(s) Other Than Named Above: Ø

RIGHT THUMBPRINT OF SIGNER #1
Top of thumb here

RIGHT THUMBPRINT OF SIGNER #2
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org Item #5910 Reorder: Call Toll-Free 1-800-876-6827

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints Neal Tomlinson as his/her/their Designated Resident Nevada Counsel in this case.

_______________, Pres.
(Party signature)

_______________
(Party signature)

_______________
(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Neal Tomlinson #6851
Designated Resident Nevada Counsel's Signature Bar number

APPROVED:

Dated: this 29 day of July, 20 09.

_______________
UNITED STATES DISTRICT JUDGE