1

2

3                    **UNITED STATES DISTRICT COURT**

4                        **DISTRICT OF NEVADA**

5

6    THEODORE TRAPP,                          )

7                            Plaintiff,       )        Case No. 2:09-cv-00995-LDG-PAL

8    vs.                                      )                **ORDER**

9    BIG POPPA'S, LLC, et al.,                )

10                          Defendants.        )

11   ───────────────────────────────────────

12          This matter is before the court on defendant SHAC, LLC's failure to file a Certificate as to

13   Interested Parties as required by LR 7.1-1.  The Complaint (Dkt. #1) in this matter was filed June 2,

14   2009.  Defendant SHAC, LLC's Answer (Dkt. #92) was filed July 6, 2009.  LR 7.1-1(a) requires, unless

15   otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private

16   parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1

17   all persons, associations of persons, firms, partnerships or corporations (including parent corporations)

18   which have a direct, pecuniary interest in the outcome of the case.  LR 7.1-1(b) further states that if

19   there are no known interested parties, other than those participating in the case, a statement to that

20   effect must be filed.  Additionally, LR 7.1-1(c)  requires a party to promptly file a supplemental

21   certification upon any change in the information that this rule requires.  To date, defendant SHAC,

22   LLC, has failed to comply.  Accordingly,

23          **IT IS ORDERED** defendant SHAC, LLC, shall file its Certificate as to Interested Parties,

24   which fully complies with LR 7.1-1 **no later than 4:00 p.m., August 14, 2009.**  Failure to comply may

25   result in the issuance of an order to show cause why sanctions should not be imposed.

26          Dated this 30th day of July, 2009.

27

28                                               _____
                                                  PEGGY A. LEEN
                                                  UNITED STATES MAGISTRATE JUDGE