1

2

3

4              **UNITED STATES DISTRICT COURT**

5                    **DISTRICT OF NEVADA**

6

7    THEODORE TRAPP,                          )
                                              )
8                          Plaintiff,         )    Case No. 2:09-cv-00995-LDG-PAL
                                              )
9    vs.                                      )
                                              )    **ORDER**
10   BIG POPPA'S, LLC, et al.,                )
                                              )    (Substitution of Counsel - Dkt. #148)
11                         Defendants.        )
     _____ )
12

13         This matter is before the court on a Substitution of Attorneys (Dkt. #148) filed July 28, 2009.  It

14   seeks to substitute the Moran Law Firm, LLC in the place and stead of Cooper Levenson April

15   Niedelman & Wagenhein, P.A. as attorney for Defendant Sun Cab, Inc. d/b/a Nellis Cab Company

16   ("Defendant") in this matter.  LR IA 10-6(c) requires that any stipulation to substitute attorneys shall be

17   by leave of court and shall bear the signature of the attorneys and the client represented.  It provides that

18   the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates then

19   set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order."  LR IA

20   10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial

21   proceedings, discovery, the trial, or any hearing in this case."  This case was filed on June 2, 2009.

22   Accordingly,

23         **IT IS ORDERED** that Defendant's request to substitute the Moran Law Firm, LLC in the place

24   and stead of Cooper Levenson April Niedelman & Wagenhein, P.A. is GRANTED, subject to the

25   provisions of LR IA 10-6(c) and (d).

26         Dated this 30th day of July, 2009.

27

28                                                  _____
                                                    PEGGY A. LEEN
                                                    UNITED STATES MAGISTRATE JUDGE