```
 1  NORMAN H. KIRSHMAN, P.C.
    Nevada Bar Number: 2733
 2  3800 Howard Hughes Parkway, Ste. 500
 3  Las Vegas, NV 89169
    Telephone: (702) 699-5917
 4  Facsimile: (702) 369-5497
    Attorney for Defendant CLS NEVADA, LLC
 5  doing business as CLS TRANSPORTATION, Las Vegas
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIG POPPA'S, LLC, a Nevada limited liability company d/ba/ BADDA BING MEN'S CLUB; SKY TOP VENDING, INC., a Nevada corporation d/ba/ CAN CAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAH'S; C.P. FOOD AND BEVERAGE, INC., a Nevada corporation d/b/a CLUB PARADISE; DEJA VU SHOWGIRLS; PALOMINO CLUB, INC., a Nevada corporation d/b/a PALOMINO CLUB; SHAC, LLC, a Nevada corporation d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D.2801 WESTWOOD INC., a Nevada corporation d/b/a TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT LLC, a Nevada limited liability company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS CAB; WESTERN CAB COMPANY, | CASE NO.:2:09-cv-00995-KJD-GWF<br><br>**STIPULATION TO ENLARGE TIME FOR DEFENDANT CLS NEVADA, LLC TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT (SECOND REQUEST)** |

| | |
|---|---|
| 1 | a Nevada corporation d/b/a WESTERN CAB COMPANY and WESTERN LIMOUSINE; NEVADA CHECKER CAB CORPORATION, a Nevada corporation d/b/a NEVADA CHECKER CAB COMPANY; NEVADA STAR CAB CORPORATION, a Nevada corporation d/b/a STAR CAB COMPANY; NEVADA YELLOW CAB CORPORATION, a Nevada corporation d/b/a YELLOW CAB COMPANY; LUCKY CAB COMPANY OF NEVADA, a Nevada corporation d/b/a LUCKY TRANS; SUN CAB, INC., a Nevada corporation d/b/a NELLIS CAB COMPANY; CLS NEVADA, LLC, a Nevada limited liability company d/b/a CLS TRANSPORTATION LAS VEGAS; ON DEMAND SEDAN SERVICES, LLC, a Nevada limited liability company d/b/a ODS LIMOUSINES and ODS CHAUFFEURED TRANSPORTATION; BLS LIMOUSINE SERVICE OF LAS VEGAS, INC.; DESERT CAB, INC., a Nevada corporation d/b/a DESERT CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS, a Nevada corporation d/b/a BELL TRANS; TONY CHONG, an individual, and DOE EMPLOYEES 1-100;  Defendants. |

Plaintiff Theodore Trapp ("Plaintiff" or "Trapp") and Defendant CLS Nevada, LLC ("Defendant" or "CLS"), a Nevada limited liability company d/b/a CLS Transportation Las Vegas, propose the following Stipulation and Proposed Order enlarging the time for Defendant to answer or otherwise respond to Plaintiff's Complaint. In support, the Parties state as follows:

**WHEREAS,** on June 2, 2009, Plaintiff filed a four-count putative class action Complaint ("Complaint") against Defendant alleging violations of Nevada's Racketeering Statute and Consumer Fraud Statute;

**WHEREAS,** by Stipulation dated July 22, 2009, Plaintiff and CLS stipulated to extend the

time for CLS to respond to Plaintiff's Complaint until August 3, 2009;

**WHEREAS,** Defendant has now concluded that there are legal issues it believes would be best addressed by a motion under Rule 12(b)(6) and it requires additional time in order to prepare such motion, such that Defendant seeks an additional three-week extension of time to respond to Plaintiff's Complaint up to and including August 24, 2009;

**WHEREAS,** Defense counsel has conferred with Plaintiff's counsel and is authorized to state that Plaintiff has no objection to the extension of time requested herein.

**NOW, THEREFORE,** the Parties hereby **STIPULATE and AGREE** as follows:

Defendant's last day to answer or otherwise plead to Plaintiff's Complaint shall be August 24, 2009.

Dated this 30th day of July, 2009.

| | |
|---|---|
| NORMAN H. KIRSHMAN, P.C. | KUMMER KAEMPFER BONNER RENSHAW & FERRARIO |
| // s // | // s // |
| Norman H. Kirshman | James E. Smyth, II. Esq. |
| 3800 Howard Hughes Parkway, Ste 500 | 3800 Howard Hughes Parkway, 7th Floor |
| Las Vegas, Nevada 89169 | Las Vegas, Nevada 89169 |
| *Attorney for Defendant CLS* | |
| | Jay Edelson, Esq. |
| | Kamber Edelson, LLC |
| | 350 North LaSalle St., Ste. 1300 |
| | Chicago, IL 60650 |
| | *Attorneys for Plaintiff* |

**IT IS SO ORDERED:**

DATED: _____, 2009

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

- 3 -