**JOHN T. MORAN, JR., ESQ.**
Nevada Bar No. 2271
**JEFFERY A. BENDAVID, ESQ.**
Nevada Bar No. 6220
**JUSTIN W. SMERBER, ESQ.**
Nevada Bar No. 10761
**MORAN LAW FIRM, LLC**
630 S. 4th Street
Las Vegas, Nevada 89101
(702) 384-8424
Attorney for Defendants,
WESTERN CAB COMPANY,
LUCKY CAB COMPANY OF NEVADA,
ON DEMAND SEDAN SERVICES, LLC,
BLS LIMOUSINE SERVICES OF LAS VEGAS, INC.,
DESERT CAB, INC., and SUN CAB, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THEODORE TRAPP, on his own behalf And on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIG POPPA'S, LLC, a Nevada limited Liability company d/b/a BADDA BING MEN'S CLUB; SKY TOP VENDING, INC., a Nevada Corporation d/b/a CAN CAN ROOM; LA FUENTE, INC., a Nevada Corporation d/b/a CHEETAH'S; C.P. FOOD AND BEVERAGE, INC., a Nevada Corporation d/b/a CLUB PARADISE; DÉJÀ VU SHOWGIRLS OF LAS VEGAS, LLC, a Nevada Limited Liability Company d/b/a DÉJÀ VU SHOWGIRLS; PALOMINO CLUB, INC., | Case No: 2:09-CV-00995 |

A Nevada Corporation d/b/a PALOMINO CLUB; SHAC, LLC, a Nevada Limited Liability Company d/b/a SAPPHIRE; K-KEL, INC., a Nevada Corporation d/b/a SPEARMINT RHINO; D.2801 WESTWOOD, INC., a Nevada Corporation d/b/a TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada Limited Liability Company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, A Nevada Limited Liability Company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT, LLC, a Nevada Limited Liability Company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL A SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada Limited Liability Company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS CAB; WESTERN CAB COMPANY, a Nevada Corporation d/b/a WESTERN CAB COMPANY and WESTERN LIMOUSINE; NEVADA CHECKER CAB CORPORATION, a Nevada Corporation d/b/a CHECKER CAB COMPANY; NEVADA STAR CAB CORPORATION, a Nevada Corporation d/b/a STAR CAB COMPANY; NEVADA YELLOW CAB CORPORATION, a Nevada Corporation d/b/a YELLOW CAB COMPANY; LUCKY CAB COMPANY OF NEVADA, a Nevada Corporation d/b/a LUCKY TRANS; SUN CAB, INC., a Nevada Corporation d/b/a NELLIS CAB COMPANY; CLS NEVADA, LLC, a Nevada Limited Liability Company d/b/a CLS TRANSPORTATION LAS VEGAS; ON DEMAND SEDAN SERVICES, LLC, A Nevada Limited Liability Company d/b/a ODS LIMOUSINE and ODS CHAUFFEURED TRANSPORTATION; BLS LIMOUSINE SERVICE OF LAS VEGAS, INC., a Nevada Corporation d/b/a BLS LIMOUSINE SERVICE OF LAS VEGAS; DESERT CAB, INC., a Nevada )

Corporation d/b/a DESERT CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS A NEVADA CORPORATION, a Nevada Corporation d/b/a BELL TRANS; TONY CHONG, an individual; and DOE EMPLOYEES 1-1000;

Defendants.

## NOTICE OF APPEARANCE

COMES NOW, WESTERN CAB COMPANY, a Nevada Corporation doing business as WESTERN CAB COMPANY and WESTERN LIMOUSINE , by and through their undersigned attorneys, in addition to JOHN T. MORAN, JR., ESQ. and JUSTIN SMERBER, ESQ., JEFFERY A. BENDAVID, ESQ., of MORAN LAW FIRM, LLC, hereby gives his notice of appearance in the aforementioned matter.

Dated this 31st day of July, 2009.

**MORAN LAW FIRM, LLC**

**/s/JEFFERY A. BENDAVID, ESQ.**
**JOHN T. MORAN, JR., ESQ.**
Nevada Bar No. 2271
**JEFFERY A. BENDAVID, ESQ.**
Nevada Bar No. 6220
**JUSTIN W. SMERBER, ESQ.**
Nevada Bar No. 10761
630 S. 4th Street
Las Vegas, Nevada 89101
(702) 384-8424
*Attorneys for Western Cab Company*