1   Mark E. Trafton, Esq.
    Nevada State Bar No. 6525
2   1900 Industrial Road
    Las Vegas, Nevada 89102
3   Telephone: (702) 385-1813
    Facsimile: (702) 382-9633
4
    Attorney for Defendant,
5   BELL TRANS

6

7                              U.S. DISTRICT COURT

8                             DISTRICT OF NEVADA

9

10  THEODORE TRAPP, on his own behalf and on      )
    behalf of all others similarly situated.      )   CASE NO. 2:09-CV-00995-KJD-GWF
11                                                )
                           Plaintiff,             )
12                                                )
    vs.                                           )
13                                                )   STIPULATION AND ORDER
    BIG POPPA'S, LLC, a Nevada limited liability  )   TO EXTEND DATE FOR
    company d/b/a BADDA BING MEN'S CLUB;          )   DEFENDANT BELL TRANS
14  SKY TOP VENDING, INC., a Nevada corporation   )   TO RESPOND TO PLAINTIFF'S
    d/b/a CAN CAN ROOM; LA FUENTE, INC., a        )   CLASS ACTION COMPLAINT
15  Nevada corporation d/b/a CHEETAH'S; C.P.      )
    FOOD AND BEVERAGE, INC., a Nevada             )   (SECOND REQUEST)
16  corporation d/b/a CLUB PARADISE; DÉJÀ VU      )
    SHOWGIRLS; PALOMINO CLUB, INC., a             )
17  Nevada corporation d/b/a PALOMINO CLUB;       )
    SHAC, LLC, a Nevada corporation d/b/a         )
18  SAPPHIRE; K-KEL, INC., a Nevada corporation   )
    d/b/a SPEARMINT RHINO; D.2801WESTWOOD         )
19  INC., a Nevada corporation d/b/a TREASURES;   )
    LITTLE DARLINGS OF LAS VEGAS, LLC, a          )
20  Nevada limited liability company d/b/a LITTLE )
    DARLINGS; O.G. ELIADES, A.D., LLC, a          )
21  Nevada limited liability company d/b/a OLYMPIC)
    GARDENS; LAS VEGAS ENTERTAINMENT,             )
22  LLC, a Nevada limited liability company d/b/a )
    LARRY FLYNT'S HUSTLER CLUB; MICHAEL           )
23  A. SALTMAN d/b/a MINXX; RICK'S LAS            )
    VEGAS; FRIAS MANAGEMENT, LLC, a               )
24  Nevada limited liability company d/b/a ACE CAB)
    COMPANY and A-NORTH LAS VEGAS                 )
25  CAB; WESTERN CAB COMPANY, a Nevada            )
    corporation d/b/a WESTERN CAB COMPANY         )
26  and WESTERN LIMOUSINE; NEVADA                 )
    CHECKER CAB CORPORATION, a Nevada             )
27  corporation d/b/a NEVADA CHECKER CAB          )
    COMPANY; NEVADA STAR CAB                      )
28  CORPORATION, a Nevada corporation d/b/a       )
    STAR CAB COMPANY; NEVADA YELLOW               )
    CAB CORPORATION, a Nevada  corporation        )

1  d/b/a YELLOW CAB COMPANY; LUCKY CAB   )
   COMPANY OF NEVADA, a Nevada corporation  )
2  d/b/a LUCKY TRANS; SUN CAB, INC., a Nevada )
   corporation d/b/a NELLIS CAB COMPANY; CLS )
3  NEVADA, LLC, a Nevada limited liability      )
   company d/b/a CLS TRANSPORTATION        )
4  LAS VEGAS; ON DEMAND SEDAN             )
   SERVICES, LLC, a Nevada limited liability    )
5  company d/b/a ODS LIMOUSINES and ODS   )
   CHAUFFEURED TRANSPORTATION; BLS      )
6  LIMOUSINE SERVICE OF LAS VEGAS, INC.;  )
   DESERT CAB, INC., a Nevada corporation d/b/a )
7  DESERT CAB COMPANY and ODYSSEY       )
   LIMOUSINE; BELL TRANS A NEVADA         )
8  CORPORATION, a Nevada corporation d/b/a   )
   BELL TRANS; TONY CHONG, an individual;    )
9  and DOE EMPLOYEES 1-1000;              )
                                            )
10                 Defendants.              )
   _____)

11

12      Plaintiff Theodore Trapp ("Plaintiff" or "Trapp") and Defendant Bell Trans, a Nevada

13  Corporation propose the following Stipulation and Proposed Order enlarging the time for Defendant

14  to answer or otherwise respond to Plaintiff's Complaint. In support, the Parties state as follows:

15      **WHEREAS,** on June 2, 2009, Plaintiff filed a four-count putative class action Complaint

16  ("Complaint") against Bell Trans alleging violations of Nevada's Racketeering Statute and

17  Consumer Fraud Statute;

18      **WHEREAS,** by Stipulation dated July 16, 2009, Plaintiff and Bell Trans stipulated to extend

19  the time for Bell Trans to respond to Plaintiff's Complaint until August 3, 2009 (order signed on July

20  22, 2009);

21      **WHEREAS,** Defendant has now concluded that there are legal issues it believes would be

22  best addressed by a motion under Rule 12(b)(6) and it requires additional time in order to prepare

23  such motion, such that Defendant seeks an additional three-week extension of time to respond to

24  Plaintiff's Complaint up to and including August 24, 2009;

25      **WHEREAS,** defense counsel has conferred with Plaintiff's counsel and is authorized to state

26  that Plaintiff has no objection to the extension of time requested herein.

27      **NOW, THEREFORE,** the parties hereby **STIPULATE and AGREE** as follows:

28

- 2 -

1    Defendant's last day to answer or otherwise plead to Plaintiff's Complaint shall be August
2    24, 2009.
3           Dated this 3 day of August, 2009.
4    KUMMER KAEMPFER BONNER RENSHAW
           & FERRARIO
5

6           //s//                                              //s//
     James E. Smyth, II, Esq.                    Mark E. Trafton, Esq.
7    3800 Howard Hughes Parkway, Seven Floor     1900 Industrial Road
     Las Vegas, Nevada 89169                     Las Vegas, Nevada 89102
8
     Jay Edelson, Esq.                           Attorney for Defendant,
9    Kamber Edelson, LLC                         BELL TRANS
     350 North LaSalle Street, Suite 1300
10   Chicago, IL 60654
     Attorneys for Plaintiffs
11                              **IT IS SO ORDERED:**
12

13

     DATED:_____, 2009
14

15                                    _____
                                      PEGGY A. LEEN
16                                    UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28