Mark E. Trafton, Esq.
Nevada State Bar No. 6525
1900 Industrial Road
Las Vegas, Nevada 89102
Telephone: (702) 385-1813
Facsimile: (702) 382-9633

Attorney for Defendant,
BELL TRANS

U.S. DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated. <br><br> Plaintiff, <br><br> vs. <br><br> BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB; SKY TOP VENDING, INC., a Nevada corporation d/b/a CAN CAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAH'S; C.P. FOOD AND BEVERAGE, INC., a Nevada corporation d/b/a CLUB PARADISE; DÉJÀ VU SHOWGIRLS; PALOMINO CLUB, INC., a Nevada corporation d/b/a PALOMINO CLUB; SHAC, LLC, a Nevada corporation d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D.2801WESTWOOD INC., a Nevada corporation d/b/a TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT, LLC, a Nevada limited liability company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS CAB; WESTERN CAB COMPANY, a Nevada corporation d/b/a WESTERN CAB COMPANY and WESTERN LIMOUSINE; NEVADA CHECKER CAB CORPORATION, a Nevada corporation d/b/a NEVADA CHECKER CAB COMPANY; NEVADA STAR CAB CORPORATION, a Nevada corporation d/b/a STAR CAB COMPANY; NEVADA YELLOW CAB CORPORATION, a Nevada corporation | CASE NO. 2:09-CV-00995-KJD-GWF <br><br><br> STIPULATION AND ORDER TO EXTEND DATE FOR DEFENDANT BELL TRANS TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT <br><br> (SECOND REQUEST) |

| | |
|---|---|
| 1 | d/b/a YELLOW CAB COMPANY; LUCKY CAB ) |
|   | COMPANY OF NEVADA, a Nevada corporation ) |
| 2 | d/b/a LUCKY TRANS; SUN CAB, INC., a Nevada ) |
|   | corporation d/b/a NELLIS CAB COMPANY; CLS ) |
| 3 | NEVADA, LLC, a Nevada limited liability ) |
|   | company d/b/a CLS TRANSPORTATION ) |
| 4 | LAS VEGAS; ON DEMAND SEDAN ) |
|   | SERVICES, LLC, a Nevada limited liability ) |
| 5 | company d/b/a ODS LIMOUSINES and ODS ) |
|   | CHAUFFEURED TRANSPORTATION; BLS ) |
| 6 | LIMOUSINE SERVICE OF LAS VEGAS, INC.; ) |
|   | DESERT CAB, INC., a Nevada corporation d/b/a ) |
| 7 | DESERT CAB COMPANY and ODYSSEY ) |
|   | LIMOUSINE; BELL TRANS A NEVADA ) |
| 8 | CORPORATION, a Nevada corporation d/b/a ) |
|   | BELL TRANS; TONY CHONG, an individual; ) |
| 9 | and DOE EMPLOYEES 1-1000; ) |
|   | ) |
| 10 | Defendants. ) |

Plaintiff Theodore Trapp ("Plaintiff" or "Trapp") and Defendant Bell Trans, a Nevada Corporation propose the following Stipulation and Proposed Order enlarging the time for Defendant to answer or otherwise respond to Plaintiff's Complaint. In support, the Parties state as follows:

**WHEREAS**, on June 2, 2009, Plaintiff filed a four-count putative class action Complaint ("Complaint") against Bell Trans alleging violations of Nevada's Racketeering Statute and Consumer Fraud Statute;

**WHEREAS**, by Stipulation dated July 16, 2009, Plaintiff and Bell Trans stipulated to extend the time for Bell Trans to respond to Plaintiff's Complaint until August 3, 2009 (order signed on July 22, 2009);

**WHEREAS**, Defendant has now concluded that there are legal issues it believes would be best addressed by a motion under Rule 12(b)(6) and it requires additional time in order to prepare such motion, such that Defendant seeks an additional three-week extension of time to respond to Plaintiff's Complaint up to and including August 24, 2009;

**WHEREAS**, defense counsel has conferred with Plaintiff's counsel and is authorized to state that Plaintiff has no objection to the extension of time requested herein.

**NOW, THEREFORE**, the parties hereby **STIPULATE and AGREE** as follows:

Defendant's last day to answer or otherwise plead to Plaintiff's Complaint shall be August 24, 2009.

Dated this 3 day of August, 2009.

KUMMER KAEMPFER BONNER RENSHAW
    & FERRARIO

| //s// | //s// |
|---|---|
| James E. Smyth, II, Esq.<br>3800 Howard Hughes Parkway, Seven Floor<br>Las Vegas, Nevada 89169 | Mark E. Trafton, Esq.<br>1900 Industrial Road<br>Las Vegas, Nevada 89102 |
| Jay Edelson, Esq.<br>Kamber Edelson, LLC<br>350 North LaSalle Street, Suite 1300<br>Chicago, IL 60654<br>Attorneys for Plaintiffs | Attorney for Defendant,<br>BELL TRANS |

**IT IS SO ORDERED:**

DATED: August 4, 2009

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE