1   C.A. (Cathie) Olendorff, Esq.
    Nevada Bar #3554
2   5225 W. Post Road
    Las Vegas, NV 89118
3   Telephone: (702) 873-8012
    Facsimile: (702) 365-7864
4   legal@ycstrans.com

5   *Counsel for Defendants*
    *Nevada Yellow Cab Corporation*
6   *Nevada Checker Cab Corporation*
    *Nevada Star Cab Corporation*

7

                    **UNITED STATES DISTRICT COURT**

8
                         **DISTRICT OF NEVADA**
9

10  THEODORE TRAPP, on his own behalf and       ) CASE NO. 2:09-cv-00995-LDB-GWF
    on behalf of all others similarly situated.  )
11                                               )
                    Plaintiff,                   )
12                                               )
    vs.                                          ) STIPULATION AND ORDER TO
13                                               ) EXTEND DATE FOR DEFENDANT'S
    BIG POPPA'S, LLC, a Nevada limited           ) NEVADA YELLOW CAB
14  liability company d/b/a BADDA BING           ) CORPORATION, NEVADA CHECKER
    MEN'S CLUB; SKY TOP VENDING, INC.,           ) CAB CORPORATION AND NEVADA
15  a Nevada corporation d/b/a CAN CAN           ) STAR CAB CORPORATION TO
    ROOM; LA FUENTE, INC., a Nevada              ) RESPOND TO PLAINTIFF'S CLASS
16  corporation d/b/a CHEETAH'S; C.P. FOOD       ) ACTION COMPLAINT
    AND BEVERAGE, INC., a Nevada                 )
17  corporation d/b/a/ CLUB PARADISE; DEJA       )
    VU SHOWGIRLS OF LAS VEGAS, LLC, a            )
18  Nevada limited liability company d/b/a DEJA  )
    VU SHOWGIRLS; PALOMINO CLUB,                 )
19  INC., a Nevada corporation d/b/a/            )
    PALOMINO CLUB; SHAC, LLC, a Nevada           )
20  limited liability company d/b/a SAPPHIRE;    )
    K-KEL, INC., a Nevada corporation d/b/a      )
21  SPEARMINT RHINO; D.2801                      )
    WESTWOOD, INC., a Nevada corporation         )
22  d/b/a TREASURES; LITTLE DARLINGS             )
    OF LAS VEGAS, LLC, a Nevada limited          )
23  liability company d/b/a LITTLE DARLINGS;     )
    O.G. ELIADES, A.D., LLC, a Nevada limited    )
24  liability company d/b/a OLYMPIC              )
    GARDENS; LAS VEGAS                           )
25  ENTERTAINMENT, LLC, a Nevada limited         )
    liability company d/b/a LARRY FLYNT'S        )
26  HUSTLER CLUB; MICHAEL A.                     )
    SALTMAN d/b/a MINXX; RICK'S LAS              )
27  VEGAS; FRIAS MANAGEMENT, LLC, a              )
    Nevada limited liability company d/b/a ACE   )
28  CAB COMPANY and A-NORTH LAS

| | |
|---|---|
| 1 | VEGAS CAB; WESTERN CAB ) |
| 2 | COMPANY, a Nevada corporation d/b/a ) |
| | WESTERN CAB COMPANY and ) |
| 3 | WESTERN LIMOUSINE; NEVADA ) |
| | CHECKER CAB CORPORATION, a Nevada ) |
| 4 | corporation d/b/a NEVADA CHECKER CAB ) |
| | COMPANY; NEVADA STAR CAB ) |
| 5 | CORPORATION, a Nevada corporation d/b/a ) |
| | STAR CAB COMPANY; NEVADA ) |
| 6 | YELLOW CAB CORPORATION, a Nevada ) |
| | corporation d/b/a YELLOW CAB ) |
| 7 | COMPANY; LUCKY CAB COMPANY OF ) |
| | NEVADA, a Nevada corporation d/b/a ) |
| 8 | LUCKY TRANS; SUN CAB, INC., a Nevada ) |
| | corporation d/b/a NELLIS CAB COMPANY; ) |
| 9 | CLS NEVADA, LLC, a Nevada limited ) |
| | liability company d/b/a CLS ) |
| 10 | TRANSPORTATION LAS VEGAS; ON ) |
| | DEMAND SEDAN SERVICES, LLC, a ) |
| 11 | Nevada limited liability company d/b/a ODS ) |
| | LIMOUSINE and ODS CHAUFFEURED ) |
| 12 | TRANSPORTATION; BLS LIMOUSINE ) |
| | SERVICE OF LAS VEGAS INC., a Nevada ) |
| 13 | corporation d/b/a BLS LIMOUSINE ) |
| | SERVICE OF LAS VEGAS; DESERT CAB, ) |
| 14 | INC., a Nevada corporation d/b/a DESERT ) |
| | CAB COMPANY and ODYSSEY ) |
| 15 | LIMOUSINE; BELL TRANS, a Nevada ) |
| | corporation d/b/a BELLS TRANS; TONY ) |
| 16 | CHONG, an individual; and DOE ) |
| | EMPLOYEES 1-1000; ) |
| 17 | ) |
| | Defendants. ) |
| 18 | ———————————————— ) |

Plaintiff Theodore Trapp ("Plaintiff" or "Trapp") and Defendants Nevada Yellow Cab Corporation, Nevada Checker Cab Corporation and Nevada Star Cab Corporation (collectively known as "YCS") propose the following Stipulation and Proposed Order enlarging the time for YCS to answer or otherwise respond to the Complaint.  In support, the Parties state as follows:

**WHEREAS**, on June 2, 2009, Plaintiff filed a four-count putative class action Complaint ("Complaint") against Defendants alleging violations of Nevada's Racketeering Statute and Consumer Fraud Statute;

**WHEREAS**, based upon the multitude of issues contained in the Complaint, YCS seeks additional time to answer or otherwise plead.  YCS requests an  extension of time to respond to

Plaintiff's Complaint up to and including August 24, 2009;

**WHEREAS**, counsel for YCS has conferred with Plaintiff's counsel and is authorized to state that Plaintiff has no objection to the extension of time requested herein.

**NOW, THEREFORE**, the parties hereby **STIPULATE and AGREE** as follows:

YCS' last day to answer or otherwise plead to Plaintiff's Complaint shall be August 24, 2009.

Dated this 5th day of August, 2009.

KUMMER KAEMPFER BONNER
    RENSHAW & FERRARIO


/s/_____
James E. Smyth, II, Esq.
3800 Howard Hughes Parkway, 7th Fl.
Las Vegas, NV 89169

Jay Edelson, Esq.
Kamber Edelson, LLC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Attorneys for Plaintiffs

/s/_____
C.A. (Cathie) Olendorff, Esq.
5225 W. Post Road
Las Vegas, NV 89118

Attorney for Defendants,
    Nevada Yellow Cab Corporation
    Nevada Checker Cab Corporation
    Nevada Star Cab Corporation


**IT IS SO ORDERED**:


DATED:_____, 2009


_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE