UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA

CASE NO.: 2:09-cv-00995-LDG-PAL

AFFIDAVIT OF DUE DILIGENCE

THEODORE TRAPP AND OTHERS
SIMILARLY SITUATED

    Plaintiff/Petitioner,
vs.

BIG POPPA'S, LLC; et al

    Defendant/Respondent.
_____/

SUMMONS; COMPLAINT received by **Paradigm Attorney Service, Inc.** on **07/15/2009** to be served upon:

**Tony Chong**

I, **Mario Canchola**, being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceeding in which this affidavit is made.

I am authorized to serve this process in the circuit/county it was served in.

On **07/19/2009** at **05:11 PM**, I attempted to serve the within **SUMMONS; COMPLAINT** on **Tony Chong** at **1908 Kiwi Grove Court , Las Vegas, NV 89142** in the manner indicated below:

**NON-SERVICE:** For the reason(s) in the comments below:

Comments/Prev. Attempts: **Spoke to Victoria Chong who said that she has lived in the house since it was built. She does not know anyone by defendants name. I am unable to serve the defendant at the above address. Cancel and return per clients instructions.**

X _____
Mario Canchola
Paradigm Attorney Service, Inc. – Lic#: 1361
610 S. 10th Street
Las Vegas, NV 89101
702.385.7874
Atty File#: **15778.1** – Our File# **30728**

SUBSCRIBED AND SWORN to before me
this _____ day of _July_____, 20_09_.

_____
Notary Public in and for said
County and State.

