UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA

CASE NO.: 2:09-cv-00995

AFFIDAVIT OF DUE DILIGENCE

THEODORE TRAPP, AND OTHER
SIMILARLY SITUATED

vs.

BIG POPPA'S, LLC; et al
_____/

SUMMONS; COMPLAINT; CIVIL COVER SHEET received by **Paradigm Attorney Service, Inc.** on **07/08/2009** to be served upon:

**Rick's Las Vegas**

I, **Zachary A. Van Dette**, being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceeding in which this affidavit is made.

I am authorized to serve this process in the circuit/county it was served in.

After careful inquiry and due diligence, I have been unable to effect service upon **Rick's Las Vegas** at **3355 Procyon Street, Las Vegas, NV 89102.** The following reflects attempts made to effect service.

| DATE &TIME | REMARKS: |
|---|---|
| 07/14/2009-12:27 PM | This above company is a Gentleman's Club that opens daily at 4:00 pm. |
| 07/14/2009-04:53 PM | Spoke to Russel Sexton, the manager on duty. He refused to accept service. He said that the documents must be delivered to the attorney's office and I would have to go online to find that information. |

**I am unable to serve the defendant at the above address. On hold for too long, cancel and return to client.**

SUBSCRIBED AND SWORN to before me
this 22nd day of July, 20 09.

_____
Notary Public in and for said County and State.

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
KATHY C. WILSON
Appt. No. 07-4399-1
My Appt Expires Aug 16 2011

X_____
Zachary A. Van Dette
Paradigm Attorney Service, Inc. – Lic#: 1361
610 S. 10th Street
Las Vegas, NV 89101
702.385.7874
Atty File#: **15778.1** – Our File# **30486**