Jay Edelson (ARDC No. 6239287) (*Admitted Pro Hac Vice*)
Rafey Balabanian (ARDC No. 6285687) (*Admitted Pro Hac Vice*)
KAMBEREDELSON LLC
350 North LaSalle Street
Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
jedelson@kamberedelson.com
rbalabanian@kamberedelson.com

James E. Smyth II
Kummer Kaempfer Bonner
Renshaw & Ferrario
3800 Howard Hughes Parkway
Seventh Floor
Las Vegas, Nevada 89169
Tel: (702) 792-7000
Fax: (702) 796-7181
jsmyth@kkbrf.com

*Attorneys for Plaintiff*
THEODORE TRAPP and the putative class

Mr. David T. Brown (Nevada Bar No. 006914)
BROWN, BROWN & PREMSRIRUT
520 South 4th Street, 2nd Floor
Las Vegas, Nevada 89101
Tel: 702.384.5563
Fax: 702.385.1023
dbrown@brownlawlv.com

*Attorneys for Defendants*
BIG POPPAS, LLC AND O.G. ELIADES, A.D., LLC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB; SKY TOP VENDING, INC., a Nevada Corporation d/b/a CAN CAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAH'S; C.P. FOOD AND BEVERAGE, INC., a Nevada corporation d/b/a CLUB PARADISE; | Case No. 2:09-cv-00995<br><br>**STIPULATED REQUEST TO STAY PROCEEDINGS PENDING OUTCOME OF SETTLEMENT DISCUSSIONS**<br><br>**Honorable Lloyd D. George**<br><br>**Magistrate Judge Peggy A. Leen** |

811485 15778.1

| | |
|---|---|
| 1 | DÉJÀ VU SHOWGIRLS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a DÉJÀ VU SHOWGIRLS; PALOMINO CLUB, INC., a Nevada corporation d/b/a PALOMINO CLUB; SHAC, LLC, a Nevada limited liability company d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D.2801 WESTWOOD, INC., a Nevada corporation d/b/a TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT, LLC, a Nevada limited liability company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS CAB; WESTERN CAB COMPANY, a Nevada corporation d/b/a WESTERN CAB COMPANY and WESTERN LIMOUSINE; NEVADA CHECKER CAB CORPORATION, a Nevada corporation d/b/a CHECKER CAB COMPANY; NEVADA STAR CAB CORPORATION, a Nevada corporation d/b/a STAR CAB COMPANY; NEVADA YELLOW CAB CORPORATION, a Nevada corporation d/b/a YELLOW CAB COMPANY; LUCKY CAB COMPANY OF NEVADA, a Nevada corporation d/b/a LUCKY TRANS; SUN CAB, INC., a Nevada corporation d/b/a NELLIS CAB COMPANY; CLS NEVADA, LLC, a Nevada limited liability company d/b/a CLS TRANSPORTATION LAS VEGAS; ON DEMAND SEDAN SERVICES, LLC, a Nevada limited liability company d/b/a ODS LIMOUSINE and ODS CHAUFFEURED TRANSPORTATION; BLS LIMOUSINE SERVICE OF LAS VEGAS, INC., a Nevada corporation d/b/a BLS LIMOUSINE SERVICE OF LAS VEGAS; DESERT CAB, INC., a Nevada corporation d/b/a DESERT CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS A NEVADA CORPORATION, a Nevada corporation d/b/a BELL TRANS; TONY CHONG, an individual; and DOE EMPLOYEES 1-1000; |
| 23 | Defendants. |

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
800 Howard Hughes Parkway
Las Vegas, Nevada 89169

811485 15778.1

Plaintiff THEODORE TRAPP ("Plaintiff" or "Trapp") and Defendants BIG POPPAS, LLC d/b/a BADDA BING MEN'S CLUB and O.G. ELIADES, A.D., LLC d/b/a OLYMPIC GARDENS, propose the following Stipulation and Proposed Order staying these proceedings for 90 days as to those Defendants. In support, the Parties state as follows:

**WHEREAS**, on June 2, 2009, Plaintiff filed a four-count putative class action complaint ("the Complaint") against the Defendants alleging violations of Nevada's Racketeering Statute;

**WHEREAS**, Plaintiff caused Defendant Big Poppas, LLC to be served with a copy of the summons and complaint in this matter on or about June 8, 2009;

WHEREAS, Plaintiff caused Defendant O.G. Eliades, A.D., LLC to be served with a copy of the summons and complaint in this matter on or about June 9, 2009.

**WHEREAS**, by Stipulation filed July 9, 2009, the Parties agreed, subject to the approval of this Court, to enlarge the time for Defendants Big Poppas, LLC and O.G. Eliades, A.D., LLC to answer or otherwise plead to the Complaint until August 3, 2009.

**WHEREAS**, Plaintiff and Defendants Big Poppas, LLC and O.G. Eliades, A.D., LLC, seek entry of an Order staying these proceedings as to those Defendants to enable the Parties to focus their efforts on settlement discussions in the hopes of bringing an early resolution to this matter;

**WHEREAS**, Defendants Big Poppas, LLC and O.G. Eliades, A.D., LLC deny the material allegations of the Complaint, deny they committed any wrongdoing, and deny any liability to Plaintiff or the putative class of individuals that he purports to represent;

**WHEREAS**, taking into account the burdens and expense of protracted litigation, including the risks and uncertainties associated with class certification, protracted trials, and appeals, the Parties have decided to engage in settlement discussions to determine whether a speedy and efficient resolution to this case may be achieved;

**NOW THEREFORE**, the Parties hereby **STIPULATE** and **AGREE** as follows:

1. These proceedings are hereby stayed for ninety (90) days through and including October 30, 2009, as to Defendants Big Poppas, LLC and O.G. Eliades, A.D., LLC.

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
800 Howard Hughes Parkway
Las Vegas, Nevada 89169

811485 15778.1

**IT IS SO STIPULATED.**

| | |
|---|---|
| THEODORE TRAPP, individually and on behalf of all others similarly situated | BIG POPPAS, LLC d/b/a BADDA BING MEN'S CLUB, and O.G. ELIADES, A.D., LLC d/b/a OLYMPIC GARDENS |
| By: /s/ Jay Edelson<br>Jay Edelson (ARDC No. 6239287)<br>KAMBEREDELSON LLC<br>350 North LaSalle Street<br>Suite 1300<br>Chicago, Illinois 60654<br>Tel: (312) 589-6370<br>Fax: (312) 589-6378<br>jedelson@kamberedelson.com<br><br>*Attorneys for Plaintiff* THEODORE TRAPP and the putative class | By: /s/ David T. Brown<br>Mr. David T. Brown (Nevada Bar No. 006914)<br>BROWN, BROWN & PREMSRIRUT<br>520 South 4th Street, 2nd Floor<br>Las Vegas, Nevada 89101<br>Tel: 702.384.5563<br>Fax: 702.385.1023<br>dbrown@brownlawlv.com<br><br>*Attorneys for Defendants* BIG POPPAS, LLC and O.G. ELIADES, A.D., LLC |

**IT IS SO ORDERED.**

Dated this 6 day of Aug, 2009

_____
HONORABLE LLOYD D. GEORGE
UNITED STATES DISTRICT JUDGE

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
800 Howard Hughes Parkway
Las Vegas, Nevada 89169

811485 15778.1