Trapp v. Big Poppa's, LLC et al — Doc. 173

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

THEODORE TRAPP,

    Plaintiff,

vs.

BIG POPPAS, LLC, et al.,

    Defendant(s).

Case # CV:2:09-995-LDG-PAL

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

John H. Weston, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at LOS ANGELES (city), LOS ANGELES COUNTY (county), CALIFORNIA (state).

2. That Petitioner is an attorney at law and a member of the law firm of WESTON, GARROU, WALTERS & MOONEY with offices at 12121 WILSHIRE BOULEVARD, SUITE 900 (street address), LOS ANGELES (city), 90025 (zip code), 310 442-0072 (area code + telephone number). JohnHWeston@wgdlaw.com (Email address).

3. That Petitioner has been retained personally or as a member of the law firm by __K-Kel, Inc.__ [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since __January, 1970__ (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of __California__ (state) where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S.D.C., N.D., CA | 7/9/70 | N/A |
| U.S.D.C., C.D., CA | 1/15/70 | N/A |
| COA, Fifth Circuit | 8/22/83; 9/12/07 | N/A |
| COA, Sixth Circuit | 8/13/86 | N/A |
| COA, Seventh Circuit | 5/9/85 | N/A |
| COA, Ninth Circuit | 9/26/72 | N/A |
| United States Supreme Court | 12/15/75 | N/A |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

7. Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

No.

8. That Petitioner is a member of good standing in the following Bar Associations:

State Bar of California (Bar No.: 46146)

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF California )
 )
COUNTY OF Los Angeles )

___John H. Weston___, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this

_____ day of _____, _____.    SEE ATTACHED JURAT

_____
Notary public or Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___William H. Brown___, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

Sullivan Brown, 332 S. Jones Boulevard, Las Vegas, Nevada 89107
Tel.: (702) 471-0112

(Street, City, State, Zip Code and Telephone No.)

4

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoints _____William H. Brown_____ as his/her/their Designated Resident Nevada Counsel in this case.

_(signature)_
(Party signature)  KEVIN M. KELLY, President of K-KEL, INC.

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.
SULLIVAN BROWN

_(signature)_  7623
Designated Resident Nevada Counsel's Signature   Bar number
By: William H. Brown

APPROVED:
Dated: this _6_ day of _Aug_, 20_09_.

_(signature)_
UNITED STATES DISTRICT JUDGE

5

Rev 07/06

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 20th day of July, 2009, by John H. Weston,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



(Seal)  Signature _Thomas Andrew Goldman_