Ross C. Goodman (Bar No. 7722)
GOODMAN LAW GROUP
520 S. Fourth St., 2nd Floor
Las Vegas, Nevada 89101
Telephone: (702) 383-5088
Facsimile: (702) 385-5088

*Attorneys for Defendant*
*D.2801 Westwood, Inc. d/b/a Treasures*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>BIG POPPA'S, LLC, A Nevada limited liability company d/b/a BADDA BING MEN'S CLUB; SKY TOP VENDING, INC., a Nevada Corporation d/b/a CAN CAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAH's; C.P.FOOD AND BEVERAGE, INC., a Nevada corporation d/b/a CLUB PARADISE; DÉJÀ VU SHOWGIRLS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a DÉJÀ VU SHOWGIRLS; PALOMINO CLUB, INC.; SHAC, LLC, a Nevada limited liability company d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D.2801 WESTWOOD, INC., a Nevada corporation d/b/a TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT, LLC, a Nevada limited liability company d/b/a LARRY FLYNT's HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS CAB; WESTERN CAB COMPANY, | Case No.: 2:09-cv-00995-LDG-PAL<br><br>**DEFENDANT D.2801 WESTWOOD, INC. d/b/a TREASURES JOINDER TO FRIAS MANAGEMENT, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE MOTION OF DEFENDANTS DÉJÀ VU SHOWGIRLS OF LAS VEGAS, LLC, LITTLE DARLINGS OF LAS VEGAS, LLC AND LAS VEGAS ENTERTAINMENT, LLC FOR DISMISSAL OF THE COMPLAINT AND FOR LEAVE TO FILE A CONSOLIDATED RESPONSE IN OPPOSITION TO ANY CURRENT AND FUTURE MOTIONS TO DISMISS THE COMPLAINT** |

1

Dockets.Justia.com

| | |
|---|---|
| 1 | a Nevada corporation d/b/a WESTERN CAB COMPANY and WESTERN LIMOUSINE, |
| 2 | NEVADA CHECKER CAB CORPORATION, a Nevada corporation d/b/a |
| 3 | CHECKER CAB COMPANY,; NEVADA |
| 4 | STAR CABCORPORATION, a Nevada corporation d/b/a STAR CAB COMPANY; |
| 5 | NEVADA YELLOW CAB CORPORATION, a Nevada corporation d/b/a YELLOW CAB |
| 6 | COMPANY; LUCKY CAB COMPANY OF NEVADA, a Nevada corporation d/b/a |
| 7 | LUCKY TRANS; SUN CAB, INC., a Nevada limited liability company d/b/a CLS |
| 8 | TRANSPORATION LAS VEGAS; ON |
| 9 | DEMAND SEDAN SERVICES, LLC, a Nevada limited liability company d/b/a ODS |
| 10 | LIMOUSINE and ODS CHAUFFEURED TRANSPORTATION; BLS LIMOUSINE |
| 11 | SERVICE OF LAS VEGAS, INC., a Nevada |
| 12 | corporation d/b/a BLS LIMOUSINE SERVICE OF LAS VEGAS; DESERT CAB, |
| 13 | INC., a Nevada corporation d/b/a DESERT CAB COMPANY and ODYSSEY |
| 14 | LIMOUSINE; BELL TRANS A NEVADA CORPORATION, a Nevada corporation d/b/a |
| 15 | BELL TRANS; TONY CHONG, an |
| 16 | individual; and DOE EMPLOYEES 1-1000; |
| 17 | Defendants. |

COMES NOW, Defendant D.2801 WESTWOOD, INC. d/b/a TREASURES, by and through its attorney of record, ROSS C. GOODMAN, ESQ. of the Goodman Law Group and hereby joins in and adopts Defendants Frias Management, LLC's Opposition to Plaintiff's Motion for an Enlargement of Time to Respond to the Motion of Defendants Déjà vu Showgirls of Las Vegas, LLC, Little Darlings of Las Vegas, LLC, and Las Vegas Entertainment, LLC, for Dismissal of the Complaint and for Leave to File a Consolidated Response in Opposition to any

////

////

////

2

Current and Future Motions to Dismiss the Complaint (Document 178 and 179) filed August 13, 2009 as though fully set fourth herein.

Dated this 14th day of August 2009.

/s/
Ross C. Goodman, Esq.
Nevada Bar No. 7722
GOODMAN LAW GROUP
520 South Fourth Street
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*D.2801 Westwood, Inc. d/b/a Treasures*

## CERTIFICATE OF MAILING

I hereby certify that on the 14th day of August, 2009 the foregoing **DEFENDANT D.2801 WESTWOOD, INC. d/b/a TREASURES JOINDER TO FRIAS MANAGEMENT, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE MOTION OF DEFENDANTS DÉJÀ VU SHOWGIRLS OF LAS VEGAS, LLC, LITTLE DARLINGS OF LAS VEGAS, LLC AND LAS VEGAS ENTERTAINMENT, LLC FOR DISMISSAL OF THE COMPLAINT AND FOR LEAVE TO FILE A CONSOLIDATED RESPONSE IN OPPOSITION TO ANY CURRENT AND FUTURE MOTIONS TO DISMISS THE COMPLAINT** was electronically served upon all attorneys of record in this matter.

/s/
Ross C. Goodman, Esq.
Nevada Bar No. 7722
GOODMAN LAW GROUP
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)383-5088
Facsimile: (702) 385-5088