1  JOHN A. CURTAS, ESQ.
   Nevada Bar Number 1841
2  317 South 6th Street
   Las Vegas, Nevada 89101
3  Telephone: (702) 678-5070
   Facsimile: (702) 878-9995
4
   Attorneys for Defendant LA FUENTE, INC. dba
5  CHEETAH'S

6

7

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIG POPPA'S, LLC, a Nevada Limited Liability Company d/b/a BADDA BING MEN'S CLUB; SKYTOP VENDING, INC., A Nevada Corporation d/b/a CANCAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAH'S; C.P. FOOD AND BEVERAGE, INC., A Nevada corporation d/b/a/ CLUB PARADISE; DEJA VU SHOWGIRLS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a DEJA VU SHOWGIRLS OF LAS VEGAS; PALOMINO CLUB, INC., a Nevada corporation d/b/a/ PALOMINO CLUB; SHAC, LLC, a Nevada limited liability company d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D.2801 WESTWOOD, INC. a Nevada corporation d/b/a/ TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT, LLC, a Nevada limited liability company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS CAB; | CASE NO.: 2:09-cv-00995-LDG-PAL<br><br>LA FUENTE, INC. d/b/a CHEETAH'S JOINDER TO WESTERN CAB COMPANY, LUCKY CAB COMPANY OF NEVADA, ON DEMAND SEDAN SERVICES, LLC, BLS LIMOUSINE SERVICES OF LAS VEGAS, INC., DESERT CAB INC. AND SUN CAB, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR AN ENLARGMENT OF TIME TO RESPOND TO THE MOTION OF DEFENDANTS DÉJÀ VU SHOWGIRLS OF LAS VEGAS, LLC, LITTLE DARLINGS OF LAS VEGAS, LLC AND LAS VEGAS ENTERTAINMENT, LLC FOR DISMISSAL OF THE COMPLAINT AND FOR LEAVE TO FILE A CONSOLIDATED RESPONSE IN OPPOSITION TO ANY CURRENT AND FUTURE MOTIONS TO DISMISS THE COMPLAINT |

1

| | |
|---|---|
| 1 | WESTERN CAB COMPANY a Nevada corporation d/b/a WESTERN CAB COMPANY |
| 2 | and WESTERN LIMOUSINE; NEVADA CHECKER CAB CORPORATION; a Nevada |
| 3 | corporation d/b/a CHECKER CAB COMPANY; NEVADA STAR CAB CORPORATION, a Nevada |
| 4 | corporation d/b/a/ STAR CAB COMPANY; NEVADA YELLOW CAB CORPORATION, a |
| 5 | Nevada corporation d/b/a YELLOW CAB; LUCKY CAB COMPANY OF NEVADA, a Nevada |
| 6 | corporation d/b/a/ LUCKY TRANS; SUN CAB, INC., a Nevada corporation d/b/a/ NELLIS CAB |
| 7 | COMPANY; CLS NEVADA, LLC, a Nevada limited liability company d/b/a CLS |
| 8 | TRANSPORTATION LAS VEGAS; ON DEMAND SEDAN SERVICES, LLC, a Nevada |
| 9 | limited liability company d/b/a ODS LIMOUSINE and ODS CHAUFFEURED TRANSPORTATION; |
| 10 | BLS LIMOUSINE SERVICES OF LAS VEGAS, INC., a Nevada corporation d/b/a/ BLS |
| 11 | LIMOUSINE SERVICES OF LAS VEGAS; DESERT CAB, INC., a Nevada corporation d/b/a/ |
| 12 | DESERT CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS, A NEVADA |
| 13 | CORPORATION, a Nevada corporation d/b/a BELL TRANS; TONY CHONG, an individual; and |
| 14 | DOE EMPLOYEES 1-1000, |
| 15 | Defendants. |

16     COMES NOW, Defendant, LA FUENTE, INC. d/b/a CHEETAH'S by and through its

17 attorney, JOHN A. CURTAS, ESQ., and hereby joins in and adopts Defendants Western Cab

18 Company, Lucky Cab Company Of Nevada, On Demand Sedan Services, LLC, BLS Limousine

19 Services Of Las Vegas, Inc., Desert Cab Inc. and Sun Cab, Inc.'s Opposition To Plaintiff's Motion

20 For an Enlargement of Time to Respond to the Motion of Defendants Déjà Vu Showgirls of Las

21 Vegas, LLC, Little Darlings of Las Vegas, LLC and Las Vegas Entertainment, LLC for Dismissal of

22 the Complaint and for Leave to File a Consolidated Response in Opposition to Any Current and

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

2

Future Motions To Dismiss the Complaint (Document 166) filed August 5, 2009 as though fully set forth herein.

Dated this 18th day of August, 2009

By: /s/
John A. Curtas, #1841
317 South 6th Street
Las Vegas, Nevada 89101
Telephone: (702) 678-5070
Facsimile: (702) 878-9995
Attorneys for Defendant LA FUENTE, INC.
d/b/a CHEETAH'S

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 19th day of August, 2009, the LA FUENTE, INC. D/B/A **CHEETAH'S JOINDER TO WESTERN CAB COMPANY, LUCKY CAB COMPANY OF NEVADA, ON DEMAND SEDAN SERVICES, LLC, BLS LIMOUSINE SERVICES OF LAS VEGAS, INC., DESERT CAB INC. AND SUN CAB, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR AN ENLARGMENT OF TIME TO RESPOND TO THE MOTION OF DEFENDANTS DÉJÀ VU SHOWGIRLS OF LAS VEGAS, LLC, LITTLE DARLINGS OF LAS VEGAS, LLC AND LAS VEGAS ENTERTAINMENT, LLC FOR DISMISSAL OF THE COMPLAINT AND FOR LEAVE TO FILE A CONSOLIDATED RESPONSE IN OPPOSITION TO ANY CURRENT AND FUTURE MOTIONS TO DISMISS THE COMPLAINT** was electronically served upon all attorneys of record in this matter.

/s/
Jacqueline Delgado
Employee of John A. Curtas, Esq.