| | |
|---|---|
| 1 | C.A. (Cathie) Olendorff, Esq.<br>Nevada Bar #3554 |
| 2 | 5225 W. Post Road<br>Las Vegas, NV 89118 |
| 3 | Telephone: (702) 873-8012<br>Facsimile: (702) 365-7864 |
| 4 | legal@ycstrans.com |
| 5 | *Counsel for Defendants*<br>*Nevada Yellow Cab Corporation* |
| 6 | *Nevada Checker Cab Corporation*<br>*Nevada Star Cab Corporation* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| 10 | THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated. | ) CASE NO. 2:09-cv-00995-LDG-PAL |
| 11 | Plaintiff, | ) |
| 12 | vs. | ) |
| 13 | BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB; SKY TOP VENDING, INC., a Nevada corporation d/b/a CAN CAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAH'S; C.P. FOOD AND BEVERAGE, INC., a Nevada corporation d/b/a/ CLUB PARADISE; DEJA VU SHOWGIRLS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a DEJA VU SHOWGIRLS; PALOMINO CLUB, INC., a Nevada corporation d/b/a/ PALOMINO CLUB; SHAC, LLC, a Nevada limited liability company d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D.2801 WESTWOOD, INC., a Nevada corporation d/b/a TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT, LLC, a Nevada limited liability company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS | ) **DEFENDANTS NEVADA YELLOW**<br>) **CAB CORPORATION, NEVADA**<br>) **CHECKER CAB CORPORATION**<br>) **AND NEVADA STAR CAB**<br>) **CORPORATION'S**<br>) **JOINDER IN MOTIONS TO DISMISS**<br>) **FILED BY FRIAS MANAGEMENT**<br>) **(159) AND WESTERN CAB**<br>) **COMPANY et al. (161).** |

| | |
|---|---|
| 1 | VEGAS CAB; WESTERN CAB |
| 2 | COMPANY, a Nevada corporation d/b/a WESTERN CAB COMPANY and |
| 3 | WESTERN LIMOUSINE; NEVADA CHECKER CAB CORPORATION, a Nevada |
| 4 | corporation d/b/a NEVADA CHECKER CAB COMPANY; NEVADA STAR CAB |
| 5 | CORPORATION, a Nevada corporation d/b/a STAR CAB COMPANY; NEVADA |
| 6 | YELLOW CAB CORPORATION, a Nevada corporation d/b/a YELLOW CAB |
| 7 | COMPANY; LUCKY CAB COMPANY OF NEVADA, a Nevada corporation d/b/a |
| 8 | LUCKY TRANS; SUN CAB, INC., a Nevada corporation d/b/a NELLIS CAB COMPANY; |
| 9 | CLS NEVADA, LLC, a Nevada limited liability company d/b/a CLS |
| 10 | TRANSPORTATION LAS VEGAS; ON DEMAND SEDAN SERVICES, LLC, a |
| 11 | Nevada limited liability company d/b/a ODS LIMOUSINE and ODS CHAUFFEURED |
| 12 | TRANSPORTATION; BLS LIMOUSINE SERVICE OF LAS VEGAS INC., a Nevada |
| 13 | corporation d/b/a BLS LIMOUSINE SERVICE OF LAS VEGAS; DESERT CAB, |
| 14 | INC., a Nevada corporation d/b/a DESERT CAB COMPANY and ODYSSEY |
| 15 | LIMOUSINE; BELL TRANS, a Nevada corporation d/b/a BELLS TRANS; TONY |
| 16 | CHONG, an individual; and DOE EMPLOYEES 1-1000; |
| 17 | Defendants. |

Defendants NEVADA YELLOW CAB CORPORATION, NEVADA CHECKER CAB CORPORATION and NEVADA STAR CAB CORPORATION (hereinafter collectively "YCS") by and through their attorney, C.A. (Cathie) Olendorff, hereby file this joinder in support of the Motions to Dismiss filed by Defendants Frias Management (159) and Western Cab Company, et al. (161). YCS reasserts and reincorporates the arguments made in the Motions as if fully set forth herein. As of the date of this Joinder, no response to the pending motions has been filed by Plaintiff.

/ / / / /

/ / / / /

/ / / / /

YCS respectfully joins the above-mentioned Defendants in their request for dismissal of the Complaint.

Dated this 21st day of August, 2009.

/s/_____
C.A. (Cathie) Olendorff, Esq.
5225 W. Post Road
Las Vegas, NV 89118

Attorney for Defendants,
Nevada Yellow Cab Corporation
Nevada Checker Cab Corporation
Nevada Star Cab Corporation

# CERTIFICATE OF MAILING

I hereby certify that on the 21st day of August, 2009, the foregoing **DEFENDANTS NEVADA YELLOW CAB CORPORATION, NEVADA CHECKER CAB CORPORATION and NEVADA STAR CAB CORPORATION'S JOINDER IN MOTIONS TO DISMISS FILED BY FRIAS MANAGEMENT (159) AND WESTER CAB COMPANY et al. (161)** was electronically served upon all attorneys of record in this matter.

      /s/ Sheila Robertson
An employee of Nevada Yellow, Checker and Star Cab Corporations