James E. Smyth II
Kummer Kaempfer Bonner
Renshaw & Ferrario
3800 Howard Hughes Parkway
Seventh Floor
Las Vegas, Nevada 89169
Tel: 702.792.7000
Fax: 702.796.7181
Email: jsmyth@kkbrf.com

Jay Edelson (ARDC No. 6239287) (*Admitted Pro Hac Vice*)
Rafey Balabanian (ARDC No. 6285687) (*Admitted Pro Hac Vice*)
KAMBEREDELSON LLC
350 North LaSalle Street
Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
Email: jedelson@kamberedelson.com
Email: rbalabanian@kamberedelson.com

*Attorneys for Plaintiff*
THEODORE TRAPP and the putative class

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB, *et al.*,<br><br>Defendants. | Case No. 2:09-cv-00995<br><br>**PLAINTIFF'S MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE MOTION OF DEFENDANT MICHAEL A. SALTMAN FOR DISMISSAL OF THE COMPLAINT**<br><br>**Honorable Lloyd D. George**<br><br>**Magistrate Judge Peggy A. Leen** |

/./././

/././

/././

/././

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff respectfully moves the Court for the entry of an Order enlarging the time by fourteen (14) days through and including August 31, 2009, for Plaintiff to respond to the Motion to Dismiss of Defendant Michael A. Saltman d/b/a Minxx filed on July 29, 2009 (Dkt. No. 151).

This motion is based upon the attached Memorandum of Points and Authorities and any argument permitted at the time of hearing.

Dated: August 17, 2009

**THEODORE TRAPP**, individually and on behalf of all others similarly situated

By: /s/ Rafey S. Balabanian
Rafey Balabanian (ARDC No. 6285687)
(*Admitted Pro Hac Vice*)
KAMBEREDELSON LLC
350 North LaSalle
Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
Email: rbalabanian@kamberedelson.com

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
800 Howard Hughes Parkway
Las Vegas, Nevada 89169

# PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES
## IN SUPPORT OF HIS MOTION FOR ENLARGEMENT OF TIME

1. This class action seeks redress for the defendants' alleged involvement in the practice of making illegal cash payments or "kickbacks" to drivers of taxi cabs, limousines, and other car services, for delivering customers to certain adult entertainment clubs (hereinafter referred to as the "Clubs") located in the vicinity of Las Vegas Boulevard or more commonly known as the "Strip." This alleged practice has been taking place for some time, and while the kickbacks originally began as "tips" most often in the amount of five dollars, today kickbacks often times reach and exceed $100 per passenger.

2. The lawsuit names 27 separate defendants who are alleged to have been involved in the foregoing practice and all but two of the defendants—Rick's Las Vegas (an adult entertainment club) and Tony Chong (a natural person)—have been duly served with a copy of the summons and complaint.

3. On July 29, 2009, Defendant Saltman d/b/a Minxx moved the Court to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6). In his motion, Saltman argues that he was improperly named as a party-defendant in this case because Saltman has purportedly "never owned title in or operated the Club [Minxx] in his personal capacity." (Dkt. No. 152, p. 3:19-20).

4. The Court has set August 17, 2009, as the deadline for Plaintiff to respond to Saltman's motion to dismiss.

5. In light of the factual and legal assertions made in Saltman's affidavit, Plaintiff requires a short enlargement of time by fourteen (14) days to investigate the claims made in, and to prepare a response to, Saltman's motion to dismiss.

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
800 Howard Hughes Parkway
Las Vegas, Nevada 89169

6. The Court, for good cause shown, may enlarge the time for a party to complete a required act. Fed.R.Civ.P. 6(b)(1)(A).

7. Here, there is good cause to allow an enlargement of time to respond to Saltman's motion to dismiss because an enlargement of time will allow Plaintiff the opportunity to further investigate the factual and legal assertions made by Saltman in his affidavit, which if true, may lead to the dismissal of Saltman as a party-defendant and the addition of the proper party in his stead.

8. On July 15, 2009, Plaintiff and counsel for defendants Déjà Vu Showgirls of Las Vegas, LLC, Little Darlings of Las Vegas, LLC, and Las Vegas Entertainment, LLC, stipulated to enlarge the time for Plaintiff to respond to the motion to dismiss filed by those defendants, which the Court granted on July 20, 2009. On July 29, 2009, Plaintiff moved the Court for an additional enlargement of time to respond to the motion to dismiss of defendants Las Vegas, LLC, Little Darlings of Las Vegas, LLC, and Las Vegas Entertainment, LLC's, and for leave to file a consolidated response to any pending and future motions to dismiss. That motion is currently pending before the Court. Plaintiff has not sought any other extensions of time in this case.

9. Plaintiff's counsel has conferred with Saltman's attorneys and is authorized to state that Saltman has no objection to the relief requested herein.

10. This motion is not being brought for purposes of unduly delaying these proceedings or to prejudice the defendants.

/././/

/././/

/././/

/././/

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
800 Howard Hughes Parkway
Las Vegas, Nevada 89169

1    **WHEREFORE**, Plaintiff Theodore Trapp, respectfully requests that this Court (a) grant his motion, (b) enlarge the time by fourteen (14) days through and including August 31, 2009, for Plaintiff to respond to the motion to dismiss of Defendant Michael A. Saltman d/b/a Minxx, and (c) and award such other and further relief as is equitable and just.

**THEODORE TRAPP**, individually and on behalf of all others similarly situated

By: /s/ Rafey S. Balabanian
Rafey Balabanian (ARDC No. 6285687)
(*Admitted Pro Hac Vice*)
KAMBEREDELSON LLC
350 North LaSalle
Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
Email: jedelson@kamberedelson.com
Email: rbalabanian@kamberedelson.com

*Attorneys for Plaintiff*
THEODORE TRAPP

ORDER

IT IS SO ORDERED.

DATED this 20 day of August, 2009.

_____
Lloyd D. George
Sr. U.S. District Judge