James E. Smyth II
Kummer Kaempfer Bonner
Renshaw & Ferrario
3800 Howard Hughes Parkway, Seventh Floor
Las Vegas, Nevada 89169
Tel: 702.792.7000
Fax: 702.796.7181
Email: jsmyth@kkbrf.com

Jay Edelson (ARDC No. 6239287) (*Admitted Pro Hac Vice*)
Rafey Balabanian (ARDC No. 6285687) (*Admitted Pro Hac Vice*)
KAMBEREDELSON LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
Email: jedelson@kamberedelson.com
Email: rbalabanian@kamberedelson.com

*Attorneys for Plaintiff*
THEODORE TRAPP and the putative class

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB, *et al.*,<br><br>Defendants. | Case No. 2:09-cv-00995<br><br>**PLAINTIFF'S AMENDED MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE MOTIONS TO DISMISS OF DEFENDANTS LITTLE DARLINGS OF LAS VEGAS, LLC, DÉJÀ VU SHOWGIRLS OF LAS VEGAS, LLC, LAS VEGAS ENTERTAINMENT, LLC, NEVADA CHECKER CAB CORPORATION, NEVADA STAR CAB CORPORATION, NEVADA YELLOW CAB CORPORATION, WESTERN CAB COMPANY, LUCKY CAB COMPANY OF NEVADA, SUN CAB, INC., DESERT CAB, INC., ON DEMAND SEDAN SERVICES, LLC, BLS LIMOUSINE SERVICE OF LAS VEGAS, INC., FRIAS MANAGEMENT, LLC, CLS NEVADA, LLC, D.2801 WESTWOOD, INC.**<br><br>**Honorable Lloyd D. George**<br><br>**Magistrate Judge Peggy A. Leen** |

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
800 Howard Hughes Parkway
Las Vegas, Nevada 89169

1

Dockets.Justia.com

Plaintiff Theodore Trapp, pursuant to Fed. R. Civ. P. 6(b), respectfully moves the Court for the entry of an Order enlarging the time through September 24, 2009, for Plaintiff to respond to the Motions of Little Darlings of Las Vegas, LLC, Déjà Vu Showgirls of Las Vegas, LLC, Las Vegas Entertainment, LLC, Nevada Checker Cab, Nevada Star Cab, Nevada Yellow Cab, Western Cab Company, Lucky Cab Company of Nevada, Sun Cab, Inc., Desert Cab, Inc., On Demand Sedan Services, LLC, BLS Limousine Service of Las Vegas, Inc., Frias Management, LLC, CLS Nevada, LLC, D.2801 Westwood, Inc., for dismissal of the Complaint and for leave to file a consolidated response brief. By this motion, Plaintiff seeks to amend his original motion requesting an enlargement of time. (Dkt. No. 151). However, Plaintiff's original request to file a consolidated response brief stands.

Fed. R. Civ. P. 6(b) provides that for good cause shown, the Court may enlarge the time for a party to complete any required act. Fed.R.Civ.P. 6(b)(1)(A). Here, good cause exists for allowing the enlargement of time and request to file a consolidated response brief because such an enlargement of time and consolidated response will without question serve to preserve the resources of the litigants and most importantly the Court. As a result, the Court should grant the request for an enlargement of time and for leave to file a consolidated brief.

This motion is based upon the attached Memorandum of Points and Authorities and any argument permitted at the time of hearing.

Dated: August 21, 2009

**THEODORE TRAPP**, individually and on behalf of all others similarly situated,

By: /s/ Rafey S. Balabanian
Rafey Balabanian (ARDC No. 6285687)
(*Admitted Pro Hac Vice*)
KAMBEREDELSON LLC
350 North LaSalle
Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
Email: rbalabanian@kamberedelson.com

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
800 Howard Hughes Parkway
Las Vegas, Nevada 89169

# PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF HIS AMENDED MOTION FOR ENLARGEMENT OF TIME

1. This class action seeks redress for the Defendants' alleged involvement in the practice of making illegal cash payments or "kickbacks" to drivers of taxi cabs, limousines, and other car services, for delivering customers to certain adult entertainment clubs (hereinafter referred to as the "Clubs") located in the vicinity of Las Vegas Boulevard, more commonly known as the "Strip."

2. The lawsuit names twenty-seven separate Defendants who are alleged to have been involved in the foregoing practice and all but two of the Defendants—Rick's Las Vegas (an adult entertainment club) and Tony Chong (a natural person)—have been duly served with a copy of the summons and Complaint.

3. Of the twenty-five served Defendants in this case, sixteen—Little Darlings, Déjà Vu's, Las Vegas Entertainment, Western Cab, Lucky Cab, Sun Cab, Desert Cab, On Demand Sedan, Nevada Checker Cab, Nevada Star Cab, Nevada Yellow Cab, BLS Limousine, Frias Management, CLS Nevada, D.2801 Westwood, and Michael Saltman—have moved to dismiss the Complaint under Rules 9 and 12 of the Federal Rules of Civil Procedure. Of the remaining nine served Defendants, three (Bell Trans, La Fuente, K-Kel) have stipulated deadlines of August 24, 2009, to answer or otherwise plead; three (C.P. Food & Beverage, Palomino, Sky Top Vending) are in technical default; two (Big Poppas, LLC and O.G. Eliades, A.D., LLC) have stipulated to the entry of a ninety (90) day stay to focus their efforts on settlement; and one (Shac, LLC) has answered the Complaint.

4. Defendants Little Darlings, Déjà Vu's, and Las Vegas Entertainment were the first of the Defendants to move to dismiss the Complaint. The Parties then stipulated to an enlargement of time until July 29, 2009, for the Plaintiff to respond. As that date approached, however, it became apparent that several other Defendants would be moving for dismissal as

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
800 Howard Hughes Parkway
Las Vegas, Nevada 89169

3

well. In fact, on that very day, Defendant Michael Saltman also moved to dismiss the Complaint.

5. As a result, rather than responding to the motion, Plaintiff moved the Court for an enlargement of time to respond to any then current and future motions to dismiss and for leave to file a consolidated response brief. Plaintiff requested an extension of time until thirty (30) days after all of the Defendants have responded, or are required to respond, to the Complaint. In the following two weeks, twelve more Defendants moved for dismissal of the Complaint.

6. Defendants Little Darlings, Déjà Vu's, Las Vegas Entertainment, Western Cab, Lucky Cab, Sun Cab, Desert Cab, On Demand Sedan, BLS Limousine filed oppositions to Plaintiff's motion for enlargement, to which Defendants Frias Management and La Fuente joined.

7. The crux of the oppositions were that the request for an enlargement of thirty (30) days after all of the Defendants have responded, or are required to respond, to the Complaint, was unreasonably prejudicial to the Defendants because all of the Defendants have not been served with the Complaint.

8. Given that two Defendants remain to be served in this case, Plaintiff acknowledges that the requested enlargement may have the effect of unreasonably delaying the resolution of the pending motions to dismiss. Plaintiff therefore amends his request and seeks an enlargement of time through September 24, 2009, to file a consolidated response to the motions to dismiss[1], which is thirty (30) days after the stipulated deadline for the remaining-served Defendants—K-Kel, La Fuente, and Bell Trans—to answer or otherwise plead to the Complaint.

---

[1] Plaintiff is not seeking any additional enlargement of time to respond to Michael Saltman's motion to dismiss since that Defendant seeks dismissal of the Complaint as to him on the grounds that he purportedly "never owned title in or operated the Club [Minxx] in his personal capacity" (*See* Dkt. No. 152, p. 3:19-20) and therefore, was improperly named as a party-defendant. Plaintiff's response to such motion is due by August 31, 2009.

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
800 Howard Hughes Parkway
Las Vegas, Nevada 89169

9.  The Court, for good cause shown, may enlarge the time for a party to complete a required act. Fed. R. Civ. P. 6(b)(1)(A); *see also Bliss v. Tanner*, No. 87-0436 PHX RGS, 1987 WL 452237 (D. Ariz. 1987) ("Rule 6(b) of the Federal Rules of Civil Procedure liberally grants the court discretion to extend time limits").

10. Here, good cause exists because rather than providing the Court with 15 separate briefs relating to issues raised by sixteen different Defendants, an enlargement of time to allow for a consolidated response brief will serve to preserve the resources of the Parties and the Court.

11. On July 15, 2009, Plaintiff and counsel for Defendants Déjà Vu's, Little Darlings, and Las Vegas Entertainment, stipulated to enlarge the time for Plaintiff to respond to the motion to dismiss filed by those Defendants, which the Court granted on July 20, 2009. On July 29, 2009, Plaintiff filed his original motion for enlargement of time and for leave to file a consolidated response to any pending and future motions to dismiss. That motion is currently pending before the Court. On August, 17, 2009, Plaintiff moved, without opposition, to enlarge the time for Plaintiff to respond to Michael Saltman's motion to dismiss, which the Court granted. Plaintiff has not sought any other extensions of time in this case.

11. This motion is not being brought for purposes of unduly delaying these proceedings or to prejudice the Defendants.

**WHEREFORE**, Plaintiff Theodore Trapp, respectfully requests that this Court (a) grant his motion, (b) enlarge the time for Plaintiff to respond to the motion to dismiss of Defendants Little Darlings, Déjà Vu's, Las Vegas Entertainment, Western Cab, Lucky Cab, Sun Cab, Desert Cab, On Demand Sedan, Nevada Checker Cab, Nevada Star Cab, Nevada Yellow Cab, BLS Limousine, Frias Management, CLS Nevada, and D.2801 Westwood, through and including September 24, 2009, (c) grant Plaintiff leave to file a consolidated brief in response to such

| | |
|---|---|
| 1 | motions to dismiss, and (d) award such other and further relief as the Court deems equitable and |
| 2 | just. |

Dated: August 21, 2009

**THEODORE TRAPP**, individually and on behalf of all others similarly situated

By: /s/ Rafey S. Balabanian
Rafey Balabanian (ARDC No. 6285687)
(*Admitted Pro Hac Vice*)
KAMBEREDELSON LLC
350 North LaSalle
Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
Email: jedelson@kamberedelson.com
Email: rbalabanian@kamberedelson.com

*Attorneys for Plaintiff*
THEORDORE TRAPP

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 21st day of August, 2009, I electronically filed the foregoing **PLAINTIFF'S AMENDED MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE MOTIONS TO DISMISS OF DEFENDANTS LITTLE DARLINGS OF LAS VEGAS, LLC, DÉJÀ VU SHOWGIRLS OF LAS VEGAS, LLC, LAS VEGAS ENTERTAINMENT, LLC, NEVADA CHECKER CAB CORPORATION, NEVADA STAR CAB CORPORATION, NEVADA YELLOW CAB CORPORATION, WESTERN CAB COMPANY, LUCKY CAB COMPANY OF NEVADA, SUN CAB, INC., DESERT CAB, INC., ON DEMAND SEDAN SERVICES, LLC, BLS LIMOUSINE SERVICE OF LAS VEGAS, INC., FRIAS MANAGEMENT, LLC, CLS NEVADA, LLC, D.2801 WESTWOOD, INC.** using the court's CM/ECF system which will send notification to the parties in this matter.

DATED this 21st day of August, 2009.

_____
an employee of
Kummer Kaempfer Bonner Renshaw & Ferrario

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
800 Howard Hughes Parkway
Las Vegas, Nevada 89169