| | |
|---|---|
| 1 | C.A. (Cathie) Olendorff, Esq. |
| | Nevada Bar #3554 |
| 2 | 5225 W. Post Road |
| | Las Vegas, NV 89118 |
| 3 | Telephone: (702) 873-8012 |
| | Facsimile: (702) 365-7864 |
| 4 | legal@ycstrans.com |
| 5 | *Counsel for Defendants* |
| | *Nevada Yellow Cab Corporation* |
| 6 | *Nevada Checker Cab Corporation* |
| | *Nevada Star Cab Corporation* |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated. | ) | CASE NO. 2:09-cv-00995-LDB-GWF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATION AND ORDER TO EXTEND DATE FOR DEFENDANT'S NEVADA YELLOW CAB CORPORATION, NEVADA CHECKER CAB CORPORATION AND NEVADA STAR CAB CORPORATION TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT |
| BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB; SKY TOP VENDING, INC., a Nevada corporation d/b/a CAN CAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAH'S; C.P. FOOD AND BEVERAGE, INC., a Nevada corporation d/b/a/ CLUB PARADISE; DEJA VU SHOWGIRLS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a DEJA VU SHOWGIRLS; PALOMINO CLUB, INC., a Nevada corporation d/b/a/ PALOMINO CLUB; SHAC, LLC, a Nevada limited liability company d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D.2801 WESTWOOD, INC., a Nevada corporation d/b/a TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT, LLC, a Nevada limited liability company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

| | |
|---|---|
| 1  | VEGAS CAB; WESTERN CAB ) |
| 2  | COMPANY, a Nevada corporation d/b/a ) |
|    | WESTERN CAB COMPANY and ) |
| 3  | WESTERN LIMOUSINE; NEVADA ) |
|    | CHECKER CAB CORPORATION, a Nevada ) |
| 4  | corporation d/b/a NEVADA CHECKER CAB ) |
|    | COMPANY; NEVADA STAR CAB ) |
| 5  | CORPORATION, a Nevada corporation d/b/a ) |
|    | STAR CAB COMPANY; NEVADA ) |
| 6  | YELLOW CAB CORPORATION, a Nevada ) |
|    | corporation d/b/a YELLOW CAB ) |
| 7  | COMPANY; LUCKY CAB COMPANY OF ) |
|    | NEVADA, a Nevada corporation d/b/a ) |
| 8  | LUCKY TRANS; SUN CAB, INC., a Nevada ) |
|    | corporation d/b/a NELLIS CAB COMPANY; ) |
| 9  | CLS NEVADA, LLC, a Nevada limited ) |
|    | liability company d/b/a CLS ) |
| 10 | TRANSPORTATION LAS VEGAS; ON ) |
|    | DEMAND SEDAN SERVICES, LLC, a ) |
| 11 | Nevada limited liability company d/b/a ODS ) |
|    | LIMOUSINE and ODS CHAUFFEURED ) |
| 12 | TRANSPORTATION; BLS LIMOUSINE ) |
|    | SERVICE OF LAS VEGAS INC., a Nevada ) |
| 13 | corporation d/b/a BLS LIMOUSINE ) |
|    | SERVICE OF LAS VEGAS; DESERT CAB, ) |
| 14 | INC., a Nevada corporation d/b/a DESERT ) |
|    | CAB COMPANY and ODYSSEY ) |
| 15 | LIMOUSINE; BELL TRANS, a Nevada ) |
|    | corporation d/b/a BELLS TRANS; TONY ) |
| 16 | CHONG, an individual; and DOE ) |
|    | EMPLOYEES 1-1000; ) |
| 17 | ) |
|    | Defendants. ) |
| 18 | ) |

Plaintiff Theodore Trapp ("Plaintiff" or "Trapp") and Defendants Nevada Yellow Cab Corporation, Nevada Checker Cab Corporation and Nevada Star Cab Corporation (collectively known as "YCS") propose the following Stipulation and Proposed Order enlarging the time for YCS to answer or otherwise respond to the Complaint. In support, the Parties state as follows:

**WHEREAS**, on June 2, 2009, Plaintiff filed a four-count putative class action Complaint ("Complaint") against Defendants alleging violations of Nevada's Racketeering Statute and Consumer Fraud Statute;

**WHEREAS**, based upon the multitude of issues contained in the Complaint, YCS seeks additional time to answer or otherwise plead. YCS requests an extension of time to respond to

Plaintiff's Complaint up to and including August 24, 2009;

**WHEREAS**, counsel for YCS has conferred with Plaintiff's counsel and is authorized to state that Plaintiff has no objection to the extension of time requested herein.

**NOW, THEREFORE**, the parties hereby, **STIPULATE and AGREE** as follows:

YCS' last day to answer or otherwise plead to Plaintiff's Complaint shall be August 24, 2009.

Dated this 5th day of August, 2009.

KUMMER KAEMPFER BONNER
  RENSHAW & FERRARIO

/s/_____
James E. Smyth, II, Esq.
3800 Howard Hughes Parkway, 7th Fl.
Las Vegas, NV 89169

Jay Edelson, Esq.
Kamber Edelson, LLC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Attorneys for Plaintiffs

/s/_____
C.A. (Cathie) Olendorff, Esq.
5225 W. Post Road
Las Vegas, NV 89118

Attorney for Defendants,
  Nevada Yellow Cab Corporation
  Nevada Checker Cab Corporation
  Nevada Star Cab Corporation

**IT IS SO ORDERED**:

DATED:____August 21____, 2009

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE