JOHN A. CURTAS, ESQ.
Nevada Bar Number 1841
317 South 6th Street
Las Vegas, Nevada 89101
Telephone: (702) 678-5070
Facsimile: (702) 878-9995

Attorneys for Defendant LA FUENTE, INC. dba
CHEETAH'S

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated, | CASE NO.: 2:09-cv-00995-LDG-PAL |
| Plaintiff, | **LA FUENTE, INC. d/b/a CHEETAH'S ANSWER TO COMPLAINT** |
| vs. | |
| BIG POPPA'S, LLC, a Nevada Limited Liability Company d/b/a BADDA BING MEN'S CLUB; SKYTOP VENDING, INC., A Nevada Corporation d/b/a CANCAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAH'S; C.P. FOOD AND BEVERAGE, INC., A Nevada corporation d/b/a/ CLUB PARADISE; DEJA VU SHOWGIRLS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a DEJA VU SHOWGIRLS OF LAS VEGAS; PALOMINO CLUB, INC., a Nevada corporation d/b/a/ PALOMINO CLUB; SHAC, LLC, a Nevada limited liability company d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D.2801 WESTWOOD, INC. a Nevada corporation d/b/a/ TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT, LLC, a Nevada limited liability company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS CAB; | |

WESTERN CAB COMPANY a Nevada corporation d/b/a WESTERN CAB COMPANY and WESTERN LIMOUSINE; NEVADA CHECKER CAB CORPORATION; a Nevada corporation d/b/a CHECKER CAB COMPANY; NEVADA STAR CAB CORPORATION, a Nevada corporation d/b/a/ STAR CAB COMPANY; NEVADA YELLOW CAB CORPORATION, a Nevada corporation d/b/a YELLOW CAB; LUCKY CAB COMPANY OF NEVADA, a Nevada corporation d/b/a/ LUCKY TRANS; SUN CAB, INC., a Nevada corporation d/b/a/ NELLIS CAB COMPANY; CLS NEVADA, LLC, a Nevada limited liability company d/b/a CLS TRANSPORTATION LAS VEGAS; ON DEMAND SEDAN SERVICES, LLC, a Nevada limited liability company d/b/a ODS LIMOUSINE and ODS CHAUFFEURED TRANSPORTATION; BLS LIMOUSINE SERVICES OF LAS VEGAS, INC., a Nevada corporation d/b/a/ BLS LIMOUSINE SERVICES OF LAS VEGAS; DESERT CAB, INC., a Nevada corporation d/b/a/ DESERT CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS, A NEVADA CORPORATION, a Nevada corporation d/b/a BELL TRANS; TONY CHONG, an individual; and DOE EMPLOYEES 1-1000,

Defendants.

COMES NOW, Defendant, LA FUENTE, INC. d/b/a CHEETAH'S (hereinafter referred to as "Defendant") by and through its attorney, JOHN A. CURTAS, ESQ., to hereby Answer Plaintiff's Complaint as follows:

**NATURE OF ACTION**

1.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph One.

2.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Two.

3.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Three.

4.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Four.

5.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Five.

6.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Six.

7.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Seven.

8.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Eight.

9.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Nine.

10.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Ten.

**PARTIES**

11.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Eleven.

12.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Twelve.

1    13.    Defendant is without knowledge or information sufficient to form a belief as to the
2    truth of the averments contained therein and, therefore, on that basis, denies each and every averment
3    contained in Paragraph Thirteen.

4    14.    Defendant admits each and every averment contained in Paragraph Fourteen.

5    15.    Defendant is without knowledge or information sufficient to form a belief as to the
6    truth of the averments contained therein and, therefore, on that basis, denies each and every averment
7    contained in Paragraph Fifteen.

8    16.    Defendant is without knowledge or information sufficient to form a belief as to the
9    truth of the averments contained therein and, therefore, on that basis, denies each and every averment
10   contained in Paragraph Sixteen.

11   17.    Defendant is without knowledge or information sufficient to form a belief as to the
12   truth of the averments contained therein and, therefore, on that basis, denies each and every averment
13   contained in Paragraph Seventeen.

14   18.    Defendant is without knowledge or information sufficient to form a belief as to the
15   truth of the averments contained therein and, therefore, on that basis, denies each and every averment
16   contained in Paragraph Eighteen.

17   19.    Defendant is without knowledge or information sufficient to form a belief as to the
18   truth of the averments contained therein and, therefore, on that basis, denies each and every averment
19   contained in Paragraph Nineteen.

20   20.    Defendant is without knowledge or information sufficient to form a belief as to the
21   truth of the averments contained therein and, therefore, on that basis, denies each and every averment
22   contained in Paragraph Twenty.

23   21.    Defendant is without knowledge or information sufficient to form a belief as to the
24   truth of the averments contained therein and, therefore, on that basis, denies each and every averment
25   contained in Paragraph Twenty-One.

26   22.    Defendant is without knowledge or information sufficient to form a belief as to the
27   truth of the averments contained therein and, therefore, on that basis, denies each and every averment
28   contained in Paragraph Twenty-Two.

1    23.    Defendant is without knowledge or information sufficient to form a belief as to the
2    truth of the averments contained therein and, therefore, on that basis, denies each and every averment
3    contained in Paragraph Twenty-Three.

4    24.    Defendant is without knowledge or information sufficient to form a belief as to the
5    truth of the averments contained therein and, therefore, on that basis, denies each and every averment
6    contained in Paragraph Twenty-Four.

7    25.    Defendant is without knowledge or information sufficient to form a belief as to the
8    truth of the averments contained therein and, therefore, on that basis, denies each and every averment
9    contained in Paragraph Twenty-Five.

10    26.    Defendant is without knowledge or information sufficient to form a belief as to the
11    truth of the averments contained therein and, therefore, on that basis, denies each and every averment
12    contained in Paragraph Twenty-Six.

13    27.    Defendant is without knowledge or information sufficient to form a belief as to the
14    truth of the averments contained therein and, therefore, on that basis, denies each and every averment
15    contained in Paragraph Twenty-Seven.

16    28.    Defendant is without knowledge or information sufficient to form a belief as to the
17    truth of the averments contained therein and, therefore, on that basis, denies each and every averment
18    contained in Paragraph Twenty-Eight.

19    29.    Defendant is without knowledge or information sufficient to form a belief as to the
20    truth of the averments contained therein and, therefore, on that basis, denies each and every averment
21    contained in Paragraph Twenty-Nine.

22    30.    Defendant is without knowledge or information sufficient to form a belief as to the
23    truth of the averments contained therein and, therefore, on that basis, denies each and every averment
24    contained in Paragraph Thirty.

25    31.    Defendant is without knowledge or information sufficient to form a belief as to the
26    truth of the averments contained therein and, therefore, on that basis, denies each and every averment
27    contained in Paragraph Thirty-One.

28    32.    Defendant is without knowledge or information sufficient to form a belief as to the

truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Thirty-Two.

33. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Thirty-Three.

34. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Thirty-Four.

35. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Thirty-Five.

36. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Thirty-Six.

37. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Thirty-Seven.

38. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Thirty-Eight.

39. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Thirty-Nine.

40. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Forty.

**JURISDICTION AND VENUE**

41. Defendant is without knowledge or information sufficient to form a belief as to the

1  truth of the averments contained therein and, therefore, on that basis, denies each and every averment
2  contained in Paragraph Forty-One.

3      42.     Defendant is without knowledge or information sufficient to form a belief as to the
4  truth of the averments contained therein and, therefore, on that basis, denies each and every averment
5  contained in Paragraph Forty-Two.

6      43.     Defendant is without knowledge or information sufficient to form a belief as to the
7  truth of the averments contained therein and, therefore, on that basis, denies each and every averment
8  contained in Paragraph Forty-Three.

9                              **GENERAL ALLEGATIONS**

10     44.     Defendant is without knowledge or information sufficient to form a belief as to the
11  truth of the averments contained therein and, therefore, on that basis, denies each and every averment
12  contained in Paragraph Forty-Four.

13     45.     Defendant is without knowledge or information sufficient to form a belief as to the
14  truth of the averments contained therein and, therefore, on that basis, denies each and every averment
15  contained in Paragraph Forty-Five.

16     46.     Defendant is without knowledge or information sufficient to form a belief as to the
17  truth of the averments contained therein and, therefore, on that basis, denies each and every averment
18  contained in Paragraph Forty-Six.

19     47.     Defendant is without knowledge or information sufficient to form a belief as to the
20  truth of the averments contained therein and, therefore, on that basis, denies each and every averment
21  contained in Paragraph Forty-Seven.

22     48.     Defendant is without knowledge or information sufficient to form a belief as to the
23  truth of the averments contained therein and, therefore, on that basis, denies each and every averment
24  contained in Paragraph Forty-Eight.

25     49.     Defendant is without knowledge or information sufficient to form a belief as to the
26  truth of the averments contained therein and, therefore, on that basis, denies each and every averment
27  contained in Paragraph Forty-Nine.

28     50.     Defendant is without knowledge or information sufficient to form a belief as to the

1  truth of the averments contained therein and, therefore, on that basis, denies each and every averment

2  contained in Paragraph Fifty.

3      51.    Defendant is without knowledge or information sufficient to form a belief as to the

4  truth of the averments contained therein and, therefore, on that basis, denies each and every averment

5  contained in Paragraph Fifty-One.

6      52.    Defendant is without knowledge or information sufficient to form a belief as to the

7  truth of the averments contained therein and, therefore, on that basis, denies each and every averment

8  contained in Paragraph Fifty-Two.

9      53.    Defendant is without knowledge or information sufficient to form a belief as to the

10  truth of the averments contained therein and, therefore, on that basis, denies each and every averment

11  contained in Paragraph Fifty-Three.

12      54.    Defendant is without knowledge or information sufficient to form a belief as to the

13  truth of the averments contained therein and, therefore, on that basis, denies each and every averment

14  contained in Paragraph Fifty-Four.

15      55.    Defendant is without knowledge or information sufficient to form a belief as to the

16  truth of the averments contained therein and, therefore, on that basis, denies each and every averment

17  contained in Paragraph Fifty-Five.

18      56.    Defendant is without knowledge or information sufficient to form a belief as to the

19  truth of the averments contained therein and, therefore, on that basis, denies each and every averment

20  contained in Paragraph Fifty-Six.

21      57.    Defendant is without knowledge or information sufficient to form a belief as to the

22  truth of the averments contained therein and, therefore, on that basis, denies each and every averment

23  contained in Paragraph Fifty-Seven.

24      58.    Defendant is without knowledge or information sufficient to form a belief as to the

25  truth of the averments contained therein and, therefore, on that basis, denies each and every averment

26  contained in Paragraph Fifty-Eight.

27  **EFFECT ON LAS VEGAS**

28      59.    Defendant is without knowledge or information sufficient to form a belief as to the

1  truth of the averments contained therein and, therefore, on that basis, denies each and every averment
2  contained in Paragraph Fifty-Nine.

3       60.    Defendant is without knowledge or information sufficient to form a belief as to the
4  truth of the averments contained therein and, therefore, on that basis, denies each and every averment
5  contained in Paragraph Sixty.

6       61.    Defendant is without knowledge or information sufficient to form a belief as to the
7  truth of the averments contained therein and, therefore, on that basis, denies each and every averment
8  contained in Paragraph Sixty-One.

9       62.    Defendant is without knowledge or information sufficient to form a belief as to the
10  truth of the averments contained therein and, therefore, on that basis, denies each and every averment
11  contained in Paragraph Sixty-Two.

12                          **ALLEGATIONS AS TO THE NAMED PLAINTIFF**

13       63.    Defendant is without knowledge or information sufficient to form a belief as to the
14  truth of the averments contained therein and, therefore, on that basis, denies each and every averment
15  contained in Paragraph Sixty-Three.

16       64.    Defendant is without knowledge or information sufficient to form a belief as to the
17  truth of the averments contained therein and, therefore, on that basis, denies each and every averment
18  contained in Paragraph Sixty-Four.

19       65.    Defendant is without knowledge or information sufficient to form a belief as to the
20  truth of the averments contained therein and, therefore, on that basis, denies each and every averment
21  contained in Paragraph Sixty-Five.

22       66.    Defendant is without knowledge or information sufficient to form a belief as to the
23  truth of the averments contained therein and, therefore, on that basis, denies each and every averment
24  contained in Paragraph Sixty-Six.

25       67.    Defendant is without knowledge or information sufficient to form a belief as to the
26  truth of the averments contained therein and, therefore, on that basis, denies each and every averment
27  contained in Paragraph Sixty-Seven.

28       68.    Defendant is without knowledge or information sufficient to form a belief as to the

truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Sixty-Eight.

69. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Sixty-Nine.

70. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Seventy.

71. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Seventy-One.

72. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Seventy-Two.

73. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Seventy-Three.

**CLASS CERTIFICATION ALLEGATIONS**

74. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Seventy-Four.

75. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Seventy-Five.

76. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Seventy-Six.

77. Defendant is without knowledge or information sufficient to form a belief as to the

1  truth of the averments contained therein and, therefore, on that basis, denies each and every averment
2  contained in Paragraph Seventy-Seven.

3      78.     Defendant is without knowledge or information sufficient to form a belief as to the
4  truth of the averments contained therein and, therefore, on that basis, denies each and every averment
5  contained in Paragraph Seventy-Eight.

6      79.     Defendant is without knowledge or information sufficient to form a belief as to the
7  truth of the averments contained therein and, therefore, on that basis, denies each and every averment
8  contained in Paragraph Seventy-Nine.

9/10  **ALLEGATIONS RELATING TO VIOLATIONS OF THE NEVADA RACKETEER INFLUENCED & CORRUPT ORGANIZATIONS ACT (N.R.S. 207.470 *et seq.*) *(AGAINST ALL DEFENDANTS)***

11  **The RICO Club Enterprises**

12      80.     Defendant denies each and every averment contained in Paragraph Eighty.

13      81.     Defendant is without knowledge or information sufficient to form a belief as to the
14  truth of the averments contained therein and, therefore, on that basis, denies each and every averment
15  contained in Paragraph Eighty-One.

16      82.     Defendant is without knowledge or information sufficient to form a belief as to the
17  truth of the averments contained therein and, therefore, on that basis, denies each and every averment
18  contained in Paragraph Eighty-Two.

19      83.     Defendant is without knowledge or information sufficient to form a belief as to the
20  truth of the averments contained therein and, therefore, on that basis, denies each and every averment
21  contained in Paragraph Eighty-Three.

22  **The RICO Club Criminal Syndicates**

23      84.     Defendant denies each and every averment contained in Paragraph Eighty-Four.

24  **The RICO Driver Enterprises**

25      85.     Defendant is without knowledge or information sufficient to form a belief as to the
26  truth of the averments contained therein and, therefore, on that basis, denies each and every averment
27  contained in Paragraph Eighty-Five.

28  **The RICO Driver Criminal Syndicates**

11

86.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Eighty-Six.

87.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Eighty-Seven.

**The Predicate Acts of the Driver Defendants**

88.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Eighty-Eight.

89.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Eighty-Nine.

90.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Ninety.

**The Predicate Acts of the Club Defendants**

91.     Defendant denies each and every averment contained in Paragraph Ninety-One.

92.     Defendant denies each and every averment contained in Paragraph Ninety-Two.

93.     Defendant denies each and every averment contained in Paragraph Ninety-Three.

94.     Defendant denies each and every averment contained in Paragraph Ninety-Four.

95.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Ninety-Five.

96.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Ninety-Six.

97.     Defendant is without knowledge or information sufficient to form a belief as to the

truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Ninety-Seven.

98. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Ninety-Eight.

**Nevada Rico Injury**

99. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph Ninety-Nine.

100. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph One Hundred.

## COUNT 1

**(VIOLATION OF NEVADA RACKETEERING STATUTE)**
**(N.R.S. §207.400(1)(a)(2))**
**(As To Club Defendants)**

101. Defendant incorporates each and every response contained in the foregoing paragraphs as if fully set forth herein

102. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph One Hundred Two.

103. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph One Hundred Three.

## COUNT II

**(VIOLATION OF NEVADA RACKETEERING STATUTE)**
**(N.R.S. §207.400(1)(b)**
**(As To Club Defendants)**

104. Defendant incorporates each and every response contained in the foregoing paragraphs as if fully set forth herein.

13

1    105.    Defendant is without knowledge or information sufficient to form a belief as to the

2    truth of the averments contained therein and, therefore, on that basis, denies each and every averment

3    contained in Paragraph One Hundred Five.

4    106.    Defendant is without knowledge or information sufficient to form a belief as to the

5    truth of the averments contained therein and, therefore, on that basis, denies each and every averment

6    contained in Paragraph One Hundred Six.

7    107.    Defendant is without knowledge or information sufficient to form a belief as to the

8    truth of the averments contained therein and, therefore, on that basis, denies each and every averment

9    contained in Paragraph One Hundred Seven.

### COUNT III

**(VIOLATION OF NEVADA RACKETEERING STATUTE)**
**(N.R.S. §207.400(1)(c)**
**(As To Club Defendants)**

13    108.·    Defendant incorporates each and every response contained in the foregoing

14    paragraphs as if fully set forth herein.

15    109.    Defendant is without knowledge or information sufficient to form a belief as to the

16    truth of the averments contained therein and, therefore, on that basis, denies each and every averment

17    contained in Paragraph One Hundred Nine.

18    110.    Defendant is without knowledge or information sufficient to form a belief as to the

19    truth of the averments contained therein and, therefore, on that basis, denies each and every averment

20    contained in Paragraph One Hundred Ten.

21    111.    Defendant is without knowledge or information sufficient to form a belief as to the

22    truth of the averments contained therein and, therefore, on that basis, denies each and every averment

23    contained in Paragraph One Hundred Eleven.

### COUNT IV

**(VIOLATION OF NEVADA RACKETEERING STATUTE)**
**(N.R.S. §207.400(1)(c)**
**(As To Driver Defendants)**

27    112.    Defendant incorporates each and every response contained in the foregoing

28    paragraphs as if fully set forth herein.

113. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph One Hundred Thirteen.

114. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph One Hundred Fourteen.

115. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph One Hundred Fifteen.

**COUNT V**

**(VIOLATION OF NEVADA RACKETEERING STATUTE)**
**(N.R.S. §207.400(1)(d)**
**(As To Club Defendants)**

116. Defendant incorporates each and every response contained in the foregoing paragraphs as if fully set forth herein.

117. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph One Hundred Seventeen.

118. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph One Hundred Eighteen.

119. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph One Hundred Nineteen.

120. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph One Hundred Twenty.

/ / /

/ / /

**(VIOLATION OF NEVADA RACKETEERING STATUTE)**
**(N.R.S. §207.400(1)(d)**
**(As To Driver Defendants)**

121.    Defendant incorporates each and every response contained in the foregoing paragraphs as if fully set forth herein.

122.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph One Hundred Twenty-Two.

123.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph One Hundred Twenty-Three.

124.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph One Hundred Twenty-Four.

125.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph One Hundred Twenty-Five.

**COUNT VII**

**(VIOLATION OF NEVADA RACKETEERING STATUTE)**
**(N.R.S. §207.400(1)(h)**
**(As To Club Defendants)**

126.    Defendant incorporates each and every response contained in the foregoing paragraphs as if fully set forth herein.

127.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph One Hundred Twenty-Seven.

128.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph One Hundred Twenty-Eight.

1       129.   Defendant is without knowledge or information sufficient to form a belief as to the

2 truth of the averments contained therein and, therefore, on that basis, denies each and every averment

3 contained in Paragraph One Hundred Twenty-Nine.

4       130.   Defendant is without knowledge or information sufficient to form a belief as to the

5 truth of the averments contained therein and, therefore, on that basis, denies each and every averment

6 contained in Paragraph One Hundred Thirty.

7       131.   Defendant is without knowledge or information sufficient to form a belief as to the

8 truth of the averments contained therein and, therefore, on that basis, denies each and every averment

9 contained in Paragraph One Hundred Thirty-One.

10 **COUNT VIII**

11 **(VIOLATION OF NEVADA RACKETEERING STATUTE)**
**(N.R.S. §207.400(1)(h)**
12 **(As To Driver Defendants)**

13       132.   Defendant incorporates each and every response contained in the foregoing

14 paragraphs as if fully set forth herein.

15       133.   Defendant is without knowledge or information sufficient to form a belief as to the

16 truth of the averments contained therein and, therefore, on that basis, denies each and every averment

17 contained in Paragraph One Hundred Thirty-Three.

18       134.   Defendant is without knowledge or information sufficient to form a belief as to the

19 truth of the averments contained therein and, therefore, on that basis, denies each and every averment

20 contained in Paragraph One Hundred Thirty-Four.

21       135.   Defendant is without knowledge or information sufficient to form a belief as to the

22 truth of the averments contained therein and, therefore, on that basis, denies each and every averment

23 contained in Paragraph One Hundred Thirty-Five.

24       136.   Defendant is without knowledge or information sufficient to form a belief as to the

25 truth of the averments contained therein and, therefore, on that basis, denies each and every averment

26 contained in Paragraph One Hundred Thirty-Six.

27       137.   Defendant is without knowledge or information sufficient to form a belief as to the

28 truth of the averments contained therein and, therefore, on that basis, denies each and every averment

contained in Paragraph One Hundred Thirty-Seven.

## COUNT IX

### (ACTION UNDER N.R.S. §41.600 NEVADA DECEPTIVE TRADE PRACTICES ACT)
### (As To All Defendants)

138. Defendant incorporates each and every response contained in the foregoing paragraphs as if fully set forth herein.

139. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph One Hundred Thirty-Nine.

140. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph One Hundred Forty.

141. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph One Hundred Forty-One.

142. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph One Hundred Forty-Two.

143. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph One Hundred Forty-Three.

144. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph One Hundred Forty-Four.

145. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph One Hundred Forty-Five.

146. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment

contained in Paragraph One Hundred Forty-Six.

147. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph One Hundred Forty-Seven.

148. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph One Hundred Forty-Eight.

149. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph One Hundred Forty-Nine.

150. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph One Hundred Fifty.

151. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained therein and, therefore, on that basis, denies each and every averment contained in Paragraph One Hundred Fifty-One.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim against Defendant upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's breach of contract cause of action is barred by the Statue of Frauds.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to join all necessary parties in violation of applicable statues, rules and regulations, including NRCP 23.1.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff requests or prays for impermissible relief.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's damages, if any, were caused in whole or part, or were contributed to by reason of

Plaintiff's own negligence and/or willful conduct.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred as Plaintiff has waived its right to assert a portion or all of its claims against Defendant.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by estoppel.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of unclean hands.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by failure and lack of consideration.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by laches.

## ELEVENTH AFFIRMATIVE DEFENSE

Defendant does not owe any duty to Plaintiff.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate its alleged damages.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are subject to setoff and offset.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to plead a violation of Nevada's civil RICO statute with sufficient specificity required under the law.

## FIFTEENTH  AFFIRMATIVE DEFENSE

Defendant hereby incorporates by reference those affirmative defenses enumerated in the Rule 8 of the Federal Rules of Civil Procedure as if fully set forth herein.  In the event further investigation or discovery reveals the applicability of such defenses, Defendant reserves the right to

/ / /

/ / /

/ / /

seek leave of Court to amend its Answer to specifically assert the same. Such defenses are herein incorporated by the reference for the specific purpose of not waiving the same.

Dated this 24th day of August, 2009

By:_____/s/_____
      John A. Curtas, #1841
      317 South 6th Street
      Las Vegas, Nevada 89101
      Telephone: (702) 678-5070
      Facsimile: (702) 878-9995
      Attorneys for Defendant LA FUENTE, INC.
      d/b/a CHEETAH'S

21

# CERTIFICATE OF SERVICE

The undersigned certifies that on the 24th day of August, 2009, **LA FUENTE, INC. d/b/a CHEETAH'S ANSWER TO COMPLAINT** was electronically served upon all attorneys of record in this matter.


By:_____/s/_____
        Jacqueline Delgado
        Employee of John A. Curtas, Esq.