1  Mark E. Trafton, Esq.
   Nevada State Bar No. 6525
2  1900 Industrial Road
   Las Vegas, Nevada 89102
3  Telephone: (702) 385-1813
   Facsimile: (702) 382-9633
4
   Attorney for Defendant,
5  BELL TRANS

6

7                      U.S. DISTRICT COURT

8                      DISTRICT OF NEVADA

9

10 THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated.     CASE NO. 2:09-CV-00995-KJD-GWF

11             Plaintiff,

12 vs.

13 BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB;     **DEFENDANT, BELL TRANS', SUPPLEMENT TO MOTION TO DISMISS AND/OR JOINDER TO FRIAS MANAGEMENT, LLC'S MOTION TO DISMISS**
14 SKY TOP VENDING, INC., a Nevada corporation d/b/a CAN CAN ROOM; LA FUENTE, INC., a
15 Nevada corporation d/b/a CHEETAH'S; C.P. FOOD AND BEVERAGE, INC., a Nevada
16 corporation d/b/a CLUB PARADISE; DÉJÀ VU SHOWGIRLS; PALOMINO CLUB, INC., a
17 Nevada corporation d/b/a PALOMINO CLUB; SHAC, LLC, a Nevada corporation d/b/a
18 SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D.2801 WESTWOOD
19 INC., a Nevada corporation d/b/a TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a
20 Nevada limited liability company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a
21 Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT,
22 LLC, a Nevada limited liability company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL
23 A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a
24 Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS
25 CAB; WESTERN CAB COMPANY, a Nevada corporation d/b/a WESTERN CAB COMPANY
26 and WESTERN LIMOUSINE; NEVADA CHECKER CAB CORPORATION, a Nevada
27 corporation d/b/a NEVADA CHECKER CAB COMPANY; NEVADA STAR CAB
28 CORPORATION, a Nevada corporation d/b/a STAR CAB COMPANY; NEVADA YELLOW CAB CORPORATION, a Nevada corporation

| | |
|---|---|
| 1 | d/b/a YELLOW CAB COMPANY; LUCKY CAB COMPANY OF NEVADA, a Nevada corporation d/b/a LUCKY TRANS; SUN CAB, INC., a Nevada corporation d/b/a NELLIS CAB COMPANY; CLS NEVADA, LLC, a Nevada limited liability company d/b/a CLS TRANSPORTATION LAS VEGAS; ON DEMAND SEDAN SERVICES, LLC, a Nevada limited liability company d/b/a ODS LIMOUSINES and ODS CHAUFFEURED TRANSPORTATION; BLS LIMOUSINE SERVICE OF LAS VEGAS, INC.; DESERT CAB, INC., a Nevada corporation d/b/a DESERT CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS A NEVADA CORPORATION, a Nevada corporation d/b/a BELL TRANS; TONY CHONG, an individual; and DOE EMPLOYEES 1-1000; |
| | Defendants. |

Defendant, Bell Trans, by and through its counsel, Mark E. Trafton, supplements their Motion to Dismiss and/or Joinder to Frias Management, LLC's Motion to Dismiss (Document 191), filed on August 24, 2009, by clarifying that Bell Trans requests that this Court grant their Motion to Dismiss, or in the alternative, Bell Trans joins in and adopts Defendant Frias Management, LLC's Motion to Dismiss (Document 159) filed July 31, 2009, as though fully set forth herein.

Finally, Bell Trans, in its moving papers, neglected to cite a recent Nevada Supreme Court case, ***Baldonado v. Wynn Las Vegas, LLC***, 194 P.3d 96 (2008). ***Baldonado*** stands for the proposition that no private right of action stands unless there is express mention of such within the relevant statutory scheme, or unless a private right of action may be implied from legislative intent. In the present case, as in ***Baldonado*** (referring to NRS 608), there is no express private right of action conferred within either NRS 706 or NAC 706. Furthermore, as in ***Baldonado***, since the administrative procedure is thorough, and it addresses the very behavior Bell Trans is accused of, a private right of action against Bell Trans cannot be implied. The ***Baldonado*** case buttresses Bell Trans' argument that Trapp must first proceed against Bell Trans before the Nevada Transportation

///

///

1 | Authority.
2 | Dated this 25 day of August, 2009.

*[signature]*

Mark E. Trafton, Esq.
Nevada State Bar No. 6525
1900 Industrial Road
Las Vegas, Nevada 89102

Attorney for Defendant,
BELL TRANS

- 3 -

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___ day of August, 2009, I electronically transmitted the **"DEFENDANT, BELL TRANS', SUPPLEMENT TO MOTION TO DISMISS AND/OR JOINDER TO FRIAS MANAGEMENT, LLC'S MOTION TO DISMISS"** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the counsel listed below, who have registered to receive Electronic Filing:

| | |
|---|---|
| Jay Edelson, Esq.<br>Rafey Balabania, Esq.,<br>Kamber Edelson, LLC<br>350 North LaSalle Street, Suite 1300<br>Chicago, IL 60654<br>Attorneys for Plaintiff | James E. Smyth, II, Esq.<br>Kummer Kaempfer Bonner<br>Renshaw & Ferrario<br>3800 Howard Hughes Pkwy., 7th Floor<br>Las Vegas, Nevada 89169<br>Attorneys for Plaintiff |
| D. Neal Tomlinson, Esq.<br>Wayne, Gross, Esq.<br>Michael D. Stein, Esq.<br>Brain R. Reve, Esq.<br>Snell & Wilmer, L.L.P.<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Attorneys for Defendant<br>    Frias Management, LLC | William S. Kemp, Esq.<br>Kemp, Jones & Coulthard, LLP<br>3800 Howard Hughes Parkway, 17th Floor<br>Las Vegas, Nevada 89169<br>Attorneys for Defendant<br>    Frias Management, LLC |
| Neil J. Beller, Esq.<br>Neil J. Beller, Ltd.<br>7408 West Sahara Avenue<br>Las Vegas, Nevada 89117<br>Attorneys for Deja Vu Showgirls<br>    of Las Vegas, LLC | Mark E. Ferrario, Esq.<br>Kummer Kaempfer Bonner Rensha & Ferrario<br>3800 Howard Hughes Pkwy., 7th Floor<br>Las Vegas, Nevada 89169<br>Attorneys for Defendant, SHAC, LLC |
| Brandon E. Roos, Esq.<br>Greenberg Traurig, LLP<br>3773 Howard Hughes Parkway,<br>Suite 400 North<br>Las Vegas, Nevada 89169<br>Attorneys for Defendant, SHAC, LLC | C.A. (Cathy) Olendorff, Esq.<br>5225 West Post Road<br>Las Vegas, Nevada 89118<br>Attorney for Defendant<br>    CHECKER STAR CAB CORP. |

John T. Moran, Jr., Esq.
Moran Law Firm, LLC
630 South Fourth Street
Las Vegas, Nevada 89101
Attorneys for Defendants,
    WESTERN CAB COMPANY;
      LUCKY CAB COMPANY OF NV;
      DESERT CAB; ON DEMAND SEDAN SERVICES

Norman H. Kirshman,, Esq.
Norman H. Kirshman, P.C.
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Attorney for Defendant CLS Nevada, LLC

                          /s/ Karen Walker
                          Karen Walker