| | |
|---|---|
| NORMAN H. KIRSHMAN, P.C.<br>Nevada Bar Number: 2733<br>3800 Howard Hughes Parkway, Ste. 500<br>Las Vegas, NV 89169<br>Telephone: (702) 699-5917<br>Facsimile: (702) 369-5497<br>Attorney for *Defendant* CLS NEVADA, LLC<br>doing business as CLS TRANSPORTATION, Las Vegas | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIG POPPA'S, LLC, a Nevada limited liability company d/ba/ BADDA BING MEN'S CLUB; SKY TOP VENDING, INC., a Nevada corporation d/ba/ CAN CAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAH'S; C.P. FOOD AND BEVERAGE, INC., a Nevada corporation d/b/a CLUB PARADISE; DEJA VU SHOWGIRLS; PALOMINO CLUB, INC., a Nevada corporation d/b/a PALOMINO CLUB; SHAC, LLC, a Nevada corporation d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D.2801 WESTWOOD INC., a Nevada corporation d/b/a TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT LLC, a Nevada limited liability company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS CAB; WESTERN CAB COMPANY, | CASE NO.:2:09-cv-00995-KJD-GWF<br><br>**DEFENDANT CLS NEVADA, LLC d/ba/ CLS TRANSPORTATION LAS VEGAS' SUPPLEMENTAL JOINDER TO DEFENDANT BELL TRANS' MOTION TO DISMISS AND SUPPLEMENT TO MOTION TO DISMISS AND/OR JOINDER TO FRIAS MANAGEMENT, LLC'S MOTION TO DISMISS** |

| | |
|---|---|
| 1 | a Nevada corporation d/b/a WESTERN CAB |
| 2 | COMPANY and WESTERN LIMOUSINE; NEVADA CHECKER CAB CORPORATION, |
| 3 | a Nevada corporation d/b/a NEVADA CHECKER CAB COMPANY; NEVADA |
| 4 | STAR CAB CORPORATION, a Nevada |
| 5 | corporation d/b/a STAR CAB COMPANY; NEVADA YELLOW CAB CORPORATION, a |
| 6 | Nevada corporation d/b/a YELLOW CAB COMPANY; LUCKY CAB COMPANY OF |
| 7 | NEVADA, a Nevada corporation d/b/a LUCKY |
| 8 | TRANS; SUN CAB, INC., a Nevada |
| 9 | corporation d/b/a NELLIS CAB COMPANY; CLS NEVADA, LLC, a Nevada limited liability |
| 10 | company d/b/a CLS TRANSPORTATION LAS VEGAS; ON DEMAND SEDAN SERVICES, |
| 11 | LLC, a Nevada limited liability company d/b/a |
| 12 | ODS LIMOUSINES and ODS CHAUFFEURED TRANSPORTATION; BLS |
| 13 | LIMOUSINE SERVICE OF LAS VEGAS, INC.; DESERT CAB, INC., a Nevada |
| 14 | corporation d/b/a DESERT CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS, |
| 15 | a Nevada corporation d/b/a BELL TRANS; |
| 16 | TONY CHONG, an individual, and DOE EMPLOYEES 1-100; |
| 17 | |
| 18 | Defendants. |

Defendant, CLS NEVADA, LLC d/b/a CLS TRANSPORTATION LAS VEGAS, by and through its attorney, NORMAN H. KIRSHMAN, Esq., hereby joins in and adopts Defendant Frias Management, LLC's Motion to Dismiss (Document 159) filed July 31, 2009, Defendant Bell Trans' Motion to Dismiss and Joinder (Document 191) filed August 24, 2009 and Defendant Bell Trans'

//

//

//

//

Supplement to Motion to Dismiss and Joinder (Document 192) filed August 25, 2009, as though fully set forth herein.

Dated this 25TH day of August, 2009.   Respectfully submitted,

NORMAN H. KIRSHMAN, P.C.

/s/ Norman H. Kirshman
Norman H. Kirshman
3800 Howard Hughes Parkway, Ste 500
Las Vegas, Nevada 89169
*Attorney for Defendant CLS Nevada, LLC*

## CERTIFICATE OF MAILING

I hereby certify that on the 25th day of August, 2009, the foregoing **DEFENDANT CLS NEVADA, LLC d/b/a/ CLS TRANSPORTATION LAS VEGAS' SUPPLEMENTAL JOINDER TO DEFENDANT BELL TRANS' MOTION TO DISMISS AND SUPPLEMENT TO MOTION TO DISMISS AND/OR JOINDER TO FRIAS MANAGEMENT, LLC'S MOTION TO DISMISS** was electronically served upon all attorneys of record in this matter.

_____
An Employee of Norman H. Kirshman P.C.