Jay Edelson (ARDC No. 6239287) (*Admitted Pro Hac Vice*)
Rafey Balabanian (ARDC No. 6285687) (*Admitted Pro Hac Vice*)
KAMBEREDELSON LLC
350 North LaSalle Street
Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
Email: jedelson@kamberedelson.com
Email: rbalabanian@kamberedelson.com

James E. Smyth II
Kummer Kaempfer Bonner
Renshaw & Ferrario
3800 Howard Hughes Parkway
Seventh Floor
Las Vegas, Nevada 89169
Tel: (702) 792-7000
Fax: (702) 796-7181
Email: jsmyth@kkbrf.com

*Attorneys for Plaintiff*
THEODORE TRAPP and the putative class

John H. Weston
G. Randall Garrou
Weston, Garrou, Walters & Mooney
12121 Wilshire Blvd.
Los Angeles, California 90025
Tel: 310.442.0072
Email: randygarrou@wgdlaw.com
Email: johnweston@wgdlaw.com

*Attorneys for Defendant*
K-KEL, INC. d/b/a SPEARMINT RHINO

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB; SKY TOP VENDING, INC., a Nevada Corporation d/b/a CAN CAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAH'S; C.P. FOOD AND BEVERAGE, INC., a Nevada | Case No. 2:09-cv-00995<br><br>**STIPULATED REQUEST TO STAY PROCEEDINGS AS TO K-KEL, INC. DBA SPEARMINT RHINO PENDING OUTCOME OF SETTLEMENT DISCUSSIONS**<br><br>**Honorable Lloyd D. George**<br><br>**Magistrate Judge Peggy A. Leen** |

824720_1.DOC 15778.1

corporation d/b/a CLUB PARADISE; DÉJÀ VU SHOWGIRLS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a DÉJÀ VU SHOWGIRLS; PALOMINO CLUB, INC., a Nevada corporation d/b/a PALOMINO CLUB; SHAC, LLC, a Nevada limited liability company d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D.2801 WESTWOOD, INC., a Nevada corporation d/b/a TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT, LLC, a Nevada limited liability company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS CAB; WESTERN CAB COMPANY, a Nevada corporation d/b/a WESTERN CAB COMPANY and WESTERN LIMOUSINE; NEVADA CHECKER CAB CORPORATION, a Nevada corporation d/b/a CHECKER CAB COMPANY; NEVADA STAR CAB CORPORATION, a Nevada corporation d/b/a STAR CAB COMPANY; NEVADA YELLOW CAB CORPORATION, a Nevada corporation d/b/a YELLOW CAB COMPANY; LUCKY CAB COMPANY OF NEVADA, a Nevada corporation d/b/a LUCKY TRANS; SUN CAB, INC., a Nevada corporation d/b/a NELLIS CAB COMPANY; CLS NEVADA, LLC, a Nevada limited liability company d/b/a CLS TRANSPORTATION LAS VEGAS; ON DEMAND SEDAN SERVICES, LLC, a Nevada limited liability company d/b/a ODS LIMOUSINE and ODS CHAUFFEURED TRANSPORTATION; BLS LIMOUSINE SERVICE OF LAS VEGAS, INC., a Nevada corporation d/b/a BLS LIMOUSINE SERVICE OF LAS VEGAS; DESERT CAB, INC., a Nevada corporation d/b/a DESERT CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS A NEVADA CORPORATION, a Nevada corporation d/b/a BELL TRANS; TONY CHONG, an individual; and DOE EMPLOYEES 1-1000;

Defendants.

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
800 Howard Hughes Parkway
Las Vegas, Nevada 89169

824720_1.DOC  15778.1

Plaintiff THEODORE TRAPP ("Plaintiff" or "Trapp") and Defendant K-KEL, INC. d/b/a SPEARMINT RHINO ("Spearmint Rhino") propose the following Stipulation and Proposed Order staying these proceedings for 90 days as to that Defendant. In support, the Parties state as follows:

**WHEREAS**, on June 2, 2009, Plaintiff filed a four-count putative class action complaint ("the Complaint") against the defendants alleging violations of Nevada's Racketeering Statute;

**WHEREAS**, Plaintiff caused Defendant Spearmint Rhino to be served with a copy of the summons and complaint in this matter on or about June 9, 2009;

**WHEREAS**, by Stipulation filed July 29, 2009, the Parties agreed, subject to the approval of this Court, to enlarge the time for Defendant Spearmint Rhino to answer or otherwise plead to the Complaint until August 24, 2009, which is currently pending before the Court.

**WHEREAS**, Plaintiff and Defendant Spearmint Rhino, seek entry of an Order staying these proceedings and all aspects of this case as between Plaintiff and Defendant Spearmint Rhino to enable the Parties to focus their efforts on settlement discussions in the hopes of bringing an early resolution to this matter;

**WHEREAS**, the Parties agree that notwithstanding the requested stay requested herein, Defendant Spearmint Rhino shall have the right, in its sole discretion, to answer or otherwise plead to the Complaint, including moving the Court for dismissal, thereby terminating the requested stay;

**WHEREAS**, the Parties further agree that to the extent they be unable to resolve this matter during the requested 90-day stay, Defendant Spearmint Rhino shall have 30-days from the date of the expiration of the stay to answer or otherwise respond to the Complaint;

**WHEREAS**, Defendant Spearmint Rhino denies the material allegations of the Complaint, denies it committed any wrongdoing, and denies any liability to Plaintiff or the

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
800 Howard Hughes Parkway
Las Vegas, Nevada 89169

824720_1.DOC 15778.1

putative class of individuals that he purports to represent;

**WHEREAS**, taking into account the burdens and expense of protracted litigation, including the risks and uncertainties associated with class certification, protracted trials, and appeals, the Parties have decided to engage in settlement discussions to determine whether a speedy and efficient resolution to this case may be achieved;

**NOW THEREFORE**, the Parties hereby **STIPULATE** and **AGREE** as follows:

1. These proceedings and all aspects of this case are hereby stayed for ninety (90) days through and including November 23, 2009, as between Plaintiff and Defendant K-Kel, Inc. d/b/a Spearmint Rhino;

2. Notwithstanding the requested stay requested herein, Defendant Spearmint Rhino shall have the right, in its sole discretion, to answer or otherwise respond to the Complaint, including moving the Court for dismissal, thereby terminating the requested stay; and,

3. If the Parties are unable to resolve this matter during the requested 90-day stay, Defendant Spearmint Rhino shall have 30-days from the date of the expiration of the stay to answer or otherwise respond to the Complaint.

**IT IS SO STIPULATED.**

| THEODORE TRAPP, individually and on behalf of all others similarly situated | K-KEL, INC. d/b/a SPEARMINT RHINO, a Nevada corporation, |
|---|---|
| By: /s/ Jay Edelson<br>Jay Edelson (ARDC No. 6239287)<br>Rafey S. Balabanian (ARDC No. 6285687)<br>KAMBEREDELSON LLC<br>350 North LaSalle Street<br>Suite 1300<br>Chicago, Illinois 60654<br>Tel: (312) 589-6370<br>jedelson@kamberedelson.com<br>rbalabanian@kamberedelson.com | By: /s/ John H. Weston<br>John H. Weston<br>G. Randall Garrou<br>Weston, Garrou, Walters & Mooney<br>12121 Wilshire Blvd.<br>Los Angeles, CA 90025<br>Tel: 310.442.0072<br>randygarrou@wgdlaw.com<br>johnweston@wgdlaw.com |

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
800 Howard Hughes Parkway
Las Vegas, Nevada 89169

824720_1.DOC 15778.1

**IT IS SO ORDERED.**

Dated this 26 day of Aug, 2009

_____
HONORABLE LLOYD D. GEORGE
UNITED STATES DISTRICT JUDGE

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
800 Howard Hughes Parkway
Las Vegas, Nevada 89169

824720_1.DOC  15778.1