

1   D. NEAL TOMLINSON, ESQ.
    Nevada Bar No. 6851
2   WAYNE GROSS, ESQ. (*admitted pro hac vice*)
    California Bar No. 138828
3   MICHAEL D. STEIN, ESQ.
    Nevada Bar No. 4760
4   BRIAN R. REEVE, ESQ.
    Nevada Bar No. 10197
5   SNELL & WILMER L.L.P.
    3883 Howard Hughes Parkway, Suite 1100
6   Las Vegas, Nevada 89169
    Telephone (702) 784-5200
7   Facsimile (702) 784-5252

8   WILL KEMP, ESQ.
    Nevada Bar No. 1205
9   KEMP, JONES & COULTHARD LLP
    3800 Howard Hughes Parkway, 17th floor
10  Las Vegas, Nevada 89169
    Telephone (702) 385-6000
11  Facsimile (702) 385-6001

12  *Attorneys for Defendant Frias Management, LLC*

13                  **UNITED STATES DISTRICT COURT**

14                      **DISTRICT OF NEVADA**

15

16  THEODORE TRAPP, on his own behalf and        CASE NO. 2:09-CV-00995-LDG-PAL
    on behalf of all others similarly situated.

17                  Plaintiff,

18  vs.

19  BIG POPPA'S, LLC, a Nevada limited            **DEFENDANT FRIAS MANAGEMENT,**
    liability company d/b/a BADDA BING            **LLC'S JOINDER TO BELL TRANS'**
20  MEN'S CLUB; SKY TOP VENDING,                  **MOTION TO DISMISS [DOC. #191]**
    INC., a Nevada corporation d/b/a CAN          **AND SUPPLEMENT TO MOTION TO**
21  CAN ROOM; LA FUENTE, INC., a                  **DISMISS [DOC. #192]**
    Nevada corporation d/b/a CHEETAH'S;
22  C.P. FOOD AND BEVERAGE, INC., a
    Nevada corporation d/b/a CLUB
23  PARADISE; DÉJÀ VU SHOWGIRLS OF
    LAS VEGAS, LLC, a Nevada limited
24  liability company d/b/a DÉJÀ VU
    SHOWGIRLS; PALOMINO CLUB, INC.,
25  a Nevada corporation d/b/a PALOMINO
    CLUB; SHAC, LLC, a Nevada corporation
26  d/b/a SAPPHIRE; K-KEL, INC., a Nevada
    corporation d/b/a SPEARMINT RHINO;
27  D.2801 WESTWOOD, INC., a Nevada
    corporation d/b/a TREASURES; LITTLE
28  DARLINGS OF LAS VEGAS, LLC, a

10475940

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

1 Nevada limited liability company d/b/a
LITTLE DARLINGS; O.G. ELIADES,
2 A.D., LLC, a Nevada limited liability
company d/b/a OLYMPIC GARDENS ;
3 LAS VEGAS ENTERTAINMENT, LLC, a
Nevada limited liability company d/b/a
4 LARRY FLYNT'S HUSTLER CLUB;
MICHAEL A. SALTMAN d/b/a MINXX;
5 RICK'S LAS VEGAS; FRIAS
MANAGEMENT, LLC, a Nevada limited
6 liability company d/b/a ACE CAB
COMPANY and A-NORTH LAS VEGAS
7 CAB; WESTERN CAB COMPANY, a
Nevada corporation d/b/a WESTERN CAB
8 COMPANY and WESTERN LIMOUSINE;
NEVADA CHECKER CAB
9 CORPORATION, a Nevada corporation
d/b/a NEVADA CHECKER CAB
10 COMPANY; NEVADA STAR CAB
CORPORATION, a Nevada corporation
11 d/b/a STAR CAB COMPANY; NEVADA
YELLOW CAB CORPORATION, a
12 Nevada corporation d/b/a YELLOW CAB
COMPANY; LUCKY CAB COMPANY
13 OF NEVADA, a Nevada corporation d/b/a
LUCKY TRANS; SUN CAB, INC., a
14 Nevada corporation d/b/a NELLIS CAB
COMPANY; CLS NEVADA, LLC, a
15 Nevada limited liability company d/b/a
CLS TRANSPORTATION LAS VEGAS;
16 ON DEMAND SEDAN SERVICES, LLC,
a Nevada limited liability company d/b/a
17 ODS LIMOUSINES and ODS
CHAUFFEURED TRANSPORTATION;
18 BLS LIMOUSINE SERVICE OF LAS
VEGAS INC.; DESERT CAB, INC., a
19 Nevada corporation d/b/a DESERT CAB
COMPANY and ODYSSEY LIMOUSINE;
20 BELL TRANS A NEVADA
CORPORATION, a Nevada corporation
21 d/b/a BELL TRANS; TONY CHONG, an
individual; and DOE EMPLOYEES 1-
22 1000;

23                                    Defendants.

24

25          Defendant FRIAS MANAGEMENT, LLC ("Frias"), by and through its counsel, SNELL

26 & WILMER LLP and KEMP, JONES & COULTHARD LLP, hereby submits its Joinder in Bell

27 Trans' Motion to Dismiss filed on August 24, 2009 and Supplement to Motion to Dismiss filed

28 on August 5, 2009.  This Joinder incorporates Bell Trans'

10475940

Motion to Dismiss and Supplement in full by reference.

DATED this 28th day of August, 2009.

SNELL & WILMER L.L.P.

_____
D. NEAL TOMLINSON, ESQ.
WAYNE GROSS, ESQ.
MICHAEL D. STEIN, ESQ.
BRIAN R. REEVE, ESQ.
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Ste. 1100
Las Vegas, Nevada 89169

WILL KEMP, ESQ.
KEMP, JONES & COULTHARD LLP
3800 Howard Hughes Parkway, 17th floor
Las Vegas, Nevada 89169

*Attorneys for Defendant Frias Management, LLC*

## CERTIFICATE OF SERVICE

I certify that I am an employee of Snell & Wilmer, L.L.P., and that on the 28th day of August, 2009, I electronically transmitted the **DEFENDANT FRIAS MANAGEMENT, LLC'S JOINDER TO BELL TRANS' MOTION TO DISMISS** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all attorneys of record in this matter.

An employee of Snell & Wilmer L.L.P.

10475940

- 4 -