James E. Smyth III
Kaempfer Crowell Renshaw
Gronauer & Fiorentino
3800 Howard Hughes Parkway, Seventh Floor
Las Vegas, Nevada 89169
Tel: 702.792.7000
Fax: 702.796.7181
Email: jsmyth@kkbrf.com

Jay Edelson (ARDC No. 6239287) (*Admitted Pro Hac Vice*)
Rafey Balabanian (ARDC No. 6285687) (*Admitted Pro Hac Vice*)
KAMBEREDELSON LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
Email: jedelson@kamberedelson.com
Email: rbalabanian@kamberedelson.com

*Attorneys for Plaintiff*
THEODORE TRAPP and the putative class

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB, *et al*.,<br><br>Defendants. | Case No. 2:09-cv-00995<br><br>**PLAINTIFF'S REPLY IN SUPPORT OF HIS AMENDED MOTION FOR AN ENLAREGMENT OF TIME TO RESPOND TO THE MOTIONS TO DISMISS OF DEFENDANTS LITTLE DARLINGS OF LAS VEGAS, LLC, DÉJÀ VU SHOWGIRLS OF LAS VEGAS, LLC, LAS VEGAS ENTERTAINMENT, LLC, NEVADA CHECKER CAB CORPORATION, NEVADA STAR CAB CORPORATION, NEVADA YELLOW CAB CORPORATION, WESTERN CAB COMPANY, LUCKY CAB COMPANY OF NEVADA, SUN CAB, INC., DESERT CAB, INC., ON DEMAND SEDAN SERVICES, LLC, BLS LIMOUSINE SERVICE OF LAS VEGAS, INC., FRIAS MANAGEMENT, LLC, CLS NEVADA, LLC, D.2801 WESTWOOD, INC. and BELL TRANS**<br><br>**Honorable Lloyd D. George**<br><br>**Magistrate Judge Peggy A. Leen** |

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169

1

Dockets.Justia.com

1. Sixteen Defendants have moved for dismissal of the Complaint, filing a total of six separate motions and accompanying memoranda of law, and seeking dismissal on various grounds.

2. Plaintiff has moved for an enlargement of time to respond to the several motions to dismiss until September 24, 2009. (Dkt. No. 187.)

3. Only Defendants On Demand Sedan Services, BLS Limousine Services, Western Cab, Star Cab, Desert Cab, and Lucky Cab (the "Transportation Defendants")—all of whom happen to be represented by the same attorneys—filed oppositions to the requested enlargement. (Dkt. No. 196.)

4. The remaining ten (10) defendants who have also moved for dismissal of the Complaint have not filed any opposition to the requested enlargement of time until September 24.

5. Under Local Rule 7-2, the failure to file any opposition to the amended motion for enlargement of time means that the Defendants have consented to the requested enlargement.

6. As noted above, the Transportation Defendants are the only Defendants opposing the requested enlargement of time. They cleverly argue that since Plaintiff's amended motion to enlarge was filed after the period to respond to their motion to dismiss had expired, Plaintiff was required to demonstrate excusable neglect and not just good cause. The Transportation Defendants are mistaken.

7. Plaintiff originally moved for an enlargement of time on July 29, 2009—two days before the Transportation Defendants moved to dismiss the Complaint. In his original motion to enlarge, Plaintiff requested an enlargement of time to respond to any then-current, or *future*, motions to dismiss. After considering the several oppositions filed in response to the original

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169

motion to enlarge, rather than simply file a reply in support, Plaintiff thought it more appropriate to amend his motion in order to request a shortened briefing schedule. However, since the original motion to enlarge was filed before the Transportation Defendants filed their motion to dismiss, the requested enlargement was timely and Plaintiff was therefore not required to demonstrate excusable neglect—only good cause. Furthermore, as the original and amended motions were filed timely, the Transportation Defendants cannot seriously argue that Plaintiff has consented to their motion to dismiss by not yet filing a response.

8. As explained in his amended motion to enlarge, good cause exists because rather than providing the Court with fifteen separate briefs relating to issues raised by sixteen different Defendants, an enlargement of time and a consolidated response brief will serve to preserve the resources of the Parties and the Court.

9. While the Transportation Defendants argue that the requested enlargement will result in waste and prejudice to the Defendants, the facts and procedural posture of the case—not to mention common sense and the reaction of the other Defendants—suggest otherwise.

**WHEREFORE**, Plaintiff Theodore Trapp, respectfully requests that this Court (a) grant his amended motion, (b) enlarge the time for Plaintiff to respond to the motion to dismiss of Defendants Little Darlings, Déjà Vu's, Las Vegas Entertainment, Western Cab, Lucky Cab, Sun Cab, Desert Cab, On Demand Sedan, Nevada Checker Cab, Nevada Star Cab, Nevada Yellow Cab, BLS Limousine, Frias Management, CLS Nevada, D.2801 Westwood, and Bell Trans, through and including September 24, 2009, (c) grant Plaintiff leave to file a consolidated brief in response to such motions to dismiss, and (d) award such other and further relief as the Court deems equitable and just.

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169

| | | |
|---|---|---|
| 1 | Dated: September 14, 2009 | **THEODORE TRAPP**, individually and on behalf of all others similarly situated |

By: /s/ Rafey S. Balabanian
Rafey Balabanian (ARDC No. 6285687) (*Pro Hac Vice*)
Email: rbalabanian@kamberedelson.com
KAMBEREDELSON LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

## CERTIFICATE OF SERVICE

I, Rafey S. Balabanian, an attorney, certify that on September 14, 2009, I served the above and foregoing, ***Plaintiff's Reply in Support of His Amended Motion For An Enlargement of Time to Respond to the Motions to Dismiss of Defendants Little Darlings Of Las Vegas, LLC, Déjà Vu Showgirls Of Las Vegas, LLC, Las Vegas Entertainment, LLC, Nevada Checker Cab Corporation, Nevada Star Cab Corporation, Nevada Yellow Cab Corporation, Western Cab Company, Lucky Cab Company Of Nevada, Sun Cab, Inc., Desert Cab, Inc., On Demand Sedan Services, LLC, BLS Limousine Service Of Las Vegas, Inc., Frias Management, LLC, CLS Nevada, LLC, and D.2801 Westwood, Inc.***, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record, via the Court's CM/ECF electronic filing system, on this the 14th day of September, 2009.

                    /s/ Rafey S. Balabanian