James E. Smyth III
Email: jsmyth@kkbrf.com
Kaempfer Crowell Renshaw
Gronauer & Fiorentino
3800 Howard Hughes Parkway, Seventh Floor
Las Vegas, Nevada 89169
Tel: 702.792.7000
Fax: 702.796.7181

Jay Edelson (ARDC No. 6239287) (*Admitted Pro Hac Vice*)
Email: jedelson@kamberedelson.com
Rafey Balabanian (ARDC No. 6285687) (*Admitted Pro Hac Vice*)
Email: rbalabanian@kamberedelson.com
KAMBEREDELSON LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff*
THEODORE TRAPP and the putative class

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB, *et al.*,<br><br>Defendants. | Case No. 2:09-cv-00995<br><br>**PLAINTIFF'S MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF HIS MOTION TO VOLUNTARILY DISMISS DEFENDANTS MICHAEL SALTMAN d/b/a MINXX, FRIAS MANAGEMENT, LLC, WESTERN CAB COMPANY, LUCKY CAB COMPANY OF NEVADA, ON DEMAND SEDAN SERVICES, LLC, BLS LIMOUSINE SERVICES OF LAS VEGAS, INC., DESERT CAB, INC., SUN CAB, INC., BELL TRANS, NEVADA CHECKER CAB CORPORATION, NEVADA STAR CAB CORPORATION, AND NEVADA YELLOW CAB CORPORATION**<br><br>**Honorable Lloyd D. George**<br><br>**Magistrate Judge Peggy A. Leen** |

KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
Seventh Floor
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169

1

Dockets.Justia.com

Plaintiff Theodore Trapp, pursuant to Fed. R. Civ. P. 41(a)(2), respectfully moves the Court for the entry of an Order dismissing the Complaint without prejudice with respect to Defendants Michael Saltman d/b/a Minxx, Frias Management, LLC, Western Cab Company, a Nevada corporation d/b/a Western Cab Company and Western Limousine, Lucky Cab Company of Nevada, a Nevada corporation d/b/a Lucky Trans, On Demand Sedan Services, LLC, a Nevada limited liability company d/b/a ODS Limousine and ODS Chauffeured Transportation, BLS Limousine Services of Las Vegas, Desert Cab, Inc., a Nevada corporation d/b/a Desert Cab Company, and Sun Cab, Inc., a Nevada corporation d/b/a Nellis Cab Company, Bell Trans a Nevada Corporation d/b/a Bell Trans, Nevada Checker Cab Corporation, Nevada Star Cab Corporation, and Nevada Yellow Cab Corporation. This motion is not intended to affect the status of the remaining Defendants in this case.

Fed. R. Civ. P. 41(a)(2) provides, in relevant part, that "an action shall not be dismissed at the plaintiff's instance save upon order of the court and upon such terms and conditions as the court deems proper." In this case, Plaintiff no longer seeks to continue the litigation against Defendants Western Cab Company, a Nevada corporation d/b/a Western Cab Company and Western Limousine, Lucky Cab Company of Nevada, a Nevada corporation d/b/a Lucky Trans, On Demand Sedan Services, LLC, a Nevada limited liability company d/b/a ODS Limousine and ODS Chauffeured Transportation, BLS Limousine Services of Las Vegas, Desert Cab, Inc., a Nevada corporation d/b/a Desert Cab Company, and Sun Cab, Inc., a Nevada corporation d/b/a Nellis Cab Company, Bell Trans a Nevada Corporation d/b/a Bell Trans, Nevada Checker Cab Corporation, Nevada Star Cab Corporation, and Nevada Yellow Cab Corporation and therefore, moves to voluntarily dismiss those Defendants without prejudice. With respect to Defendant Michael Saltman d/b/a Minxx, Plaintiff has been advised that Defendant Saltman was improperly named as a party-defendant and therefore, Plaintiff also seeks to voluntarily dismiss Defendant

Saltman without prejudice. Dismissal without prejudice is appropriate because it preserves the rights of absent class members. Plaintiff has conferred with counsel for the above-referenced Defendants and is authorize to state that defendants have no objection, and indeed support, the relief requested herein as evidenced by the stipulations collectively attached hereto as Exhibit A.

**WHEREFORE**, Plaintiff Theodore Trapp, respectfully requests that the Court (a) grant this motion, (b) dismiss the Complaint without prejudice and with each Party to bear their own costs as to Defendants (1) Michael Saltman d/b/a Minxx, (2) Frias Management, LLC, (3) Western Cab Company, a Nevada corporation d/b/a Western Cab Company and Western Limousine, (4) Lucky Cab Company of Nevada, a Nevada corporation d/b/a Lucky Trans, (5) On Demand Sedan Services, LLC, a Nevada limited liability company d/b/a ODS Limousine and ODS Chauffeured Transportation, (6) BLS Limousine Services of Las Vegas, (7) Desert Cab, Inc., a Nevada corporation d/b/a Desert Cab Company, (8) Sun Cab, Inc., a Nevada corporation d/b/a Nellis Cab Company, (9) Bell Trans a Nevada Corporation d/b/a Bell Trans, (10) Nevada Checker Cab Corporation, (11) Nevada Star Cab Corporation, and (12) Nevada Yellow Cab Corporation, and (c) award such other and further relief as the Court deems equitable and just.

Dated: September 18, 2009      **THEODORE TRAPP**, individually and on behalf of all others similarly situated

By: /s/ Rafey S. Balabanian
Rafey Balabanian (ARDC No. 6285687) (*Pro Hac Vice*)
Email: rbalabanian@kamberedelson.com
KAMBEREDELSON LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**PLAINTIFF'S MEMORANDUM OF POINTS IN SUPPORT OF HIS MOTION TO VOLUNTARILY DISMISS**

1.      This class action seeks redress for the Defendants' alleged involvement in the practice of making illegal cash payments or "kickbacks" to drivers of taxi cabs, limousines, and other car services, for delivering customers to certain adult entertainment clubs (hereinafter referred to as the "Clubs") located in the vicinity of Las Vegas Boulevard, more commonly known as the "Strip."

2.      The lawsuit names 27 separate defendants who are alleged to have been involved in the foregoing practice.

3.      Plaintiff no longer seeks to continue the litigation against Defendants (1) Frias Management, LLC, (2) Western Cab Company, a Nevada corporation d/b/a Western Cab Company and Western Limousine, (3) Lucky Cab Company of Nevada, a Nevada corporation d/b/a Lucky Trans, (4) On Demand Sedan Services, LLC, a Nevada limited liability company d/b/a ODS Limousine and ODS Chauffeured Transportation, (5) BLS Limousine Services of Las Vegas, (6) Desert Cab, Inc., a Nevada corporation d/b/a Desert Cab Company, (7) Sun Cab, Inc., a Nevada corporation d/b/a Nellis Cab Company, (8) Bell Trans a Nevada Corporation d/b/a Bell Trans, (9) Nevada Checker Cab Corporation, (10) Nevada Star Cab Corporation, and (11) Nevada Yellow Cab Corporation.  As a result, Plaintiff hereby moves to voluntarily dismiss those Defendants without prejudice.

4.      With respect to Defendant Michael Saltman d/b/a Minxx, Plaintiff has been advised that Defendant Saltman was improperly named as a party-defendant and therefore, Plaintiff also seeks to voluntarily dismiss Defendant Saltman without prejudice.

5.      Dismissal without prejudice is appropriate because it comports with Fed. R. Civ. P. 41(a)(2) and serves to preserve the rights of absent class members.

6.      Plaintiff has conferred with counsel for the above-referenced Defendants and is authorize to state that Defendants have no objection, and indeed support, the relief requested herein as evidenced by the stipulations collectively attached hereto as Exhibit A.

7.      Fed. R. Civ. P. 41(a)(2) provides, in relevant part, that "an action shall not be

dismissed at the plaintiff's instance save upon order of the court and upon such terms and conditions as the court deems proper."

**WHEREFORE**, Plaintiff Theodore Trapp, respectfully requests that the Court (a) grant this motion, (b) dismiss the Complaint without prejudice and with each Party to bear their own costs as to Defendants (1) Michael Saltman d/b/a Minxx, (2) Frias Management, LLC, (3) Western Cab Company, a Nevada corporation d/b/a Western Cab Company and Western Limousine, (4) Lucky Cab Company of Nevada, a Nevada corporation d/b/a Lucky Trans, (5) On Demand Sedan Services, LLC, a Nevada limited liability company d/b/a ODS Limousine and ODS Chauffeured Transportation, (6) BLS Limousine Services of Las Vegas, (7) Desert Cab, Inc., a Nevada corporation d/b/a Desert Cab Company, (8) Sun Cab, Inc., a Nevada corporation d/b/a Nellis Cab Company, (9) Bell Trans a Nevada Corporation d/b/a Bell Trans, (10) Nevada Checker Cab Corporation, (11) Nevada Star Cab Corporation, and (12) Nevada Yellow Cab Corporation, and (c) award such other and further relief as the Court deems equitable and just.

Dated: September 18, 2009          **THEODORE TRAPP**, individually and on behalf
                                   of all others similarly situated

                                   By: /s/ Rafey S. Balabanian
                                   Rafey Balabanian (ARDC No. 6285687) (*Pro Hac Vice*)
                                   Email: rbalabanian@kamberedelson.com
                                   KAMBEREDELSON LLC
                                   350 North LaSalle, Suite 1300
                                   Chicago, Illinois 60654
                                   Tel:  312.589.6370
                                   Fax: 312.589.6378

## CERTIFICATE OF SERVICE

I, Rafey S. Balabanian, an attorney, certify that on September 18, 2009, I served the above and foregoing, ***Plaintiff's Motion and Memorandum of Points and Authorities in Support of His Motion to Voluntarily Dismiss Defendants Michael Saltman d/b/a Minxx, Frias Management, LLC, Western Cab Company, a Nevada corporation d/b/a Western Cab Company and Western Limousine, Lucky Cab Company of Nevada, a Nevada corporation d/b/a Lucky Trans, On Demand Sedan Services, LLC, a Nevada limited liability company d/b/a ODS Limousine and ODS Chauffeured Transportation, BLS Limousine Services of Las Vegas, Desert Cab, Inc., a Nevada corporation d/b/a Desert Cab Company, and Sun Cab, Inc., a Nevada corporation d/b/a Nellis Cab Company, Bell Trans a Nevada Corporation d/b/a Bell Trans, Nevada Checker Cab Corporation, Nevada Star Cab Corporation, and Nevada Yellow Cab Corporation,*** by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record, via the Court's CM/ECF electronic filing system, on this the 18th day of September, 2009.


_____/s/ Rafey S. Balabanian_____