# EXHIBIT A

Jay Edelson, Esq. (ARDC No. 6239287) (*Admitted Pro Hac Vice*)
Rafey Balabanian, Esq. (ARDC No. 6285687) (*Admitted Pro Hac Vice*)
KAMBEREDELSON LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
*Attorneys for Plaintiff*
THEODORE TRAPP and the putative class

D. Neal Tomlinson, Esq.
Snell & Wilmer, LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Tel: 702.784.5200
Fax: 792.784.5252
*Attorneys for Defendant*
FRIAS MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB, *et al.*,<br><br>Defendants. | Case No. 2:09-cv-00995<br><br>**[PROPOSED]**<br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT FRIAS MANAGEMENT, LLC**<br><br>**Honorable Lloyd D. George**<br><br>**Magistrate Judge Peggy A. Leen** |

Plaintiff Theodore Trapp ("Plaintiff" or "Trapp") and Defendant Frias Management, LLC, through their respective counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate and agree that the above-captioned matter, including any and all claims asserted therein, shall be dismissed without prejudice and with each Party to bear their own costs as to Defendant Frias Management, LLC. The Parties further stipulate and agree that nothing in this Stipulation shall operate to affect the status of the other defendants in this matter.

**IT IS SO STIPULATED.**

| | |
|---|---|
| THEODORE TRAPP, individually and on behalf of all others similarly situated | FRIAS MANAGEMENT, LLC, a Nevada limited liability company, |
| By: /s/ Jay Edelson<br>Jay Edelson (ARDC No. 6239287)<br>Rafey S. Balabanian (ARDC No. 6285687)<br>KAMBEREDELSON LLC<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378<br>*Attorneys for Plaintiff* | By: /s/ D. Neal Tomlinson<br>D. Neal Tomlinson, Esq.<br>Snell & Wilmer, LLP<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Tel: 702.784.5200<br>Fax: 702.784.5252<br>*Attorneys for Defendants* |

Jay Edelson, Esq. (ARDC No. 6239287) (*Admitted Pro Hac Vice*)
Rafey Balabanian, Esq. (ARDC No. 6285687) (*Admitted Pro Hac Vice*)
KAMBEREDELSON LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
*Attorneys for Plaintiff*
THEODORE TRAPP and the putative class

John T. Moran, Jr., Esq. (Nevada Bar No. 2271)
Jeffrey A. Bendavid, Esq. (Nevada Bar No. 6220)
Justin W. Smerber, Esq. (Nevada Bar No. 10761)
Moran Law Firm, LLC
630 South 4th Street
Las Vegas, Nevada 89101
Tel: 702.384.8424
*Attorneys for Defendant*
WESTERN CAB COMPANY,
LUCKY CAB COMPANY OF NEVADA,
ON DEMAND SEDAN SERVICES, LLC,
BLS LIMOUSINE SERVICES OF LAS VEGAS, INC.
DESERT CAB, INC. and SUN CAB, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB, *et al.*,<br><br>Defendants. | Case No. 2:09-cv-00995<br><br>**[PROPOSED]**<br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS WESTERN CAB COMPANY, LUCKY CAB COMPANY OF NEVADA, ON DEMAND SEDAN SERVICES, LLC, BLS LIMOUSINE SERVICES OF LAS VEGAS, INC., DESERT CAB, INC., AND SUN CAB, INC.**<br><br>**Honorable Lloyd D. George**<br><br>**Magistrate Judge Peggy A. Leen** |

Plaintiff Theodore Trapp and Defendants Western Cab Company, a Nevada corporation d/b/a Western Cab Company and Western Limousine, Lucky Cab Company of Nevada, a

Nevada corporation d/b/a Lucky Trans, On Demand Sedan Services, LLC, a Nevada limited liability company d/b/a ODS Limousine and ODS Chauffeured Transportation, BLS Limousine Services of Las Vegas, Desert Cab, Inc., a Nevada corporation d/b/a Desert Cab Company, and Sun Cab, Inc., a Nevada corporation d/b/a Nellis Cab Company, through their respective counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate and agree that the above-captioned matter, including any and all claims asserted therein, shall be dismissed without prejudice and with each Party to bear their own costs as to Defendants Western Cab Company, a Nevada corporation d/b/a Western Cab Company and Western Limousine, Lucky Cab Company of Nevada, a Nevada corporation d/b/a Lucky Trans, On Demand Sedan Services, LLC, a Nevada limited liability company d/b/a ODS Limousine and ODS Chauffeured Transportation, BLS Limousine Services of Las Vegas, Desert Cab, Inc., a Nevada corporation d/b/a Desert Cab Company, and Sun Cab, Inc., a Nevada corporation d/b/a Nellis Cab Company. The Parties further stipulate and agree that nothing in this Stipulation shall operate to affect the status of the other defendants in this matter.

**IT IS SO STIPULATED.**

| | |
|---|---|
| THEODORE TRAPP, individually and on behalf of all others similarly situated | WESTERN CAB COMPANY, LUCKY CAB COMPANY OF NEVADA, ON DEMAND SEDAN SERVICES, LLC, BLS LIMOUSINE SERVICES OF LAS VEGAS, INC., DESERT CAB, INC. and SUN CAB, INC |
| By: /s/ Jay Edelson<br>Jay Edelson (ARDC No. 6239287)<br>Rafey S. Balabanian (ARDC No. 6285687)<br>KAMBEREDELSON LLC<br>350 North LaSalle Street<br>Suite 1300<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378<br>Email: jedelson@kamberedelson.com<br>Email: rbalabanian@kamberedelson.com<br>*Attorneys for Plaintiff* | By: /s/ Jeffrey A. Bendavid<br>Jeffrey A. Bendavid (Nevada Bar No. 6220)<br>Moran Law Firm, LLC<br>630 South 4th Street<br>Las Vegas, Nevada 89101<br>Tel: 702.384.8424<br>Email: j.bendavid@moranlawfirm.com<br>*Attorneys for Defendants* |

Jay Edelson, Esq. (ARDC No. 6239287) (*Admitted Pro Hac Vice*)
Rafey Balabanian, Esq. (ARDC No. 6285687) (*Admitted Pro Hac Vice*)
KAMBEREDELSON LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
*Attorneys for Plaintiff*
THEODORE TRAPP and the putative class

Catherine A. Olendorff, Esq.
5225 West Post Road
Las Vegas, Nevada 89118
Tel: 702.873.8012
*Attorneys for Defendants*
NEVADA CHECKER CAB CORPORATION,
NEVADA STAR CAB CORPORATION, and
NEVADA YELLOW CAB CORPORATION

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB, *et al.*,<br><br>Defendants. | Case No. 2:09-cv-00995<br><br>**[PROPOSED]**<br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS CHECKER CAB CORPORATION, STAR CAB CORPORATION, AND YELLOW CAB CORPORATION**<br><br>**Honorable Lloyd D. George**<br><br>**Magistrate Judge Peggy A. Leen** |

Plaintiff Theodore Trapp and Defendants Nevada Checker Cab Corporation, Nevada Star Cab Corporation, and Nevada Yellow Cab Corporation, through their respective counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate and agree that the above-captioned matter, including any and all claims asserted therein, shall be dismissed without prejudice and with each Party to bear their own costs as to Defendants Nevada Checker Cab Corporation, Nevada Star Cab Corporation, and Nevada Yellow Cab Corporation. The Parties further stipulate and agree that nothing in this Stipulation shall operate to affect the status of the other defendants in this matter.

**IT IS SO STIPULATED.**

| | |
|---|---|
| THEODORE TRAPP, individually and on behalf of all others similarly situated | NEVADA CHECKER CAB CORPORATION, NEVADA STAR CAB CORPORATION, NEVADA YELLOW CAB CORPORATION |
| By: /s/ Jay Edelson<br>Jay Edelson (ARDC No. 6239287)<br>Rafey S. Balabanian (ARDC No. 6285687)<br>KAMBEREDELSON LLC<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378<br>*Attorneys for Plaintiff* | By: /s/ Catherine A. Olendorff<br>Catherine A. Olendorff, Esq.<br>5225 West Post Road<br>Las Vegas, Nevada 89118<br>Tel: 702.873.8012<br>*Attorneys for Defendants* |

| | |
|---|---|
| 1 | Jay Edelson, Esq. (ARDC No. 6239287) (*Admitted Pro Hac Vice*) |
| | Rafey Balabanian, Esq. (ARDC No. 6285687) (*Admitted Pro Hac Vice*) |
| 2 | KAMBEREDELSON LLC |
| | 350 North LaSalle Street, Suite 1300 |
| 3 | Chicago, Illinois 60654 |
| | Tel: 312.589.6370 |
| 4 | Fax: 312.589.6378 |
| | *Attorneys for Plaintiff* |
| 5 | THEODORE TRAPP and the putative class |
| 6 | Mark E. Trafton, Esq. |
| | 1900 Industrial Road |
| 7 | Las Vegas, Nevada 89102 |
| | Tel: 702.385.1813 |
| 8 | Fax: 702.382.9633 |
| | *Attorneys for Defendant* |
| 9 | BELL TRANS A NEVADA CORPORATION d/b/a BELL TRANS |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB, *et al.*,<br><br>Defendants. | Case No. 2:09-cv-00995<br><br>**[PROPOSED]**<br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT BELL TRANS**<br><br>**Honorable Lloyd D. George**<br><br>**Magistrate Judge Peggy A. Leen** |

Plaintiff Theodore Trapp and Defendant Bell Trans a Nevada corporation d/b/a Bell Trans, through their respective counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate and agree that the above-captioned matter, including any and all claims asserted therein, shall be dismissed without prejudice and with each Party to bear their own costs as to Defendant Bell Trans a Nevada corporation d/b/a Bell Trans. The Parties further stipulate and agree that nothing in this Stipulation shall operate to affect the status of the other defendants in this matter.

**IT IS SO STIPULATED.**

| | |
|---|---|
| THEODORE TRAPP, individually and on behalf of all others similarly situated | BELL TRANS A NEVADA CORPORATION d/b/a BELL TRANS |
| By: /s/ Rafey S. Balabanian<br>Rafey S. Balabanian (ARDC No. 6285687)<br>KAMBEREDELSON LLC<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378<br>*Attorneys for Plaintiff* | By: /s/ Mark E. Trafton<br>1900 Industrial Road<br>Las Vegas, Nevada 89102<br>Tel: 702.385.1813<br>Fax: 702.382.9633<br>*Attorneys for Defendants* |

| | |
|---|---|
| 1 | Jay Edelson, Esq. (ARDC No. 6239287) (*Admitted Pro Hac Vice*)<br>Email: jedelson@kamberedelson.com |
| 2 | Rafey Balabanian, Esq. (ARDC No. 6285687) (*Admitted Pro Hac Vice*)<br>Email: rbalabanian@kamberedelson.com |
| 3 | KAMBEREDELSON LLC<br>350 North LaSalle Street |
| 4 | Suite 1300<br>Chicago, Illinois 60654<br>Tel: 312.589.6370 |
| 5 | Fax: 312.589.6378<br>*Attorneys for Plaintiff* |
| 6 | THEODORE TRAPP and the putative class |
| 7 | Richard L. Tobler, Esq. (Nevada Bar No. 4070)<br>RICHARD L. TOBLER, LTD. |
| 8 | 3654 North Rancho Drive<br>Suite 102 |
| 9 | Las Vegas, Nevada 89130-3179<br>Tel: 702.256.6000 |
| 10 | *Attorneys for Defendant*<br>MICHAEL SALTMAN d/b/a MINXX |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB, *et al.*,<br><br>Defendants. | Case No. 2:09-cv-00995<br><br>**[PROPOSED]**<br>**STIPULATED REQUEST FOR DISMISSAL OF THE COMPLAINT WITHOUT PREJUDICE AS TO DEFENDANT MICHAEL SALTMAN d/b/a MINXX**<br><br>**Honorable Lloyd D. George**<br><br>**Magistrate Judge Peggy A. Leen** |

Plaintiff Theodore Trapp ("Plaintiff" or "Trapp") and Michael Saltman d/b/a Minxx ("Saltman") propose the following Stipulation and Proposed Order dismissing the Complaint without prejudice and with each party to bear their own costs as to Saltman only. In support, the Parties state as follows:

**WHEREAS**, on July 8, 2009, Plaintiff filed a four-count putative class action complaint ("the Complaint") against the Defendants alleging violations of Nevada's Racketeering Statute;

**WHEREAS**, Plaintiff caused a copy of the summons and complaint in this matter to be served on Saltman on July 10, 2009;

**WHEREAS**, on July 29, 2009, Saltman moved the Court pursuant to Rules 12(b)(6) and 56 of the Federal Rules of Civil Procedure for dismissal of the Complaint as against Saltman ("the Motion to Dismiss");

**WHEREAS**, Saltman attached an affidavit to his Motion to Dismiss attesting that Saltman has never held any interest in Minxx in his individual or personal capacity, has never done business as Minxx, and has never created any entities for the undertaking of the operation of Minxx;

**WHEREAS**, in his affidavit, Saltman further attests that Minxx has been closed since mid-June 2008, and that neither Saltman, nor the current record owner of Minxx, SC Entertainment #2, LLC, has any current intentions of reopening and operating Minxx;

**WHEREAS**, Plaintiff has therefore been advised that Saltman was improperly named as a party-defendant in this case because he has never held any interest in Minxx in his individual or personal capacity, has never done business as Minxx, and has never created any entities for the undertaking of the operation of Minxx;

**WHEREAS**, Plaintiff has advised Saltman that without waiving and expressly reserving his right to name at a later time Saltman a party-defendant should Plaintiff have a good-faith basis to do so, Plaintiff agrees to dismiss the Complaint without prejudice as to Saltman only;

**WHEREAS**, Saltman has advised Plaintiff that he will not object on the basis of this stipulation or the dismissal contemplated hereby to any later attempt by Plaintiff to name Saltman as a party-defendant in this matter, so long as good faith cause exists to so amend the pleadings.

**NOW THEREFORE**, the Parties, through their counsel of record, hereby **STIPULATE** and **AGREE** as follows:

1. This stipulation does not constitute a waiver of, or otherwise impair, Plaintiff's right to name at a later time Michael Saltman d/b/a Minxx as a party-defendant should Plaintiff have a good-faith basis to so name Michael Saltman d/b/a Minxx as a party-defendant.

2. Plaintiff's Complaint is hereby dismissed without prejudice as to Michael Saltman d/b/a Minxx with each party to bear their own costs.

3. This stipulation does not constitute a waiver of, or otherwise impair, any defenses Defendant Michael Saltman d/b/a Minxx may raise against this action.

4. Nothing in this Stipulation shall operate to affect the status of the other defendants in this matter.

**IT IS SO STIPULATED.**

| THEODORE TRAPP, individually and on behalf of all others similarly situated | MICHAEL SALTMAN d/b/a MINXX |
|---|---|
| By: /s/ Rafey S. Balabanian<br>Rafey S. Balabanian (ARDC No. 6285687)<br>KAMBEREDELSON LLC<br>350 North LaSalle Street<br>Suite 1300<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378<br>Email: rbalabanian@kamberedelson.com<br>*Attorneys for Plaintiff* | By: /s/ Richard L. Tobler<br>Richard L. Tobler (Nevada Bar No. 4070)<br>RICHARD L. TOBLER, LTD.<br>3654 North Rancho Drive<br>Suite 102<br>Las Vegas, Nevada 89130-3179<br>Tel: 702.256.6000<br>Email: rltltdck@hotmail.com<br>*Attorneys for Defendant* |