1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10   THEODORE TRAPP, on his own behalf and      Case No. 2:09-cv-00995
     on behalf of all others similarly situated,

11                                              **[PROPOSED] ORDER GRANTING**
                    Plaintiff,                  **PLAINTIFF'S MOTION TO**
                                                **VOLUNTARILY DISMISS WITHOUT**
12       v.                                     **PREJUDICE DEFENDANTS MICHAEL**
                                                **SALTMAN d/b/a MINXX, FRIAS**
13                                              **MANAGEMENT, LLC, WESTERN CAB**
     BIG POPPA'S, LLC, a Nevada limited         **COMPANY, LUCKY CAB COMPANY**
14   liability company d/b/a BADDA BING         **OF NEVADA, ON DEMAND SEDAN**
     MEN'S CLUB, *et al*.,                      **SERVICES, LLC, BLS LIMOUSINE**
15                                              **SERVICES OF LAS VEGAS, INC.,**
                    Defendants.                 **DESERT CAB, INC., SUN CAB, INC.,**
16                                              **BELL TRANS, NEVADA CHECKER**
                                                **CAB CORPORATION, NEVADA STAR**
17                                              **CAB CORPORATION, AND NEVADA**
                                                **YELLOW CAB CORPORATION**
18

19                                              **Honorable Lloyd D. George**

20                                              **Magistrate Judge Peggy A. Leen**

21

22

23

24

                                                                                  1

This cause coming before the Court on Plaintiff Theodore Trapp's motion to voluntarily dismiss without prejudice Defendants (1) Michael Saltman d/b/a Minxx, (2) Frias Management, LLC, (3) Western Cab Company, a Nevada corporation d/b/a Western Cab Company and Western Limousine, (4) Lucky Cab Company of Nevada, a Nevada corporation d/b/a Lucky Trans, (5) On Demand Sedan Services, LLC, a Nevada limited liability company d/b/a ODS Limousine and ODS Chauffeured Transportation, (6) BLS Limousine Services of Las Vegas, (7) Desert Cab, Inc., a Nevada corporation d/b/a Desert Cab Company, (8) Sun Cab, Inc., a Nevada corporation d/b/a Nellis Cab Company, (9) Bell Trans a Nevada Corporation d/b/a Bell Trans, (10) Nevada Checker Cab Corporation, (11) Nevada Star Cab Corporation, and (12) Nevada Yellow Cab Corporation pursuant to Fed. R. Civ. P. 41(a)(2). The Court, having studied the motion and all papers in support of and against it, as well as all other papers on file herein, finds and concludes that the motion is well-taken, and therefore,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Theordore Trapp's Motion to Voluntarily Dismiss Pursuant to Fed. R. Civ. P. 41(a)(2) is hereby GRANTED;

2. The Complaint is hereby DISMISSED WITHOUT PREJUDICE and with the Parties to bear their own costs as to Defendants (1) Michael Saltman d/b/a Minxx, (2) Frias Management, LLC, (3) Western Cab Company, a Nevada corporation d/b/a Western Cab Company and Western Limousine, (4) Lucky Cab Company of Nevada, a Nevada corporation d/b/a Lucky Trans, (5) On Demand Sedan Services, LLC, a Nevada limited liability company d/b/a ODS Limousine and ODS Chauffeured Transportation, (6) BLS Limousine Services of Las Vegas, (7) Desert Cab, Inc., a Nevada corporation d/b/a Desert Cab Company, (8) Sun Cab, Inc., a Nevada corporation d/b/a Nellis Cab Company, (9) Bell Trans a Nevada Corporation d/b/a Bell Trans, (10) Nevada Checker Cab Corporation, (11) Nevada Star Cab Corporation, and (12) Nevada Yellow Cab Corporation.

3. Nothing in this Order shall operate to affect the status of the other Defendants in this matter.

Dated this _____ day of _____, 2009.


_____
HONORABLE LLOYD D. GEORGE
UNITED STATES DISTRICT JUDGE

*Presented by:*

Jay Edelson, Esq. (ARDC No. 6239287) (*Admitted Pro Hac Vice*)
Rafey Balabanian, Esq. (ARDC No. 6285687) (*Admitted Pro Hac Vice*)
KAMBEREDELSON LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel:  312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff*
THEODORE TRAPP and the putative class