# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

THEODORE TRAPP,                )
                              )
                    Plaintiff, )          Case No. 2:09-cv-00995-LDG-PAL
                              )
vs.                           )                    **ORDER**
                              )
BIG POPPA'S, LLC, et al.,     )
                              )
                    Defendants. )
_____)

This matter is before the court on Defendant LaFuente, Inc.'s failure to file a Certificate of Interested Parties as required by LR 7.1-1. Plaintiff's Complaint (Dkt. #1) was filed in this matter on June 2, 2009. Defendant filed an Answer (Dkt. #189) on August 24, 2009. Local Rule 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases), *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) that have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further provides that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Defendant has failed to comply.

Accordingly,

**IT IS ORDERED** that Defendant shall file its Certificate of Interested Parties, which fully complies with LR 7.1-1 **no later than 4:00 p.m., on October 5, 2009.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

Dated the 21st day of September, 2009.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE