| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | JOHN A. CURTAS, ESQ.<br>Nevada Bar Number 1841<br>317 South 6th Street<br>Las Vegas, Nevada 89101<br>Telephone: (702) 678-5070<br>Facsimile: (702) 878-9995<br><br>Attorneys for Defendant LA FUENTE, INC. dba<br>CHEETAH'S |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>BIG POPPA'S, LLC, a Nevada Limited Liability Company d/b/a BADDA BING MEN'S CLUB; SKYTOP VENDING, INC., A Nevada Corporation d/b/a CANCAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAH'S; C.P. FOOD AND BEVERAGE, INC., A Nevada corporation d/b/a/ CLUB PARADISE; DEJA VU SHOWGIRLS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a DEJA VU SHOWGIRLS OF LAS VEGAS; PALOMINO CLUB, INC., a Nevada corporation d/b/a/ PALOMINO CLUB; SHAC, LLC, a Nevada limited liability company d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D.2801 WESTWOOD, INC. a Nevada corporation d/b/a/ TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT, LLC, a Nevada limited liability company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS CAB; | CASE NO.: 2:09-cv-00995<br><br>**<u>DEFENDANT LA FUENTE, INC.<br>d/b/a/ CHEETAH'S CERTIFICATE<br>OF INTERESTED PARTIES</u>** |

1

Dockets.Justia.com

| ...STERN CAB COMPANY a Nevada
...poration d/b/a WESTERN CAB COMPANY
... WESTERN LIMOUSINE; NEVADA
...IECKER CAB CORPORATION; a Nevada
...rporation d/b/a CHECKER CAB COMPANY;
...EVADA STAR CAB CORPORATION, a Nevada
...rporation d/b/a/ STAR CAB COMPANY;
...EVADA YELLOW CAB CORPORATION, a
...evada corporation d/b/a YELLOW CAB; LUCKY
...AB COMPANY OF NEVADA, a Nevada
...orporation d/b/a/ LUCKY TRANS; SUN CAB,
...NC., a Nevada corporation d/b/a/ NELLIS CAB
...OMPANY; CLS NEVADA, LLC, a Nevada
...imited liability company d/b/a CLS
TRANSPORTATION LAS VEGAS; ON
DEMAND SEDAN SERVICES, LLC, a Nevada
limited liability company d/b/a ODS LIMOUSINE
and ODS CHAUFFEURED TRANSPORTATION;
BLS LIMOUSINE SERVICES OF LAS VEGAS,
INC., a Nevada corporation d/b/a/ BLS
LIMOUSINE SERVICES OF LAS VEGAS;
DESERT CAB, INC., a Nevada corporation d/b/a/
DESERT CAB COMPANY and ODYSSEY
LIMOUSINE; BELL TRANS, A NEVADA
CORPORATION, a Nevada corporation d/b/a
BELL TRANS; TONY CHONG, an individual; and
DOE EMPLOYEES 1-1000, |
|---|

Defendants.

Pursuant to Fed. R. Civ. P. 7.1 and LR 7.1-1, the undersigned, counsel of record for Defendant La Fuente, Inc. d/b/a/ Cheetah's, certifies the following have an interest in the outcome the case: La Fuente, Inc. d/b/a/ Cheetah's and Jack Galardi, the owner of La Fuente, Inc.

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

DATED: September 22, 2009

By: /s/ John A. Curtas
John A. Curtas, #1841
317 South 6th Street
Las Vegas, Nevada 89101
Telephone: (702) 678-5070
Facsimile: (702) 878-9995
Attorneys for Defendant LA FUENTE
d/b/a CHEETAH'S

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 23rd day of September, 2009, the **DEFENDANT LA FUENTE d/b/a CHEETAH'S CERTIFICATE OF INTERESTED PARTIES** was electronically served upon all attorneys of record in this matter.

/s/ Jacqueline Delgado
Jacqueline Delgado
Employee of John A. Curtas, Esq.