James E. Smyth II
Email: jsmyth@kkbrf.com
Kaempfer Crowell Renshaw
Gronauer & Fiorentino
3800 Howard Hughes Parkway, Seventh Floor
Las Vegas, Nevada 89169
Tel: 702.792.7000
Fax: 702.796.7181

Jay Edelson (ARDC No. 6239287) (*Admitted Pro Hac Vice*)
Email: jedelson@kamberedelson.com
Rafey Balabanian (ARDC No. 6285687) (*Admitted Pro Hac Vice*)
Email: rbalabanian@kamberedelson.com
KAMBEREDELSON LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff*
THEODORE TRAPP and the putative class

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB, *et al*.,<br><br>Defendants. | Case No. 2:09-cv-00995<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE HIS RESPONSE IN OPPOSITION TO THE MOTION TO DISMISS OF DEFENDANTS DÉJÀ VU SHOWGIRLS OF LAS VEGAS, LLC, LITTLE DARLINGS OF LAS VEGAS, LLC, AND LAS VEGAS ENTERTAINMENT, LLC UNDER RULE 12(b)(6) AND THE MOTION TO DISMISS UNDER RULE 12(b)(6) OR FOR MORE DEFINITE STATEMENT UNDER RULE 12(e) OF DEFENDANT D.2801 WESTWOOD, INC.** *INSTANTER*<br><br>**Honorable Lloyd D. George**<br><br>**Magistrate Judge Peggy A. Leen** |

KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
Seventh Floor
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169

1

Dockets.Justia.com

Plaintiff Theodore Trapp, respectfully moves the Court to file his response to Defendants Déjà Vu Showgirls of Las Vegas LLC, Little Darlings of Las Vegas, LLC and Las Vegas Entertainments LLC d/b/a Larry Flynt's Hustler Club's Motion To Dismiss Under Rule 12(b)(6) (Dkt. No. 77) ("Déjà vu Motion to Dismiss" or "Déjà Vu MTD"); and Defendant D.2801 Westwood, Inc. D/B/A/ Treasures' Motion To Dismiss Under Rule 12(B)(6) Or For A More Definite Statement Under Rule 12(E), (Dkt. No. 175). Attached hereto is a true and accurate copy of the Plaintiff's Proposed Response in Opposition to the Motions to dismiss.

Dated: September 24, 2009      **THEODORE TRAPP**, individually and on behalf of all others similarly situated

By: /s/ Rafey S. Balabanian
Rafey Balabanian (ARDC No. 6285687) (*Pro Hac Vice*)
Email: rbalabanian@kamberedelson.com
KAMBEREDELSON LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

## CERTIFICATE OF SERVICE

I, Rafey S. Balabanian, an attorney, certify that on September 24, 2009, I served the above and foregoing, ***Plaintiff's Motion for Leave to File Response in Opposition to the Motion to Dismiss Under Rule 12(b)(6) of Defendants Déjà Vu Showgirls of Las Vegas, LLC, Little Darlings of Las Vegas, LLC, and Las Vegas Entertainment, LLC and the Motion to Dismiss Under Rule 12(b)(6) Or For More Definite Statement Under Rule 12(e) of Defendant D.2801 Westwood, Inc. Instanter,*** by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record, via the Court's CM/ECF electronic filing system, on this the 24th day of September, 2009.

/s/ Rafey S. Balabanian