# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THEODORE TRAPP,

     Plaintiff,

v.

BIG POPPA'S LLC, *et al*.,

     Defendants.

Case No. 2:09-cv-00995-LDG (PAL)

**ORDER**

     THE COURT **ORDERS** that Plaintiff's Motion to Extend Time (#151), Amended Motion to Extend Time (#186), and Motion for Leave to File Response (#201) are GRANTED as follows: Plaintiff shall file his response to the motions to dismiss not more than two days after this Order is entered and served.

DATED this _____ day of October, 2009.

_____
Lloyd D. George
United States District Judge