# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

THEODORE TRAPP,

     Plaintiff,

v.

BIG POPPA'S LLC., *et al.*,

     Defendants.

Case No. 2:09-cv-00995-LDG (PAL)

**ORDER**

For good cause shown,

THE COURT **ORDERS** that Theodore Trapp's Motion to Voluntarily Dismiss Pursuant to Fed. R. Civ. P. 41(a)(2) (#198) is GRANTED;

The Complaint is DISMISSED without prejudice, with the parties to bear their own costs, as to

1)    Michael Saltman d/b/a Minxx;

2)    Frias Management, LLC;

3)    Western Cab Company, a Nevada corporation d/b/a Western Cab Company and Western Limousine;

4)    Lucky Cab Company of Nevada, a Nevada corporation d/b/a Lucky Trans;

5)   On Demand Sedan Service, LLC, a Nevada limited liability company d/b/a
     ODS Limousine and ODS Chauffeured Transportation;

6)   BLS Limousine Services of Las Vegas;

7)   Desert Cab, Inc., a Nevada corporation d/b/a Desert Cab Company;

8)   Sun Cab, Inc., a Nevada corporation d/b/a Nellis Cab Company;

9)   Bell Trans, a Nevada Corporation d/b/a Bell Trans;

10)  Nevada Checker Cab Corporation;

11)  Nevada Star Cab Corporation; and

12)  Nevada Yellow Cab Corporation.

THE COURT **FURTHER ORDERS** that Michael A. Saltman's Motion to Dismiss (#152) is DENIED as moot;

THE COURT **FURTHER ORDERS** that Frias Management, LLC's Motion to Dismiss (#159) is DENIED as moot;

THE COURT **FURTHER ORDERS** that the Motion to Dismiss Pursuant to Fed. R. Civ. P. 9(b) and 12(b)(1) and 12(b)(6) (#161), filed by Western Cab Company, Lucky Cab Company of Nevada, On Demand Sedan Services, LLC, BLS Limousine Services of Las Vegas, Inc., Desert Cab, Inc., and Sun Cab, Inc., is DENIED as moot;

THE COURT **FURTHER ORDERS** that Bell Trans' Motion to Dismiss (#191) is DENIED as moot.

DATED this _____ day of October, 2009.

_____
Lloyd D. George
United States District Judge

2