AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

THEODORE TRAPP, etc., et al.
*Plaintiff*
v.      Case No. 2:09-cv-00995
BIG POPPA'S LLC, etc., et al.
*Defendant*

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

C.P. FOOD & BEVERAGE, INC. d/b/a CLUB PARADISE

Date: 10/13/2009

*Attorney's signature*

DOMINIC P. GENTILE, #1923
*Printed name and bar number*

3960 Howard Hughes Parkway, 9th Floor
Las Vegas, NV 89169
*Address*

dgentile@gordonsilver.com
*E-mail address*

(702) 796-5555
*Telephone number*

(702) 369-2666
*FAX number*