James E. Smyth II, Esq.
Kaempfer Crowell Renshaw
Gronauer & Fiorentino
3800 Howard Hughes Parkway
Seventh Floor
Las Vegas, Nevada 89169
Tel: (702) 792-7000
Fax: (702) 796-7181
Email: jsmyth@kcnvlaw.com

Jay Edelson, Esq. (ARDC No. 6239287) (*Admitted Pro Hac Vice*)
Rafey Balabanian, Esq. (ARDC No. 6285687) (*Admitted Pro Hac Vice*)
KAMBEREDELSON LLC
350 North LaSalle Street
Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
Email: jedelson@kamberedelson.com
Email: rbalabanian@kamberedelson.com
*Attorneys for Plaintiff*
THEODORE TRAPP and the putative class

Dominic P. Gentile, Esq.
GORDON SILVER
3960 Howard Hughes Parkway, Ninth Floor
Las Vegas, Nevada 89169-5978
Tel: (702) 796-5555
Fax: (702) 369-2666
Email: dgentile@gordonsilver.com
*Attorneys for Defendant*
C.P. FOOD & BEVERAGE, INC. d/b/a CLUB PARADISE

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB, *et al.*,<br><br>Defendants. | Case No. 2:09-cv-00995<br><br>**[PROPOSED]**<br>**STIPULATED REQUEST BETWEEN PLAINTIFF AND DEFENDANT C.P. FOOD AND BEVERAGE, INC. TO STAY PROCEEDINGS PENDING OUTCOME OF SETTLEMENT DISCUSSIONS**<br><br>**Honorable Lloyd D. George**<br><br>**Magistrate Judge Peggy A. Leen** |

KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
Seventh Floor
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169

1

Dockets.Justia.com

Plaintiff Theodore Trapp ("Plaintiff" or "Trapp") and Defendant C.P. Food & Beverage, Inc. d/b/a Club Paradise ("Club Paradise") propose the following Stipulation and Proposed Order staying these proceedings for 90 days as to Defendant Club Paradise. In support, the Parties state as follows:

**WHEREAS**, on June 2, 2009, Plaintiff filed a four-count putative class action complaint ("the Complaint") against the Defendants alleging violations of Nevada's Racketeering Statute;

**WHEREAS**, Plaintiff caused a copy of the summons and complaint in this matter to be served on Club Paradise on June 9, 2009;

**WHEREAS**, Plaintiff and Club Paradise, seek entry of an Order staying these proceedings and all aspects of this case as between Plaintiff and Club Paradise to enable the Parties to focus their efforts on settlement discussions in the hopes of bringing an early resolution to this matter;

**WHEREAS**, the Parties agree that to the extent they be unable to resolve this matter during the requested 90-day stay, Club Paradise shall have 30 days from the date of the expiration of the stay to answer or otherwise respond to the Complaint

**WHEREAS**, Club Paradise denies the material allegations of the Complaint, denies it committed any wrongdoing, and denies any liability to Plaintiff or the putative class of individuals that he purports to represent;

**WHEREAS**, taking into account the burdens and expense of protracted litigation, including the risks and uncertainties associated with class certification, protracted trials, and appeals, the Parties have decided to engage in settlement discussions to determine whether a speedy and efficient resolution to this case may be achieved;

**NOW THEREFORE**, the Parties hereby **STIPULATE** and **AGREE** as follows:

1. These proceedings are hereby stayed for 90 days through and including January

13, 2010, as to Defendant C.P. Food & Beverage, Inc. d/b/a Club Paradise.

2. If the Parties are unable to resolve this matter during the requested 90-day stay, Defendant C.P. Food & Beverage, Inc. d/b/a Club Paradise shall have 30-days from the date of the expiration of the stay to answer or otherwise respond to the Complaint.

**IT IS SO STIPULATED.**

| THEODORE TRAPP, individually and on behalf of all others similarly situated | C.P. FOOD & BEVERAGE, INC. d/b/a CLUB PARADISE |
|---|---|
| By: /s/ Jay Edelson<br>Jay Edelson (ARDC No. 6239287)<br>Rafey S. Balabanian (ARDC No. 6285687)<br>KAMBEREDELSON LLC<br>350 North LaSalle Street<br>Suite 1300<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378<br>jedelson@kamberedelson.com<br>rbalabanian@kamberedelson.com<br>*Attorneys for Plaintiff* | By: /s/ Dominic P. Gentile<br>Dominic P. Gentile<br>Gordon Silver<br>3960 Howard Hughes Parkway<br>Ninth Floor<br>Las Vegas, Nevada 89169-5978<br>Tel: 702.796.5555<br>Fax: 702.369.2666<br>dgentile@gordonsilver.com<br>*Attorneys for Defendant* |

1 **IT IS SO ORDERED.**

2 Dated this _____ day of _____, 2009

3

4 _____
LLOYD D. GEORGE
5 UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

## CERTIFICATE OF SERVICE

I, Rafey S. Balabanian, an attorney, certify that on October 15, 2009, I served the above and foregoing, *[Proposed] Stipulated Request Between Plaintiff and Defendant C.P. Food & Beverage, Inc., to Stay Proceedings Pending Outcome of Settlement Discussions,* by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record, via the Court's CM/ECF electronic filing system, on this the 15th day of October, 2009.

/s/ Rafey S. Balabanian