1  NORMAN H. KIRSHMAN, P.C.
   Nevada Bar Number: 2733
2  3800 Howard Hughes Parkway, Ste. 500
3  Las Vegas, NV 89169
   Telephone: (702) 699-5917
4  Facsimile: (702) 369-5497
   Attorney for *Defendant* CLS NEVADA, LLC
5  doing business as CLS TRANSPORTATION, Las Vegas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIG POPPA'S, LLC, a Nevada limited liability company d/ba/ BADDA BING MEN'S CLUB; SKY TOP VENDING, INC., a Nevada corporation d/ba/ CAN CAN ROOM; LA FUENTE, INC., a Nevada corporation d/b/a CHEETAH'S; C.P. FOOD AND BEVERAGE, INC., a Nevada corporation d/b/a CLUB PARADISE; DEJA VU SHOWGIRLS; PALOMINO CLUB, INC., a Nevada corporation d/b/a PALOMINO CLUB; SHAC, LLC, a Nevada corporation d/b/a SAPPHIRE; K-KEL, INC., a Nevada corporation d/b/a SPEARMINT RHINO; D.2801 WESTWOOD INC., a Nevada corporation d/b/a TREASURES; LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company d/b/a LITTLE DARLINGS; O.G. ELIADES, A.D., LLC, a Nevada limited liability company d/b/a OLYMPIC GARDENS; LAS VEGAS ENTERTAINMENT LLC, a Nevada limited liability company d/b/a LARRY FLYNT'S HUSTLER CLUB; MICHAEL A. SALTMAN d/b/a MINXX; RICK'S LAS VEGAS; FRIAS MANAGEMENT, LLC, a Nevada limited liability company d/b/a ACE CAB COMPANY and A-NORTH LAS VEGAS CAB; WESTERN CAB COMPANY, | CASE NO.:2:09-cv-00995-KJD-GWF<br><br>**DEFENDANT CLS NEVADA, LLC d/ba/ CLS TRANSPORTATION LAS VEGAS' JOINDER TO DEFENDANTS DEJA VU SHOWGIRLS OF LAS VEGAS, LLC, LITTLE DARLINGS OF LAS VEGAS, LLC, AND LAS VEGAS ENTERTAINMENT, LLC d/b/a LARRY FLYNT'S HUSTLER CLUB REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO THE MOTION TO DISMISS** |

| | |
|---|---|
| 1 | a Nevada corporation d/b/a WESTERN CAB COMPANY and WESTERN LIMOUSINE; NEVADA CHECKER CAB CORPORATION, a Nevada corporation d/b/a NEVADA CHECKER CAB COMPANY; NEVADA STAR CAB CORPORATION, a Nevada corporation d/b/a STAR CAB COMPANY; NEVADA YELLOW CAB CORPORATION, a Nevada corporation d/b/a YELLOW CAB COMPANY; LUCKY CAB COMPANY OF NEVADA, a Nevada corporation d/b/a LUCKY TRANS; SUN CAB, INC., a Nevada corporation d/b/a NELLIS CAB COMPANY; CLS NEVADA, LLC, a Nevada limited liability company d/b/a CLS TRANSPORTATION LAS VEGAS; ON DEMAND SEDAN SERVICES, LLC, a Nevada limited liability company d/b/a ODS LIMOUSINES and ODS CHAUFFEURED TRANSPORTATION; BLS LIMOUSINE SERVICE OF LAS VEGAS, INC.; DESERT CAB, INC., a Nevada corporation d/b/a DESERT CAB COMPANY and ODYSSEY LIMOUSINE; BELL TRANS, a Nevada corporation d/b/a BELL TRANS; TONY CHONG, an individual, and DOE EMPLOYEES 1-100; |

Defendants.

Defendant, CLS NEVADA, LLC d/b/a CLS TRANSPORTATION LAS VEGAS, by and through its attorney, NORMAN H. KIRSHMAN, Esq., hereby joins in and adopts Defendants DEJA VU SHOWGIRLS OF LAS VEGAS, LLC, LITTLE DARLINGS OF LAS VEGAS, LLC, AND LAS VEGAS ENTERTAINMENT, LLC d/b/a LARRY FLYNT'S HUSTLER CLUB REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO THE MOTION TO DISMISS (Document 208)

//

//

//

- 2 -

filed October 20, 2009, as though fully set forth herein.

Dated this 21st day of October, 2009.        Respectfully submitted,

NORMAN H. KIRSHMAN, P.C.

_____
Norman H. Kirshman
3800 Howard Hughes Parkway, Ste 500
Las Vegas, Nevada 89169
Attorney for Defendant CLS NEVADA, LLC,
d/b/a CLS TRANSPORTATION LAS VEGAS

# CERTIFICATE OF MAILING

I hereby certify that on the 21st day of October, 2009, the foregoing **DEFENDANT CLS NEVADA, LLC d/b/a/ CLS TRANSPORTATION LAS VEGAS' JOINDER TO DEFENDANTS DEJA VU SHOWGIRLS OF LAS VEGAS, LLC, LITTLE DARLINGS OF LAS VEGAS, LLC, AND LAS VEGAS ENTERTAINMENT, LLC d/b/a LARRY FLYNT'S HUSTLER CLUB REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO THE MOTION TO DISMISS** was electronically served upon all attorneys of record in this matter, using the CM/ECF System for filing and transmittal.

*Lynn A. Vlahos*
An Employee of Norman H. Kirshman P.C.