1   Jay Edelson (ARDC No. 6239287) (*Admitted Pro Hac Vice*)
    Rafey Balabanian (ARDC No. 6285687) (*Admitted Pro Hac Vice*)
2   KAMBEREDELSON LLC
    350 North LaSalle Street
3   Suite 1300
    Chicago, Illinois 60654
    Tel: (312) 589-6370
4   Fax: (312) 589-6378
    Email: jedelson@kamberedelson.com
5   Email: rbalabanian@kamberedelson.com

6   James E. Smyth II
    Email: jsmyth@kkbrf.com
7   Kaempfer Crowell Renshaw
    Gronauer & Fiorentino
    3800 Howard Hughes Parkway, Seventh Floor
8   Las Vegas, Nevada 89169
    Tel: 702.792.7000
    Fax: 702.796.7181
9
    *Attorneys for Plaintiff*
10  THEODORE TRAPP and the putative class

11  John H. Weston
    G. Randall Garrou
12  Weston, Garrou, Walters & Mooney
    12121 Wilshire Blvd.
13  Los Angeles, California 90025
    Tel: 310.442.0072
14  Email: randygarrou@wgdlaw.com
    Email: johnweston@wgdlaw.com
15
    *Attorneys for Defendant*
16  K-KEL, INC. d/b/a SPEARMINT RHINO

17              UNITED STATES DISTRICT COURT

18                   DISTRICT OF NEVADA

19  THEODORE TRAPP, on his own behalf and     Case No. 2:09-cv-00995
    on behalf of all others similarly situated,

20                      Plaintiff,            **[PROPOSED]**
                                              **STIPULATED REQUEST TO STAY**
21          v.                                **PROCEEDINGS PENDING OUTCOME**
                                              **OF SETTLEMENT DISCUSSIONS**
22  BIG POPPA'S, LLC, a Nevada limited        **(Second Request)**
    liability company d/b/a BADDA BING
23  MEN'S CLUB; SKY TOP VENDING, INC.,        **Honorable Lloyd D. George**
    a Nevada Corporation d/b/a CAN CAN
    ROOM; LA FUENTE, INC., a Nevada
24  corporation d/b/a CHEETAH'S;              **Magistrate Judge Peggy A. Leen**
    C.P. FOOD AND BEVERAGE, INC., a
    Nevada corporation d/b/a CLUB PARADISE;

KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
Seventh Floor
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169

548671_1.DOC  15329.

Dockets.Justia.com

1 DÉJÀ VU SHOWGIRLS OF LAS VEGAS,
LLC, a Nevada limited liability company
2 d/b/a DÉJÀ VU SHOWGIRLS;
PALOMINO CLUB, INC., a Nevada
3 corporation d/b/a PALOMINO CLUB;
SHAC, LLC, a Nevada limited liability
company d/b/a SAPPHIRE; K-KEL, INC., a
4 Nevada corporation d/b/a SPEARMINT
RHINO; D.2801 WESTWOOD, INC., a
5 Nevada corporation d/b/a TREASURES;
LITTLE DARLINGS OF LAS VEGAS, LLC,
6 a Nevada limited liability company d/b/a
LITTLE DARLINGS; O.G. ELIADES, A.D.,
7 LLC, a Nevada limited liability company
d/b/a OLYMPIC GARDENS; LAS VEGAS
8 ENTERTAINMENT, LLC, a Nevada limited
liability company d/b/a LARRY FLYNT'S
HUSTLER CLUB; MICHAEL A. SALTMAN
9 d/b/a MINXX; RICK'S LAS VEGAS;
FRIAS MANAGEMENT, LLC, a Nevada
10 limited liability company d/b/a ACE CAB
COMPANY and A-NORTH LAS VEGAS
11 CAB; WESTERN CAB COMPANY, a
Nevada corporation d/b/a WESTERN CAB
12 COMPANY and WESTERN LIMOUSINE;
NEVADA CHECKER CAB
13 CORPORATION, a Nevada corporation d/b/a
CHECKER CAB COMPANY; NEVADA
STAR CAB CORPORATION, a Nevada
14 corporation d/b/a STAR CAB COMPANY;
NEVADA YELLOW CAB CORPORATION,
15 a Nevada corporation d/b/a YELLOW CAB
COMPANY; LUCKY CAB COMPANY OF
16 NEVADA, a Nevada corporation d/b/a
LUCKY TRANS; SUN CAB, INC., a Nevada
17 corporation d/b/a NELLIS CAB COMPANY;
CLS NEVADA, LLC, a Nevada limited
18 liability company d/b/a CLS
TRANSPORTATION LAS VEGAS;
ON DEMAND SEDAN SERVICES, LLC, a
19 Nevada limited liability company d/b/a ODS
LIMOUSINE and ODS CHAUFFEURED
20 TRANSPORTATION;
BLS LIMOUSINE SERVICE OF LAS
21 VEGAS, INC., a Nevada corporation d/b/a
BLS LIMOUSINE SERVICE OF LAS
22 VEGAS; DESERT CAB, INC., a Nevada
corporation d/b/a DESERT CAB COMPANY
and ODYSSEY LIMOUSINE;
23 BELL TRANS A NEVADA
CORPORATION, a Nevada corporation d/b/a
24 BELL TRANS; TONY CHONG, an
individual; and DOE EMPLOYEES 1-1000;

Defendants.

Plaintiff THEODORE TRAPP ("Plaintiff" or "Trapp") and Defendant K-KEL, INC.

KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
Seventh Floor
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169

548671_1.DOC  15329.

d/b/a SPEARMINT RHINO ("Spearmint Rhino") propose the following Stipulation and Proposed Order staying these proceedings for 90 days as to that Defendant.  In support, the Parties state as follows:

**WHEREAS**, on June 2, 2009, Plaintiff filed a four-count putative class action complaint ("the Complaint") against the defendants alleging violations of Nevada's Racketeering Statute;

**WHEREAS**, Plaintiff caused Defendant Spearmint Rhino to be served with a copy of the summons and complaint in this matter on or about June 9, 2009;

**WHEREAS**, by Stipulation filed July 29, 2009 (Doc. 149), the Parties agreed, subject to the approval of this Court, to enlarge the time for Defendant Spearmint Rhino to answer or otherwise plead to the Complaint until August 24, 2009.

WHEREAS, the Parties thereafter stipulated to and the Court granted (Doc. 194) a temporary stay of these proceedings until November 23, 2009, including Defendant Spearmint Rhino's obligation to answer or otherwise respond to the Complaint, to enable the Parties to focus their efforts on settlement discussions;  This order allows Defendant Spearmint Rhino to file an answer or otherwise respond to the Complaint within 30 days of the November 23, 2009 expiration of the temporary stay;

**WHEREAS**, Plaintiff and Defendant Spearmint Rhino, seek entry of an Order further staying these proceedings and all aspects of this case as between Plaintiff and Defendant Spearmint Rhino by an additional 60-days to enable the Parties to continue their efforts to settle this case;

WHEREAS, the Parties agree that notwithstanding the requested stay requested herein, Defendant Spearmint Rhino shall have the right, in its sole discretion, to answer or otherwise plead to the Complaint, including moving the Court for dismissal, thereby terminating the requested stay;

WHEREAS, the Parties further agree that to the extent they be unable to resolve this matter during the requested 60-day stay, Defendant Spearmint Rhino shall have 30-days from the date of the expiration of the stay to answer or otherwise respond to the Complaint;

**WHEREAS**, Defendant Spearmint Rhino denies the material allegations of the

548671_1.DOC  15329.

Complaint, denies it committed any wrongdoing, and denies any liability to Plaintiff or the putative class of individuals that he purports to represent;

**WHEREAS**, taking into account the burdens and expense of protracted litigation, including the risks and uncertainties associated with class certification, protracted trials, and appeals, the Parties have decided to engage in settlement discussions to determine whether a speedy and efficient resolution to this case may be achieved;

**NOW THEREFORE**, the Parties hereby **STIPULATE** and **AGREE** as follows:

1. These proceedings and all aspects of this case are hereby stayed for an additional (60) days through and including January 22, 2010, as between Plaintiff and Defendant K-Kel, Inc. d/b/a Spearmint Rhino;

2. Notwithstanding the stay requested herein, Defendant Spearmint Rhino shall have the right, in its sole discretion, to answer or otherwise respond to the Complaint, including moving the Court for dismissal, thereby terminating the requested stay; and,

3. If the Parties are unable to resolve this matter during the requested 60-day stay, Defendant Spearmint Rhino shall have 30-days from the date of the expiration of the stay to answer or otherwise respond to the Complaint.

**IT IS SO STIPULATED.**

KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
Seventh Floor
3800 Howard Hughes Parkway
Las Vegas, Nevada  89169

548671_1.DOC  15329.

| | |
|---|---|
| THEODORE TRAPP, individually and on behalf of all others similarly situated | K-KEL, INC. d/b/a SPEARMINT RHINO, a Nevada corporation, |

By: /s/ Jay Edelson
Jay Edelson (ARDC No. 6239287)
Rafey S. Balabanian (ARDC No. 6285687)
KAMBEREDELSON LLC
350 North LaSalle Street
Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
jedelson@kamberedelson.com
rbalabanian@kamberedelson.com

By: /s/ John H. Weston
John H. Weston
G. Randall Garrou
Weston, Garrou, Walters & Mooney
12121 Wilshire Blvd.
Los Angeles, CA 90025
Tel: 310.442.0072
randygarrou@wgdlaw.com
johnweston@wgdlaw.com

**IT IS SO ORDERED.**

Dated this _____ day of _____, 2009

_____
HONORABLE LLOYD D. GEORGE
UNITED STATES DISTRICT JUDGE

**KAEMPFER CROWELL RENSHAW**
**GRONAUER & FIORENTINO**
Seventh Floor
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169

548671_1.DOC  15329.

1

## <u>CERTIFICATE OF SERVICE</u>

I, Rafey S. Balabanian, an attorney, certify that on November 25, 2009, I served the above and *foregoing Stipulated Request to Stay Proceedings Pending Outcome of Settlement Discussions (Second Request)*, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 25th day of November, 2009.

_____/s/  Rafey S. Balabanian_____

KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
Seventh Floor
3800 Howard Hughes Parkway
Las Vegas, Nevada  89169

548671_1.DOC  15329.