JAMES E. SMYTH II
LAUREN A. PEÑA
KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
Tel: (702) 792-7000
Fax: (702) 796-7181
jsmyth@kcnvlaw.com
lpeña@kcnvlaw.com

JAY EDELSON
RAFEY BALABANIAN
KAMBEREDELSON LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
jedelson@kamberedelson.com
rbalabanian@kamberedelson.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TRAPP, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIG POPPA'S, LLC, a Nevada limited liability company d/b/a BADDA BING MEN'S CLUB, *et al.*,<br><br>Defendants. | Case No. 2:09-cv-00995<br><br>**ORDER FOLLOWING STATUS CONFERENCE OF JUNE 29, 2010**<br><br>**Honorable Lloyd D. George**<br><br>**Magistrate Judge Peggy A. Leen** |

This matter having come before this Court on June 29, 2010 for status pursuant to the Stipulation Request of Plaintiff Theodore Trapp and Defendant K-Kel, Inc. d/b/a Spearmint Rhino ("K-Kel"), to continue to stay these proceedings as to Defendant K-Kel (Docket. No. 223), and appearances made by Jim Smyth, appearing in person as local counsel for Plaintiff; Rafey Balabanian, Plaintiff's counsel appearing by telephone; John A. Curtas, counsel for

AEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
8345 West Sunset Road
Suite 250
Las Vegas, Nevada 89113

903256_1.DOC  15778.1

Page 1 of 2

Defendant La Fuente, Inc. d/b/a Cheetah's ("La Fuente") appearing in person; and John H. Weston, counsel for K-Kel, also appearing by telephone, due and adequate notice having been given, and the Court having been duly advised in the premises and hearing the representations of counsel for Plaintiff and K-Kel as to the filing of the Stipulation for an Additional stay of 90-days, and good cause appearing therefore,

**THE COURT HEREBY ORDERS AS FOLLOWS:**

1. These proceedings are hereby stayed until Wednesday, September 1, 2010;

2. If the Parties are unable to resolve this matter prior to September 1, 2010, Defendant K-Kel shall have until October 1, 2010 to answer or otherwise respond to the Complaint.

**IT IS HEREBY FURTHER ORDERED THAT:**

3. Plaintiff shall file an application pursuant to FRCP 4 with the Court by no later than Tuesday, July 6, 2010 (with a courtesy copy to the Court), to serve Defendant Rick's Las Vegas outside of the 120 day period for service;

4. Should the Court approve Plaintiff's anticipated application to serve Defendant Rick's Las Vegas outside of the 120 day period for service, Plaintiff shall make service on Defendant Rick's Las Vegas by no later than Wednesday, September 1, 2010.

Dated this ___1___ day of ___July___, 2010

_____
HONORABLE LLOYD D. GEORGE
UNITED STATES DISTRICT JUDGE