1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

THEODORE TRAPP,                          )
                                         )
                        Plaintiff,       )         Case No. 2:09-cv-00995-LDG-PAL
                                         )
vs.                                      )         **ORDER**
                                         )
BIG POPPA'S, LLC, et al.,                )
                                         )
                        Defendants.      )
_____  )

     This matter is before the court on the Response to Order to Show Cause (Dkt. #255) filed by Defendant LaFuente, Inc. on August 30, 2011.  The Response indicates that Defendant LaFuente mistakenly considered this matter closed, and since becoming aware of its mistake, has retained Armstrong Teasdale LLP to appear on its behalf.  The court is satisfied that Defendant LaFuente did not intentionally disregard the court's Orders (Dkt. ##252, 253), and sanctions are not warranted.

     Dated this 15th day of September, 2011.


_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE